TJS

IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

20   289

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY | : |
| | : |
| v. | : |
| MOTEL MANAGEMENT SERVICES, | :NO. |
| INC. d/b/a NESHAMINY INN and THE | : |
| MARY ETZRODT REAL ESTATE TRUST | : |
| and NI45, LLC and E.B. | : |

## DISCLOSURE STATEMENT FORM

Please check one box:

_____ The nongovernmental corporate party, _____
_____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

_____ The nongovernmental corporate party, __Nautilus Insurance Company__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Nautilus Insurance Company is a wholly owned subsidiary of Admiral Insurance Company which in turn is a wholly owned subsidiary of Berkley Insurance Company. Berkley Insurance Company is a wholly owned subsidiary of W.R. Berkley Corporation, a publicly held corporation.

1/16/2020
Date

_____
Signature

Counsel for:   Plaintiff, Nautilus Insurance Company

JAN 16 2020