# EXHIBIT 1

**FILED**
04 DEC 2019 10:13 am
Civil Administration
J. YOUNGE

**KLINE & SPECTER, P.C.**  *Attorneys for Plaintiff*
BY:  THOMAS R. KLINE, ESQUIRE/28895
     NADEEM A. BEZAR, ESQUIRE/63577
     EMILY B. MARKS, ESQUIRE/204405
     KYLE B. NOCHO, ESQUIRE/319270
1525 Locust Street, 19th Floor
Philadelphia, Pennsylvania 19102
(215) 772-1000

| | |
|---|---|
| E.B. | PHILADELPHIA COUNTY |
| | COURT OF COMMON PLEAS |
| Plaintiff, | |
| v. | CIVIL TRIAL DIVISION |
| | MAY TERM, 2017 |
| | NO.: 00487 |
| MOTEL 6 OPERATING L.P., et al. | |
| Defendants | |

## PRAECIPE TO WITHDRAW PLAINTIFF'S PETITION FOR PRELIMINARY INJUNCTION

Kindly withdraw *Plaintiff's Petition for Preliminary Injunction for which a Rule to Show Cause hearing is scheduled on December 4, 2019* and was filed under Motion Control No.: 19101729.

Date: 12/4/19

KLINE & SPECTER, P.C.

By: _____
NADEEM A. BEZAR, ESQUIRE
*Attorney for Plaintiff*

Case ID: 170500487
Control No.: 19101729

## CERTIFICATE OF SERVICE

I do hereby certify that service of a true and correct copy of the above *Praecipe to Withdraw Plaintiff's Petition for Preliminary Injunction* was served via electronic and regular mail on December 4, 2019, upon the following parties:

Douglas C. Maloney, Esquire
Aimee E. Schnecker, Esquire
Begley, Carlin & Mandio, LLP
680 Middletown Blvd.
Langhorne, PA 19047
*Counsel for Defendants Motel Management Services, Inc.
d/b/a Neshaminy Inn, The Mary Eztrodt Real Estate Trust
and NI45, LLC*

John P. Morgenstern, Esq.
Rufus A. Jennings, Esq.
Penelope O'Connell, Esq.
Deasey, Mahoney & Valentini, LTD.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
*Counsel for Defendants Neshaminy Inn, Motel Management Services, Inc., and
Motel Management Services*

By first-class mail upon the following party:
Daiquan Davis, Register No. 72304-066
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808
*Pro Se Defendant*

KLINE & SPECTER, P.C.

By: _____
NADEEM A. BEZAR, ESQUIRE
Attorney for Plaintiff

Dated: 12/4/19

Case ID: 170500487
Control No.: 19101729