# EXHIBIT 2

6/18/2020                                      molestation and abuse insurance - Google Search

Google          molestation and abuse insurance                    ✕  🎤  🔍                                    ⠿

🔍 All    📰 News    ▶ Videos    🖾 Images    📍 Maps    ⋮ More              Settings  Tools

Page 4 of about 1,210,000 results (0.32 seconds)

www.uspta.com › USPTA › Membership › Benefits › S...  ▾
### Sexual Abuse and Molestation Insurance - USPTA.com
The background check must include: National Sex Offender Registry, County of Residence
Report, and Enhanced Nationwide Report. Individual must provide ...

hospicecoverage.com › coverages › abuse-molestation-l...  ▾
### Home Care Molestation Liability - Hospice Abuse Insurance
**Abuse & Molestation** Liability **Insurance** for Hospice Care. Care Providers **Insurance** Services
has been providing non-profits and social service organizations, ...

www.selective.com › our-insurance › for-businesses › a...  ▾
### Abuse or Molestation Policy Insurance - Selective Insurance
Selective and your independent agent can provide you with the tools tailored to prevent **abuse &
molestation** within your business organization. Learn more ...

ins-cps.com › insurance-coverages  ▾
### Insurance Coverage For Non-Profits & Social Services
Non-Profit,social, injuries on premises, auto accidents, property damage, and business
interruption to more severe claims involving professional liability.

nasinsurance.com › wp-content › uploads › 2019/03 › Se...  ▾
### Sexual Misconduct & Molestation - NAS Insurance
Minimum Premium: $5,000. Minimum Deductible: $5,000. Covers allegations of **sexual abuse**,
**molestation**, or mistreatment or maltreatment of a sexual nature;.

onmarketins.com › offerings › commercial › abuse-mol...  ▾
### Abuse & Molestation Liability | OnMarket Insurance Associates
**Abuse**, Neglect or **Molestation** protection is written as a separate policy from the commercial
general liability we build as the foundation to your **coverage**. This is ...

caaprogram.com › coverages › abuse-molestation-liabil...  ▾
### Community Action Abuse & Molestation Liability Insurance
Community Action Agencies (CAA) reach out to many individuals, including children, the
handicapped, and elderly. Any time an organization works with these ...

www.insurancejournal.com › mag-features › 2014/02/10  ▾
### Why Sexual & Physical Abuse Coverage Is Important for ...
Feb 10, 2014 - This will sound a lot like reminiscing and I just may be, but I was talking with old
friends back in my hometown of Boardman, Ohio, at a high ...

www.bullivant.com › The-scope-of-arising-out-of-and  ▾
### The scope of "arising out of" and abuse exclusions - Bullivant ...
It is an unfortunate fact that **sexual abuse** of children is a prevalent problem. Given that liability
**insurance** is not intended to protect against actions that are ...

www.paperless-insurance.com › category › sexual-abus...  ▾
### Sexual Abuse and Molestation | Business Insurance Coverage
...and how to lower it. 1. Harassment and Bullying Spark More Lawsuits All school personnel
should receive misconduct alertness training so they can spot the ...

6/18/2020                                          molestation and abuse insurance - Google Search

Google      molestation and abuse insurance                                    ✕  🎤  🔍

🔍 All    📰 News    ▶ Videos    🖾 Images    📍 Maps    ⋮ More              Settings    Tools

Page 2 of about 1,210,000 results (0.31 seconds)

www.sadlersports.com › Blog  ▾
### Sexual Abuse/Molestation Sports Insurance - Sadler Sports
Most **insurance** carriers are not willing to extend **coverage** for **abuse/molestation** unless risk
management controls are in place. Tips for creating such a program.

charterschoolcover.com › Coverages  ▾
### Abuse & Molestation Insurance | Charter & Private Schools
Educator **abuse** is a liability every private school should prepare. Our **insurance** programs are
designed to cover school risk from **abuse** and/or **molestation**.

lambis.com › sexual-abuse-molestation  ▾
### Sexual Abuse & Molestation - Lamb Insurance Services
Mar 29, 2018 - Any company or organization can be exposed to claims for **sexual abuse** and
**molestation**; particularly ones with exposure to minors, the mentally ...

www.pillsburylaw.com › news-and-insights › how-far-...  ▾
### How Far Does Your Sexual Abuse Liability Coverage Extend?
Dec 12, 2019 - If faced with continuous injury claims based on past acts of **sexual abuse**, will an
**insured's** general liability policies with **sexual abuse coverage** ...

universitybusiness.com › securing-insurance-coverage-f...  ▾
### Securing insurance coverage for sexual abuse claims |
Jul 16, 2019 - Natasha Romagnoli is a principal, and Anna Milunas and João Santa-Rita are
associates, with the firm of McKool Smith P.C.. Navigating the ...

www.beazley.com › documents › apps › beazley-pe-se...  ▾  PDF
### Beazley Sexual Misconduct and Molestation Liability ...
iii) Retired, Sick or Absent d) Religious Priests e) Teachers f) Substitute teachers g) Coaches h)
Counsellors i) Independent Contractors j) Sub Contractors k) ...

www.offitkurman.com › publication › abuse-and-moles...  ▾
### Abuse and Molestation Claims: Insurance Issues for ...
Sexual **molestation** claims can be devastating to an organization. Often the resulting litigation
names the perpetrator, organization and supervisors|Sexual ...

www.insuranceboard.org › sexual-abuse  ▾
### Sexual Abuse - Insurance Board
**Insurance** Board understands **sexual abuse** can harm its victims, destroy trust in the church
community and result in costly liability issues. **Insurance** Board offers ...

communityinsurancegroup.com › Risk Management  ▾
### Addressing Abuse and Molestation Liability Through Insurance
The possibility of a costly **abuse** claim arising is a very real threat for organizations that provide
care or services to vulnerable populations, including children, the ...

www.mondaq.com › insurance-laws-and-products › ins...  ▾
### Insurance Coverage For Sexual Abuse Claims - Mondaq
Oct 9, 2019 - New York has taken a two-prong approach to dealing with **sexual abuse** claims.
First, the state legislature enacted the NY Child Victims Act.

6/18/2020                                    molestation and abuse insurance - Google Search

Google          molestation and abuse insurance                            ✕   🎤   🔍                        ⠿

🔍 All    📰 News    ▶ Videos    🖼 Images    📍 Maps    ⋮ More          Settings    Tools

About 1,210,000 results (0.31 seconds)

www.greatamericaninsurancegroup.com › for-businesses ▾
**Abuse or Molestation Insurance - Specialty Human Services ...**
Human and Social Service organizations often provide care and other services to vulnerable
clients, such as children, elderly adults and those with intellectual ...

www.rainn.org › about-national-sexual-assault-telephon... ▾
**About the National Sexual Assault Telephone Hotline | RAINN**
When you call 800.656.HOPE (4673), you'll be to be routed to a local sexual assault service provider
in your area. Trained staff can provide confidential support ...

cultureofsafety.thesilverlining.com › childcare › abuse-... ▾
**Abuse and Molestation Insurance for Daycares | Culture of ...**
One of the most important and misunderstood childcare **insurance** coverages is for claims of
physical **abuse** and sexual **molestation**. No daycare can afford to ...

www.generalstar.com › primary-and-excess-liability › s... ▾
**Sexual Abuse and Molestation - General Star**
Stand-Alone **Sexual Abuse** and **Molestation** Incident **Coverage** or; Combined Commercial
General Liability including Products and and Completed Operations ...

insurancefornonprofits.org › coverages › nonprofits-own ▾
**Improper Sexual Conduct and Physical Abuse Liability ...**
This should not be confused with sexual harassment, which is more appropriately **insured** under
a directors and officers policy. Some insurers claim that this ...

phly.com › Files › Supplement - Abuse and Molestation S... ▾  PDF
**abuse & molestation supplemental application - Philadelphia ...**
Regarding **coverage** for **abuse & molestation**, does Applicant's current **insurance** program:
Exclude **coverage**. Limit **coverage** (Please indicate limit of liability.) $.

www.markelinsurance.com › specialty › forms › mgl102 ▾  PDF
**abuse or molestation coverage - Markel Insurance**
With respect to **coverage** provided by this endorsement, the provisions of the Commercial
General Liability **Coverage**. Form apply unless modified by this ...

www.rmmagazine.com › 2019/09/12 › standard-insura... ▾
**Standard Insurance Policy Coverage for Sexual Abuse ...**
Sep 12, 2019 - Recent social and legal developments have increased the risk of claims alleging
institutional liability for child **sex abuse** or adult sexual ...

www.sadlersports.com › Blog ▾
**Sexual Abuse/Molestation Sports Insurance - Sadler Sports**
Most **insurance** carriers are not willing to extend **coverage** for **abuse/molestation** unless risk
management controls are in place. Tips for creating such a program.

charterschoolcover.com › Coverages ▾
**Abuse & Molestation Insurance | Charter & Private Schools**
Educator **abuse** is a liability every private school should prepare. Our **insurance** programs are
designed to cover school risk from **abuse** and/or **molestation**.