# EXHIBIT "A"

 1

```
 1  IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
 2                           - - -
 3   E.B.                          :    May Term, 2017
                                   :
 4      vs.                        :
                                   :
 5   MOTEL 6 OPERATING, L.P.,      :
     et al.                        :    No. 00487
 6
 7
                                 - - -
 8
               Philadelphia, Pennsylvania
 9
                Thursday, August 23, 2018
10
                                 - - -
11
12            Videotape deposition of E████ ████████
13   B██, taken pursuant to notice, at the offices of
14   Ward Greenberg Heller & Reidy, LLP, 1835 Market
15   Street, Suite 650, Philadelphia, Pennsylvania, on
16   the above date, beginning at 10:04 a.m., before
17   Donna A. Bittner, RMR-CRR.
18                               - - -
19
20
21           DONNA A. BITTNER REPORTING
           REGISTERED PROFESSIONAL REPORTERS
22                  61 Penn Road
             Voorhees, New Jersey  08043
23            donnabittner.rmr@gmail.com
                   (856) 768-6619
24
```

```
 1   present time?
 2    A.  Yes.
 3    Q.  And is this the letter that you
 4   described for us today as the one where you
 5   told him that you were moving on with your
 6   life, you weren't going to be trafficked
 7   anymore and you wanted nothing further to do
 8   with him?
 9    A.  Yes.
10    Q.  And that's what you think this letter
11   said?
12            MR. BEZAR:   Objection to the
13   form.  Let me think for a second here.
14            Go ahead, you can answer.
15            THE WITNESS:   In a way.
16   BY MR. GREENBERG:
17    Q.  What do you mean "In a way"?
18    A.  The type of person he was.
19    Q.  I'm sorry?
20    A.  The type of person he was.  I had to
21   like kind of like work my way around him a
22   little bit because he was like very
23   controlling and manipulating.  He was like
24   that.  I did care about him.  I did have
```

```
 1   feelings for him.  I mean, he was making sure
 2   that I, you know, had funds provided to take
 3   care of myself, so yes, I did.
 4     Q.   And it's also true that he gave you
 5   marijuana while you were together?
 6     A.   Yes.
 7     Q.   Right?  I think you told the police how
 8   many times?
 9     A.   Six.
10     Q.   Six times, and that was an estimate;
11   right?
12     A.   Yes.
13     Q.   You also had sex with him several times;
14   correct?
15     A.   Yes.
16     Q.   How many times?
17     A.   I don't know.
18     Q.   Did he force you to have sex with him?
19     A.   No.
20     Q.   You were underage, though?
21          MR. BEZAR:  Hold on.  She didn't
22   finish her answer.
23          THE WITNESS:  He didn't physically
24   force me, but verbally, yes.
```