## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY : | |
| : | |
| v. : | |
| : | |
| MOTEL MANAGEMENT SERVICES, : | NO. 2:20-cv-00289-PBT |
| INC. d/b/a NESHAMINY INN, and : | |
| THE MARY ETZRODT REAL : | |
| ESTATE TRUST, and NI45, LLC, and : | |
| E.B : | |

### O R D E R

AND NOW, this        day of                          , 2020, upon consideration of the Motion

for Leave to File a Redacted Version of Exhibit F to Nautilus's Motion for Judgment on the

Pleadings, and any responses hereto, it is hereby ORDERED and DECREED that said motion is

**GRANTED**. Nautilus is permitted to replace Exhibit F of its Motion for Judgment on the

Pleadings with a redacted version of that exhibit. The Clerk of Court is instructed to replace Exhibit

F of Nautilus's Motion for Judgment on the Pleadings, ECF No. 27, with Exhibit B of the motion

which is the subject of this Order.

**BY THE COURT:**


_____

**Petrese B. Tucker, J.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY | : |
| | : |
| v. | : |
| | : |
| MOTEL MANAGEMENT SERVICES, | :   NO. 2:20-cv-00289-PBT |
| INC. d/b/a NESHAMINY INN, and | : |
| THE MARY ETZRODT REAL | : |
| ESTATE TRUST, and NI45, LLC, and | : |
| E.B | : |

## MOTION FOR LEAVE TO FILE A REDACTED VERSION OF EXHIBIT F TO NAUTILUS'S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff, Nautilus Insurance Company ("Nautilus"), by and through its attorneys, Bennett, Bricklin & Saltzburg, LLC, hereby moves for leave to file a redacted version of Exhibit F to its Motion for Judgment on the Pleadings, ECF No. 27, and in support thereof avers as follows:

1.      This is an action seeking a declaratory judgment to resolve disputes over insurance coverage with regard to whether Nautilus is obligated to defend or indemnify Motel Management Services, Inc., The Mary Etzrodt Real Estate Trust and NI45, LLC, ("the Motel Management defendants"), in a matter currently pending in the Philadelphia County Court of Common Pleas captioned *E.B. v. Motel 6 Operating L.P., et al.*, Civil Action No. 170500487, ("the underlying action").

2.      Nautilus and the Motel Management defendants both filed motions for judgment on the pleadings on June 5, 2020. Nautilus attached the deposition transcript of E.B. as Exhibit F to its Motion in its entirety.

3.      Subsequently, on June 22, 2020, counsel for E.B. wrote to undersigned counsel expressing concern for E.B.'s personal safety and notifying undersigned counsel that the exchange of the deposition transcript is governed by a Confidentiality Agreement in the underlying action that protects the disclosure of E.B.'s identity and home address. *See* Ex. A, Confidentiality

Agreement. Undersigned counsel was previously unaware of the attached Confidentiality Agreement.

4.      Nautilus came into possession of the transcript on October 11, 2018 when it was filed unredacted as an exhibit to Motel Management Services, Inc.'s Motion for Relief from Final Judgment and Order in *Nautilus Insurance Company v. Motel Management Services, Inc., et al.*, C.A. No. 2:17-CV-04491-TJS. That filing is still unredacted and currently publicly available. E.B.'s unredacted deposition transcript is also currently publicly available on the docket for Motel Management's appeal to the Third Circuit Court of Appeals, since it was a part of Motel Management's appendix.

5.      Nevertheless, in view of the concerns expressed by E.B.'s counsel for her personal safety, Nautilus hereby moves for leave to file a redacted version of E.B.'s deposition transcript in this case, attached hereto as Exhibit B, which removes all references to E.B.'s identity (i.e. name and date of birth) and home address, pursuant to the Confidentiality Agreement attached hereto as Exhibit A.

WHEREFORE, Nautilus Insurance Company respectfully requests that this Honorable Court grant its motion for leave to file a redacted version of exhibit F to its motion for judgment on the pleadings and enter the order attached hereto.

**BENNETT, BRICKLIN & SALTZBURG** LLC

BY: _____

      **LOUIS E. BRICKLIN**
      Attorney I.D. No.  20281
      **SARAH E. CROSLEY**
      Attorney I.D.  No. 325916
      Centre Square, West Tower
      1500 Market Street, 32nd Floor
      Philadelphia, PA 19102
      215-665-3400
      bricklin@bbs-law.com
      crosley@bbs-law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY : | |
| : | |
| v. : | |
| : | |
| MOTEL MANAGEMENT SERVICES, : | NO. 2:20-cv-00289-PBT |
| INC. d/b/a NESHAMINY INN, and : | |
| THE MARY ETZRODT REAL : | |
| ESTATE TRUST, and NI45, LLC, and : | |
| E.B : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE A REDACTED VERSION OF EXHIBIT F TO ITS**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff incorporates the facts and arguments set forth in its Motion for Leave to File a

Redacted Version of Exhibit F to its Motion for Judgment on the Pleadings.

Respectfully Submitted,

**BENNETT, BRICKLIN & SALTZBURG** LLC

BY: _____
        **LOUIS E. BRICKLIN**
        Attorney I.D. No.  20281
        **SARAH E. CROSLEY**
        Attorney I.D.  No. 325916
        Centre Square, West Tower
        1500 Market Street, 32nd Floor
        Philadelphia, PA 19102
        215-665-3400
        bricklin@bbs-law.com
        crosley@bbs-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY : | |
| : | |
| v. : | |
| : | |
| MOTEL MANAGEMENT SERVICES, : | NO. 2:20-cv-00289-PBT |
| INC. d/b/a NESHAMINY INN, and : | |
| THE MARY ETZRODT REAL : | |
| ESTATE TRUST, and NI45, LLC, and : | |
| E.B : | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document has been filed electronically and is

available for viewing and downloading from the ECF System by all interested counsel.

**BENNETT, BRICKLIN & SALTZBURG** LLC

BY: _____
**LOUIS E. BRICKLIN**
Attorney I.D. No.  20281
**SARAH E. CROSLEY**
Attorney I.D.  No. 325916
Centre Square, West Tower
1500 Market Street, 32nd Floor
Philadelphia, PA 19102
215-665-3400
bricklin@bbs-law.com
crosley@bbs-law.com

# EXHIBIT A

| E.B. | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | |
| v. | : | CIVIL TRIAL DIVISION |
| | : | MAY TERM, 2017 |
| | : | NO.: 00487 |
| MOTEL 6 OPERATING L.P., et al. | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants | : | |

## CONFIDENTIALITY AGREEMENT

WHEREAS, Plaintiff E.B. has brought an action against Motel 6 Operating L.P., Motel 6, Inc., Motel 6 L.P., G6 Hospitality LLC, G6 Hospitality Property LLC, Neshaminy Inn, Motel Management Services, Inc., and Motel Management Services  (individually "Party" or collectively "Parties") in the Philadelphia Court of Common Pleas (the "Court"), assigned Case Identification Number 170500487 (the "Action").

WHEREAS, through discovery, it is anticipated that the Parties will disclose information that Plaintiff considers confidential, private, or personal ("Confidential Material");

WHEREAS, Plaintiff asserts that victims of human trafficking face dangers to their safety from revealing personally identifying information or their names, which are protected from public disclosure during criminal prosecutions of human trafficking under 18 Pa.C.S.A. § 3019;

WHEREAS, Plaintiff desires to keep disclosed Confidential Material confidential to the maximum extent possible; and

IT IS HEREBY AGREED by the Parties that the following clauses of this Agreement shall govern the disclosure of Confidential Material in this action, including but not limited to, the handling of documents, deposition testimony, deposition exhibits, deposition transcripts, written discovery requests, interrogatory responses, responses to requests to admit, and responses to requests for documents, and any other information or material produced, given, or exchanged including any information contained therein or derived therefrom ("Discovery Material") by or among any Party or non-party providing Discovery Material in this action.

## Treatment of Confidential Material

1. Any personally identifying information of Plaintiff E.B. (including, but not limited to, name, date of birth, social security number, phone number, address, employment or familial history) shall be deemed Confidential Material.

2. The Party producing Discovery Material as part of this litigation shall designate to the other Parties which Discovery Material contains Confidential Material by using a bates-label or mark with the word "Confidential" in the bottom left corner of the page of the document containing Confidential Material. If the Parties receiving the Discovery Material have questions regarding which parts of the page contain Confidential Material, the Party producing the Discovery Material shall identify the sentences, paragraphs, or clauses on the page containing Confidential Material.

3. Except with the prior written consent of the producing Party, or upon prior order of the Court obtained after notice to the receiving Party's counsel, Confidential Material shall not be disclosed by the receiving Party's counsel to any person other than: a) the named Parties in this action and in the case of named parties that are entities, employees of such parties, b) counsel for the Parties and regular employees of such counsel; c) experts and consultants retained for the prosecution of this Action and employees of such experts; d) employees of insurers of named parties; e) investigators engaged by named parties; or f) court reporters and videographers engaged to record depositions conducted in this case. If a receiving Party's counsel discloses Confidential Material to any person to whom disclosure is permitted by this paragraph, the receiving Party's counsel must explain to the person the contents of this Agreement, and secure the consultant's written agreement to abide by the terms of this Agreement. The receiving party's counsel must retain said written agreement. Confidential Material shall not be used or disclosed by a Party's counsel for any purpose other than in connection with this Action.

4. Nothing in this agreement is intended to prevent a Party from using Confidential Information in subpoenas to obtain documents or things from third parties as part of the discovery process in this litigation. The preferred method of using Confidential Information would be the use of Plaintiff's initials, but it is understood that Parties will be required to disclose Confidential Information, such as a name, date of birth, or social security number, to subpoenaed third-parties in order to ensure the production of documents and things. If documents are filed with the Court related to the subpoena, such as a Notice of Intent to Serve a Subpoena, Certificate Prerequisite to Service of a Subpoena, or a Subpoena with attached Addenda, the Party filing the documents must redact all Confidential Information and use Plaintiff's initials in court filings.

5. If a Party's counsel intends to use any documents containing Confidential Material in any deposition or otherwise publish or make available such documents to any individual other than the named Parties, Parties' counsel, their staff, or experts and consultants retained for the prosecution of this Action, the Party's counsel must redact all Confidential Material from such documents.

6. To the extent that testimony is sought concerning Confidential Material during any deposition or in any other pre-trial venue, any Party may exclude any person from the deposition or other venue during such testimony if the Confidential Material may not be disclosed to such person under the terms of this Agreement.

7. Any Confidential Material disclosed in this Action is to be considered confidential to the producing Party, and any Parties receiving the Confidential Material shall hold the same confidence and shall not use any disclosed Confidential Material other than for the purposes of supporting its position in this Action.

8. If Confidential Material is disclosed through inadvertence or otherwise to any person not authorized under this Agreement, the Party causing such disclosure shall inform the person receiving the Confidential Material that the information is covered by this Agreement, make its best efforts to retrieve the Confidential Material, and promptly inform the producing Party of the disclosure.

9. The Parties receiving Confidential Material shall have no confidentiality obligations with respect to any information which:
    a. is or becomes publicly known otherwise than by the receiving Party's breach of this Agreement;
    b. is received by a Party without restriction from a third party who is not under an obligation of confidentiality;
    c. is approved for release by written authorization of the Plaintiff E.B.'s counsel; or
    d. is disclosed by the receiving Party pursuant to judicial action, provided that producing Party is notified at the time such action is initiated.

10. Any pleading, brief, memorandum, motion, letter, affidavit, or other document filed with the Court (a "Filing") must redact Confidential Material and use Plaintiff's initials.

11. In the event additional Parties join or are joined in this Action, they shall not have access to Confidential Material until the newly joined Party by its counsel has executed this Agreement.

**General Provisions**

12. This Agreement terminates and supersedes all prior understandings or agreements on the subject matter hereof.

13. Nothing herein shall prevent any Party from applying to the Court for a modification of this Agreement should the moving party believe the Agreement, as originally agreed upon, is hampering its efforts to prepare for trial or to otherwise protect its interests; or from applying to the Court for further or additional protections; or from an Agreement between the Parties to any modification of this Agreement, subject to the approval of the Court.

14. This Agreement is not intended to govern the use of Confidential Material at any trial of this action.  Questions regarding the protection to be afforded Confidential Material during trial shall be presented to the Court prior to publication of the information at trial or otherwise.

15. The Parties do not, by this Agreement, waive any objections the Parties might otherwise have under the rules of discovery or evidence.

16. This Agreement shall survive the final termination of this case regarding any retained documents or contents thereof.

KLINE & SPECTER, P.C.

THOMAS R. KLINE, ESQ.
NADEEM A. BEZAR, ESQ.
EMILY B. MARKS, ESQ.
*Attorneys for Plaintiff E.B.*

Date: _____

WARD GREENBERG HELLER & REIDY LLP

EDWARD A. GREENBERG, ESQ.
KATHERINE A. HOPKINS, ESQ.
BENJAMIN D. HARTWELL, ESQ.
*Attorneys for Defendants Motel 6
Operating, L.P., G6 Hospitality LLC,
and G6 Hospitality Property LLC*

Date: 8/10/17

KURTZ & REVNESS, P.C.

MICHEAL J. REVNESS, ESQ.
GEORGE J. MATZ, ESQ.
*Attorneys for Defendants Motel Management
Services, Inc. t/a Neshaminy Inn and Motel
Management Services*

Date: 8/7/17

BEGLEY, CARLIN & MANDIO, LLP

DOUGLAS C. MALONEY, ESQ.
*Attorney for Defendant Neshaminy
Inn a/k/a Neshaminy Motor Inn*

Date: 8/7/17

15. The Parties do not, by this Agreement, waive any objections the Parties might otherwise have under the rules of discovery or evidence.

16. This Agreement shall survive the final termination of this case regarding any retained documents or contents thereof.


KLINE & SPECTER, P.C.                    WARD GREENBERG HELLER & REIDY LLP


_____         _____
THOMAS R. KLINE, ESQ.                       EDWARD A. GREENBERG, ESQ
NADEEM A. BEZAR, ESQ.                       KATHERINE A. HOPKINS, ESQ.
EMILY B. MARKS, ESQ.                        BENJAMIN D. HARTWELL, ESQ.
*Attorneys for Plaintiff E.B.*              *Attorneys for Defendants Motel 6*
                                            *Operating, L.P., G6 Hospitality LLC,*
                                            *and G6 Hospitality Property LLC*

Date: _____

                                         Date: _____


KURTZ & REVNESS, P.C.                    BEGLEY, CARLIN & MANDIO, LLP

_____         _____
MICHEAL J. REVNESS, ESQ.                    DOUGLAS C. MALONEY, ESQ.
GEORGE J. MATZ, ESQ.                        *Attorney for Defendant Neshaminy*
*Attorneys for Defendants Motel Management*   *Inn a/k/a Neshaminy Motor Inn*
*Services, Inc. t/a Neshaminy Inn and Motel*
*Management Services*
                                         Date: _____

Date:  8/7/17  _____


WADE CLARK MULCAHY, LLP

/s/ Matthew Care

_____
ROBERT J. COSGROVE, ESQUIRE
MATTHEW C. CARE, ESQUIRE
GABRIELLE OUTLAW, ESQUIRE
Attorneys for Defendants, The Mary
Etzrodt Real Estate Trust and NI45, LLC

6/24/2020

Date: _____

# EXHIBIT B

# In The Matter Of:

*E.B. v.*

*MOTEL 6 OPERATING, L.P., et al.*

█████████████

*August 23, 2018*

*Donna A. Bittner Reporting*

*856-768-6619*

█████████                                                        1

```
 1   IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

 2                           - - -

 3   E.B.                        :   May Term, 2017
                                 :
 4      vs.                      :
                                 :
 5   MOTEL 6 OPERATING, L.P.,    :
     et al.                      :   No. 00487

 6

 7                           - - -

 8

 9           Philadelphia, Pennsylvania

10           Thursday, August 23, 2018

11                           - - -

12           Videotape deposition of  ████████

13   ████, taken pursuant to notice, at the offices of

14   Ward Greenberg Heller & Reidy, LLP, 1835 Market

15   Street, Suite 650, Philadelphia, Pennsylvania, on

16   the above date, beginning at 10:04 a.m., before

17   Donna A. Bittner, RMR-CRR.

18                           - - -

19

20

21           DONNA A. BITTNER REPORTING
         REGISTERED PROFESSIONAL REPORTERS
22                61 Penn Road
            Voorhees, New Jersey  08043
23           donnabittner.rmr@gmail.com
                 (856) 768-6619
24
```

Donna A. Bittner Reporting

2

1    APPEARANCES:

2         NADEEM A. BEZAR, ESQUIRE
          EMILY B. MARKS, ESQUIRE
3         Kline & Specter, P.C.
          1525 Locust Street
4         Philadelphia, Pennsylvania  19103
          (215) 772-1000
5         nadeem.bezar@klinespecter.com
          emily.marks@klinespecter.com
6         Counsel for Plaintiff

7         EDWARD A. GREENBERG, ESQUIRE
          BENJAMIN D. HARTWELL, ESQUIRE
8         ADEBOLA M. ADERINTO, ESQUIRE
          Ward Greenberg Heller & Reidy, LLP
9         1835 Market Street
          Suite 650
10        Philadelphia, Pennsylvania 19103
          (215) 836-1100
11        egreenberg@wardgreenberg.com
          bhartwell@wardgreenberg.com
12        aaderinto@wardgreenberg.com
          Counsel for Defendants Motel 6
13        Operating, L.P., G6 Hospitality LLC
          and G6 Hospitality Property LLC

14
          JOHN P. MORGENSTERN, ESQUIRE
15        PENELOPE B. O'CONNELL, ESQUIRE
          Deasey, Mahoney & Valentini, Ltd.
16        1601 Market Street, Suite 3400
          Philadelphia, Pennsylvania  19103-2301
17        (215) 587-9400
          jmorgenstern@dmvlawfirm.com
18        poconnell@dmvlawfirm.com
          Counsel for Defendants Neshaminy Inn
19        a/k/a Neshaminy Motor Inn, Motel
          Management Services, Inc., and Motel
20        Management Services.

21   ALSO PRESENT:

22        LISA WASHINGTON-WATTS, ESQUIRE
          Corporate Counsel, G6 Hospitality LLC
23
          BRIAN SACK
24        Video Specialist

Donna A. Bittner Reporting

```
 1                    I N D E X
 2   WITNESS:                              PAGE
 3   ████████████████████
 4        By Mr. Greenberg -------------- 6, 350
 5        By Ms. O'Connell ------------- 292
 6                   - - -
 7   EXHIBITS       DESCRIPTION          PAGE
```

```
 8   EB-1    Bensalem Township Police Incident
         Report Form BTPD1-BTPD61 -------- 139
 9
     EB-2    Handwritten envelope addressed
10           to Quan Davis with attached letter
             (5 pages) --------------------- 209
11
     EB-3    Joseph J. Peters Institute
12           Psychological Evaluation dated
             5/11/2016 MMS JJPI 0002-0018 ---- 262
13
     EB-4    Y-HEP Health Center records
14           Y-HEP000001-000030 ------------- 278
15   EB-5    Defendant's Sentencing Memorandum
             (66 pages) --------------------- 286
16
     EB-6    Color copy of photograph -------- 287
17
     EB-7    Google Maps Image of Neshaminy
18           Inn 8/22/2018 ----------------- 327
19   EB-8    Color copy of photograph -------- 327
```

```
20                   - - -
     INSTRUCTIONS NOT TO ANSWER:
21   PAGE 50:21          PAGE 275:22
     PAGE 76:4           PAGE 277:2
22   PAGE 137:5          PAGE 277:7
     PAGE 186:10         PAGE 277:12
23   PAGE 244:22
     PAGE 245:4
24                   - - -
```

Donna A. Bittner Reporting

Case 2:20-cv-00289-PBT   Document 34-2   Filed 07/01/20   Page 17 of 395
Case 2:17-cv-04491-PJS   Document 30-2   Filed 10/11/18   Page 6 of 384

4

1
2              VIDEO SPECIALIST:    We are now on
3    the video record.   The time is 10:04 a.m.
4    This is the videotape deposition of ████
5    ████████ taken by the defense in the matter of
6    E.B. versus Motel 6 Operating, L.P., et al,
7    in the Court of Common Pleas, Philadelphia
8    County, May Term, 2017, No. 00487.
9              The deposition is being held in
10    the offices of Ward Greenberg at 1835 Market
11    Street in Philadelphia, Pennsylvania.   My
12    name is Brian Sack.   I am the videographer
13    from Trust Tech Legal in Philadelphia,
14    Pennsylvania.   The court reporter is Donna A.
15    Bittner of Donna A. Bittner Reporting.
16              The attorneys will now introduce
17    themselves for the record.
18              MR. GREENBERG:    Edward Greenberg
19    for the Motel 6 defendants.
20              MR. HARTWELL:    Ben Hartwell for
21    the Motel 6 defendants.
22              MS. ADERINTO:    Debbie Aderinto for
23    the Motel 6 defendants.
24              MR. MORGENSTERN:    John Morgenstern

5

```
 1   for the Neshaminy Inn defendants.
 2              MS. O'CONNELL:   Penelope O'Connell
 3   for the Neshaminy Inn defendants as well.
 4              MR. GREENBERG:   Also with the
 5   Motel 6 defendants is our client, our
 6   client's in-house counsel, Lisa
 7   Washington-Watts, from Texas.
 8              MR. BEZAR:   Nadeem Bezar for the
 9   plaintiff.
10              MS. MARKS:   Emily Marks for the
11   plaintiff.
12              VIDEO SPECIALIST:   The reporter
13   will now swear in the witness, please.
14                       - - -
15        ...█████████████████████████
16   █████████████████████████████████
17   after having been duly sworn, was examined
18   and deposed as follows...
19                       - - -
20              MR. GREENBERG:   Counsel, usual
21   stipulations satisfactory?
22              MR. BEZAR:   That's fine.
23              MS. O'CONNELL:   Yes.
24
```

Donna A. Bittner Reporting

6

```
 1    BY MR. GREENBERG:

 2    Q.  Good morning, Ms. █████

 3    A.  Good morning.

 4    Q.  If I want to address you by your last

 5    name, is it just Ms. ████ or is it Ms. ███████

 6    ████

 7    A.  Ms. ████

 8    Q.  Ms. ████ thank you.

 9            My name is Edward Greenberg.  We

10    have not met before; correct?

11    A.  Yes.

12    Q.  Okay.  Did you hear the introductions in

13    which I said that I represent the Motel 6

14    defendants?

15    A.  Yes.

16    Q.  Okay.  Are you under the influence of

17    any medications today?

18    A.  No.

19    Q.  Are you able to hear and answer

20    questions in this room today?

21    A.  Yes.

22    Q.  I'm going to give you a few preliminary

23    instructions, and I may remind you of them as

24    the day progresses.
```

1      The first one is, if you don't

2  know the answer to a question, you can just

3  tell us that and that will be a satisfactory

4  answer as long as it's true.

5         Do you understand that?

6   A.  Yes.

7   Q.  And if you don't remember the answer to

8  a question, you can tell us that and that

9  will be a satisfactory answer as long as it's

10  a true answer.

11         Do you understand that?

12   A.  Yes.

13   Q.  If you have some memory from which you

14  can give us a partial answer to a question,

15  we do want that.  Okay?

16   A.  Yes.

17   Q.  We're going to need to speak one at a

18  time so the court reporter can make a

19  stenographic record of the questions and

20  answers and any objections that are made as

21  we go forward today, so I'm going to ask you

22  to try to wait until I finish my entire

23  question before you start your answer, and I

24  will try to wait until you finish your answer

Case 2:20-cv-00299-TJS Document 342 Filed 07/01/20 Page 21 of 395
Case 2:12-cv-04491-TJS Document 342 Filed 07/01/20 Page 100 of 384

8

```
 1    before I ask my next question.
 2                Okay?
 3     A.  Yes.
 4     Q.  Now, you've taken an oath today, and I
 5    just want to disclose to you that if you fail
 6    to provide true, accurate and complete
 7    answers to any question that you're asked,
 8    the lawyer on the other side of the case, a
 9    lawyer for a defendant may try to use that
10    against you at trial.
11                Do you understand that?
12     A.  Yes.
13     Q.  Your full name is ████████████████
14     A.  ██████████████████
15     Q.  ███████████████ thank you.
16                VIDEO SPECIALIST:   I'm sorry.  I
17    need to go off the record for one moment.
18                MR. GREENBERG:   We're going off
19    the record.
20                VIDEO SPECIALIST:   Off the record
21    at 10:08.
22                (Discussion held off the record.)
23                VIDEO SPECIALIST:   We are back on
24    the video record at 10:09.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-TJS Document 84-2 Filed 07/01/20 Page 22 of 395
Case 2:12-cv-04491-TJS Document 84-2 Filed 07/11/18 Page 21 of 384

9



```
1    BY MR. GREENBERG:

2        Q.  Ms. ████████ what is your date of birth?

3        A.  ████████████████████

4        Q.  What is your current address?

5        A.  ████████████████████████

6        Q.  You're speaking somewhat softly.  I want

7    to make sure everybody can hear you.

8             MS. O'CONNELL:    It's a little

9    tough.

10            MR. GREENBERG:    It is a little

11   hard.

12   BY MR. GREENBERG:

13       Q.  Try to keep your voice up.  The people

14   at the end of the table are having a little

15   trouble hearing you.

16       A.  Okay.

17       Q.  Even I'm having a little trouble and I'm

18   directly across from you.

19       A.  Okay.

20       Q.  I think you said your address is ██████

21   ██████ --

22       A.  ████████████████

23       Q.  ████████████████?

24       A.  Yes.
```

Donna A. Bittner Reporting

██████████

1    Q.  That's in Philadelphia?

2    A.  Yes.

3    Q.  Is that South Philadelphia?

4    A.  North Philadelphia.

5    Q.  North.  Are you living in an independent

6  situation or in some kind of a group home or

7  something else?

8    A.  I live with my mother.

9    Q.  And what is your mother's name?

10    A.  Shellyn, S-H-E-L-L-Y-N, Singleton-El.

11    Q.  How long have you been living with your

12  mother?

13    A.  About four months now.

14    Q.  Where were you before that?

15    A.  Foster care.

16    Q.  In which particular residence?  I

17  understand from seeing DHS records that

18  you've been in various locations under DHS

19  supervision; correct?

20    A.  Yes.

21    Q.  So the one you were in before you moved

22  in with your mother was where?

23    A.  Germantown.

24    Q.  Was that with a foster mother?

1    A.  Oh, yes, yes.

2    Q.  Which one?

3    A.  You mean --

4           MR. BEZAR:   You mean what's her

5    name?

6           MR. GREENBERG:   Yes.

7           THE WITNESS:  Reena Neeley.

8    BY MR. GREENBERG:

9    Q.  Ms. Neeley?

10   A.  Yes.

11   Q.  You've lived with her for various

12   periods of time over the years; correct?

13   A.  Only twice.

14   Q.  Two times only?

15   A.  Yes.

16   Q.  For how long each time?

17   A.  The first time three months, the second

18   time five months.

19   Q.  The most recent one before you moved in

20   with your mother, was that the three-month

21   period or the five-month period?

22   A.  The five-month period.

23   Q.  At Ms. Neeley's house how many foster

24   children, I'll call them, can she

```
1   accommodate, do you know?

2     A.   No.

3     Q.   How many have lived there with you?

4     A.   One.

5     Q.   Only one at a time?

6     A.   Yeah.

7     Q.   And has that changed or has it always

8   been the same person?

9     A.   Changed.

10    Q.   Who was the most recent one?

11            MR. BEZAR:   You want her to

12   identify the names of other minors living in

13   foster care?

14            MR. GREENBERG:   To the extent

15   they could be witnesses to her situation,

16   yes.

17            MR. BEZAR:   Okay.

18            MR. GREENBERG:   Please.

19            THE WITNESS:  Her first name is

20   Tiyanna.  That's all I know.

21   BY MR. GREENBERG:

22    Q.   You don't know her last name?

23    A.   No.

24    Q.   How long did you live with her?
```

Donna A. Bittner Reporting

1    A.  Five months.

2    Q.  Were there any other foster children

3  that you lived with for a significant period

4  of time, more than a few weeks, in

5  Ms. Neeley's house?

6    A.  Yes.

7    Q.  Who?

8    A.  I don't remember any.

9    Q.  You have some children?

10    A.  Yes.

11    Q.  How many?

12    A.  Two.

13    Q.  What are their names?

14    A.  Afia and Zion.

15    Q.  And who?

16    A.  Zion.

17    Q.  Is Zion a boy?

18    A.  Yes.

19    Q.  And Afia is a girl?

20    A.  Girl.

21    Q.  We've seen in the records a reference to

22  your daughter as Afua, A-F-U-A.  Can you

23  explain that?  Was there a name change or

24  something?

Donna A. Bittner Reporting

1    A.    No.

2    Q.    Was she given an incorrect name on her

3    birth certificate or some other document?

4    A.    Yes.

5    Q.    Tell us what happened with that.

6    A.    I'm not sure.

7    Q.    Well --

8    A.    I don't remember.

9    Q.    Was it the birth certificate or

10   something else that caused confusion with her

11   name?

12   A.    I believe it was the birth certificate.

13   Q.    The birth certificate showed what?

14   A.    It misspelled her first name.

15   Q.    How did it spell her first name?

16   A.    A-D-I-A.

17   Q.    A-D-I-A?

18   A.    Yes.

19   Q.    Instead of A-F-I-A?

20   A.    Yes.

21   Q.    And has that been corrected?

22   A.    No.

23   Q.    So you call her Afia, A-F-I-A?

24   A.    Yes.

Case 2:20-cv-00299-TJB  Document 34-2  Filed 07/01/20  Page 28 of 395
Case 2:20-cv-04491-TJB  Document 34-2  Filed 07/01/20  Page 27 of 354

15

1    Q.  But her birth certificate says Adia,

2    A-D-I-A?

3    A.  Yes.

4    Q.  What is her date of birth?

5    A.  12/2/16.

6    Q.  December 2nd, 2016?

7    A.  December 2nd, 2016, yes.

8    Q.  And what is Zion's date of birth?

9    A.  November 23rd, 2017.

10   Q.  Do you have a child named Malikee?

11   A.  No.

12   Q.  You've never had a son named Malikee?

13   A.  No.

14   Q.  Who is Afia's father?

15   A.  Malik.

16   Q.  Malik?

17   A.  Yes.

18   Q.  Last name?

19   A.  Brookins.

20   Q.  And who is Zion's father?

21   A.  Malik Brookins.

22   Q.  Have you ever had a child with any other

23   man?

24   A.  No.

Case 2:20-cv-00299-TJS Document 34-2 Filed 07/01/20 Page 29 of 395
Case 2:20-cv-04091-TJS Document 30-2 Filed 07/11/18 Page 29 of 354

16

1    Q.  Who lives with you at your mother's

2  house besides your mother, if anyone?

3    A.  Her boyfriend.

4    Q.  What's his name?

5    A.  Jamar Hewlett.

6    Q.  Sorry?

7    A.  Jamar Hewlett.

8    Q.  J-A-M-A-R?

9    A.  H-E-W-L-E-T-T.

10    Q.  How long has he lived with you?

11    A.  The entire time.  The entire time at my

12  mother's house.

13    Q.  Well, you've lived with your mother on

14  various, for various periods of time in your

15  life?

16    A.  Yes.

17    Q.  Correct?

18    A.  Yes.

19    Q.  Has Jamar Hewlett lived with you at

20  times other than this last five months?

21    A.  Yes.

22    Q.  When?

23    A.  The last time before I went back into

24  foster care and before I was put in DHS care.

Donna A. Bittner Reporting

1    Q.  Before you were put into DHS care at

2    what age were you?

3    A.  14.

4    Q.  I'm going to ask a better question than

5    that.  That was a very poor question.

6                 How old were you when you first

7    went into foster care?

8    A.  15.

9    Q.  15.  So before you went into foster care

10   at the age of 15 --

11   A.  Yes.

12   Q.  -- Jamar Hewlett was part of the

13   household that you lived in with your mother?

14   A.  Yes.

15   Q.  At what age, again I'm going to fix

16   that, how old were you when Jamar Hewlett

17   first became part of your mother's household?

18                 MR. BEZAR:  Objection to the

19   form.  You can answer.

20                 THE WITNESS:  Um, 13.

21   BY MR. GREENBERG:

22   Q.  Did your mother have other husbands or

23   boyfriends living in the house with you

24   before that?

Donna A. Bittner Reporting

```
 1              MR. BEZAR:    Objection to the
 2    form.   You can answer.
 3              THE WITNESS:   Yes.
 4    BY MR. GREENBERG:
 5    Q.   And who were they?
 6    A.   His name is Lester Threats.
 7    Q.   Sorry?
 8    A.   His name is Lester Threats.
 9    Q.   Is that L-E-S-T-E-R?
10    A.   Yeah.
11    Q.   T-H-R-E-A-T?
12    A.   Yes.
13    Q.   Is there an S on the end?
14    A.   Yes.
15    Q.   Threats?
16    A.   Yes.
17    Q.   Anyone else?
18    A.   No.
19    Q.   How old were you when he became part of
20    the household?
21    A.   Eight.
22    Q.   And how old were you when he left the
23    household?
24    A.   12.
```

```
 1    Q.  Have you ever referred to anyone as your
 2  stepfather?
 3    A.  Yes.
 4    Q.  Who?
 5    A.  Jamar Hewlett.
 6    Q.  Do you know his age?
 7    A.  No.
 8    Q.  Do you know his occupation?
 9    A.  Janitor.
10    Q.  Where does he work?
11    A.  I don't know.
12    Q.  Do you know Mr. Threats' age?
13    A.  No.
14    Q.  Do you know his occupation?
15    A.  No.
16    Q.  Do you know where he is now?
17    A.  No.
18    Q.  Shellyn Singleton-El is your biological
19  mother?
20    A.  Yes.
21    Q.  Who is your biological father?
22    A.  Cornell Butler, C-O-R-N-E-L-L Butler.
23    Q.  Do you know his age?
24    A.  No.
```

```
1     Q.  Do you know his occupation?

2     A.  Nurse aide.

3     Q.  Do you know his address?

4     A.  No.

5     Q.  Do you know approximately where he

6   lives?

7     A.  15th and Westmoreland.

8     Q.  Is that in North Philadelphia?

9     A.  Yes.

10    Q.  Have you been to his home?

11    A.  Yes.

12    Q.  Do you have any kind of a relationship

13  with your biological father?

14    A.  Yes.

15    Q.  When did that start?

16    A.  When I was 16.

17    Q.  How did it start?

18    A.  We found each other.

19    Q.  How?

20    A.  Through Facebook.

21    Q.  You found him or he found you?

22    A.  He found me.

23    Q.  And has that relationship continued to

24  this point today?
```

1    A.  Yes.

2    Q.  Does anyone else live with you and your

3  mother and Mr. Hewlett?

4    A.  No.

5    Q.  Do you have any sisters or half sisters?

6    A.  Yes.

7    Q.  Or brothers or half brothers?

8    A.  Yes.

9    Q.  How many?

10    A.  Four brothers and four sisters.

11    Q.  Can you give me their names?

12    A.  Adwoa, A-D-W-O-A, Akua, A --

13    Q.  Before we go to another one, let's do it

14  this way.  When you give me the name --

15    A.  Yes.

16    Q.  -- give me male, female, and if you know

17  the approximate age or the exact age, tell me

18  that.

19    A.  Female, 18.  Akua, A-K-U-A, female, 13,

20  Shareeka, S-H-A-R-E-E-K-A, 24, female.

21  Sorry.  I don't know the other names.

22    Q.  Sorry?

23    A.  I don't remember the rest of their

24  names.

Donna A. Bittner Reporting

1    Q.  So there is a sister whose name you
2    don't remember?
3    A.  Yeah.  Yes.
4    Q.  And you don't know her age or you do?
5    A.  11.
6    Q.  Okay.  And the brothers?
7    A.  No.
8    Q.  You don't know their names?
9    A.  No.
10   Q.  Have you ever met them?
11   A.  Yes.
12   Q.  When?
13   A.  When I was 16.  When I was 16.
14   Q.  Under what circumstances?
15   A.  What do you mean by that?
16   Q.  Birthday party, funeral, wedding?
17   A.  Reunite.
18   Q.  How?
19   A.  Through my father at his house.
20   Q.  Through your father what?
21   A.  At his house.
22   Q.  Do any of your siblings currently live
23   with your father?
24   A.  Yes.

Case 2:20-cv-00299-TJB Document 34-2 Filed 07/01/20 Page 36 of 395
Case 2:20-cv-00491-TJB Document 34-2 Filed 07/01/20 Page 25 of 384

23

```
1    Q.   Which ones?

2    A.   The names I do not know.

3    Q.   The four boys you think live with your

4    father?

5    A.   Yes.

6    Q.   And the sister whose name you can't give

7    me you think lives with your father?

8    A.   Yes.

9    Q.   Your three sisters that you have named,

10   do any of them live with your father?

11   A.   No.

12   Q.   Where does Adwoa live?

13   A.   With her father.

14   Q.   What's his name?

15   A.   Eugene Jackson ███

16   Q.   Have you ever lived with him?

17   A.   Yes.

18   Q.   Who does Akua live with?

19   A.   My aunt.

20   Q.   What's her name?

21   A.   Tawanda Johnson.

22   Q.   Tawanda?

23   A.   Yes.

24   Q.   How do you spell that?
```

Case 2:20-cv-00299-TJB Document 84-2 Filed 07/01/20 Page 37 of 395
Case 2:20-cv-04401-TJB Document 84 Filed 07/01/20 Page 26 of 354

24

█████████████

```
 1      A.   T-A-W-A-N-D-A.

 2      Q.   Tawanda Johnson?

 3      A.   Yes.

 4      Q.   Who does Shareeka live with?

 5      A.   I don't know.

 6      Q.   Do you know her whereabouts?

 7      A.   No.

 8      Q.   When did you first meet Malik?

 9      A.   I was 15.

10      Q.   Where did you meet him?

11      A.   On Facebook.

12      Q.   How old is Malik?

13      A.   25.

14      Q.   Are you now 20 or you're about to be 20

15   in October?

16      A.   I'm 20.

17      Q.   You'll be 21 in October?

18      A.   Yes.

19      Q.   Currently how is your relationship with

20   Malik?

21      A.   There is no relationship.

22      Q.   Did you have a relationship with him

23   that ended?

24      A.   Yes.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT  Document 34-2  Filed 07/01/20  Page 38 of 395
Case 2:20-cv-04491-TJS  Document 34-2  Filed 07/01/20  Page 27 of 384

25

| | | |
|---|---|---|
| 1 | Q. | When? |
| 2 | A. | Last year, August. |
| 3 | Q. | Why did it end? |
| 4 | A. | Because of domestic violence. |
| 5 | Q. | Because of domestic violence? |
| 6 | A. | Yes. |
| 7 | Q. | Could you explain that? |
| 8 | A. | He would -- he would, um, verbally and |
| 9 | | physically abuse me every day. |
| 10 | Q. | Were you living together at the time? |
| 11 | A. | Yes. |
| 12 | Q. | Where? |
| 13 | A. | ████████████ |
| 14 | Q. | I'm sorry? |
| 15 | A. | ████████████ |
| 16 | Q. | He lived with you at your mother's house |
| 17 | | part of the time? |
| 18 | A. | Yes. |
| 19 | Q. | And he lived with you at ████ part |
| 20 | | of the time? |
| 21 | A. | Yes. |
| 22 | Q. | Whose place was that, the Pine Street? |
| 23 | A. | My apartment. |
| 24 | Q. | Was that an apartment arranged through |

1   DHS?

2   A.  Yes.

3   Q.  The individual living program or

4   something like that?

5   A.  Yes.

6   Q.  When did the verbal and physical abuse

7   by Malik begin?

8   A.  A month after I came home from Vision

9   Quest.

10   Q.  When was that?

11   A.  February.

12   Q.  February of what year?

13   A.  2016.

14   Q.  Is Vision Quest -- let me ask it this

15   way.  Strike that.

16          What kind of a residential

17   situation is Vision Quest?

18   A.  It's a secure holding facility.

19   Q.  So it's a place you cannot freely come

20   and go from, you're remanded to their custody

21   and you have to stay there until the court

22   orders that you can leave; is that accurate?

23          MR. BEZAR:  Objection to the

24   form.  You can answer.

1    THE WITNESS:  Yes.

2    BY MR. GREENBERG:

3    Q.  Is it secured by some kind of fencing or

4    do they just use GPS or is there something

5    else?

6    A.  Key passes.  Key pass.  You got to swipe

7    a key, like swipe a card (indicating).

8    Q.  To get out?

9    A.  Yes, to unlock the doors.

10   Q.  So you're locked in?

11   A.  Yes.

12   Q.  You were there from when to when?

13   A.  From May of 2015 all the way till

14   January 2016.

15   Q.  So less than a year?

16   A.  Yes.

17   Q.  What legal proceeding were you involved

18   in that resulted in your going to Vision

19   Quest?

20        MR. BEZAR:   Objection to the

21   form.  You can answer.

22   BY MR. GREENBERG:

23   Q.  I'm asking you what arrest or conviction

24   or other charge resulted in you going to

1    Vision Quest.

2              MR. BEZAR:    Objection to the

3    form.

4              THE WITNESS:   I got into a fight.

5    BY MR. GREENBERG:

6    Q.   This is the incident in Monroe County?

7    A.   Yes.

8    Q.   Pennsylvania?

9    A.   Yes.

10   Q.   Where were you living in Monroe County?

11   A.   Child First Services.

12   Q.   Was that also a secure residential

13   facility?

14   A.   No.

15   Q.   That was the place you could freely

16   enter and leave?

17             MR. BEZAR:    Objection to form.

18             THE WITNESS:  No.

19   BY MR. GREENBERG:

20   Q.   Would you explain?

21   A.   Um, it was like a campus and it was just

22   like after you left the campus it's nothing

23   but roads, and the roads, once you leave the

24   campus you're able.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 84 Filed 07/01/20 Page 42 of 395
Case 2:20-cv-04491-TJS Document 304-2 Filed 07/11/18 Page 31 of 384

29

```
 1      Q.  I see.
 2              Where is Child First or the one
 3   you were?
 4      A.  Lake Ariel.
 5      Q.  Lake where?
 6      A.  Lake Ariel, A-R-I-E-L.
 7      Q.  Where is that?
 8      A.  In the Poconos.
 9      Q.  Is that Monroe County?
10      A.  Yes.
11      Q.  Did an agency or a court send you there?
12      A.  Yes.
13      Q.  Which?
14      A.  Judge Dumas.
15      Q.  Court of Common Pleas of Philadelphia
16   County?
17      A.  I don't know.  What is --
18      Q.  You've been in front of Judge Dumas?
19      A.  Yes.
20      Q.  Is he in the family court here in
21   Philadelphia?
22              MR. BEZAR:   Objection to form.
23   Judge Dumas is a she and I think she's in
24   dependency court.
```

```
1              MR. GREENBERG:   It sounds like
2     it's part of family court, but okay.
3              MR. BEZAR:    It is not, it is
4     dependency court.
5     BY MR. GREENBERG:
6      Q.   So Judge Dumas is here in Philadelphia?
7      A.   Yes.
8      Q.   You have appeared before her more than
9     once?
10     A.   Yes.
11     Q.   Is she the judge you went in front of in
12    connection with DHS residential placements?
13             MR. BEZAR:    Objection to form.
14             THE WITNESS:  Yes.
15    BY MR. GREENBERG:
16     Q.   You said you were involved in a fight
17    while you were in Vision Quest; is that
18    correct?
19     A.   No.
20     Q.   No?  While you were in Child First?
21     A.   Yes.
22     Q.   When and where did that happen?
23     A.   East Stroudsburg Mall.
24     Q.   How did you get involved in a fight
```

Donna A. Bittner Reporting

1 there?

2 A.  An argument broke out and just -- an

3 argument broke out between the group, a group

4 that I was with and another group, and it

5 just ended up as a fight.

6 Q.  What was the basis for the argument?

7 A.  Somebody wouldn't be quiet in the movie

8 theater.

9 Q.  Oh, it happened in a movie theater?

10 A.  No, the fight happened outside the movie

11 theater, but something happened in the movie

12 theater that caused the fight outside of the

13 movie theater.

14 Q.  Did the fight happen after the movie

15 ended or while the movie was still playing?

16 A.  After the movie ended.

17 Q.  Who started the fight?

18          MR. BEZAR:   Objection to the

19 form.

20          MR. GREENBERG:   What's wrong with

21 the form?

22          MR. BEZAR:   Who started the

23 fight?

24          MR. GREENBERG:   Yeah.  How could

1    you ask that better?

2            MR. BEZAR:    What are the

3    circumstances of the fight?

4    BY MR. GREENBERG:

5     Q.  Who started the fight?

6            MR. BEZAR:    Objection to the

7    form.

8            THE WITNESS:  I don't know.

9    BY MR. GREENBERG:

10    Q.  Did you start the fight?

11    A.  No.

12            MR. BEZAR:    That was a better way

13   to ask the question.

14   BY MR. GREENBERG:

15    Q.  How did you get involved in the fight?

16    A.  I was with a group of friends.

17    Q.  You were with a group of friends and

18   there was an argument that started in the

19   movie theater?

20    A.  Yes.

21    Q.  After the movie was over, the two groups

22   of people were in a mall, is that what you're

23   saying?

24    A.  Outside of the mall.

Donna A. Bittner Reporting

1   Q.  Outside the mall.  So this was an

2  outdoor fight?

3   A.  Yes.

4   Q.  How long did it last?

5   A.  I don't know.

6   Q.  What role, if any, did you have in this

7  fight?

8   A.  What do you mean by that?

9   Q.  Did you get hit?  Did you hit someone

10  else?

11   A.  Yes, both.

12   Q.  Which happened first?

13   A.  I got swung on.

14   Q.  Somebody swung at you?

15   A.  Yes.

16   Q.  They missed?

17   A.  Yes.

18   Q.  Was it a male or a female?

19   A.  A female.

20   Q.  Were all the people involved in this

21  altercation female?

22   A.  No.

23   Q.  There were men and women?

24   A.  Yes.

Donna A. Bittner Reporting

1    Q.   Male and female?

2    A.   Yes.

3    Q.   In both groups?

4    A.   No.

5    Q.   Your group was what?

6    A.   All women.

7    Q.   The other group was male and female?

8    A.   Yes.

9    Q.   Was there an age difference?

10   A.   Yes.

11   Q.   How so?

12   A.   There were -- we were all teenagers and

13   the majority of them were adults.

14   Q.   When you say adults, can you give me an

15   age range?

16   A.   Mid 40's, early 20's, late 50's.

17   Q.   How big was their group?

18   A.   About the same number.

19   Q.   How many?

20   A.   Six people.

21   Q.   About six people?

22   A.   Five, six people.

23   Q.   And your group was about the same size?

24   A.   Yes.

1    Q.  Was anybody injured in this?

2    A.  No, not that I -- no.

3    Q.  So you said someone swung on you?

4    A.  Yes.

5    Q.  Was it a woman you said, a female?

6    A.  Yes.

7    Q.  And what did you do in response?

8    A.  I swing back.

9    Q.  And did you strike somebody?

10    A.  Yes.

11    Q.  How many times?

12    A.  Three.

13    Q.  Did you cause any injuries?

14    A.  No.

15    Q.  What part of the body did you strike?

16    A.  Face.

17    Q.  Three times?

18    A.  Yes.

19    Q.  Was there a court case arising from that

20  that you were involved in?

21    A.  Yes.

22    Q.  Did you have to appear somewhere?

23    A.  Yes.

24    Q.  Where?

1  A.  I don't remember.

2  Q.  Was it up there in the Poconos

3  somewhere?

4  A.  Yes.

5  Q.  How many times did you have to appear?

6  A.  About three times.

7  Q.  And what happened?

8  A.  I just had to plead guilty.

9  Q.  You did plead guilty?

10  A.  Yes.

11  Q.  To what?

12  A.  Assault.

13  Q.  Were you sentenced?

14  A.  No.

15  Q.  What happened after the guilty plea?

16  A.  Nothing.

17  Q.  You didn't have to pay a fine?

18  A.  No.

19  Q.  You weren't given probation or --

20  A.  Yes.  I was given probation.

21  Q.  That's a sentence.

22  A.  Oh, okay.

23  Q.  Okay.  Is that the only sentence you

24  got, probation?

███████████████

1    A.  Yes.

2    Q.  Did this then have ramifications or

3  effects down here in Philadelphia?

4                MR. BEZAR:   Objection to the

5  form.

6                THE WITNESS:  No.

7  BY MR. GREENBERG:

8    Q.  I'm going to re-ask it.  That was a bad

9  question.

10               MR. BEZAR:   It wasn't that bad,

11  just, you know --

12  BY MR. GREENBERG:

13    Q.  Did --

14               MR. BEZAR:   Hold on a second.

15  When you talk I try not to interrupt.  Please

16  don't heisen (sic) me and I'll try not to

17  interrupt.  If I'm doing it too much, I'll

18  slow down, Ed.  Okay?

19               MR. GREENBERG:   You objected.  I

20  rephrased the question.  We don't have to get

21  into a colloquy about it.  Let's just keep

22  this rolling.  I want to get through this.

23  BY MR. GREENBERG:

24    Q.  So you were sentenced to probation after

Donna A. Bittner Reporting

1    this incident that you pled guilty to.  Did

2    that have any effect with Judge Dumas?

3                   MR. BEZAR:   Objection to the

4    form.

5                   THE WITNESS:  No.

6    BY MR. GREENBERG:

7     Q.  Or with --

8     A.  What do you mean by that?

9                   MR. BEZAR:   That's why I objected

10   to the form.  Go ahead.

11   BY MR. GREENBERG:

12    Q.  Did you appear in front of Judge Dumas

13   at any time where what happened in the

14   Poconos was taken into consideration?

15    A.  Yes.

16    Q.  Okay.  How so?

17    A.  Well, the judge knew her, so the

18   judge -- you got -- can you rephrase the

19   question a little better?

20    Q.  What if anything did Judge Dumas do

21   about what happened in the Poconos to your

22   knowledge?

23    A.  I don't know.

24    Q.  Did she talk to you about it?

Donna A. Bittner Reporting

1    A.  No.

2    Q.  Did she change your situation in any

3  way?

4    A.  What do you mean by that?

5    Q.  Did she do anything that affected where

6  you were living, what supervision you were

7  under?

8    A.  Yes.

9    Q.  Okay.  Tell me what happened with it.

10    A.  I was transferred to a more secure

11  facility.

12    Q.  So you were transferred from --

13    A.  From Child First to Vision Quest.

14    Q.  Where was the Vision Quest facility

15  located?

16    A.  In North Philadelphia.

17    Q.  Can you tell me where?

18    A.  5201 Old York Road, 19141.

19    Q.  How long were you at Child First?

20    A.  Four months.

21    Q.  Were you pregnant with your first child

22  while you were at Child First?

23    A.  No.

24    Q.  Were you pregnant with your first child

Donna A. Bittner Reporting

```
1    while you were at Vision Quest?

2    A.   No.

3    Q.   Where were you living when you got

4    pregnant with your first child?

5    A.   My own apartment.

6    Q.   Your own apartment?

7    A.   Yes.

8    Q.   Where was that located?

9    A.   I don't remember.

10   Q.   Somewhere in Philadelphia?

11   A.   Yes.

12   Q.   Was that your first independent living

13   situation while you were at DHS?

14   A.   No.

15   Q.   I'm going to try to reconstruct that a

16   little better later on in the deposition, so

17   I'll leave that right now.

18             You said your relationship with

19   Malik ended last August as a result of

20   physical and verbal abuse.

21   A.   Yes.

22   Q.   Did you break up with him or did he

23   break up with you?

24   A.   I broke up with him.
```

Donna A. Bittner Reporting

1   Q.   He had been living with you at that

2   time?

3   A.   Yes.

4   Q.   So you made him leave the home?

5   A.   Yes.

6   Q.   When have you last communicated with him

7   in any way?  And that would be phone, text

8   message, Facebook, see him in person,

9   anything.

10  A.   A few months ago.

11  Q.   What were the circumstances?

12  A.   He came to visit his children.

13  Q.   Does he have visitation rights?

14  A.   No.

15  Q.   Do you have a protection from abuse

16  order against him?

17  A.   No.

18  Q.   Have you ever had one against him?

19  A.   Yes.

20  Q.   When did it end?

21  A.   I don't remember.

22  Q.   How did it end?

23  A.   I got it removed.

24  Q.   So you took steps to end it?

```
 1      A.   Yes.

 2      Q.   Why?

 3      A.   He started to go to therapy and show me

 4      that he wanted to do better, so I took it off

 5      before I had my son.

 6      Q.   I'd like to understand when he lived

 7      with you in relation to the birth of your two

 8      children.  So your first child, your daughter

 9      was born December 2nd, 2016?

10      A.   Yes.

11      Q.   Were you living with Malik before she

12      was born?

13      A.   No.

14      Q.   When did he move in with you?

15      A.   When I left my first foster mother's

16      home after I had my daughter.

17      Q.   What was your first foster mother's

18      name?

19      A.   My first?

20      Q.   The person you just referred to.  You

21      said "when I left my first foster mother's

22      home."

23      A.   Reena Neeley.

24      Q.   Okay.  When did you leave her home?
```

1    A.   December 2016.   December 2016.

2    Q.   The same month that your daughter was

3    born?

4    A.   Yes.

5    Q.   How soon after the birth?

6    A.   A couple weeks.

7    Q.   And you moved into your own apartment?

8    A.   My mother's home.

9    Q.   And Malik came to live with you at your

10   mother's home then when you had your newborn

11   daughter?

12   A.   Yes.

13   Q.   How soon after your daughter was born?

14   A.   About a month.

15   Q.   So approximately January of 2017?

16   A.   Yeah.

17   Q.   And he stayed with you for how long?

18   A.   Up until August 2017.

19   Q.   So he lived with you continuously after

20   your first daughter was born but left before

21   Zion was born?

22   A.   Yes.

23   Q.   So with your first baby you lived with

24   your mother for how many months?

44

1   A.   Me live with my mother for how many

2   months?

3   Q.   You were living with your mother after

4   Afia was born?

5   A.   Yes.

6   Q.   How old was Afia when you moved out of

7   your mother's place?

8   A.   About one years old.

9   Q.   Did you move out of your mother's place

10   before or after Zion was born?

11   A.   Before.

12   Q.   So Malik left your mother's place, you

13   broke up with him, and you moved out after

14   you broke up with him?

15   A.   Yes.

16   Q.   And you moved to where?

17   A.   Where I'm living, home.

18   Q.   And you were living with her when your

19   son was born?

20   A.   Before.

21   Q.   Okay.  And what about after he was born?

22   A.   Not really, no.

23   Q.   When did you leave Ms. Neeley's home

24   after the birth of your son or before?

████████████

1    A.  I would say my son was a couple weeks

2    old, I believe.

3    Q.  So you brought him home from the

4    hospital and shortly after that you left

5    Ms. Neeley's home?

6    A.  Yes.

7    Q.  To move where?

8    A.  My mom.

9    Q.  I take it each time you moved back in

10   with your mother you had permission from DHS

11   to do that?

12   A.  Yes.

13   Q.  And then after you lived with your

14   mother a while with your two children, you

15   got permission from DHS and the court to live

16   independently again?

17   A.  Yeah.

18   Q.  When did that happen?

19   A.  I don't remember.

20   Q.  Did the court at some point order you

21   back into supervised living?

22   A.  No.

23   Q.  After you lived independently?

24   A.  What do you mean by that?

Donna A. Bittner Reporting

1   Q. The court allowed you to live

2   independently after you had your second

3   child; correct?

4   A. Yes.

5   Q. Did the court then order you back into a

6   group home after you were living

7   independently with your two children for a

8   while?

9   A. No.

10   Q. So you lived independently with your two

11   children and then you moved back to your

12   mother's home on your own choice?

13   A. Yes.

14   Q. And that's where you are now?

15   A. Yes.

16   Q. I apologize if I already asked you this.

17   Do you recall the name of any other foster

18   parent besides Ms. Neeley?

19   A. Yes.

20   Q. Who?

21   A. Shirley Brown.

22   Q. Where does she live?

23   A. Yeadon, Pa.

24   Q. On how many occasions did you live with

Donna A. Bittner Reporting

1   her?

2   A.  Once.

3   Q.  For how long?

4   A.  Four months.

5   Q.  How old were you?

6   A.  15.

7   Q.  Did you have any problems with her?

8   A.  Yes.

9   Q.  What problems?

10  A.  She was a very inconsiderate woman.

11  Q.  How so?

12  A.  She wasn't taking care of us properly.

13  Q.  Sorry?

14  A.  Well, me.  She wasn't taking care of me

15  properly.

16  Q.  In what way?

17  A.  Clothes wise, hygiene wise, like simple

18  things.

19  Q.  What else?

20  A.  Allowance, school, school supplies.

21  Q.  Clothes, hygiene, school, allowance,

22  school supplies?

23  A.  Yes.

24  Q.  Anything else?

48

```
1     A.   No.

2     Q.   What was the problem with clothing?

3     A.   She would -- she would get paid to take

4   care of us and she would like instead of, you

5   know, getting us the things we need, she

6   would get other things, or she wouldn't get

7   us anything at all or something like really,

8   really cheap, like she would take us to like

9   Salvation Army, something like that.

10    Q.   Take you where?

11    A.   Salvation Army, something like that.

12    Q.   You felt she wasn't spending enough of

13  the money on your clothing?

14    A.   No.

15    Q.   No, that's not how you felt?

16    A.   No.

17    Q.   So you felt she was spending enough

18  money on your clothing?

19    A.   No.  She would take me to the Salvation

20  Army for clothes and go to Macy's and by her

21  clothes.  That's what I mean.

22    Q.   What was the problem with hygiene?

23    A.   We -- I would have to reach out to other

24  like family members and things like that to
```

Donna A. Bittner Reporting

1   get certain things that I needed.

2   Q.  Such as?

3   A.  Pads, soap, toothpaste, things like

4   that.

5   Q.  What was the problem with school?

6   A.  I didn't go to school.

7   Q.  I thought you mentioned that one of the

8   problems you had with Ms. Brown was school.

9   A.  She wouldn't give me transportation to

10  get to school.

11  Q.  She didn't give you money to get on the

12  bus or subway, is that what you're saying?

13  A.  Yes.

14  Q.  And you said there was a problem with

15  the allowance.  What was the problem there?

16  A.  There wasn't enough.

17  Q.  How much was it?

18  A.  10 dollars a week.

19  Q.  How much should it have been?

20  A.  I don't know, but it should have been

21  more than 10 dollars.

22  Q.  What did you want it to be?

23  A.  Enough for me to get around at least.

24  Q.  How much would that have been?

Donna A. Bittner Reporting

```
 1    A.  I don't know.
 2    Q.  Well, was she short by a dollar or was
 3  she short by 10 or 20 or 30 dollars?
 4              MR. BEZAR:   Objection to the
 5  form.
 6              MR. GREENBERG:   I'm trying to --
 7              MR. BEZAR:   Don't answer.  She's
 8  already answered the question.
 9              MR. GREENBERG:   No, I don't think
10  so.
11  BY MR. GREENBERG:
12    Q.  I'm trying to understand what your
13  problem with the allowance was.  You said she
14  gave you 10 dollars a week?
15    A.  Yes.
16    Q.  How was that inadequate?
17              MR. BEZAR:   She's already
18  answered that.  You don't have to answer.
19              MR. GREENBERG:   Are you
20  instructing her not to answer?
21              MR. BEZAR:   I'm instructing her
22  not to answer.
23              MR. GREENBERG:   Donna, would you
24  please note the record for that spot?
```

Donna A. Bittner Reporting

1    COURT REPORTER:    Yes.

2    BY MR. GREENBERG:

3    Q.   Okay.   What was the problem with school

4    supplies?

5    A.   I wasn't getting the proper school

6    supplies.   I would go to school and they

7    would ask me why don't I have a uniform, book

8    bag, pencil, paper, folder, anything.   So

9    my --

10   Q.   Where --

11   A.   You can go.

12   Q.   Where were you going to school?

13   A.   Frankford High School.

14   Q.   Did you have an attendance problem at

15   Frankford High School --

16   A.   Yes.

17   Q.   -- that year?   What was the attendance

18   problem?

19   A.   I didn't go.

20   Q.   And the reason you didn't go was what?

21   A.   Not much transportation and I didn't

22   want to go.

23   Q.   Not much transportation?   What does that

24   mean?

1    A.   Not much transportation, money provided

2    for me to get there, because I was all the

3    way in Yeadon.

4    Q.   And you didn't want to go?

5    A.   No, I don't.

6    Q.   Sorry?

7    A.   I did not want to go.

8    Q.   Why?

9    A.   I was having a lot of issues and it was

10   this girl there, she would bother me a lot.

11   She would jump me.

12   Q.   She jumped you?

13   A.   Yes.

14   Q.   In school?

15   A.   No, outside of school, but she would

16   like bully me.

17   Q.   Where?  In Yeadon or where?

18   A.   No, around my mom's home.

19   Q.   How did that impact your desire to go to

20   school?

21   A.   She would just pick on me.  I wouldn't

22   want to be -- I wouldn't want to be in

23   school.  Every time she seen me, she would

24   call out my name, she would follow me, she

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 84-2 Filed 07/01/20 Page 66 of 395
Case 2:20-cv-04491-TJS Document 84-2 Filed 07/01/20 Page 55 of 384

53

```
 1   would say mean things.  I didn't want to go.

 2   Q.  And you said you had other issues?

 3   A.  Yes.

 4   Q.  That made you not want to go to school?

 5   A.  Yes.

 6   Q.  What were they?

 7   A.  I was having relationship issues with my

 8   mother and I was smoking marijuana.

 9   Q.  How did the relationship issues with

10   your mother make you not want to go to

11   school?

12   A.  The punishments.

13   Q.  What were the punishments?

14   A.  She made me not like school.

15   Q.  How?

16   A.  Every time I was in punishment, she

17   would make me do something that had something

18   to do with school, so I wouldn't want to go.

19   Q.  I don't understand.  What would she make

20   you that had something to do with school?

21   What would she make you do?

22   A.  When I got a punishment for anything,

23   she would make me sit in a room like I was in

24   jail and make me write things out of the
```

Donna A. Bittner Reporting

```
 1    dictionary or just like, just do, like just
 2    copy out of the phone book or stuff, stuff
 3    like that.
 4    Q.  That was in your mother's home?
 5    A.  Yes.
 6    Q.  You had to do that?
 7    A.  Yes.
 8    Q.  Why were you going there if you were
 9    living in Yeadon in foster care?
10    A.  That was -- that was before.  That was
11    like one of the reasons why.
12    Q.  What other issues made you not want to
13    go to school?
14    A.  I was -- I think that's about it.
15    Q.  Sorry?
16    A.  That's about it.
17    Q.  You said marijuana was a factor.  How
18    did that make you not want to go to school?
19    A.  I would just get lazy and not want to do
20    anything.
21    Q.  You have filed a lawsuit alleging that
22    my clients and other defendants should be
23    liable to you for harm you suffered as a
24    victim of human trafficking.
```

Case 2:20-cv-00299-TJS Document 84 Filed 07/01/20 Page 68 of 395
Case 2:20-cv-04491-TJS Document 84 Filed 07/01/20 Page 37 of 354

55

1          Please tell us what happened to

2    you with regard to the human trafficking.

3    Start with, start at the beginning, how it

4    began, and take us right through what

5    happened with regard to the trafficking.

6               MR. BEZAR:   You just want her to

7    kind of tell a story?

8               MR. GREENBERG:   In her words,

9    yes.

10              MR. BEZAR:   It's a broad

11   question.  Tell a story?

12              MR. GREENBERG:   Tell a story.

13              MR. BEZAR:   Okay.  Do you

14   understand the question?

15              THE WITNESS:  Yes.

16              MR. BEZAR:   Good.

17              THE WITNESS:  I ran away from a

18   policeman and I had a family emergency, so I

19   ran away from a policeman.

20   BY MR. GREENBERG:

21    Q.  I'm sorry?

22    A.  I had a family emergency so I ran away

23   from a policeman.  I was staying with a girl

24   named Sana McDaniel, which was an old foster

Donna A. Bittner Reporting

```
 1    sister of mine.
 2      Q.  Can I hear her name again?
 3      A.  Sana McDaniel, S-A-N-A McDaniel.
 4      Q.  Family emergency caused you to leave
 5    foster care?
 6      A.  It's not foster care, it's placement.
 7      Q.  Placement.  What was the family
 8    emergency?
 9      A.  My aunt tried to murder her children.
10      Q.  Okay.  Go ahead.
11           MR. BEZAR:   Do you remember the
12    original question now is how you got involved
13    in trafficking.
14           THE WITNESS:  Yes.
15           MR. BEZAR:   Okay.
16           THE WITNESS:  I was called -- I
17    was called to a motel and I was told it was a
18    party and it was no party.  While I was there
19    my sister was having sex with a guy, and he,
20    I guess he made a decision to ask me if I was
21    interested.  I said no.
22    BY MR. GREENBERG:
23      Q.  I have to ask you to speak up because
24    I'm really having a hard time hearing you.
```

Donna A. Bittner Reporting

1   The court reporter has to take down what

2   you're saying and the people at the end of

3   the table have to.  Don't be afraid to shout

4   at us.  We won't be offended.

5   A.  Okay.

6   Q.  We just want to get what you're saying.

7   You said something about living with Sana

8   McDaniel who is somebody you lived with in

9   foster care?

10  A.  Yeah, before.  And I was living with her

11  at first, and things got out of hand, but one

12  day I was down Kensington and Allegheny and

13  Daiquan had called Sana McDaniel looking for

14  my sister Shareeka, and we went to Sana's

15  house, and I didn't know what was going on.

16          We went to Sana's house and he

17  started talking to me about, you know,

18  talking to guys.  He didn't say anything

19  about sex at first.  And I was interested

20  because I was living from home to home.

21  Q.  You were what?

22  A.  I was living from home to home.  I was

23  interested in making money so I could talk to

24  older -- older guys for money.  He didn't say

58

1   anything about sex.

2   Q.  Oh, you were interested in the money?

3   A.  Yes.

4   Q.  Because you were living --

5   A.  -- home to home.  I didn't really have

6   anywhere to go, three weeks, something like

7   that.

8   Q.  Okay.

9   A.  So like I took interest, but he didn't

10  tell me that I had to have sex with anyone.

11  He told me that I would just like do

12  fetishes, like talk to old guys, so that's

13  how like it started.

14  Q.  Okay.  Then what happened?

15  A.  He wanted to take pictures of me, and I

16  told him no, so he used pictures I guess of

17  someone else's body parts and made a fake

18  profile, a fake name, a fake age, ethnicity,

19  and stuff like that.

20  Q.  Where did all this happen?

21  A.  At Sana McDaniel's house -- home.

22  Q.  And you mentioned a party, you thought

23  you were going to a party?

24  A.  No, that was -- that was another -- that

1  was something else.

2      Q.  All right.

3      A.  But yeah, that's how it all started.

4      Q.  It all started with you being at

5  Sana -- how do you say her name?

6      A.  Sana McDaniel.

7      Q.  -- Sana McDaniel's house?

8      A.  Yes.

9      Q.  Your sister was there?  No, Daiquan

10  Davis was there and he was looking for your

11  sister?

12      A.  Yes.

13      Q.  And he started talking to you?

14      A.  Yes.

15      Q.  So where does the party or what you

16  thought was a party come into play?

17      A.  That's part of where it began.  That's

18  why I started there, but that night my sister

19  called me and she told me that she was having

20  a party at a hotel and she wanted me to come.

21      Q.  Shareeka?

22      A.  Yes.  And I came and there was no party.

23  It was just her, Daiquan and Sana McDaniel.

24  And --

60

| | |
|---|---|
| 1 | MR. BEZAR: Keep your voice up, |
| 2 | ████████ |
| 3 | THE WITNESS: And while I was |
| 4 | there, like he was -- he seemed like very |
| 5 | upset, like something was wrong and then he |
| 6 | like already knew me. I never met him |
| 7 | before. He knew my name and everything. |
| 8 | Like he was talking to me, where is your |
| 9 | sister ████ you know. |
| 10 | BY MR. GREENBERG: |
| 11 | Q. He was what? |
| 12 | A. He -- he was talking to me like he met |
| 13 | me already, like he knew my name and things |
| 14 | like that, my nickname, and I was trying to |
| 15 | figure out how did he know, so that's like |
| 16 | kind of -- I guess that was the setup part of |
| 17 | it. |
| 18 | Q. What nickname -- |
| 19 | MR. BEZAR: I'm sorry. Before |
| 20 | you ask a question, can we just go off the |
| 21 | record? |
| 22 | VIDEO SPECIALIST: Going off the |
| 23 | video record at 11:00 a.m. |
| 24 | (Discussion held off the record.) |

```
 1          VIDEO SPECIALIST:    We're back on
 2   the video record at 11:05.
 3   BY MR. GREENBERG:
 4      Q.  Ms. █████  I'd like you to continue
 5   explaining to us how you got involved in
 6   trafficking and what happened after you got
 7   involved.
 8          So would you please go ahead?
 9      A.  You want me -- sorry.  Do you want me to
10   start over?
11      Q.  No, I don't think so.  You explained to
12   us already that you had a family emergency
13   that caused you to leave your placement.  I
14   think we know at the time that was at the
15   Villa?
16      A.  Yes.
17      Q.  And you were then with Ms. McDaniel who
18   you lived with in foster care, but you said
19   you didn't really have a home to live in at
20   the time.  You told us that you were at
21   her -- her residence at or near Kensington
22   and Allegheny, and Daiquan Davis was there
23   and he talked to you about --
24      A.  No, it wasn't Kensington and Allegheny.
```

Donna A. Bittner Reporting

1    That's where he met up with us at.

2    Q.  Okay.  So it was out on the street where

3    you met him?

4    A.  No, I didn't meet him for the first time

5    in the street.  I met him for the first time

6    in the hotel when my sister called me to

7    come.

8    Q.  I see.

9    A.  But he -- I believe it was the next two

10   days after I met him the first time, and I

11   was with Sana, Sana McDaniel at one of her

12   friend's houses, and he called and was

13   looking for Shareeka.

14          Apparently she stole money from

15   him and he was -- he asked where we were.  He

16   was already down there and he asked where we

17   were and we met up with him and we went to

18   Sana's house down in Frankford.

19   Q.  So before we move ahead, I'd like you to

20   back up and give us some more detail about

21   your first meeting with him at this hotel.

22   A.  Okay.

23   Q.  When and where did that happen and what

24   happened there?

1        MR. BEZAR:   And try to keep your

2   voice up.  Okay?

3        MR. GREENBERG:  You dropped your

4   mic.

5        MR. BEZAR:   Your mic came off.

6        THE WITNESS:  It was October right

7   before I was 17.

8   BY MR. GREENBERG:

9   Q.  You were 17 on October 10th?

10  A.  Yes.

11  Q.  Okay.

12  A.  And I was walking, walking around one

13  day at night.  My sister called me and she

14  told me there was a party somewhere on City

15  Line Avenue at a hotel and I went.  I got a

16  ride there by another friend of mine at the

17  time, and when I got there, there was no

18  party.  There was just my sister, Sana

19  McDaniel and Daiquan.

20  Q.  What hotel was it?

21  A.  I don't remember the name.

22  Q.  It was a hotel on City Line Avenue?

23  A.  Yes.  I just know it was on City Line

24  Avenue.

```
1      Q.   Okay.  Go ahead.  What happened at the
2    hotel?
3      A.   When I arrived Sana came to get me from
4    the lobby and we went to the room.  There was
5    no party.  There was just them three.
6    Daiquan was sleeping when I first got there.
7    He woke up and he seemed like he was upset,
8    and he was like, Fu, where is your sister,
9    and I'm like, you know, he was talking to me
10    like he knew me already.
11            MR. BEZAR:   Keep your voice up,
12   ███████ Come on.
13            THE WITNESS:  He was talking to me
14    like he knew me already and I just told him
15    where my sister was and he went to go look
16    for her.  So I sat on the bed for a while.
17    He came back.
18            I was asleep when he came back.
19    My sister woke me up and she was like, You
20    have to go in the bathroom, sleep in the
21    bathroom, so it turned into a little
22    argument.
23            And I went in the bathroom for a
24    while, went to go smoke.  I heard moaning.  I
```

Donna A. Bittner Reporting

1  opened the door and my sister was having sex

2  with this guy, and then the guy just, like he

3  stopped and he was like, I want your sister,

4  and all these things, and she was like, Well,

5  ask her.  So I was like a little shocked by

6  it and I didn't do anything that night with

7  anybody.

8           We left the hotel.  A few days

9  later I was with Sana McDaniel --

10  BY MR. GREENBERG:

11  Q.  You left the hotel when?

12  A.  The next morning.

13  Q.  Okay.

14  A.  We left.  A few, two days later, a few

15  days later I was with Sana McDaniel down

16  Kensington and Allegheny.  She received a

17  phone call from Daiquan, him asking where

18  Shareeka was.  I guess she stole money from

19  him.

20           He was already down there when he

21  called and he was like, he wanted to -- it

22  was something he was saying to her like he

23  wanted to go somewhere and talk about

24  something, so we went with him down to Sana's

```
1    house, and once we got there, that's when he
2    started to talk to me about like talking to
3    guys for money, doing little fetishes like
4    wearing stockings and things like that, and
5    that's how it all began, and he wanted to
6    take pictures of me and he kept trying to
7    like kind of force it, and I was like no.  He
8    kept trying to take pictures of my breasts.
9    I said no.
10              He used other pictures of other
11   women's body parts and put it on the back
12   page ad and he made a fake name for me and
13   the age.
14   Q.  What was the fake name?
15   A.  Sincere.
16   Q.  And what was the age?
17   A.  21.
18   Q.  So when did that happen?  That happened
19   a few days after you were in the City Line
20   hotel?
21   A.  Yes.
22   Q.  And all this happened out on the street
23   somewhere, or no, you said you went back to
24   somebody's house?
```

Donna A. Bittner Reporting

67

```
 1      A.   Yeah, Sana's house.

 2      Q.   Sana's house, which was where?

 3      A.   Frankford.

 4      Q.   Okay.  So an ad was placed with your

 5   fake name Sincere and your age?

 6      A.   Yeah.

 7      Q.   What was the age?

 8      A.   21.

 9      Q.   And how did you know that that was done?

10      A.   He told me.

11      Q.   He told you he was doing it?

12      A.   Yes.

13      Q.   He said this is going to be your name?

14      A.   Yes.

15      Q.   And he used pictures of other people?

16      A.   Yes.

17      Q.   Other women?

18      A.   Yes.

19      Q.   Okay.  What happened after the ad was

20   placed?

21      A.   I met with a older guy and we just

22   talked, and then I got out of the car.  He

23   gave me the money first.  We talked.  I

24   didn't do anything and I got out of the car
```

Donna A. Bittner Reporting

1    and I gave my half and I kept the other half.

2     Q. How much?

3     A. I don't remember.

4     Q. You don't have any idea?

5     A. No.

6     Q. What happened --

7           MR. BEZAR: You could ask her to

8    guesstimate. I know we don't do guesses

9    mostly, but you can answer.

10   BY MR. GREENBERG:

11     Q. That's what I'm looking for. If you can

12    estimate how much that was, you know.

13     A. I would say about a hundred dollars.

14     Q. That you split 50-50?

15     A. Yes.

16     Q. Okay. A hundred dollars for getting in

17    a car and talking to an older man?

18     A. Yes.

19     Q. Talking about what?

20     A. Anything he wanted to talk about.

21     Q. For how long?

22     A. I don't remember.

23     Q. Can you estimate?

24     A. About an hour.

Donna A. Bittner Reporting

69

```
 1      Q.   What happened after that?
 2      A.   I got out of the car.  I went back in
 3   the house and I gave Daiquan his half of the
 4   money.
 5      Q.   Okay.  Please continue.
 6      A.   I did two more after that.  Sana left
 7   before everything happened.
 8      Q.   Same day?
 9      A.   Yes.  The next morning I walked to my
10   mother's house.  She didn't live too far and
11   she didn't answer the door, so --
12      Q.   She didn't do what?
13      A.   I -- I walked to my mother's house the
14   next day.  She wasn't there.  Daiquan was
15   following me around.  And I ended up going
16   with him to the Roosevelt.
17      Q.   To the where?
18      A.   The Roosevelt, the Roosevelt Inn.
19      Q.   Another hotel?
20      A.   Yes.  That was the first hotel I ever
21   been to with him.
22      Q.   How did you end up there?
23      A.   We caught SEPTA.
24      Q.   Well, you said you went to your mother's
```

Donna A. Bittner Reporting

1    house and she wasn't home?

2    A.  Yeah.  I was trying to like get away.

3    Q.  And he was following you?

4    A.  Yes.

5    Q.  And who decided to go to the Roosevelt

6    Hotel?

7    A.  Well, I didn't have anywhere else to go,

8    so I went with him.

9    Q.  He said let's go to the Roosevelt Hotel?

10   A.  Yes.

11   Q.  And you went because you had nowhere

12   else to stay that night?

13   A.  Yes.

14   Q.  Okay.  What happened after that?

15   A.  Once we got there he like, he changed

16   into another person.  He was yelling at -- he

17   was yelling at me and he was saying like you

18   need to wash up, you need to shave

19   everything, do your hair, and you're going to

20   be having sex with men.

21   Q.  Can you put a date on this?  You said

22   the first time you met him was before your

23   birthday.

24   A.  Yes.

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 84 Filed 07/01/20 Page 84 of 395
Case 2:20-cv-04401-TJS Document 84 Filed 07/01/20 Page 73 of 984

71

1   Q.   And we know that's October 10.

2   A.   Yes.

3   Q.   So can you estimate the date when this

4   happened where he said you've got to clean up

5   and shave and you're going to have sex with

6   men?

7   A.   I would say -- I would say the second

8   week of October.

9   Q.   After your birthday?

10  A.   Yes, I think so.

11  Q.   How do you remember it was after your

12  birthday?  Did you celebrate your birthday in

13  some way that year?

14  A.   No, I didn't celebrate my birthday at

15  all, no.

16  Q.   Okay.  So we're in the second week of

17  October and now he's decided that you're

18  going to engage in prostitution, is that what

19  you're telling us?

20  A.   Yes.

21  Q.   Okay.  What happened next?

22  A.   I did what he said.  He left the room

23  for a couple minutes, came back.  He told me

24  that he set up an ad on Backpage and a guy

Case 2:20-cv-00299-JBT Document 84 Filed 07/01/20 Page 85 of 395
Case 2:20-cv-04491-TJS Document 30-2 Filed 07/01/18 Page 54 of 384

72

```
1    came and I had sex with him.

2    Q.  At the Roosevelt Inn?

3    A.  Yes.

4    Q.  What happened after that?

5    A.  We left.  We stayed there one night.  We

6    left and we went to Neshaminy.

7    Q.  In the documents we have in this case --

8    A.  Yes.

9    Q.  -- I've seen the use of the term dates.

10   A.  Yes.

11   Q.  Doing dates?

12   A.  Yes.

13   Q.  Is that a term that you and Daiquan and

14   others have used for prostitution, doing

15   dates?

16   A.  Yes.

17   Q.  Having sex with a john?

18   A.  Yes.

19   Q.  That's doing a date?

20   A.  Yes.

21   Q.  Okay.  So I'm going to use that

22   terminology.  How many dates did you do at

23   the Roosevelt Inn before you left?

24   A.  I would say about eight guys.
```

Donna A. Bittner Reporting

```
1    Q.  That was your first day of prostitution?

2    A.  Yes.

3    Q.  Was that through a night?

4    A.  Yes.

5                MR. BEZAR:  Can we go off the

6    video?

7                VIDEO SPECIALIST:   Going off the

8    video record at 11:16 a.m.

9                (Videotaping ceased.)

10               MR. BEZAR:   I think we're talking

11   about October 2014.  So just so we're clear

12   here, you can use whatever language you want

13   to use.  "Dates" is the term I think that

14   we're using for the purposes of this

15   deposition, but I think that at that time

16   ███████ was underage, under the age of 18,

17   and common nomenclature for that is actually

18   called rape.

19               I'm not going to continually

20   object to the form of the question.  We'll go

21   with the term "date" as you've defined it,

22   but being an underage individual having sex

23   with older men is called rape, and so with

24   that understanding, I just want to put my
```

Donna A. Bittner Reporting

1  objection and I won't continue to interrupt

2  you.  We can go back on.

3         (Videotaping resumed.)

4         VIDEO SPECIALIST:   We're back on

5  the video record at 11:17.

6  BY MR. GREENBERG:

7   Q.  When this activity with Daiquan and

8  these men began, you and he used the term

9  doing dates?

10   A.  Yes.

11   Q.  Okay.  So you had sex with you're saying

12  you think it was eight men who paid for the

13  sex this first day?

14   A.  Yes.

15   Q.  At the Roosevelt Inn?

16   A.  Yes.

17   Q.  And where did the money go?

18   A.  Half of it I kept and the other half he

19  kept.

20   Q.  50-50 split?

21   A.  Yes.

22   Q.  Were you doing this because you wanted

23  the money?

24   A.  I needed the money, yes.

1   Q.  You did want the money?

2   A.  Yes.

3   Q.  Okay.  What happened after that?

4   A.  After the first night?

5   Q.  Yes.

6   A.  We went to -- **sorry** -- the Neshaminy

7   Inn.

8   Q.  Before we go further, **had you ever had**

9   sex with a man before this first night at

10  the --

11          MR. BEZAR:   Roosevelt.

12  BY MR. GREENBERG:

13  Q.  -- at the Roosevelt?

14  A.  No.

15  Q.  You were a virgin?

16  A.  Oh.

17  Q.  I don't mean sex for money.

18  A.  Oh.

19  Q.  Were you a virgin when you began having

20  sex at the Roosevelt?

21  A.  No.

22  Q.  How many times had you had sex before

23  that?

24          MR. BEZAR:   Objection.  She's not

1  going to answer that.

2          MR. GREENBERG:    It goes to

3  damages.

4          MR. BEZAR:  She's not going to

5  answer that.

6          MR. GREENBERG:    Okay.  Will you

7  note that, too?

8          MR. BEZAR:  Yeah.  You get a court

9  order, I'll bring her back.

10          MR. GREENBERG:    Okay.

11  BY MR. GREENBERG:

12  Q.  What happened after the Roosevelt Inn?

13  You said you went to the Neshaminy Inn?

14  A.  Yes.

15  Q.  What happened there?

16  A.  He made me stand outside in front of the

17  lobby and he made me give him the money to

18  pay for the room.

19  Q.  He made you do what?

20  A.  Give me -- give him the money to pay for

21  the room.

22  Q.  Out of the earnings that you had from

23  the night before at the Roosevelt?

24  A.  Yes.

Donna A. Bittner Reporting

1  Q. And how much was that?

2  A. 65.

3  Q. For that room?

4  A. Yes.

5  Q. Where did that take place?

6  A. What do you mean by that?

7  Q. When he said to you, you have to pay up.

8  A. Oh, outside of the Neshaminy.

9  Q. Was it outdoors or indoors?

10  A. Outdoors.

11  Q. Okay. And then what happened after

12  that?

13  A. I gave him the money. He paid for the

14  room.

15  Q. Who went to the front desk to --

16  A. He did.

17  Q. Where did you go?

18  A. I stayed outside.

19  Q. Why?

20  A. He just told me I couldn't go in.

21  Q. He said what?

22  A. He told me that I couldn't go in.

23  Q. What happened after that?

24  A. I just stood outside. He paid for the

Donna A. Bittner Reporting

1    room and we went to the room.

2    Q.  What happened next?

3    A.  I went to the room and we set up an ad

4    for Backpage and did the same thing I did the

5    night before, had sex with men for money.

6    Q.  How many dates did you do that night?

7    A.  I don't remember.

8             MS. O'CONNELL:  I'm sorry?

9             THE WITNESS:  I don't remember.

10   BY MR. GREENBERG:

11   Q.  Can you estimate?

12   A.  Six.

13   Q.  What happened after that?

14   A.  We left the next morning and we went to

15   the Motel 6.

16   Q.  Which Motel 6?

17   A.  Near the airport.

18   Q.  Why did you spend only one night at the

19   Neshaminy Inn?

20   A.  I don't know.

21   Q.  How did you get from the Neshaminy Inn

22   to the Motel 6?

23   A.  Cab.

24   Q.  Who paid?

Donna A. Bittner Reporting

1    A.  Me.

2    Q.  How was the money divided, if at all,

3  from the night at the Neshaminy Inn?

4    A.  50-50.

5    Q.  Where were you keeping your money?

6    A.  In my pocketbook.

7    Q.  So you went to the Motel 6?

8    A.  Yes.

9    Q.  And what happened there?

10   A.  Um, we went into the lobby and he made

11 me have a seat.  He told me to have a seat.

12 He told me to have a seat and hand him the

13 money so he could pay for the room.  And I

14 handed him the money, he paid for the room.

15   Q.  Had you ever been to the Roosevelt

16 before this first time you just described

17 today?

18   A.  No.

19   Q.  Had you ever been to the Neshaminy

20 before that?

21   A.  No.

22   Q.  Had you ever been to the Motel 6 at the

23 airport before this?

24   A.  No.

1    Q.  Okay.  So you sat in the lobby and he

2    rented a room?

3    A.  Yes.

4    Q.  Did you hear what was being said at the

5    front desk?

6    A.  No.

7    Q.  Do you know whether they asked him for

8    identification?

9    A.  No.

10    Q.  You didn't see or hear that?

11    A.  I seen him pass the ID to the lady, but

12    I didn't hear her ask for it.

13    Q.  You saw him show an ID?

14    A.  Yes.

15    Q.  What kind of an ID did he have?

16    A.  State.

17    Q.  Did he have a driver's license?

18    A.  I don't know.

19    Q.  So he showed an identification card of

20    some sort, you saw that?

21    A.  Yes.

22    Q.  And he paid the money for the room?

23    A.  Yes.

24    Q.  And it was a lady that checked him in

Donna A. Bittner Reporting

Case 2:20-cv-00299-TJS Document 304 Filed 07/01/20 Page 94 of 395
Case 2:20-cv-04493-TJS Document 304 Filed 07/01/20 Page 93 of 384

81

1    that day?

2    A.  Yes.

3    Q.  Can you give a description of her?

4    A.  No.

5    Q.  Not at all?

6    A.  No.  I know it was a woman.  It was two

7    women.

8    Q.  There were two women at the front desk

9    when you checked in?

10    A.  There was two women.

11    Q.  Were they Caucasian or African American?

12    A.  One was black and one was white.  That's

13    all I remember.

14    Q.  Do you remember whether either of them

15    was tall or short or fat or skinny or

16    average?

17    A.  One of them was kind of tall.

18    Q.  The white or the black person?

19    A.  Yes, the white woman.

20    Q.  The white woman seemed tall?

21    A.  Yes.

22    Q.  Okay.

23    A.  That's really all I can remember.

24    Q.  Do you remember the height of the other

Donna A. Bittner Reporting

1    woman?

2    A.  No.

3    Q.  Do you remember either of them -- either

4    of them being on the heavy or light side?

5    A.  No, they weren't heavy.

6    Q.  They weren't heavy?

7    A.  No.

8    Q.  Were they thin?

9    A.  Hmm, no.

10   Q.  Do you remember how they were dressed?

11   A.  They had on uniforms, but I don't

12   remember the color.

13   Q.  When you say a uniform, what do you

14   mean?

15   A.  Like a button down type of shirt with a

16   name tag.

17   Q.  A name tag with their name or with the

18   motel name?

19   A.  Their name.

20   Q.  Were they wearing anything that said

21   "Motel 6"?

22   A.  I don't remember.

23          MR. BEZAR:   Can we pause?  I

24   think we lost the microphone.

Donna A. Bittner Reporting

83

1    VIDEO SPECIALIST:   Going off the

2    record at 11:25.

3            (Discussion held off the record.)

4            VIDEO SPECIALIST:   Back on the

5    video record at 11:25.

6    BY MR. GREENBERG:

7    Q.   Okay.  So let's pick up where we left

8    off.  You were explaining that you saw

9    Daiquan Davis check in at the Motel 6?

10   A.   Yes.

11   Q.   You saw the two women were at the front

12   desk?

13   A.   Yes.

14   Q.   He did show some identification?

15   A.   Yes.

16   Q.   And he paid for a room?

17   A.   Yes.

18   Q.   Did he ask for any particular room, to

19   be in any part of the property?

20   A.   The first time -- the first time he did

21   ask for like a certain area, like could we be

22   somewhere more private I think.  I believe

23   that's what he said, can we be somewhere more

24   private, and the lady gave him a room in like

Donna A. Bittner Reporting

1　the far back.

2　　Q.　Okay.　After he got, after he paid did

3　he get a room key or two?

4　　A.　Yes, just one.

5　　Q.　How many?

6　　A.　Just one.

7　　Q.　And is that a card?

8　　A.　Yes.

9　　Q.　What happened next?

10　　A.　We went to the room.

11　　Q.　How did you get to the room?

12　　A.　Walked.

13　　Q.　You walked?

14　　A.　Yes.

15　　Q.　And where was it on the property?

16　　A.　What do you mean by that?

17　　Q.　Do you remember where on the property it

18　was, left, right, front, back, center?

19　　A.　To the left.

20　　　　　MR. BEZAR:　You just used your

21　right hand, by the way, and you pointed to

22　the right.

23　　　　　THE WITNESS:　Oh, sorry, to the

24　right.　I'm sorry, to the right.

Donna A. Bittner Reporting

1  BY MR. GREENBERG:

2   Q.  So when he came out of the room where

3  the front desk was, what turns did you have

4  to make to get to this room?

5   A.  When you come out the lobby part it's

6  like these steps.  It's like steps or a ramp

7  and you go down and you got to turn and

8  everything is to the right.  All the rooms

9  and everything is to the right, because it's

10  the Red Roof Inn next to that one, so you got

11  to go right and it's just a bunch of rooms

12  that way.

13   Q.  So you went to the room?

14   A.  Yes.

15   Q.  And what happened after that?

16   A.  We set up dates on Backpage and I had

17  sex with men.

18   Q.  How many dates did you do that night?

19  When I say that night, I really mean during

20  that stay, whether it was day or night.  Do

21  you understand?

22   A.  Like that first day there?

23   Q.  You just described this first time you

24  checked into the Motel 6 with him.  Well, he

1    checked in.

2    A.  Yes.

3    Q.  So during this stay, was this a one-day

4    stay or more?

5    A.  One day.

6    Q.  All right.  During this one-day stay,

7    how many dates did you do?

8    A.  Ten.

9    Q.  About what time did you check in and

10    what time did you check out?

11    A.  I don't -- it was daytime, so I would

12    say twelve, one o'clock in the afternoon.

13    Q.  Somewhere around the middle of the day?

14    A.  Yeah.

15    Q.  Did you have lunch before you got there?

16    A.  Yes.

17    Q.  When did you next have a meal after you

18    checked into the Motel 6 with him?

19    A.  After I had my second date when we got

20    there.

21    Q.  How did you get food?

22    A.  I ordered food from the pizza store.

23    Q.  From your cell phone?

24    A.  No, from the hotel phone, the phone we

Case 2:19-cv-00289-PBT Document 34 Filed 07/01/20 Page 100 of 395
Case 2:17-cv-04392-TJS Document 36-2 Filed 10/12/18 Page 99 of 384

87

1    had there.

2    Q.   Okay.   The phone in the room?

3    A.   Yes.

4    Q.   You ordered pizza in?

5    A.   Yes.

6    Q.   And it got delivered?

7    A.   Yes.

8    Q.   And then what happened after that?   You

9    did more dates?

10   A.   Yes.

11   Q.   Then after you did those dates, what

12   happened after that?

13   A.   The next morning --

14   Q.   Did you go to sleep before the morning?

15   A.   Yes.

16   Q.   Okay.

17   A.   The next morning, check out.   We went to

18   the Quality Inn down in -- it was like down

19   the road from the Motel 6.

20   Q.   It's also in the airport area?

21   A.   Yes.

22   Q.   And what happened at the Quality Inn?

23   A.   He made me stand all the way in the back

24   of the hotel while he checked in.

Donna A. Bittner Reporting

1    Q.   How did you get to the Quality Inn?

2    A.   Walked.

3    Q.   What time of day did you do that?  Was

4    that -- again that was the middle of the day?

5    A.   Yes.

6    Q.   So you slept late in the morning, you

7    got up and you went to --

8    A.   No.

9    Q.   What did you do in the morning if you

10   didn't sleep late?

11   A.   I got up, got ready to go, freshened up.

12   Q.   Okay.  And then you walked off the Motel

13   6 property to the Quality Inn property?

14   A.   Yes.

15   Q.   Did you walk along the road to get to

16   the Quality Inn or through other motel

17   property's parking lots?

18   A.   No, on the street.

19   Q.   You went back to the street and then to

20   the Quality Inn?

21   A.   Yeah.

22   Q.   How long a walk is that?

23   A.   Fifteen minutes, ten minutes.

24   Q.   So did you check into that hotel with

Case 2:20-cv-00289-PBT Document 34-2 Filed 07/01/20 Page 102 of 395
Case 2:17-cv-04491-PBT Document 30-2 Filed 10/11/18 Page 91 of 394

89

1   him around the middle of the day again?

2   A.   No.

3   Q.   What time of day was that?

4   A.   It was around the same, the same time.

5   Q.   Middle of the day?

6   A.   Yeah, but I didn't check in with him.

7   Q.   He checked in?

8   A.   Yes.

9   Q.   You stayed in the back of the hotel?

10  A.   Yes.

11  Q.   Why?

12  A.   I don't know.  He told me to stay.  He

13  told me to stay back.

14  Q.   And you didn't know why?

15  A.   No.

16  Q.   You had no idea?

17  A.   No.

18  Q.   What happened after he got a room there?

19  A.   Um, we walked into the room.  He set up

20  another Backpage ad and I did the same thing,

21  had sex with men for money.

22  Q.   How many dates at that property?

23  A.   Hmm, ten.

24  Q.   Ten dates?

Case 2:19-cv-00289-PBT   Document 34-2   Filed 07/01/20   Page 103 of 395
Case 2:19-cv-04491-TJS   Document 34-2   Filed 10/11/18   Page 92 of 354

90

1    A.  Yes.

2    Q.  Did you have any meals while you were at

3    that property?

4    A.  Yes.

5    Q.  Did you go out to eat?

6    A.  Yes.

7    Q.  Where did you go?

8    A.  McDonald's.

9    Q.  Where was that in relation to the

10   Quality Inn?

11   A.  It was like a five-minute walk.

12   Q.  Did you do -- did you eat at McDonald's

13   before you did the dates or after or in

14   between some of them?

15   A.  After.

16   Q.  Then what did you do after having the

17   McDonald's?

18   A.  I went back and continued to -- I went

19   back to the Quality Inn and I continued to

20   have sex with men for money.

21   Q.  And he split the money with you?

22   A.  Yes.

23   Q.  He did that at the Motel 6 and at the

24   Quality Inn, you split the money?

Donna A. Bittner Reporting

```
1    A.  Yes.

2    Q.  50-50?

3    A.  Yes.

4    Q.  Did you have any other meals before you

5    left the Quality Inn?

6    A.  Yes.

7    Q.  Where?

8    A.  I ordered out.

9    Q.  What did you order?

10   A.  Chinese food.

11   Q.  And it got delivered to the room?

12   A.  Yes.

13   Q.  What happened after that?

14   A.  The rest of the night I had sex with men

15   for money and we left and we went to the

16   Neshaminy.

17   Q.  You left the next morning?

18   A.  Yes.

19   Q.  About what time?

20   A.  11:00, 12:00.

21   Q.  How did you get to Neshaminy?

22   A.  SEPTA.

23   Q.  When you say SEPTA, what do you mean?

24   A.  Bus.
```

Donna A. Bittner Reporting

Case 2:19-cv-00289-PBT   Document 34-2   Filed 07/01/20   Page 105 of 395
Case 2:17-cv-04491-PBT   Document 30-2   Filed 10/11/18   Page 94 of 395

92

1    Q.   Where did you catch the bus?

2    A.   Across the street from the hotel.

3    Q.   Where did that bus take you?

4    A.   To Broad and Snyder, yeah.

5    Q.   And then how did you get the rest of the

6    way to Neshaminy?

7    A.   The train, the Broad Street Line all the

8    way to City Hall, get off at City Hall, go

9    all the way to Frankford, get off and get on

10   the 14 bus.

11   Q.   The first what?

12   A.   The 14 bus.

13   Q.   And that goes all the way to the

14   Neshaminy Motor Inn?

15   A.   Yes.

16   Q.   What happened at the Neshaminy hotel?

17   A.   He made me do the same thing, stand

18   outside while he went in and paid for the

19   room.

20   Q.   How many dates did you do there?

21   A.   I stayed that time two nights, so I

22   would say roughly 24.

23   Q.   And did you have any meals while you

24   were there?

Donna A. Bittner Reporting

████████████                                              93

```
1     A.   Yes.

2     Q.   What meals did you have?

3     A.   Pizza, um, pizza.

4     Q.   You ordered in while you were there or

5  you went out?

6               VIDEO SPECIALIST:    I'm sorry.  I

7  need to go off the record for a second.

8  Going off the video record at 11:35.

9               (Discussion held off the record.)

10              VIDEO SPECIALIST:    We're back on

11 the video record at 11:35.

12 BY MR. GREENBERG:

13    Q.   So you're saying that the second time

14 you and Daiquan Davis went to the Neshaminy

15 Inn it was a two-night stay?

16    A.   Yes.

17    Q.   And you said you had some meals that

18 included ordering in pizza?

19    A.   Yes.

20    Q.   What else?

21    A.   That's all I remember, ordering out from

22 the pizza store.

23    Q.   You said you did about 25 dates during

24 this stay at the Neshaminy Inn?
```

Donna A. Bittner Reporting

1     A.  Yes.

2     Q.  Did you have any reason to leave the

3     room while you were there?

4     A.  Yes.

5     Q.  What reason?

6     A.  I smoked marijuana so I would -- it was

7     a beer store on the other side of the

8     Neshaminy, and I would go there to get like a

9     wrap.

10    Q.  A what?

11    A.  A wrap.  That's what people use to roll

12    their marijuana in.

13    Q.  You mean rolling papers?

14    A.  Yes.

15    Q.  Okay, a wrap.

16    A.  There is two different -- there is two

17    different things.

18    Q.  To me a wrap is a sandwich.

19    A.  Oh.

20    Q.  A wrap is different from rolling papers?

21    A.  Yes.

22    Q.  How so?

23    A.  It's tobacco and rolling papers is just

24    paper and a wrap is like tobacco.

Donna A. Bittner Reporting

```
 1      Q.  Are you talking about buying a cigar and
 2   hollowing it out --
 3      A.  Um-hum.
 4      Q.  -- and putting the marijuana in, is that
 5   what you're saying?
 6      A.  Yes.
 7      Q.  I've heard about that.  Okay.
 8              When you're at the Motel 6 --
 9      A.  Yes.
10      Q.  -- a few days, a couple days before, did
11   you leave your room to smoke marijuana or did
12   you smoke in the room?
13              MR. BEZAR:  Objection to the form.
14   I don't think she said she smoked.  She might
15   have.  Did you leave the room?
16              THE WITNESS:  Yes, I left the room
17   to buy marijuana.
18   BY MR. GREENBERG:
19      Q.  From who?
20      A.  Somebody that was around.
21      Q.  How did you find that person?
22      A.  I walked to the Wawas.
23      Q.  Was this set up by phone or something
24   like that, text or --
```

Donna A. Bittner Reporting

Case 2:20-cv-00289-PBT   Document 34   Filed 07/01/20   Page 109 of 395
Case 2:17-cv-04491-PBT   Document 30-2   Filed 01/12/18   Page 98 of 394

96

1    A.  Yes.  It was a guy that I knew that sold

2    marijuana and he met up with me at the Wawa

3    and I grabbed it from him and he left.

4    Q.  Is that the only time you left the

5    room --

6    A.  No.

7    Q.  -- during that first stay at the Motel

8    6?

9    A.  Oh, yes.

10    Q.  All right.  Let's just keep going then.

11              Okay.  So you were at the

12    Neshaminy Inn for two nights and you had some

13    meals, pizza delivered in.  What else?

14    A.  Daiquan would leave, leave and go all

15    the time.  That's what he normally did in the

16    motel, because he worked, so he wasn't there

17    24/7 while I was there.  He would leave and

18    go, leave and go.

19    Q.  He worked at Ruth Chris?

20    A.  Yes.

21    Q.  In Center City?

22    A.  Yes.

23    Q.  In the kitchen?

24    A.  Yes.  And, you know, so --

Case 2:20-cv-00289-PBT Document 34 Filed 07/01/20 Page 110 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 99 of 384

97

1    Q.  So he would leave for eight or ten hours

2  at a time?

3    A.  Yes.

4    Q.  What were you doing during those

5  periods?

6    A.  Having sex with men for money.

7    Q.  You would keep the money in the room?

8    A.  Yes.

9    Q.  Until he came back and you divided it

10  up?

11    A.  Yes.

12    Q.  Could you have left at that point while

13  he was away at Ruth Chris?

14    A.  No.

15    Q.  Why?

16    A.  I didn't have anywhere to go.

17    Q.  You needed a place to sleep every night?

18    A.  Yes.

19    Q.  And you were making money to pay for

20  that?

21    A.  Yes.

22    Q.  Right?  Okay.

23           So what happened after this?  You

24  checked out of the Neshaminy Inn at some

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 111 of 395
Case 2:17-cv-04491-TJS Document 362 Filed 07/01/18 Page 100 of 354

98

1   point?

2    A.   Yes.

3    Q.   Was that morning or midday or evening?

4    A.   I would say midday, like maybe two,

5   three o'clock.

6    Q.   Where did you go?  Do you recall?

7    A.   Say that again.

8    Q.   Do you remember where you went after you

9   left there?

10    A.   Back to the Motel 6.

11    Q.   At the airport?

12    A.   Yes.

13    Q.   And how did you get there?

14    A.   Bus.

15    Q.   What happened when you got to the Motel

16   6?  Was Daiquan Davis with you?

17    A.   Yes.

18    Q.   Tell us about the check-in on that date.

19   Did you see it?

20    A.   Did I see the check-in?  I always seen

21   the check-in.

22    Q.   Okay.  How did that go?

23    A.   Um, well, this particular time I believe

24   he left to go to work, so I was by myself

Donna A. Bittner Reporting

████████████

99

1    when I went.

2             I went to -- yeah, I believe he

3    left to go to work and I went to go do

4    something.  I went to go shop or like, you

5    know, just treat myself out to something, and

6    around the time before he got off he told me

7    to make my way to the Motel 6, and I stayed

8    there for a while.  I was sitting in the

9    lobby for a while and then he got there.  I

10   gave him the money and they gave him a room.

11   Q.  You said you went somewhere to treat

12   yourself to something.  Where did you go and

13   what did you treat yourself to?

14   A.  I went, I believe 69th Street, H & M.

15   Q.  69th Street Terminal area?

16   A.  Yes.

17   Q.  You went to a clothing store?

18   A.  Yes.

19   Q.  What did you buy?

20   A.  Clothes for myself, shoes.

21   Q.  And you used the money that you made

22   from sex?

23   A.  Yes.

24   Q.  And then you went to the Motel 6 at the

100

1   airport to meet him?

2     A.   Yes.

3     Q.   And you waited for him in the lobby?

4     A.   Yes.

5     Q.   What happened after that?

6     A.   When he got there, I handed him the

7   money as usual and he paid for the room.

8     Q.   How many dates did you do that night?

9     A.   12.

10    Q.   Is that a guess or an estimate?

11    A.   Yeah, like a estimate.

12    Q.   Okay.  Is it based on something?

13    A.   No.

14    Q.   Okay.  Did you have any meals while you

15  were there?

16    A.   Yes.

17    Q.   What were the meals?

18    A.   I walked to Wawas.

19    Q.   How many times?

20    A.   Once.

21    Q.   How many days was this stay?  How many

22  nights I should say?

23    A.   Once.

24    Q.   Where was your room on the Motel 6

Donna A. Bittner Reporting

```
1    property?
2       A.  In the back.
3       Q.  Was it in the back for some reason?
4       A.  I believe so.
5       Q.  What do you believe?
6       A.  Well, being as though the things that I
7    were doing and it were -- it was cops riding
8    around.  I guess they didn't want to draw too
9    many attention of men coming in and out, so I
10   was -- every time I was in Motel 6 I was in
11   the far back.
12      Q.  You saw cops riding around?
13      A.  Yes.
14      Q.  When?
15      A.  A few times.
16      Q.  What did the police cars look like?
17      A.  Regular like, like big trucks, like
18   the -- like a Jeep.
19      Q.  SUV?
20      A.  Yes.
21      Q.  What city or town or municipality were
22   they from?
23      A.  I don't know.
24      Q.  Do you know whether they were state
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 115 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 104 of 354

102

1   police or local police or Philadelphia city

2   police?

3   A.  No.

4   Q.  Okay.  How many times did you see police

5   driving through the property?

6   A.  Two times.  It wasn't -- I wouldn't see

7   them every time I was there, but a couple

8   times I would see them like riding around a

9   few hours.

10  Q.  Well, so far we're up to your second

11  stay at the Motel 6; right?

12  A.  Um-hum.

13  Q.  Yes?

14  A.  Yes.

15  Q.  Are you talking about seeing police

16  during the first stay and the second stay or

17  just one of the two?

18  A.  Both.

19  Q.  When you saw the police, where were you?

20  A.  In my room.

21  Q.  You saw them through the window?

22  A.  Yes.

23  Q.  Were you ever outside when the police

24  drove by?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 116 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 105 of 354

103

1     A.   Yes.

2     Q.   Where were you?

3     A.   Walking to Wawas.

4     Q.   Were you minding your own business?

5     A.   Yes.

6     Q.   How were you dressed?

7     A.   I always had the same thing on.  I had

8     this, this like mid-long black like shirt,

9     but it was like really long, like down I

10    would say to my ankle and it was like super

11    long slits right here (indicating) and I

12    would wear tights or jeans, and I had these

13    platform sneakers, I believe they were tan,

14    and I had -- I had a weave in.  It was really

15    long.  I had a marijuana scarf on my head.  I

16    wear the same thing all the time.

17    Q.   You what?

18    A.   I wear the same thing most of the time.

19    Q.   Was your body fully covered by this

20    outfit?

21    A.   Yes.

22    Q.   Okay.  Would you say that it made you

23    look like a prostitute?

24              MR. BEZAR:   Objection to the

Donna A. Bittner Reporting

Case 2:20-cv-00289-PBT   Document 34   Filed 07/01/20   Page 117 of 395
Case 2:17-cv-04491-TJS   Document 80-2   Filed 10/11/18   Page 106 of 354

104

1    form.

2              THE WITNESS:  No.

3    BY MR. GREENBERG:

4    Q.  You didn't pick that outfit to try to

5    look like a prostitute?

6    A.  No.

7    Q.  Okay.  So you stayed at the Motel 6 for

8    one night and you did some dates and what

9    happened after that?

10   A.  We left.  He went to work and I was just

11   going down around the city doing whatever

12   until he got off.

13   Q.  Doing whatever?  What does that mean?

14   A.  Um, eating, buying little things for

15   myself like toothpaste, toothbrush, hygiene,

16   underwear, thermals.  You know, it was cold

17   out.

18   Q.  What month is it now?

19   A.  Right now?

20   Q.  When you were walking around the city

21   buying these items.

22   A.  November.

23   Q.  What happened next?  Did you meet up

24   with him again at some point?

Donna A. Bittner Reporting

████████████

105

```
 1    A.   Yes.

 2    Q.   Was that the next thing that happened?

 3    A.   Yes.

 4    Q.   Where?

 5    A.   Broad and Snyder.

 6    Q.   Okay.  So that's in South Philadelphia?

 7    A.   Yes.

 8    Q.   Where did you go or what happened after

 9    you met with him?

10    A.   We would get on the bus and go to the

11    Motel 6.

12    Q.   So you left the Motel 6, you checked

13    out, you walked around the city, and you went

14    back to the Motel 6?

15    A.   Yes.

16    Q.   Okay.  And how long was that stay?

17    A.   Two days.  It was two days.

18    Q.   And did he again show identification at

19    check-in?

20    A.   Yes.

21    Q.   He showed identification every time he

22    checked into the Motel 6?

23    A.   Yeah.

24    Q.   Okay.  So you saw the check-in again?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 119 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 106 of 354

106

1  You were in the lobby --

2  A.  Yes.

3  Q.  -- while he was checking in?  And did

4  you see the people that were checking him in

5  or the person?

6  A.  I wasn't paying attention.

7  Q.  So you don't remember whether it was one

8  or two people?

9  A.  No.

10  Q.  What about at the second check-in?  This

11  is the third Motel 6 check-in; right?

12  A.  Um-hum.

13  Q.  At the second Motel 6 check-in, do you

14  remember who was at the front desk to check

15  him in?

16  A.  It was a woman.

17  Q.  One person?

18  A.  Yes.

19  Q.  Do you remember whether she was black or

20  white?

21  A.  No.

22  Q.  You don't remember?

23  A.  No.

24  Q.  You don't remember anything about her

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 120 of 395
Case 2:17-cv-04491-TJS Document 362 Filed 10/11/18 Page 109 of 354

107

1   other than she was a woman?

2   A.  No.

3   Q.  Okay.  So this third time you went to

4   the Motel 6 was a two-night stay?

5   A.  Yes.

6   Q.  And it immediately followed a one-night

7   stay?

8   A.  What do you mean by --

9   Q.  I think you told me you checked out of

10  the Motel 6, you walked around the city

11  buying some items.  He was gone.  You met up

12  with him at Broad and Snyder and you went

13  back to the Motel 6?

14  A.  Yes.

15  Q.  Do I have that right?

16  A.  Yes.

17  Q.  So these two nights immediately followed

18  a one-night stay?

19  A.  Um-hum.

20  Q.  Am I right?

21  A.  Yes.

22  Q.  Okay.  So during --

23          MR. BEZAR:   Keep your voice up,

24  

Donna A. Bittner Reporting

108

THE WITNESS:  Okay.

BY MR. GREENBERG:

Q.  During this two-night stay, which is the third time you went to the Motel 6 --

A.  Yes.

Q.  -- did you do dates?

A.  Yes.

Q.  How many?

A.  Eight.

Q.  Eight over two days or eight per day for two days?

A.  Oh, yeah, like about each day.

Q.  About eight?

A.  Yeah.  So I would say 16, 17.

Q.  Did you see any police?

A.  Yes.

Q.  Where were you?

A.  I was in the car with one of my dates. We was on a car date.

Q.  So one of the dates you did during this Motel 6 stay was in a car?

A.  Yes.

Q.  Where was the car during the date?

A.  In the parking lot of Motel 6.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT   Document 34-2   Filed 07/01/20   Page 122 of 395
Case 2:20-cv-04491-TJS   Document 34-2   Filed 07/01/20   Page 121 of 354

109

1   Q.   Was it daylight or nighttime?

2   A.   Daylight.

3   Q.   And the police just drove by and didn't

4   stop?

5   A.   Yes.

6   Q.   Do you know if the policeman -- could

7   you see that the policeman saw you or not?

8   A.   No.

9   Q.   You couldn't tell if he saw you?

10  A.   No.

11  Q.   Or he didn't see you?

12  A.   I couldn't tell.

13  Q.   Was it a male or female police officer?

14  A.   I don't remember.

15  Q.   Did you have any meals during this

16  two-night stay at the Motel 6?

17  A.   Yes.

18  Q.   What were the meals?

19  A.   Wawas.

20  Q.   You walked to the Wawa for every meal?

21  A.   No, not every meal.

22  Q.   How many times did you go to the Wawa?

23  A.   About four times.

24  Q.   How long a walk is that?

Donna A. Bittner Reporting

```
 1      A.   Ten minutes.
 2      Q.   Did you go with him or alone?
 3      A.   Sometimes --
 4      Q.   With Mr. Davis?
 5      A.   Sometimes alone and sometimes with him.
 6      Q.   And did you have any meals in the room?
 7      A.   Yes.
 8      Q.   How many?
 9      A.   Three.
10      Q.   Did you have any other meals during this
11   two-night stay at the Motel 6?
12      A.   Yeah.
13      Q.   What other meals did you have?
14      A.   Ordering -- ordering out pizza.
15      Q.   Okay.  Any other meals?
16      A.   I went to the vending machine that they
17   had there and got some snacks.
18      Q.   How many times did you do that?
19      A.   Twice.
20      Q.   Did you leave the room at the Motel 6
21   during this third visit for two nights at any
22   other time besides going to the Wawa you said
23   and going to the vending machine?
24      A.   Car dates.
```

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 124 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 113 of 384

111

```
 1    Q.  Did you leave the room for any other
 2   reason?
 3    A.  To go to another motel.
 4    Q.  When you checked out?
 5    A.  Yes.
 6    Q.  How many car dates did you do while you
 7   were at the Motel 6?
 8    A.  About six.
 9    Q.  Were these the first car dates you had
10   done?
11    A.  Yes.
12    Q.  What made the car dates start, if you
13   know?  Was there a new ad or something else?
14    A.  No.  That's what the guy wanted.
15    Q.  And six of them wanted that that night?
16    A.  Yes.
17    Q.  And this was the first time you did any
18   car dates?
19    A.  Yes.
20    Q.  Were you about to add something?  I
21   didn't mean to cut you off.
22    A.  Yeah.  They all didn't happen in one
23   night, the car dates.  They happened
24   different -- at different times, different,
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34 Filed 07/01/20 Page 125 of 395
Case 2:20-cv-04491-TJS Document 34-2 Filed 07/01/18 Page 125 of 354

112

1    like different stays that I was there.  They

2    didn't all happen that one night.

3    Q.  The car dates only happened at the Motel

4    6?

5    A.  Yes.

6    Q.  So during these first three stays at the

7    Motel 6 you had six car dates?

8    A.  Yes.

9    Q.  And you remember them well enough to be

10    able to count them?

11          MR. BEZAR:  Objection to the

12    form.  I think she -- I think we said she was

13    estimating; right?

14          THE WITNESS:  Yes.

15          MR. GREENBERG:  You said it.

16          MR. BEZAR:  We said it from the

17    beginning.  I'm not going -- we said it from

18    the beginning.  She didn't know the exact --

19    hold on.  She didn't know the exact number

20    and she's doing her best to give you

21    estimates or guesstimates.  You asked for it

22    and we thought that made sense.

23    BY MR. GREENBERG:

24    Q.  What happened after the Motel 6?  You

Donna A. Bittner Reporting

Case 2:20-cv-00289-PBT Document 34-2 Filed 07/01/20 Page 126 of 395
Case 2:20-cv-04491-TJS Document 38-2 Filed 10/01/18 Page 125 of 354

113

```
1   said you left the Motel 6?

2   A.   Um-hum, and we went to the Neshaminy

3   Inn.

4   Q.   How did you get there?

5   A.   Bus.

6   Q.   With Mr. Davis?

7   A.   Yes.

8   Q.   Were you present for the check-in?

9   A.   Yes.

10  Q.   What can you tell us about the check-in?

11  A.   Well, I never went in.  I was just

12  standing outside in the parking lot, but I

13  could see in the window.  There is like a

14  glass window you can look in.

15  Q.   How many nights did you stay at the

16  Neshaminy Inn?

17  A.   One.

18  Q.   How many dates did you do?

19  A.   13.

20  Q.   And when did you --

21            MS. O'CONNELL:   I'm sorry?

22            THE WITNESS:  13.

23  BY MR. GREENBERG:

24  Q.   When did you leave the Neshaminy Inn?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 127 of 395
Case 2:20-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 116 of 384

114

1    The next morning?

2    A.   Yes.

3    Q.   Did you have any meals while you were in

4    the Neshaminy Inn?

5    A.   Yes.

6    Q.   How many?

7    A.   Two.

8    Q.   What were the meals?  Were they in or

9    out?

10   A.   One of them was out.

11   Q.   Where?

12   A.   I walked to a gas station.

13   Q.   And the other you ordered in?

14   A.   Yes.

15   Q.   Where did you go after the Neshaminy

16   Inn, the one night at the Neshaminy Inn?

17   A.   Comfort -- I meant, sorry, not the

18   Comfort, Motel 6.

19   Q.   And how many nights did you stay there?

20   A.   One.

21   Q.   This is your fourth time at the Motel 6?

22   A.   Um-hum.

23   Q.   Yes?

24   A.   Yes.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 128 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 128 of 384

115

1    Q.   Mr. Davis checked in?

2    A.   Correction.  Sorry.  That time we stayed

3    I believe three days, two days, three days.

4    Q.   Okay.  You saw him check in?

5    A.   Yes.  I was with him.

6    Q.   He showed identification?

7    A.   Yes.

8    Q.   Do you remember who was at the front

9    desk?

10   A.   A woman.  That's all I remember.

11   Q.   Did you have any reason to leave the

12   room during this three-day stay?

13   A.   Yes.

14   Q.   Where was your room during this stay?

15   A.   In the back.

16   Q.   Was it always the same exact room?

17   A.   No.  It was just always in the back.

18   Q.   So you stayed for three days and where

19   did you go after that?

20   A.   The Quality Inn.

21   Q.   Where was the Quality Inn?

22   A.   Down the road from the Motel 6.

23   Q.   How many days did you stay there?

24   A.   One.

Donna A. Bittner Reporting

1    Q.  And where did you go after that?

2    A.  I went shopping.

3    Q.  Did you stay in another hotel after

4  that?

5    A.  Motel 6.

6    Q.  For how many nights?

7    A.  One.

8    Q.  Where is the next place you stayed after

9  that?

10    A.  Motel 6.

11    Q.  Which Motel 6?

12    A.  The same one, the airport Motel 6.

13    Q.  So you checked out and then you checked

14  back in?

15    A.  Yes.

16    Q.  For how many nights?

17    A.  One.

18    Q.  Where did you go after that?

19    A.  Shopping, eat.

20    Q.  Where did you stay after that?

21    A.  Motel 6.

22    Q.  For how many nights?

23    A.  One.

24    Q.  And where did you go after that?

1    A.  Go see some friends.

2    Q.  And where did you stay after that?

3    A.  Motel 6.

4    Q.  For how many nights?

5    A.  One.

6    Q.  So how long did that go on that you kept

7    going back to the Motel 6?

8    A.  A couple weeks.

9    Q.  With him checking in each time showing

10   identification?

11   A.  Yeah.

12   Q.  And then what happened after the couple

13   of weeks at the Motel 6?

14   A.  We went to the Comfort Inn.

15   Q.  And is that when you got arrested?

16   A.  Yes.

17   Q.  Okay.

18          MR. GREENBERG:  This is a good

19   stopping point.  We're out of tape.  It's

20   about noon, so we're going to take a break.

21          VIDEO SPECIALIST:  Going off the

22   video record at 11:57.  This is the end of

23   tape one.

24          (At 11:57 a.m. a luncheon recess

Donna A. Bittner Reporting

```
1    was taken.)

2                    - - -

3            (The deposition resumed at 12:46

4    p.m.)

5            (Mr. Morgenstern is not present in

6    the deposition room.)

7            VIDEO SPECIALIST:    We're back on

8    the video record at 12:46.  This is the start

9    of tape two.

10   BY MR. GREENBERG:

11    Q.  Ms. ▓▓▓▓ before we took a break for

12   lunch you described several stays at the

13   Motel 6.

14    A.  Um-hum.

15    Q.  I want to finish that subject and then

16   move on to something else.  I'm going to

17   remind you to please try to keep your voice

18   up so we can hear you.  Okay?

19    A.  Okay.

20    Q.  You explained in some detail your

21   recollection of stays at Motel 6, Roosevelt

22   Inn, Neshaminy Inn, I think you said Quality

23   Inn.

24    A.  Yes.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 132 of 395
Case 2:12-cv-04491-TJS Document 30-2 Filed 10/11/13 Page 121 of 354

119

1    Q.  And then the Comfort Inn.

2    A.  Yes.

3    Q.  And when speaking about the Motel 6, I

4    think you described four stays, some of which

5    were more than one night, and then you said

6    that you stayed there on consecutive nights

7    for about two weeks?

8    A.  Um-hum.

9    Q.  Are you with me?

10   A.  Yes.

11   Q.  Is that your recollection so far?

12   A.  Yes.

13        MR. BEZAR:   Objection to the

14   form.  Go ahead.

15   BY MR. GREENBERG:

16   Q.  You don't know the dates of these stays,

17   am I right?

18   A.  No.

19   Q.  I'm not right?

20   A.  Oh, yes, you were.

21   Q.  You don't know the dates; correct?

22   A.  No, I don't know the dates.

23   Q.  But they happened in October?

24   A.  And November.

███████████████

120

```
 1    Q.  And November?

 2    A.  Yeah.

 3    Q.  Of 2014?

 4    A.  Yes.

 5    Q.  They happened before you got arrested at

 6  the Comfort Inn in Trevose?

 7    A.  Yes.

 8    Q.  Do you know the date of the arrest?

 9    A.  November 7th.

10    Q.  2014?

11    A.  Yes.

12    Q.  How long had you been at the Comfort Inn

13  when you got arrested?

14    A.  A few hours.

15    Q.  It was your first stay there?

16    A.  Yes.

17    Q.  And did it happen, did the arrest happen

18  in the daytime or nighttime?

19    A.  Nighttime.

20    Q.  Do you know about what time?

21    A.  7:00, eight o'clock p.m.

22    Q.  Okay.  When Mr. Davis checked into these

23  different motels --

24    A.  Yes.
```

1    Q.   -- did he prepay?  In other words, did

2    he pay at the time of check-in?

3    A.   Yes.

4    Q.   How did he pay?

5    A.   Cash.

6    Q.   Always?

7    A.   Yes.

8    Q.   At all the motels?

9    A.   Yes.

10   Q.   Did he have a credit card?

11   A.   No.

12   Q.   So the only way he could pay was cash?

13   A.   Yes.

14   Q.   I take it you didn't have a credit card

15   either?

16   A.   No.

17   Q.   No, you didn't?

18   A.   No.

19   Q.   I'm not trying to badger you.  Just for

20   the record, when we get no, it could mean

21   it's not right or it could mean something

22   else, so I just want to be clear.

23           Is it true that you did not have

24   your own credit card?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 135 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 10/11/18 Page 124 of 384

122

1    A.  Yes.

2    Q.  So cash was the only way that you and

3    Mr. Davis could pay for these rooms at all

4    the various hotels?

5    A.  Yes.

6              MR. BEZAR:    Objection to form.

7    BY MR. GREENBERG:

8    Q.  Was there any other way you could pay?

9    Did you have any other form of payment?

10   A.  No.

11   Q.  Checks?

12   A.  No.

13   Q.  Neither of you had any checks?

14   A.  No.

15   Q.  I take it everything you bought, all

16   your meals, any clothing articles, any

17   hygiene articles, toiletry articles, all of

18   it was paid for in cash?

19   A.  Yes.

20   Q.  Same for him, whatever he bought he paid

21   for in cash as far as you know?

22   A.  Yes.

23   Q.  So every room was paid for at the time

24   of check-in.  Would that be for the first

Case 2:20-cv-00289-DBT Document 342 Filed 07/01/20 Page 136 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 125 of 354

123

1   night or for any number of nights you were

2   going to stay?

3   A.  The number of nights, what do you mean,

4   like at a time?

5   Q.  I'll explain.  You've told us that some

6   of the stays at these hotels were for more

7   than one night.

8   A.  Um-hum.

9   Q.  Right?

10   A.  Yes.

11   Q.  So let's say, let's talk about one of

12   them that was two nights.  There were several

13   that were two nights, weren't there?

14   A.  Yes.

15   Q.  When you were going to stay at a

16   property, at a motel for two nights, did he

17   prepay, Mr. Davis, did he prepay for two

18   nights at the time of check-in?

19   A.  Sometimes.

20   Q.  And other times what did he do?

21   A.  I would have to work the rest of it off

22   to pay for the next day.

23   Q.  Who would go back to the front desk to

24   extend the stay with another payment?  Him?

Donna A. Bittner Reporting

1    A.   Both of -- both of us.

2    Q.   Why did you both go?

3    A.   Well, we were always like getting off

4    the bus and going like in, so --

5    Q.   Well, if you were staying at a property

6    for two days in a row, why would you be

7    getting off of a bus?

8    A.   Because we would leave and go somewhere.

9    I told you when we would stay those two

10   consecutive nights, he would go to work and I

11   would go do something.  We would meet up, go

12   back in, go in the lobby, and I would give

13   him the money for the second night.

14   Q.   When you checked out of these motels,

15   did you leave the keys in the room?  Did you

16   take the keys with you?  Did you return the

17   keys to the office?  What was the way you

18   checked out?

19          MR. BEZAR:   Checked out or what

20   she did with the keys?  They're two different

21   things; right?

22          MR. GREENBERG:   I don't think so.

23          MR. BEZAR:   Well, I'm asking you

24   to clarify, please.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 138 of 395
Case 2:17-cv-04491-TJS Document 80-2 Filed 10/11/18 Page 127 of 354

125

BY MR. GREENBERG:

Q.  When you were done staying at these properties, what did you do with the keys?

A.  I just remember a few times leaving it and a couple times returning it to the front desk.

Q.  Did you ever just throw them away?

A.  No.

Q.  You would leave them in the room?

A.  Yes.

Q.  Were they always cards?

A.  Yes.

Q.  Like a plastic card, looks like a credit card?

A.  Yes.

Q.  So you either left it in the room or you took it back to the front desk?

A.  Yes.

Q.  And when it was, when the key was returned to the front desk, who did that, him or you or both of you?

A.  Both.  We just --

Q.  You would do it together?

A.  Yes.

```
 1    Q.  Always?

 2    A.  No.

 3    Q.  So both of you did it sometimes?

 4    A.  Yes.

 5    Q.  What about the other times?

 6    A.  Like depending on how we were traveling,

 7    where we were going, so if we were waiting

 8    for a cab and it was already there or

 9    something, then I would like hold up the cab

10    and he would like run in and return the key,

11    so it depends on, or if we were catching

12    SEPTA, we would just go there together and

13    drop the keys off and then go catch the bus.

14    Q.  While you were staying in these motels

15    and hotels, did you or he ever put the do not

16    disturb sign on the room door to keep

17    housekeeping out of the room?

18    A.  Yes.

19              MR. BEZAR:   Objection.

20              THE WITNESS:  Yes.

21    BY MR. GREENBERG:

22    Q.  Was that done routinely?  Was that the

23    usual practice, to put the do not disturb

24    sign on the outside of the room door?
```

1    A.   Yeah.

2    Q.   So if you stayed in a room for more than

3    one night, you were there for two nights or

4    three nights, would you keep the housekeeping

5    people out of the room or would you let them

6    in to clean it up?

7    A.   I would let them in to clean it up.

8    Q.   So you would take the do not disturb

9    sign away so they could clean up?

10   A.   They would only come clean up when we

11   were checking out.

12   Q.   Okay.  So we're up to the Comfort Inn on

13   November 7th.  About what time did you get to

14   the Comfort Inn?

15   A.   I would say early afternoon, 12:00,

16   1:00, 12:00, one o'clock.

17   Q.   How did you get there?

18   A.   The bus.

19   Q.   From where?

20   A.   Motel 6.

21   Q.   One bus all the way there?

22   A.   Um-um.

23   Q.   No?

24   A.   We caught a cab to Snyder, Broad Street

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 141 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 130 of 354

128

1  Line, City Hall, Frankford, 14 bus, got off

2  at Neshaminy, walked to the Comfort Inn.

3  Q.  How long did that take?

4  A.  At least an hour.

5  Q.  Maybe more?

6  A.  No.

7  Q.  Not more than an hour?

8  A.  No, I don't think so.

9  Q.  So you got to the Comfort Inn at what

10  time?

11  A.  Like 1:00, two o'clock.

12  Q.  Tell me about the check-in at the

13  Comfort Inn.

14  A.  Um, I had to stand on the, near the fire

15  escape door while he paid for the room.  Then

16  I went in the fire escape to the second floor

17  to the room.

18  Q.  Why did you have to do that whereas you

19  didn't have to do that at the Motel 6?

20  A.  I don't know.  He never explained it.

21  Q.  So he checked in without you being

22  present?

23  A.  Yes.

24  Q.  You didn't see who checked him in or

| | |
|---|---|
| 1 | what happened during the check-in? |
| 2 | A.   No. |
| 3 | Q.   So then he came and got you with a room |
| 4 | key? |
| 5 | A.   Yes. |
| 6 | Q.   And what happened next? |
| 7 | A.   We went to the second floor.  We went in |
| 8 | the room and we set up a Backpage ad. |
| 9 | Q.   So there was a new Backpage ad posted |
| 10 | for each new location and new date? |
| 11 | A.   No.  The way the Backpage works is it's |
| 12 | like a -- like a time thing, so you got to |
| 13 | pay for the ad to stay up on that page, so |
| 14 | that's how it works.  So every day he got to |
| 15 | pay 25, I believe it was 25 dollars on a |
| 16 | prepaid card and transfer it to the account |
| 17 | so your ad could stay up. |
| 18 | Q.   And how long does your ad stay up? |
| 19 | A.   24 hours. |
| 20 | Q.   So you got to the Comfort Inn.  You went |
| 21 | to the room? |
| 22 | A.   Yes. |
| 23 | Q.   The Backpage ad was set up again? |
| 24 | A.   Yes. |

Case 2:20-cv-00299-DBT Document 84-2 Filed 07/01/20 Page 143 of 395
Case 2:20-cv-04491-TJS Document 84-2 Filed 07/11/18 Page 132 of 351

130

1    Q.  Who did it?

2    A.  Daiquan.

3    Q.  And then what happened after that?

4    A.  I had a few dates and the last one was a

5   police officer and I was arrested.

6    Q.  When you say "a few dates," what does "a

7   few" mean?

8    A.  Four. I recall four.

9    Q.  About four?

10    A.  Yes.

11    Q.  Before the police officer?

12    A.  Yes.

13    Q.  So the police officer would have been

14   the fifth date if he wasn't a police officer?

15    A.  Fourth or fifth, yeah.

16    Q.  Okay. So what happened with that date?

17   How did that one go?

18    A.  Um, so like usual, every time a customer

19   calls or texts, you ask them what they want,

20   how long. You tell them the price. They

21   agree to it or not and you tell them your

22   rules. You give them the address to the

23   place. You don't give them the room number

24   first.

Case 2:20-cv-00299-DBT   Document 342   Filed 07/01/20   Page 144 of 395
Case 2:17-cv-04491-TJS   Document 80-2   Filed 10/11/18   Page 133 of 354

131

Q.   Why?

A.   It's like a safety concern.   So you
don't just, like you can't just give them the
address to the hotel and then the room number
because you don't know if they -- the way
that he had said, you don't know if it's a
cop or not, so don't give them the room
number until they say they're here.

         So once they say they're there,
you give them the room number, and then you
tell them to knock on the door or whatever
you tell them to do to the door, and then
once you hear it you let them in and they pay
you and you do what they ask for.

Q.   You say that when they called you gave
them the rules?

A.   Um-hum.

Q.   What were the rules?

A.   No anal and no oral sex.   I didn't do
that.

Q.   Any other rules?

A.   Yeah, that's about it.

Q.   So you got this call, and you didn't
give your room number, but you said you were

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT  Document 342  Filed 07/01/20  Page 145 of 395
Case 2:17-cv-04491-TJS  Document 342  Filed 07/01/18  Page 154 of 354

132

1   at the Comfort Inn?

2    A.   Yes.

3    Q.   And what happened after that?

4    A.   He said he was there.  I gave him the

5   room number.  Daiquan left to go, it was a

6   gas station right next to the hotel, so he

7   went to go get more wraps because we were

8   smoking, and when he left the police officer

9   knocked on the door.  I thought it was a

10  date.  The first time I knocked, I didn't see

11  anybody there, closed the door.  Somebody

12  knocked again.  Thought it was Daiquan.  I

13  opened the door.  It was the guy.  He walked

14  in.  He felt up on me, gave me the cash,

15  pulled out the badge, and said I'm under

16  arrest.

17   Q.   What do you mean he felt up on you?

18   A.   Like he felt my body up, like he was

19  feeling on my breasts and --

20   Q.   In a sexual way?

21   A.   Yes.

22   Q.   You're not describing a frisk, you're

23  describing an improper touching?

24          MR. BEZAR:   Objection to form.

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 146 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 155 of 354

133

1   BY MR. GREENBERG:

2     Q.  You're not describing somebody searching

3   you for weapons, you're describing somebody

4   who is touching your private parts?

5     A.  Yes.

6     Q.  What did the police officer look like?

7     A.  He was tall Caucasian, blue eyes.  I

8   believe his hair was like a dark blonde.  He

9   had on Levy jeans, dark, really like vintage,

10  a button down, some it looked like

11  construction sneakers I remember.

12              And when he came in I was, you

13  know, introduced myself and he introduced his

14  self and then he felt up on me, and then he

15  handed me the money, and I walked to the

16  other side of the room to get undressed, and

17  he pulled out the badge.

18    Q.  What were you wearing when you answered

19  the door?

20    A.  Panties and bra.

21    Q.  So you went to the other side of the

22  room to get undressed and what did he do?

23    A.  Pulled out a badge, his badge, and told

24  me that, you know, told me my Miranda rights.

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 147 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 136 of 384

134

1    Q.   He said he was a cop?

2    A.   Yes.

3    Q.   And what happened after that?

4    A.   I gave him my hand so he can put me in

5    handcuffs.  And he asked me my name and my

6    age, and the other policeman walked in with

7    Daiquan in handcuffs, and it seemed like they

8    already knew him and --

9    Q.   Why?

10   A.   Because they said his name.  They said,

11   Oh, it's you, and he was like really upset,

12   and they took me to the station.  They asked

13   me questions and --

14   Q.   Backing up a little bit, the police

15   officer showed you his badge, said he was a

16   cop?

17   A.   Um-hum.

18   Q.   You said he asked you your name and your

19   age?

20   A.   Yes.

21   Q.   Did you give him your name and your age?

22   A.   No.  At first I gave him a fake name and

23   fake age, but then he told me that I would

24   be, get in trouble if I give false

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 148 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 137 of 354

135

1   information, so I gave him my real name and

2   my real age.

3   Q.   When he first asked for your age you

4   said your name was Desiree Johnson?

5   A.   Yes.

6   Q.   Why did you lie to him about your age?

7   A.   Because I was afraid.

8   Q.   What were you afraid of?

9   A.   Going to jail.

10   Q.   You thought that might keep you out of

11   jail?

12   A.   Yeah.

13   Q.   When he asked you your age, what did you

14   tell him?

15   A.   18.  I believe 18.

16   Q.   How old were you then?

17   A.   17.

18   Q.   So why did you lie about your age?

19   A.   I was afraid.  Maybe I thought if I was

20   considered an adult I would be like let off.

21   I don't know.  I was just scared.

22   Q.   So then you told him your correct name

23   and age because he told you you needed to

24   tell the truth?

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 149 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/11/18 Page 138 of 384

136

```
1     A.  Yes.

2     Q.  Yes?

3     A.  Yes.

4     Q.  Didn't he actually find two pill bottles

5    in your pocketbook that had your name --

6     A.  Yes.

7     Q.  -- after you told him your fake name?

8     A.  Yes.

9     Q.  That's how it happened; right?

10              MR. BEZAR:   Objection to the

11   form.

12   BY MR. GREENBERG:

13    Q.  Is that how it happened?

14              MR. BEZAR:   Is that how what

15   happened?

16              THE WITNESS:  No.

17              MR. BEZAR:   Hold on, hold on.  Is

18   that what?

19   BY MR. GREENBERG:

20    Q.  He showed you the pill bottles that had

21   the name ███████████ and that's when you

22   admitted that that was your name?

23    A.  No.

24    Q.  That's not what happened?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 150 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 150 of 354

137

1    A.  No.

2    Q.  So if he says that's what happened, he's

3  lying?

4            MR. BEZAR:   Objection.  She's not

5  going to answer that.  You can ask him that

6  if you want.

7            MR. GREENBERG:   That's a proper

8  question.

9            MR. BEZAR:   She's not going to

10 answer.

11           MR. GREENBERG:   You're starting

12 to become obstructionist.

13           MR. BEZAR:   I'm starting?

14           MR. GREENBERG:   It's a proper

15 question.

16           MR. BEZAR:   Well, she's not going

17 to answer.  You can note it --

18           MR. GREENBERG:   Would you mark

19 that, please?

20           MR. BEZAR:   -- on the transcript

21 and you can do whatever you like.  Ed, I just

22 want -- no, no, no.

23           MR. GREENBERG:   We don't have to

24 argue it.

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 151 of 395
Case 2:20-cv-04491-TJS Document 36-2 Filed 10/11/18 Page 140 of 354

138

```
 1                    MR. BEZAR:  I'm not arguing.
 2                    MR. GREENBERG:  You made your
 3      objection.
 4                    MR. BEZAR:   I'm trying to get
 5      along.  I'm not starting to become
 6      obstructionist.  We've been here for a few
 7      hours.  I've interfered a couple of times,
 8      that's it, okay.  Just we're here to get
 9      through this; right?
10                    MR. GREENBERG:   So am I, but it's
11      the third improper objection.  And this
12      one -- well, I'm not going to argue with you.
13      I'm going to move on.  We'll deal with it
14      later.  We both know how to deal with these
15      things, so --
16                    MR. BEZAR:   Do you?  Do you know
17      how to deal with them?
18                    MR. GREENBERG:   So --
19                    MR. BEZAR:   How do you deal with
20      them?  No, how do you deal with them?
21                    MR. GREENBERG:   I'm not going to
22      argue this.  I don't want to waste the time.
23                    MR. BEZAR:   We're going to take a
24      break.
```

```
1              MR. GREENBERG:   That's for the
2    court.
3              MR. BEZAR:   No, we're going to
4    take a break.  That's for me.
5              MR. GREENBERG:   Take a break.
6              VIDEO SPECIALIST:   Off the video
7    record at 1:04.
8              (Recess; 1:04 p.m.)
9                    - - -
10             (Resumed; 1:07 p.m.)
11             (Exhibit EB-1 was marked for
12   identification.)
13             VIDEO SPECIALIST:   We're back on
14   the video record at 1:07.
15   BY MR. GREENBERG:
16    Q.  Miss          I'm handing you a document
17   that's been marked EB-1.  I have a copy for
18   your attorney.  Everyone else has been given
19   a copy.
20             This is the -- this is the
21   Bensalem Township Police Incident Report that
22   begins with November 7th, 2014, and it
23   includes other dates.  It's been marked on
24   the lower right-hand corner BTPD1 on the
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 153 of 395
Case 2:17-cv-04491-TJS Document 33-2 Filed 10/11/18 Page 142 of 354

140

1    first page.  Do you see that, lower

2    right-hand corner?

3     A.  Um-hum.

4     Q.  And then the last page is BTPD61.  Do

5    you see that?

6     A.  Um-hum.

7     Q.  Yes?

8     A.  Yes.

9     Q.  Again, I'm going to ask you to try to

10    keep your voice up so we can all hear you.

11            I'd like you to turn to the

12    seventh page.  It says BTPD7 and near the

13    bottom there is a paragraph that says, "I

14    noticed that the female appeared to be

15    young."

16            Do you see that?

17            MR. BEZAR:  Just read the part

18    that he's asking you to read, and he's asking

19    you, do you see that?

20            THE WITNESS:  Yes.

21    BY MR. GREENBERG:

22     Q.  I'm actually going to read it to you.

23    You can follow along with me and I'm going to

24    go slow so I make sure that you have heard it

Case 2:20-cv-00299-PBT  Document 342  Filed 07/01/20  Page 154 of 395
Case 2:17-cv-04491-TJS  Document 354-2  Filed 10/11/18  Page 143 of 354

141

```
 1    and understood it.   Okay?

 2     A.  Yes.

 3     Q.  It's up on the screen if you want to

 4    look at it up there.

 5          MR. BEZAR:   Or it's here, too.

 6    BY MR. GREENBERG:

 7     Q.  It says, "I noticed that the female

 8    appeared to be young.  I asked her how old

 9    she was and she said 18.  She told Officer

10    Crozier that her name was Desire or Desiree

11    Johnson 10/10/96.  Officer Crozier noticed

12    that she had two pill bottles in her purse.

13    I looked at them and they had the name ████

14    ████████  on the label.  I confronted her about

15    not telling the truth.  At that time she said

16    that was her real name and she was 17 years

17    old.  She said that she was reported missing

18    out of Philadelphia by DHS."

19          Now, the first question is, did I

20    read that correctly?  Were you able to follow

21    it?

22     A.  Yes.

23     Q.  Isn't that what happened at the time of

24    the arrest?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 155 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 144 of 384

142

```
 1    A.  No.
 2    Q.  You were confronted with the pill
 3    bottles?
 4    A.  No.
 5    Q.  So you're saying this is incorrect?
 6    A.  I was confronted with the pill bottles,
 7    but that was after the fact I told him my
 8    name.  He was making sure that I was being
 9    honest.
10    Q.  Okay.  You can lay that aside for now.
11              MR. GREENBERG:  You can take that
12    down.
13              MR. BEZAR:  How young did you
14    look?  Much younger than you look now?
15              THE WITNESS:  Yes.
16              MR. GREENBERG:  Counsel, I would
17    ask for you to wait your turn to ask
18    questions.
19              MR. BEZAR:  I'm sorry, I didn't
20    realize, is there a rule that says we have to
21    do turns?  Is there a rule?
22              MR. GREENBERG:  I think that's
23    the custom.
24              MR. BEZAR:  Oh, okay.  I thought
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 156 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 145 of 354

143

1    there was a rule.

2            MR. GREENBERG:  Isn't that what

3    you want me to do when you're taking a

4    deposition?

5            MR. BEZAR:  I'm not sure what --

6            MR. GREENBERG:  Wait until you're

7    done before I ask --

8            MR. BEZAR:  I'm not sure what you

9    do.  Just while you were on this page,  "I

10    noticed that you appeared young."  Did you

11    look young at the time?

12            THE WITNESS:  Yes.

13            MR. GREENBERG:  Objection.

14            MR. BEZAR:  Okay.  We can go on.

15            Can we put that back up on the

16    screen, sir?

17            VIDEO SPECIALIST:  If Ed tells me

18    to.

19            MR. GREENBERG:  You'll be able to

20    have it back.  You'll be able to have any of

21    it when it's your turn to question.  Right

22    now I'm going to go ahead with my questioning

23    if you don't mind.

24            MR. BEZAR:  So you're not going

1    to let him --

2               MR. GREENBERG:  You have the

3    document there.

4               MR. BEZAR:  We're not going to put

5    it back on the screen?  You're not going to

6    let him put it back on the screen?

7               MR. GREENBERG:  When I need it, I

8    will ask him to, and when you need it you can

9    ask him to, but you're going to have to wait

10   your turn.

11              MR. BEZAR:  But I'm -- we're here

12   right now.  I won't have many questions at

13   the end, so we have this document.  Can I put

14   it back up?  Unless you don't want him to and

15   then he won't do it and that's fine.

16              MR. GREENBERG:  Put it back up

17   for him.

18              MR. BEZAR:  Thank you.

19              The part that Mr. Greenberg read,

20   can you just go back to it?

21              Do you see the notation there, and

22   again this is the part that Mr. Greenberg

23   read, the police officer notes, "I noticed

24   that the female appeared to be young."  Did

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 158 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 147 of 354

145

1    you look young at that time?

2              MR. GREENBERG:   Objection;

3    leading.

4              THE WITNESS:   Yes.

5              MR. GREENBERG:   It calls for a

6    yes.

7              MR. BEZAR:  Did you look young at

8    that time?

9              THE WITNESS:  Yes.

10             MR. GREENBERG:   Objection;

11   leading.

12             MR. BEZAR:  Did the police officer

13   note that in the record right there?

14             MR. GREENBERG:   Objection;

15   leading.

16             THE WITNESS:  Yes.

17             MR. BEZAR:   Okay.  Thank you.

18   Thank you.  You can continue.

19             MR. GREENBERG:  Are you done?

20             MR. BEZAR:   Yes.

21             MR. GREENBERG:   Okay.  You can

22   take that down.

23   BY MR. GREENBERG:

24   Q.  What happened during this arrest after

Donna A. Bittner Reporting

1    you gave your correct name and your true age?

2    A.   I was taken to the police district.

3    Q.   Were you handcuffed?

4    A.   Yes.

5    Q.   Taken to the police district?

6    A.   Yes.

7    Q.   The Bensalem Township Police Department

8    station?

9    A.   Yes.

10   Q.   Okay.  What happened there?

11   A.   They were asking me questions.

12   Q.   So this is late at night now or early in

13   the morning?

14   A.   Late at night.

15   Q.   Before midnight?

16   A.   Yes.

17   Q.   All right.  What did they question you

18   about?

19   A.   How did I know him, how did I meet him,

20   did I know anybody else that knew him, just

21   like those type of questions.

22   Q.   For how long did they question you?

23   A.   Half an hour.

24   Q.   Did you tell the truth completely during

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 160 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 149 of 354

147

1    this questioning?

2     A.   Not that I remember.

3              MR. BEZAR:   Just before we go on,

4    do we have the usual stipulations that all

5    objections are preserved until the time of

6    trial?

7              MR. GREENBERG:   Yes.

8              MR. BEZAR:   Remind me, because

9    I'm not always good at this.  Is leading --

10             MR. GREENBERG:   All objections

11   except as to the form are reserved until time

12   of trial.

13             MR. BEZAR:   So isn't leading

14   preserved?

15             MR. GREENBERG:   Leading is form.

16   You have to object to leading if you think

17   it's improper.

18             MR. BEZAR:   I learned something.

19   Okay, go ahead.

20   BY MR. GREENBERG:

21    Q.   So I want to make sure you understood my

22   question and you answered it correctly.

23             During this half an hour that you

24   say --

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 161 of 395
Case 2:17-cv-04491-TJS Document 86-2 Filed 10/11/18 Page 130 of 354

148

MR. BEZAR: I'm sorry, I'm going
to interrupt. I'm not going to object to
leading questions. I'm going to object to
form questions where it assumes something or
there are multiple ways to answer it. I'm
not going to object to leading questions
because I think we will then, one, we won't
be able to move this along and we'll be here
for way longer than we need to be, so I will
not object to your leading questions and you
can go on. If that means they're not
preserved, so be it. The truth shall set
█████ free. Go ahead.

BY MR. GREENBERG:

Q. Miss █████ during this half an hour that
you say you were being questioned at the
Bensalem Township Police Department station,
did you tell the whole truth? Did you give
true and accurate answers to all the
questions?

A. No.

Q. What questions did you not answer
truthfully?

A. How did I know him and, uh, some

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 162 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 131 of 354

149

1    question did I -- did I choose to do

2    everything on my own.

3     Q.  All right.  Let's take them one at a

4    time.  When you were asked how did you know

5    him, how did you answer at that time?

6     A.  I don't remember.

7     Q.  Why are you saying you didn't answer it

8    truthfully if you don't remember?  Explain

9    that to me.

10    A.  Well, I just explained to the part that

11   I do remember, which is that -- about the

12   part where did I do everything by myself, but

13   I know that I --

14    Q.  I'll get to that.  You said there were

15   two questions that you were asked at the

16   police station after the arrest that you did

17   not answer truthfully.

18    A.  Um-hum.

19    Q.  And the first one was how did I know

20   him.

21    A.  Um-hum.

22    Q.  So let's stick with that one for a

23   moment.  Okay?  I just want to try to get

24   that clear.  All right?

1    A.  Um-hum.

2    Q.  Yes?

3    A.  (Witness nodding head.)

4    Q.  You have to give me an answer.

5    A.  Yes.  Sorry.

6    Q.  Thank you.

7           You remember being asked the

8    question how did you know Daiquan Davis?

9    A.  Yes.

10   Q.  How did you answer it at that time?

11   A.  I don't remember.

12   Q.  Why are you telling me today that you

13   gave an untruthful answer to that question?

14   A.  Because I know I did.  I just don't

15   remember exactly what I said.  I just know it

16   was dishonest.

17   Q.  Do you know approximately what you said?

18          MR. BEZAR:  Hold on.  Do you want

19   her now to guess or sort of summarize?

20   Because this --

21          MR. GREENBERG:  Her best

22   recollection.

23          MR. BEZAR:  Her best

24   recollection, because this was the subject, I

Case 2:20-cv-00299-PBT Document 42 Filed 07/01/20 Page 164 of 395
Case 2:17-cv-04491-TJS Document 84-2 Filed 10/11/18 Page 153 of 384

151

1    thought we had an agreement on the number of

2    johns before and maybe I was wrong when we

3    were guesstimating.  Do you -- are you

4    looking for her to give her best guess here?

5            MR. GREENBERG:   Best recollection

6    if you have any.  If you don't have any, then

7    we can go back to having you explain to me

8    why you say you gave a false answer.

9            MR. BEZAR:   So what do you want

10   her to answer now?  I'm sorry, I --

11   BY MR. GREENBERG:

12   Q.  To the best of your recollection, how

13   did you answer that question when you were

14   asked at the police station how did you know

15   Daiquan Davis?

16   A.  I took -- I took the blame for it all

17   and --

18   Q.  You did what?

19   A.  When he asked me how did I know him, I

20   mentioned something about --

21           MR. BEZAR:   Do you recall --

22   sorry.

23           THE WITNESS:   Something about

24   me -- I was, yeah, I was lying about it, how

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 165 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 154 of 354

152

1    I met him.  I was saying that like he didn't

2    know exactly what was going on, yeah, it was

3    something like that.  I just don't know -- I

4    don't exactly remember exactly what I said,

5    but it was something like that.  I was taking

6    the blame for everything.

7    BY MR. GREENBERG:

8     Q.  So what's the true answer to that

9    question how did you know him, the true

10   answer which is different than what you told

11   the police?

12    A.  Through my sister.

13    Q.  You met him through your sister?

14    A.  Yes.

15    Q.  That's the true answer?

16    A.  Yes.

17    Q.  And that's different from what you told

18   the police?

19    A.  Yes.

20    Q.  Okay.  The other thing you said that you

21   were asked by the police, which you did not

22   answer truthfully, did I choose to do

23   everything?  What's the whole question?

24          MR. BEZAR:  You know, it's your

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34 Filed 07/01/20 Page 166 of 395
Case 2:17-cv-04491-TJS Document 63-2 Filed 10/11/18 Page 155 of 384

153

1    question, Ed.
2              MR. GREENBERG:    No, it's what she
3    said.  I'll go back.
4              MR. BEZAR:    Yes.
5    BY MR. GREENBERG:
6     Q.  You said the second question that you
7    did not answer truthfully was something about
8    did I choose to do everything; right?
9     A.  Meaning like was I forced or like, or
10   like how did things come about.
11    Q.  The prostitution?
12    A.  Yes.  And I didn't answer truthfully.
13    Q.  How did you answer it at the time?
14    A.  Um --
15    Q.  At the time the police interviewed you?
16    A.  I told them that he didn't know anything
17   that was going on.  I just asked him to
18   protect me.  That's all.
19    Q.  And that wasn't true?
20    A.  No, it wasn't true.
21    Q.  What was true?  Please try to keep your
22   voice up so we can hear you.
23    A.  Um, when we got to the Roosevelt Inn
24   everything changed and he told me I was going

Donna A. Bittner Reporting

1    to be having sex with men for money.

2      Q.  So you're saying the truth is he forced

3    you into prostitution, but when you were

4    being interviewed by the police right after

5    the arrest --

6      A.  I told him that --

7            MR. BEZAR:   Hold on.  You've got

8    to let him finish.

9    BY MR. GREENBERG:

10     Q.  -- you didn't tell him that he forced

11   you into prostitution?  Is that your

12   testimony today?

13           MR. BEZAR:   Objection to the

14   form.  Go ahead.  You throw every fact as the

15   way you wanted to articulate the facts.  The

16   record reads the way the record reads.  I

17   think we both know that.  You don't need to

18   marshal or summarize the testimony.  The

19   record is what the record is.  If you have a

20   question, ask it.

21           MR. GREENBERG:   Do we have an

22   answer on the record to that question?

23           (Court reporter read back as

24   requested.)

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 168 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 157 of 384

155

```
 1    BY MR. GREENBERG:
 2      Q.  Did you tell the police when you were
 3    interviewed at the police station that
 4    Daiquan Davis forced you into prostitution?
 5      A.  No.
 6      Q.  But today that's your testimony;
 7    correct?
 8      A.  Testimony?
 9      Q.  You testified today that he forced you
10    into prostitution?
11      A.  Yes.
12      Q.  Why is your testimony today different
13    from what you told the police?
14      A.  Because I was afraid.  I didn't know
15    what was going to happen.
16      Q.  You were lying to the police?
17      A.  Yes.
18      Q.  Do you remember any of the dates that
19    you had at the Comfort Inn before you were
20    arrested?
21      A.  No, I never been there.
22      Q.  Sorry?
23      A.  I've never been there.
24      Q.  On the day of the arrest --
```

1    A.  Um-hum.

2    Q.  -- you said you had four dates at the

3    Comfort Inn.

4    A.  Yes.

5    Q.  Approximately four dates before you were

6    arrested?

7    A.  Yes.

8    Q.  And then the policeman came in in

9    plainclothes and you were arrested; right?

10   A.  Yes.

11   Q.  Do you remember any of the dates you had

12   before the policeman came in and arrested

13   you?

14   A.  Oh, I thought -- okay.  Before, the one

15   before the cop, it was really weird.  The guy

16   was like really like stiff, not, it was like

17   a business, straight business thing to him,

18   like the way, his body language, the way he

19   was acting, it was like he was trying to make

20   sure of something before like I was arrested.

21   Q.  You're talking about the policeman or

22   the john before the policeman?

23   A.  Yeah, before.  That's like the only one

24   I remember because it kind of made me

Case 2:20-cv-00899-DBT Document 342 Filed 07/01/20 Page 170 of 395
Case 2:17-cv-04491-TJS Document 364-2 Filed 10/11/18 Page 159 of 384

157

1    suspicious.

2           When he came in, usually guys will

3    be like easygoing, you know, like really

4    friend, I guess, and he was more like super

5    serious, like he wasn't trying to talk and he

6    was just like he just turned me around and

7    did what he did and he just left.

8    Q.  How much time did he pay for?

9    A.  Fifteen minutes.

10   Q.  So that was a short date?

11   A.  Yeah.

12   Q.  At that time you were offering dates in

13   various lengths, shorter, longer, longest?

14   A.  Yes.

15   Q.  What were they?  Fifteen minutes?  What

16   else?

17   A.  Fifteen minutes, thirty minutes, a hour,

18   hour and a half, two hours.

19   Q.  What were the prices for those dates?

20   A.  Fifteen minutes, 60 dollars; thirty

21   minutes, 85; an hour, 120; two hours,

22   negotiable.  Anything else would be

23   negotiable.

24          MR. GREENBERG:   Put up BTPD9,

Donna A. Bittner Reporting

1    please, and let's focus in on this paragraph.

2    BY MR. GREENBERG:

3    Q.  We're now on Page 9 of the police

4    report, BTPD9, Ms. ███.

5    A.  Yes.

6    Q.  I'd like you to follow along with me

7    either on the paper copy or the one on the

8    screen.  We're looking at a paragraph that

9    begins "She said."  Do you see that?

10   A.  Yes.

11   Q.  "She said that she supplies the

12   condoms."

13            Are you with me?

14   A.  Yes.

15   Q.  "She said that Davis leaves the room

16   when the dates arrive. ███████ admitted

17   to doing one date today at 1900 hours."

18            That's 7:00 p.m., do you

19   understand that?

20   A.  Um-hum.

21   Q.  Yes?

22   A.  Yes.

23   Q.  "She said that a white male paid her

24   $180 for an hour stay but he, quote, busted

Donna A. Bittner Reporting

```
1    in two minutes and left period, close quote.
2    She told me that she stayed at the Motel 6
3    yesterday and she did three dates.  She made
4    a $60 date, a $100 date, and $180 date.  She
5    said that the most dates that she did in one
6    day was six.  She then told me that she
7    didn't like doing dates."
8              Did I read that paragraph
9    correctly?
10    A.  Yes.
11    Q.  So according to this report from the
12   police, you admitted to one date on the day
13   of the arrest?
14    A.  Um-hum.
15             MR. BEZAR:   Objection to the
16   form.
17   BY MR. GREENBERG:
18    Q.  $180?
19             MR. BEZAR:  It says "one date
20   today" and it says a time.  It doesn't say
21   one date on the day of arrest.  If you want
22   to ask the question --
23             MR. GREENBERG:  Don't make
24   speaking objections.  Just note your
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT  Document 342  Filed 07/01/20  Page 173 of 395
Case 2:17-cv-04491-TJS  Document 352-2  Filed 10/11/18  Page 162 of 354

160

```
 1    objection.
 2              MR. BEZAR:   Objection.  Look at
 3    what you're doing.  She's a young girl.
 4              MR. GREENBERG:   Come on.
 5              MR. BEZAR:   Look at what you're
 6    doing.  It says "one date today at 1900
 7    hours."  It doesn't say one date today.
 8              MR. GREENBERG:   This is not the
 9    time to argue what it means.  I'm asking her
10    questions.  I'm doing it on the record.
11              MR. BEZAR:   You're not asking her
12    questions, you're making a speech, Ed.
13              MR. GREENBERG:   Just note your
14    objection.
15              MR. BEZAR:   No, I can do it.  I'm
16    going to represent my client the way I want
17    to represent, and if you bring me before a
18    judge and I am told I've done something
19    wrong, I will look at you, I will apologize,
20    and then I will bring my client back if so
21    instructed.
22              But for now, Ed, you are
23    representing that she did one date that day.
24    It says "one date today at 1700 hours" or
```

Case 2:20-cv-00299-DBT  Document 342  Filed 07/01/20  Page 174 of 395
Case 2:17-cv-04491-TJS  Document 342  Filed 07/01/18  Page 163 of 384

161

```
 1    "1900 hours."  I apologize.
 2                   MR. GREENBERG:   Please note that
 3    on the record, Donna, that space.
 4                   MR. BEZAR:   Ask a fair question.
 5                   MR. GREENBERG:   Are you done?
 6                   MR. BEZAR:   It depends what you
 7    ask.  Like you, Ed, I'm representing my
 8    client.
 9                   MR. GREENBERG:   You're making
10    speaking objections.  You're coaching the
11    witness.  It's absolutely not proper.
12                   MR. BEZAR:   I am absolutely not
13    coaching the witness.
14                   MR. GREENBERG:   It's established
15    law of this jurisdiction.  It's not proper.
16    Okay.
17                   MR. BEZAR:   Can you just cite me
18    to something and then we'll read it while I
19    sit here and if it says I'm not allowed to
20    represent my client when there are misleading
21    questions, I promise I will stop?
22                   You are clearly on top of the law,
23    Ed.  You can tell me what to do.  You can
24    school me as much as you want, but I'm still
```

Donna A. Bittner Reporting

1  going to represent my client.  And if you ask

2  me if I'm done again, the answer is yes, I

3  will continue to represent my client.  Your

4  turn.

5             MR. GREENBERG:    Thank you.

6  BY MR. GREENBERG:

7  Q.  Miss ████ --

8  A.  Yes.

9  Q.  -- the police report says that you

10 admitted to doing one date today at 1900

11 hours.

12 A.  Yes.

13 Q.  Do you see that?

14 A.  Um-hum.

15 Q.  On the day that you were arrested at the

16 Comfort Inn, did you do any dates other than

17 at the Comfort Inn?

18 A.  No.

19 Q.  So all of the dates, whatever dates you

20 did on the day you were being questioned by

21 the police, you did at the Comfort Inn;

22 correct?

23 A.  Yes.

24 Q.  Okay.  And when they were questioning

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 176 of 395
Case 2:17-cv-04491-TJS Document 38-2 Filed 10/11/18 Page 165 of 384

163

1    you at the police station that night and you

2    were answering questions about doing dates

3    that day, what motel were you talking about?

4    A.   Say that --

5    Q.   You were talking about the Comfort Inn?

6    A.   Yes.

7    Q.   Okay.  So it says you admitted doing one

8    date today at 1900 hours and you said that a

9    white male paid you $180 for an hour stay but

10   he busted in two minutes and left.  What does

11   "busted in two minutes and left" mean?

12   A.   Ejaculated.

13   Q.   Within two minutes?

14   A.   Um-hum.

15   Q.   Yes?

16   A.   Yes.

17   Q.   So he paid for an hour and he stayed for

18   two minutes?

19   A.   Yes.

20   Q.   Did you tell the police about the date

21   that you described --

22                MR. BEZAR:    It actually says he

23   busted in two minutes.  That means he

24   ejaculated in two minutes.  It doesn't say he

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 177 of 395
Case 2:17-cv-04491-TJS Document 36-2 Filed 10/11/18 Page 166 of 384

164

```
 1    stayed for two minutes.
 2    BY MR. GREENBERG:
 3     Q.  How long did he stay?
 4     A.  I guess the two minutes he was there and
 5    he left.
 6     Q.  He didn't stay for the hour; right?
 7     A.  No.
 8              MR. BEZAR:   That's a proper
 9    question.
10    BY MR. GREENBERG:
11     Q.  He left shortly after he was finished?
12     A.  Yes.
13     Q.  Did you tell the police about this
14    fifteen-minute date that you described today?
15     A.  No.
16     Q.  Why?
17     A.  I didn't want to give too much
18    information.
19     Q.  Why?
20     A.  Because I was scared.  I didn't know
21    what was going to happen to me.
22     Q.  So when the police were questioning you
23    about the dates you did that day, you were
24    lying about that also?
```

Donna A. Bittner Reporting

1    A.  No.  I just didn't want -- I didn't want

2    to give too much information.  There were so

3    many things that I knew.

4    Q.  Do you think there is a difference

5    between withholding information when you

6    don't want to give too much information and

7    lying about things?  Is that different to

8    you?

9    A.  No.  If I'm holding the information and

10   telling different information, I'm still not

11   giving the information I want to give up and

12   I'm still lying, so either way.

13   Q.  Did you have a knife in your possession

14   when you were arrested?

15   A.  Yes.

16   Q.  What kind of a knife was it?

17   A.  A pocket knife.

18   Q.  When you say a pocket knife, could you

19   describe it?

20   A.  No.

21   Q.  In the police report it was described as

22   a sheetrock knife which sounds to me like a

23   box cutter or utility knife.  Do you know

24   what those look like?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 179 of 395
Case 2:17-cv-04491-TJS Document 84-2 Filed 10/11/18 Page 168 of 384

166

1  A.  Yes.

2  Q.  It's got a little button slide on top of

3  it and you can slide the little triangle

4  blade --

5  A.  And it will come right out.

6  Q.  -- out or put it back in?

7  A.  Um-hum, yes.

8  Q.  Is that what you had?

9  A.  Yes.

10  Q.  Why were you carrying that?

11  A.  Protection.

12  Q.  Protection against who?

13  MR. BEZAR:  From whom?

14  MR. GREENBERG:  Yeah.

15  BY MR. GREENBERG:

16  Q.  Do you need a break?

17  A.  I had it on me because one of the dates

18  I had had raped me.

19  MR. BEZAR:  Can we take a break

20  now?  There is no question on the table.

21  MR. GREENBERG:  I'd like to have

22  some follow-up.  I'd like to know what that

23  was about.

24  MR. BEZAR:  You absolutely can

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 180 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 169 of 384

167

1   have follow up.   I didn't want to take the

2   break while she was crying while there was a

3   question on the table.   Can we just let her

4   walk?

5              MR. GREENBERG:   Sure.

6              MR. BEZAR:   Okay.

7              VIDEO SPECIALIST:   Off the video

8   record at 1:35.

9              (Discussion held off the record.)

10             VIDEO SPECIALIST:   We're back on

11  the video record at 1:41.

12  BY MR. GREENBERG:

13   Q.  Ms. ███████ before we took a break I was

14  asking you about the knife you had in your

15  possession at the time of your arrest.   You

16  described it for me and I think you agree

17  that it was a utility knife, that type of

18  knife with a blade that slides in and out?

19             MR. BEZAR:   Objection.   She

20  didn't say the blade slides in and out.   Why

21  don't we ask a question here.

22             MR. GREENBERG:   That was my

23  recollection.

24  BY MR. GREENBERG:

1    Q.  Ms. ███ were you carrying a knife that

2  has a retractable blade, you can slide the

3  blade in to put it safely in your pocket, you

4  can take it out and slide the blade out to

5  use it?

6    A.  Yes.

7    Q.  And is it the kind of knife you get in a

8  hardware store that can be used to cut boxes

9  or other materials?

10   A.  Yes.

11   Q.  And I asked you why you had that in your

12  possession and you said something about an

13  experience where you were raped and I want to

14  ask you about that.

15          When did that happen and who did

16  that?

17   A.  It was --

18   Q.  Please keep your voice up.

19   A.  It was at the -- the Motel 6 and it

20  was -- it was a date I had in the room and

21  when the guy got there I didn't have any more

22  condoms, and he took me to the gas station

23  and it was closed, to get some more, and we,

24  he paid me.  I ordered --

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 182 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 10/11/18 Page 171 of 384

169

1    Q.  Stop, stop.  The videographer is making

2  signs like your microphone is too low.

3               VIDEO SPECIALIST:  It's hitting

4  the table, yes.  If you could move it closer.

5               MR. GREENBERG:  Put it higher up

6  on your shirt.

7               (Witness complies.)

8               VIDEO SPECIALIST:  Thank you very

9  much.

10              THE WITNESS:  And we did a date

11  and he left, and then I ordered some food,

12  and I thought it was my food, but it was the

13  guy at the door.

14  BY MR. GREENBERG:

15    Q.  The same guy that you had just had a

16  date with?

17    A.  Yes.

18    Q.  Do you need to stop again?  No?

19    A.  And when he opened the door he just

20  pushed me on the bed and he was a really big

21  guy, he was like six six, like 300 something

22  pounds, and he was really light skinned, he

23  was a black guy, and he just did what he did.

24  He left.

Donna A. Bittner Reporting

█████████████████

```
1    Q.  And that's why you got a knife?

2    A.  Yes.

3    Q.  I take it he did not pay for that?

4    A.  No.

5    Q.  No, he did not?

6    A.  No.

7    Q.  No what?

8    A.  He did not pay for it.

9    Q.  Did you have injuries?

10   A.  No.

11   Q.  You didn't go to the hospital or a

12   doctor?

13   A.  No.

14   Q.  Did you do any dates that night after

15   that?

16   A.  Yes.

17   Q.  Did you report that to the police?

18   A.  No.

19   Q.  Did you tell anyone about it?

20   A.  No.

21   Q.  Today is the first day you're mentioning

22   it to anyone?

23            MR. BEZAR:   Objection to the

24   form.  Well, it's not an objection to form
```

Donna A. Bittner Reporting

1  other than any conversations we might have

2  had.

3  BY MR. GREENBERG:

4  Q.  I'm not asking you about your

5  conversations with your attorneys.  Other

6  than those, have you ever told anybody about

7  this incident?

8  A.  A few friends, old friends that I have,

9  but I did not, no.

10  Q.  What friends did you talk to about this?

11  A.  Um, old girlfriends I don't talk to

12  anymore.  Old girlfriends I no longer speak

13  to.

14  Q.  Did you tell Mr. Davis about it?

15  A.  No.

16  Q.  Why?

17  A.  He wasn't there and I kind of, I don't

18  know, I just thought, you know, I just needed

19  somewhere to sleep and eat and things like

20  that, so I just didn't say anything about it.

21  Q.  You said he wasn't there.  Where was he?

22  A.  He was at work.

23  Q.  He was at the Ruth Chris restaurant

24  while you were doing dates in the room?

Donna A. Bittner Reporting

1    A.  Yes.

2    Q.  Did that happen often, you were left

3    alone at the motel?

4    A.  Yes.

5    Q.  At whatever motel you were at while he

6    was working at the restaurant, you were doing

7    dates?

8    A.  Yes.

9    Q.  And you had nobody to protect you?

10   A.  No.

11   Q.  How often did that happen?

12   A.  What?

13   Q.  That he left you alone doing dates in a

14   hotel room.

15   A.  All the time unless he had a day off or

16   couldn't get to work.

17   Q.  Please keep your voice up.

18            How many days a week did he go to

19   work at this restaurant?

20   A.  Five.

21   Q.  Did he work nights mostly?

22   A.  No, during the day.

23   Q.  So he would sometimes be back while you

24   were doing dates at night?

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 186 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 175 of 384

173

1   A.  Yes.

2   Q.  But sometimes before he came back you

3   were doing dates without him there?

4   A.  Yes.

5   Q.  And you say it happened often?

6   A.  Yes.

7   Q.  And you didn't leave because you needed

8   a place to stay?

9   A.  Yes.

10  Q.  Did you do any dates at any time after

11  your November 7th arrest?

12  A.  No.

13  Q.  That was the end of your trafficking and

14  prostitution?

15  A.  Yes.

16  Q.  And when I say the November 7th arrest,

17  you understand I mean November 7, 2014?

18  A.  Yes.

19  Q.  Did you ever stay in any of these

20  motels, hotels, after November 7th, 2014?

21  A.  No.

22  Q.  Do you know whether Mr. Davis went back

23  to prostitution after the November or

24  trafficking I should say after the November

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 187 of 395
Case 2:17-cv-04491-TJS Document 63-2 Filed 10/11/18 Page 176 of 384

174

1    7, 2014, arrest?

2    A.  Yes.

3    Q.  When?

4    A.  Um, when I was transferred from Bucks

5    County to Philadelphia County, um, he wrote

6    me a letter and when I got to Child First and

7    I gave him a call, he was trying to get me to

8    recruit girls to run away back to

9    Philadelphia to work for him, and I told him

10   no.

11   Q.  Okay.  I'm confused so I have to ask you

12   some questions to break this down.

13   A.  Um-hum.

14   Q.  When you were arrested on November 7th,

15   you were taken to the Bucks County, the

16   Bensalem Township Police Department's station

17   and you were questioned late into the night;

18   correct?

19   A.  Yes.

20   Q.  When they finished questioning you,

21   where did they transport you to?

22   A.  Bucks County Youth Center.  Bucks County

23   Youth Center.

24   Q.  Is that also known as Edison, do you

Donna A. Bittner Reporting

1   know?

2   A.  No.

3   Q.  You don't know.  Do you know where the

4   Bucks County Youth Center is?

5   A.  In Bucks County.

6   Q.  That's as much as you can tell me?

7   A.  Yeah.

8   Q.  Okay.

9         MR. BEZAR:  That's a good answer.

10   That's a good answer.

11   BY MR. GREENBERG:

12   Q.  How long were you in that facility?

13   A.  About two weeks, two and a half weeks.

14   Q.  What happened during that two and a half

15   weeks?  Did you appear in front of a district

16   justice at some point?

17   A.  Yes.

18   Q.  When did that happen?  How long after

19   the arrest?

20   A.  I would say a week.  A week, a couple

21   days.

22   Q.  A couple days to a week?

23   A.  Yes.

24   Q.  What happened at that court hearing?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 189 of 395
Case 2:17-cv-04491-TJS Document 50-2 Filed 07/01/18 Page 178 of 384

176

1    A.  Um, I don't remember.  It just seemed as

2    though they were trying to like just get me

3    to plead guilty so they can I guess transfer

4    me.  I don't know.

5    Q.  Plead guilty to what?

6    A.  Prostitution.

7    Q.  Were you also charged with possession of

8    marijuana at that time?

9    A.  Yes.

10   Q.  And possession of drug paraphernalia?

11   A.  Yes.

12   Q.  So the three charges were in Bucks

13   County; right?

14   A.  Yes.

15   Q.  So you appeared in front of a district

16   justice in a small courtroom?

17   A.  Yes.

18   Q.  And you don't really remember what

19   happened there other than they were trying to

20   get you to plead guilty?

21   A.  Yeah.  It was a really short court date.

22   It was just five minutes.

23   Q.  Did you have a lawyer?

24   A.  I'm pretty sure I had a public defender,

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 190 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 190 of 354

177

1    yeah.

2    Q.  What happened after that court

3    appearance?  Did you go back to the same --

4    A.  Yes.

5    Q.  -- jail?

6    A.  Yes, um-hum.

7    Q.  Okay.  How long did you stay in the

8    Bucks County, what did you call it, Youth

9    Center?

10   A.  Yes.

11   Q.  It's a jail?

12   A.  Yes.

13   Q.  How long did you stay there after that

14   court hearing to the best of your

15   recollection?

16   A.  About another week.

17   Q.  Another week?

18   A.  Yeah.

19   Q.  Had you heard from Mr. Davis at all

20   during that approximately two-week period you

21   were in the Bucks County Juvenile Center?

22   A.  No.

23   Q.  Where were you transferred after that?

24   A.  JJC, Juvenile Justice Center.

1    Q.   In Philadelphia?

2    A.   Yeah.

3    Q.   Were there charges against you in

4    Philadelphia?

5    A.   No.

6    Q.   Was there an outstanding warrant or

7    something from DHS?

8    A.   Not that I know of, no.

9    Q.   Do you know why you were transferred to

10   Philadelphia?

11   A.   Because that's where my case was, DHS,

12   with DHS.

13   Q.   So they transferred you to the JJC and

14   how long did you stay there?

15   A.   Less than 24 hours.

16   Q.   Was there a hearing?  Did you appear in

17   front of a judge or somebody in that day?

18   A.   Yes.

19   Q.   Who did you appear in front of?

20   A.   I don't know.  It was inside the JJC

21   building.

22   Q.   Was it on a video hookup or were you in

23   a live -- in front of a live judge?

24   A.    In front of a live judge.

Case 2:20-cv-00299-TBT  Document 842  Filed 07/01/20  Page 192 of 395
Case 2:20-cv-04491-TJS  Document 842  Filed 07/01/20  Page 181 of 384

179

1    Q.   What happened there?

2    A.   I don't remember.  It was really short.

3    Q.   Where did you go from there?

4    A.   Back downstairs to, in the JJC.

5    Q.   Okay.  And how long were you in the JJC

6    after that hearing?

7    A.   13 hours.

8    Q.   And then where did you go?

9    A.   Vision Quest.

10   Q.   Vision Quest?

11   A.   Vision Quest.

12   Q.   Which you already told us is in

13   Philadelphia?

14   A.   Um-hum.  Yes.

15   Q.   5201 Old York Road?

16   A.   Yes.

17   Q.   And you were locked into that facility?

18   A.   Yes.

19   Q.   For how long?

20   A.   About four months.

21   Q.   So you got there in late November.  You

22   spent two weeks in the Bucks County Juvenile

23   Center?

24   A.   Um-hum.

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 193 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 182 of 354

180

1    Q.  A day in the JJC?

2    A.  Yes.

3    Q.  So it's late November?

4    A.  Right.

5    Q.  And you spent four months in Vision

6    Quest, so that would be December, January,

7    February, into March?

8    A.  Oh, no, no.  That's a mistake then

9    because January 9th is the day I went to

10   Child First.

11   Q.  You were what?

12   A.  So --

13           MR. BEZAR:   She said January 9th.

14           THE WITNESS:  January 9th, so

15   that's a mistake.  Sorry.  It was two months.

16   BY MR. GREENBERG:

17   Q.  Okay.  What happened on January 9th?

18   A.  I was transferred from Vision Quest to

19   Child First Services.

20   Q.  That's 2015; right?

21   A.  Yes.

22   Q.  Why were you transferred to Child First

23   Services?

24   A.  Um, they found me a placement.

Case 2:20-cv-00099-PBT Document 342 Filed 07/01/20 Page 194 of 395
Case 2:17-cv-04491-TJS Document 36-2 Filed 10/11/18 Page 183 of 384

181

1    Q.  Was that a better place for you to be,

2    less like a jail?

3    A.  Yes.

4    Q.  And this was up in the Poconos?

5    A.  Yes.

6    Q.  So you were at Child First from January

7    9, 2015, until when?

8    A.  April 14, 2015.

9    Q.  Where did you go then?

10    A.  Back to JJC.

11    Q.  Why?

12    A.  I got into a fight at the East

13    Stroudsburg Mall.

14    Q.  Okay.  So let's go back to the question

15    that you answered previously when I really

16    didn't understand the answer.

17          I had asked you did Daiquan Davis

18    go back to trafficking after the November

19    7th, 2014, arrest, and you told me that you

20    heard from him.  So when is the first time he

21    communicated with you?

22    A.  Um, in Vision Quest, when I was there

23    the first time, I wrote him a letter to his

24    job stating that I don't want any more

1  contact with him.  I'm, you know, basically

2  done with all the things we were doing and I

3  was moving forward with my life.

4  Q.  You sent the letter to Ruth Chris?

5  A.  Yes.

6  Q.  Why did you send it there?

7  A.  Because he didn't have any address.

8  Q.  You didn't know where else to send it?

9  A.  No.

10  Q.  Is that correct?

11  A.  Yes.

12  Q.  So you sent him that letter some time

13  between January 9, 2015, and April 14th,

14  2015?  You sent it --

15  A.  No, it was 2014.

16  Q.  Oh, that's Child First?

17  A.  Yeah.  That was before, yeah.

18  Q.  You sent it to him some time in --

19  A.  November.

20  Q.  -- November or December or are you

21  saying November?

22  A.  November, December, yeah.  I would say

23  November.

24  Q.  November 20 --

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 196 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 185 of 354

183

1    A.   '14.

2    Q.   -- 14?

3    A.   Yeah.

4    Q.   You sent him a letter saying we're done,

5    I don't want anything more to do with you?

6    A.   Yes.

7    Q.   Why did you send him that letter?

8    A.   Um, because he was very controlling and

9    I felt as though if I was to, you know, put,

10   get put somewhere like a group home and I'll

11   be able to roam the streets if the case may

12   be and he seen me, like, you know, I just

13   wanted him to understand that I'm not my

14   sister, you can't control me, I'm done, and

15   once I realized that, like once I was

16   arrested I realized that this isn't the life

17   and that's why.

18   Q.   So you told him that you would not be

19   trafficked any longer?

20   A.   Yes.

21   Q.   Did he respond?

22   A.   Yes.

23   Q.   How?

24   A.   He disregarded everything I said.   He

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 197 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 186 of 384

184

1    wrote it in like a Gmail letter.

2    Q.  An e-mail, you mean?

3    A.  Yeah, yeah.  Sorry, yes.  And he was

4    basically saying he missed me.  He was

5    talking bad about my sister.  He was saying

6    he can't wait until I come home and he was

7    trying to find me and that was basically, he

8    gave me his phone number and told me to call

9    him.

10   Q.  Didn't you already know his phone

11   number?

12   A.  Yeah.

13   Q.  Do you have that Gmail?

14   A.  No.  The FBI has it.

15   Q.  Did it come to you on your phone?

16   A.  No, it came to me as a letter to Vision

17   Quest.  People could write you when you're

18   arrested, so I received a letter.  I guess

19   they didn't know who he was.  They wasn't

20   supposed to give me the letter and I read it

21   and then I gave it back, you know.

22   Q.  You have a cell phone now; correct?

23   A.  Yes.

24   Q.  You get e-mail and text messages on your

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 198 of 395
Case 2:17-cv-04491-TJS Document 84-2 Filed 10/11/18 Page 187 of 384

185

1  cell phone?

2  A.  Yes.

3  Q.  When did you first get a cell phone?

4  A.  When I came home from Vision Quest

5  January 28th, 2016.

6  Q.  Did you say January 28th, 2016?

7  A.  Yes.

8  Q.  Was that a smart phone that enabled you

9  to have e-mail and texts and internet?

10  A.  Yes.

11  Q.  Is your phone number now the same as the

12  phone number that you got on that date?

13  A.  No.

14  Q.  When did it change?

15  A.  Several -- I don't even remember.

16  Q.  Why?

17  A.  Safety concerns, you know.

18  Q.  What is your e-mail address now?

19          MR. BEZAR:  She's not going to

20  provide that.  You can send me a discovery

21  request and I'll provide it.  You're going to

22  contact me for any information regarding her.

23  You don't need to e-mail her.

24          MR. GREENBERG:  I have no

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 199 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 198 of 354

186

████████████████

1   intention of e-mailing her, Mr. Bezar. I'm

2   asking her for her e-mail address and I want

3   to know what e-mail addresses she had before

4   that so that we can follow up with --

5         THE WITNESS:   Oh, it's the same

6   e-mail address.

7   BY MR. GREENBERG:

8    Q.  So what is it?

9         MR. BEZAR:   No, she's not going

10   to give it to you.  You can send a discovery

11   request to me.

12         MR. GREENBERG:   That's another

13   instruction not to answer.  Please note it.

14         MR. BEZAR:   Why did you just call

15   me by my last name?  Why didn't you just call

16   me Nadeem like I have been calling you Ed?  I

17   thought that was a little bit formal, don't

18   you?

19         MR. GREENBERG:   This is a formal

20   proceeding, sir.

21         MR. BEZAR:   I know, but do you

22   want me to call you Mr. Greenberg?  I have

23   been calling you Ed.

24         MR. GREENBERG:   Whatever you want

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 200 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 109 of 354

187

1 to do is fine. Let's just go ahead. I don't

2 want to argue with you.

3 　　　　MR. BEZAR: We're not arguing.

4 I'm asking you just about etiquette.

5 　　　　MR. GREENBERG: I just want to

6 finish the deposition, so let me do that.

7 　　　　MR. BEZAR: Absolutely.

8 　　　　MR. GREENBERG: There are other

9 lawyers that want to ask questions.

10 　　　　MR. BEZAR: Have I been

11 disrespectful by calling you Ed?

12 　　　　MR. GREENBERG: No, that's fine.

13 Call me whatever you want.

14 　　　　MR. BEZAR: Fair enough.

15 　　　　Hold on a second. We have a mic.

16 BY MR. GREENBERG:

17 Q. He wrote to you, he, Mr. Davis, wrote to

18 you while you were at Vision Quest, so that

19 was some time before January 9th, 2015?

20 A. Yes.

21 Q. And he was not in jail at that time?

22 A. No.

23 Q. Do you know how it was that after he was

24 arrested on November 7th, 2014, he got out of

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 201 of 395
Case 2:17-cv-04491-TJS Document 38-2 Filed 10/11/18 Page 190 of 384

188

```
 1   jail?
 2      A.  I would believe it's because I like
 3   tried to take the blame for everything.
 4   Other than that, I don't know.  I watched him
 5   walk out.
 6      Q.  I'm sorry?  You watched him walk out?
 7      A.  I seen him walk out the police station,
 8   but yeah, I don't know what -- I don't know
 9   what that was about.  I don't know.
10      Q.  When did he walk out of the police
11   station?
12      A.  Before I was transferred to Bucks
13   County.
14      Q.  So that would have been either on
15   November 7th or the early --
16      A.  November 8th.
17      Q.  -- or the early hours of November 8th?
18      A.  Yeah.
19      Q.  And as far as you know, he was -- he was
20   not incarcerated until some time later?
21      A.  Yes, February 18th he was arrested of
22   2015.
23      Q.  February what date?
24      A.  18th.
```

Donna A. Bittner Reporting

```
 1    Q.   2015?
 2    A.   Um-hum.
 3    Q.   Yes?
 4    A.   Yes.
 5    Q.   Where did you get that date?
 6    A.   I was there.
 7    Q.   Where?
 8    A.   He came to my court date.  He wasn't
 9    supposed to be there and they arrested him.
10    Q.   Where was your court date?
11    A.   Family court.
12    Q.   When you say he wasn't supposed to be
13    there --
14    A.   Yes.
15    Q.   -- was there an order against contact, a
16    protection from abuse order or something
17    else?
18    A.   No.
19    Q.   When you say he wasn't supposed to be
20    there, what do you mean by that?
21    A.   They knew who he was.
22    Q.   Who is the "they"?
23    A.   My judge, everybody knew who he was.
24    They had pictures and they knew his name and
```

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 203 of 395
Case 2:20-cv-04491-TJS Document 80-2 Filed 10/11/18 Page 192 of 384

190

1    when he came he was giving his name out like

2    he was the man, so he got arrested.

3       Q.  Do you know if he regained his freedom

4    after that or has he been in prison

5    consistently from that point on?

6       A.  Yes, from that point on he was arrested

7    and never released.

8       Q.  So going back to the communication

9    between you and him --

10      A.  Um-hum.

11      Q.  -- you wrote him a letter.  He responded

12   by sending something to Vision Quest that was

13   given to you?  You told me you read it and

14   you gave it back to the people at Vision

15   Quest?

16      A.  Yes.

17      Q.  Did you have any communication with

18   Mr. Davis any time after that?

19      A.  Yes.

20      Q.  When?

21      A.  The day I was being driven to Child

22   First.

23      Q.  What happened?

24      A.  I called him.

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 204 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 193 of 354

191

1    Q.   You called him how?

2    A.   On one of the staff cell phone.

3    Q.   Somebody let you use their phone?

4    A.   Yes.

5    Q.   You used their phone?

6    A.   Yes.

7    Q.   What was that, about a three-hour drive?

8    A.   Yes.  Yeah, I wasn't on the phone for

9    three hours.

10   Q.   No, I understand, but it was a long ride

11   from Vision Quest to Child First?

12   A.   Yes.

13   Q.   Why did you call him?

14   A.   Because I felt as though he just like

15   wasn't getting it.  I felt as though he

16   wasn't getting my message from me writing him

17   in Vision Quest when he wrote me back, so I

18   gave him a call to like, you know, tell him

19   like I'm serious.  He didn't take me serious.

20   Q.   Even during that call?

21   A.   Yes.

22   Q.   How do you know he didn't take you

23   seriously in that call?

24   A.   Because he was like really excited to

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 205 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 254 of 384

192

1    hear from me, like he was, I don't know, he

2    just seemed excited and he was like I miss

3    you and I can't wait to see you again.  Like

4    he was just disregarding everything I said.

5    Q.  January 9th, 2015?

6    A.  Yes.

7    Q.  And you know it was that day because

8    that's the day you were transferred from --

9    A.  Vision Quest.

10    Q.  -- Vision Quest to Child First?

11    A.  Yes.

12    Q.  That's the day you drove up from the

13   Poconos?

14    A.  Yes.

15    Q.  Or you were driven?

16    A.  Yes.

17    Q.  How long did that call last?

18    A.  Ten minutes.

19    Q.  Did you have any communication with him

20   after that?

21    A.  Yes.

22    Q.  When?

23    A.  I called my mother one day.

24    Q.  Who did?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 206 of 395
Case 2:17-cv-04491-TJS Document 302 Filed 07/11/18 Page 195 of 384

193

1    A.  Me.  I called my mother one day and he

2    was at my mother's house eating dinner, and I

3    was wondering why, and then I didn't want to

4    scare my mom, she didn't know what was going

5    on, so I didn't say anything to her like

6    about, oh, he shouldn't be there, things like

7    that, you know.

8          He just like came to my mom house

9    one day and was like I'm ████'s boyfriend.

10    He told my mother that I was his girlfriend

11    and we were serious and she let him in and

12    they had dinner together and I guess he got

13    her good because she believed him, and when I

14    called they were like there together.

15    Q.  When did that happen?

16    A.  I would say a couple days after I was at

17    Child First.

18    Q.  After, shortly after January 9, 2015?

19    A.  Yes.

20    Q.  And you just said she didn't know what

21    was going on.  What did you mean by that?

22    A.  She didn't know that I was on back page

23    for, you know, doing the whole prostitution

24    thing.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 207 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 206 of 384

194

███████████

```
1      Q.  Did she know you had been sent to Vision

2   Quest?

3      A.  Yes.

4      Q.  She didn't know why?

5      A.  No.

6              COURT REPORTER:    Ed, can we go

7   off the record?

8              VIDEO SPECIALIST:    Going off the

9   record at 2:07.

10             (Discussion held off the record.)

11             VIDEO SPECIALIST:    We are back on

12  the video record at 2:16.

13  BY MR. GREENBERG:

14     Q.  Before the break you testified that you

15  called your mother and you discovered that

16  Daiquan Davis was having dinner with her in

17  her house and I think you said this happened

18  after you were transferred on January 9,

19  2015?

20     A.  Yes.

21     Q.  So this phone call happened after the

22  phone call you had with Mr. Davis from the

23  transport vehicle?

24     A.  Yes.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 208 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 197 of 354

195

```
 1    Q.  How long did this call last?

 2    A.  About a half hour.

 3    Q.  What was the conversation about?

 4    A.  Um, I was mostly just talking to my mom

 5    about how Child First was so far, and my mom,

 6    all three of us were having a conversation,

 7    found out that our family knows each other,

 8    and that was it.

 9    Q.  You mean Mr. Davis' family and your

10    family know each other, is that what you

11    mean?

12    A.  Um-hum.  Yes.

13    Q.  How do they know each other?

14    A.  I don't know.

15    Q.  Did you speak to him at all while you

16    were on the phone for 30 minutes?

17    A.  Yes.

18    Q.  What was that conversation about?

19    A.  He was talking about us living together

20    when I'm released from Child First.

21    Q.  And what did you say about that?

22    A.  No.

23    Q.  What else was discussed?

24    A.  He was asking me if I knew any girls
```

Donna A. Bittner Reporting

Case 2:20-cv-00289-TBT Document 342 Filed 07/01/20 Page 209 of 395
Case 2:17-cv-04491-TJS Document 54-2 Filed 10/11/18 Page 196 of 354

196

1    that wanted to be escorts and like he was

2    trying to get me to convince girls to run

3    away from Child First and go to him to work

4    for him.

5        Q.   And what did you say to that?

6        A.   No.

7        Q.   During this call did you tell him again

8    you wanted nothing to do with him and you

9    were not going to be trafficked by him?

10       A.   Yes.

11       Q.   Did he accept that?

12       A.   No.

13       Q.   From what you could tell?

14       A.   Yes.

15       Q.   What did he do or say during this call

16   that made you feel he wasn't accepting it?

17       A.   He showed up at my court date the next

18   month.

19       Q.   That was January 28th, you said?

20            MR. BEZAR:   I think you said

21   February.

22            THE WITNESS:   February 18th I had

23   a court date.

24            MR. GREENBERG:   Yes, my mistake.

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 210 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 199 of 384

197

```
1              THE WITNESS:  Yes.
2              MR. GREENBERG:  I looked at the
3    wrong thing.  February 18th, 2015.
4    BY MR. GREENBERG:
5     Q.  I assume your mother was at that court
6    date as well?
7     A.  Yes.
8     Q.  She had to be; right?
9     A.  Yes.
10    Q.  During the 30-minute call to your
11   mother's house, how much of that time did you
12   spend on the phone with Mr. Davis?
13    A.  Fifteen minutes.
14    Q.  So this phone call to your mother's
15   house happened some time between January 9th,
16   2015 and February 8th, 2015?
17    A.  Yes.  February 18th.
18    Q.  Right.  Can you give me an approximate
19   date for this phone call?
20    A.  (Witness shakes head.)
21    Q.  No?
22    A.  No.
23    Q.  You don't know if it was January or
24   February?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 211 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 20 of 354

198

```
1      A.   It was January, but I don't know exactly
2   the day.
3      Q.   Okay.  It was January after January 9th?
4      A.   Yes.
5      Q.   Do you know how Mr. Davis knew about
6   your court date?
7      A.   My mom.
8      Q.   How do you know that?
9      A.   That's the only way I could think of.
10     Q.   So you're guessing that your mother told
11  him?
12     A.   Yes.
13     Q.   Where did you go --
14          MR. BEZAR:   Sorry.  Just one
15  second.  Just one second.
16          (Pause.)
17          MR. BEZAR:   Go ahead.
18  BY MR. GREENBERG:
19     Q.   Where did you go to live after the
20  February 18th, 2015 court date?
21     A.   Child First.
22     Q.   Back where you were?
23     A.   Yes.
24     Q.   What happened at that court date besides
```

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 212 of 395
Case 2:17-cv-04491-TJS Document 58-2 Filed 10/11/18 Page 201 of 384

199

```
 1    Mr. Davis being arrested?
 2      A.  Um, just a review, um, information about
 3    the case.  That's all it -- that's all it
 4    ever really is.
 5      Q.  Information about the what?
 6      A.  My case.
 7      Q.  And that was in front of Judge Dumas?
 8      A.  Yes.
 9      Q.  Were you seeing Malik?  Tell me his last
10    name again.
11      A.  Brookins.
12      Q.  Were you seeing Malik Brooking while you
13    were in Vision Quest or Child First?
14      A.  Child First.
15      Q.  Was he coming to visit you?
16      A.  No.
17      Q.  Or just calling you?
18      A.  Yeah, we were calling each other.
19      Q.  And you considered him your boyfriend at
20    that time?
21      A.  Yes.
22      Q.  When did your stay at Child First end?
23      A.  April 14th, 2015.
24      Q.  Where did you go at that point?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 213 of 395
Case 2:20-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 202 of 384

200

```
1    A.  JJC.

2    Q.  Why were you transferred to the JJC?

3    A.  Because of the fight that happened at

4    East Stroudsburg Mall.

5    Q.  Judge Dumas sent you back to --

6    A.  Yes.

7    Q.  -- JJC?

8    A.  Yes.

9    Q.  And how long did you stay at the JJC?

10   A.  Three months.

11   Q.  Were you still talking to Malik Brooking

12   during that time?

13   A.  Yes.

14   Q.  How did you and he keep in touch?  Did

15   you have a phone?

16   A.  Through the phone calls we were allowed

17   to have.

18   Q.  They were a phone available for you

19   there?

20   A.  Yeah.

21   Q.  So that's not a cell phone, it's a land

22   line?

23   A.  Yeah.

24   Q.  Where did you go after the three months
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34 Filed 07/01/20 Page 214 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 07/11/18 Page 203 of 384

201

```
 1    at the JJC?
 2      A.   Vision Quest.
 3      Q.   What date was that?
 4      A.   I would say July.
 5      Q.   2015?
 6      A.   Yes.
 7      Q.   So is this your second time going to
 8    Vision Quest?
 9      A.   Yes.
10      Q.   And how long did you stay that time?
11      A.   Um, July to January 28th.
12      Q.   January?
13      A.   28th, 2016.
14      Q.   What happened on that date?
15      A.   I was released into SIL.
16      Q.   SIL stands for something independent
17    living?
18      A.   Supervised independent living.
19      Q.   Judge Dumas ordered that?
20      A.   Yes.
21      Q.   And did DHS help you get an apartment?
22      A.   Yes.
23      Q.   What was the address?
24      A.   4720 Pine Street.
```

Donna A. Bittner Reporting

1    Q.   And that's when Malik came to live with

2    you?

3    A.   Yes.

4    Q.   And you stayed there until when?

5    A.   March.

6    Q.   March of 2016?

7    A.   Yes.

8    Q.   What happened then?

9    A.   I went to another apartment.

10   Q.   Where was that?

11   A.   I don't remember.

12   Q.   Do you remember approximately where it

13   was?

14   A.   Germantown.

15   Q.   Why did you change apartments?

16   A.   Because of Malik.

17   Q.   What does that mean?

18   A.   The domestic violence.  I moved away.

19   He knew where I lived.  They moved me.

20   Q.   DHS found you a different location for

21   your safety, is that it?

22   A.   Yes.

23   Q.   And how long did you stay in this

24   apartment in Germantown?

Case 2:20-cv-00299-PBT   Document 342   Filed 07/01/20   Page 216 of 395
Case 2:17-cv-04491-TJS   Document 30-2   Filed 10/11/18   Page 205 of 354

203

```
 1      A.  Two weeks.
 2      Q.  And then what?
 3      A.  I went to a mother baby group home
 4   called Northern Children Services.
 5      Q.  When did that start?
 6      A.  I don't remember.
 7      Q.  But that would have been March or April
 8   of 2016?
 9      A.  Yes.
10      Q.  Why did you go to a mother baby group
11   home?  Were you pregnant at that point?
12      A.  Yes.
13      Q.  With your first child?
14      A.  Yes.
15      Q.  How long did you stay there?
16      A.  Six months.
17      Q.  Were you living there when ███ was
18   born?
19      A.  Afia?
20      Q.  Afia?
21      A.  No.
22      Q.  You left there before you gave birth?
23      A.  Yes.
24      Q.  Where did you go?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 217 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 206 of 354

204

████████████

1    A.   Reena Neeley, foster home.

2    Q.   You had been there before or not?

3    A.   No, that was my first time.

4    Q.   So when did you first go there?

5    A.   It was August.

6    Q.   August 2016?

7    A.   Yes.

8    Q.   And Afia was born in December?

9    A.   Yes.

10   Q.   So you spent the last few months of your

11   pregnancy there?

12   A.   Yes.

13   Q.   So let's go back, let's go back to the

14   subject of your communications with Daiquan

15   Davis.  You already told me you wrote him a

16   letter.  He then sent a letter to you at

17   Vision Quest.

18   A.   Yes.

19   Q.   You called him from the car while you

20   were being transported or whatever the

21   vehicle was?

22   A.   Yes.

23   Q.   You spoke to him when you were at your

24   mother's house?

Case 2:20-cv-00289-PBT Document 342 Filed 07/01/20 Page 218 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 207 of 384

205

1    A.   Yes.

2    Q.   When he was at your mother's house?

3    A.   Yes.

4    Q.   And you told me that was in January of

5    2015?

6    A.   Yeah.

7    Q.   Did you ever speak to him again after

8    that?

9    A.   No.

10   Q.   So you saw him when he got arrested at

11   your February hearing --

12   A.   Yes.

13   Q.   -- in Philadelphia?

14   A.   I didn't physically see him get

15   arrested, but I knew he was arrested.

16   Q.   Was he in the courtroom with you?

17   A.   No.

18   Q.   Where did the arrest happen?

19   A.   Outside of the courtroom.

20   Q.   So you didn't see that --

21   A.   Outside of the courthouse when he left.

22   Q.   On the street it happened?

23   A.   Yes.

24   Q.   When he left the courthouse?

1    A.  Yes.

2    Q.  How did you know about that?  Did

3  somebody tell you about that?

4    A.  Yes.  Yeah, eventually when the

5  investigation with the FBI was going on and

6  we were having the conversation, he told me.

7    Q.  Who is "we," we were having --

8    A.  Me and the FBI agents.

9    Q.  Which one?

10    A.  I believe it was Agent Rose.

11    Q.  Rose?

12    A.  Yes.

13    Q.  First name?

14    A.  I don't know.  I think that is her first

15  name.  Rose is her first name.

16    Q.  You don't know her last name?

17    A.  No.

18    Q.  How many different FBI agents did you

19  talk to?

20    A.  Four.

21    Q.  How many men, how many women?

22    A.  Two men and, yeah, two women.

23    Q.  Do you know any of the names other than

24  Rose, the names of the other three?

```
 1      A.   No.
 2      Q.   How many meetings did you have with FBI
 3   agents?
 4      A.   I don't remember.
 5      Q.   More than 10?
 6      A.   Yes.
 7      Q.   More than 20?
 8      A.   Hmm, I don't know.
 9      Q.   Where did they take place?
10      A.   Um, 7th and Market, when I was in JJC.
11   Yeah, that's all I could remember.
12      Q.   When you were at JJC the FBI agents came
13   to see you?
14      A.   Yes.
15      Q.   How many times?
16      A.   Once.
17      Q.   And all the other meetings happened at
18   the FBI offices?
19      A.   Yes.
20      Q.   In the federal building?
21      A.   Yes.
22      Q.   So there were no other communications
23   between you and Daiquan Davis between the
24   time you were both arrested at the Comfort
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 221 of 395
Case 2:17-cv-04491-TJS Document 84-2 Filed 01/11/18 Page 210 of 384

208

1   Inn on November 7th and the time he was

2   arrested at your February 2016 hearing?

3            MR. BEZAR:    15?

4   BY MR. GREENBERG:

5    Q.  February 2016?

6    A.  2015.

7    Q.  2016.

8    A.  2015.

9    Q.  2015?

10   A.  Yes.

11   Q.  Okay.

12            MR. BEZAR:    You mean February 18,

13   2015.  I think that's the date you've been

14   referring to.

15            MR. GREENBERG:    That's correct.

16            THE WITNESS:  Yes.

17            MR. GREENBERG:    Okay.

18   BY MR. GREENBERG:

19   Q.  So let's see.  November 7th, 2014, you

20   were both arrested.  You wrote him one

21   letter.  He wrote you back something that was

22   delivered to you at Vision Quest and then you

23   called him while being transported and you

24   called your mother and you spoke to him on

Donna A. Bittner Reporting

1   the phone and there were no other

2   communications between the two of you?

3   A. No.

4   Q. No, I'm right?

5   A. Yes, you're right.

6   Q. And since he's been arrested, since he

7   was arrested at your hearing and sent to

8   jail, you never talked to him?

9   A. No.

10   Q. Up to today?

11   A. No.

12   Q. You did see him at his sentencing

13   hearing; correct?

14   A. Yes.

15   Q. But you didn't talk to him?

16   A. No.

17         MR. GREENBERG: I'm going to mark

18   a document EB-2.

19         (Exhibit EB-2 was marked for

20   identification.)

21   BY MR. GREENBERG:

22   Q. Ready to go?

23   A. Yes.

24   Q. Do you have a five-page document that

1    has been marked EB-2?  Is that in front of

2    you?

3     A.   Yes.

4     Q.   Is this document in your handwriting?

5     A.   Yes.

6     Q.   Would you tell us what this is?

7     A.   The letter I wrote to him from Vision

8    Quest.

9     Q.   Is this the one you were talking about?

10    A.   Yes.

11    Q.   What's the date on the letter?

12    A.   December 19, 2014.

13    Q.   Is this the letter that you thought you

14   sent in November, you actually sent it in

15   December?

16    A.   Say that again.

17    Q.   When you were telling me about your

18   communications earlier, you said you thought

19   you wrote a letter in November of 2014.

20    A.   Oh, yeah.

21    Q.   We're now looking at a letter dated

22   December.

23    A.   Okay.

24    Q.   Is this the letter that you were talking

1    about?

2    A.   Yes.

3    Q.   Okay.   Looking at the first page, the

4    return address has your name at Vision Quest;

5    right?

6    A.   Yes.

7    Q.   And it's addressed to Quan Davis at 1024

8    Parrish Street, Philadelphia, Pa. 19123.

9    A.   Um-hum.

10   Q.   Yes?

11   A.   Yes.

12   Q.   What address is that?

13   A.   That's the Ruth Chris Steakhouse

14   address.

15   Q.   Are you sure?

16   A.   Yeah.

17   Q.   All right.   Let's go to the first page

18   of the letter, the one that's dated December

19   19, 2014.

20   A.   Um-hum.

21   Q.   What does it say on the first line on

22   the left?

23   A.   "Ride or die."

24   Q.   And then "Fu-Fu"?

Case 2:20-cv-00299-PBT  Document 342  Filed 07/01/20  Page 225 of 395
Case 2:17-cv-04491-TJS  Document 30-2  Filed 07/11/18  Page 215 of 354

212

██████████████

```
 1     A.  Um-hum.  That's my nickname.

 2     Q.  Okay.  What does "Ride or die" mean?

 3     A.  It's a slang term used like I'm going to

 4   be there for you like a friend type of thing.

 5     Q.  Does it mean, is it like a rap term?

 6     A.  It could be, but not the way I was using

 7   it.

 8     Q.  It is used in rap songs?

 9     A.  Yes.

10     Q.  Does it mean partners in crime, ride or

11   die?

12     A.  Yeah.

13     Q.  And then the next line says "Shoota

14   Quan."

15     A.  Um-hum.

16     Q.  What does "Shoota" mean, S-H-O-O-T-A?

17     A.  Um --

18     Q.  That's a rap term, too, isn't it?

19     A.  Yeah.

20     Q.  What does it mean?

21     A.  Like he would do anything for me

22   basically.

23     Q.  It's like your shotgun man, isn't it?

24     A.  Yeah.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT  Document 342  Filed 07/01/20  Page 226 of 395
Case 2:20-cv-04491-TJS  Document 342  Filed 07/01/20  Page 215 of 384

213

1   Q.  Your right-hand man?

2   A.  Yeah.

3   Q.  And then "Mood," what does it say

4   "Mood"?

5   A.  "Chillin."

6   Q.  What does that mean?

7   A.  I was chillin.  I couldn't do nothing.

8   I was locked up.

9   Q.  Okay.  What do the next two lines say?

10  A.  "Song" and it's just a bunch of songs

11  and artists.

12  Q.  A bunch of what?

13  A.  Songs and artists.

14  Q.  Would you read them to us?

15  A.  "Song:  MIA, Fantasy, handsome and

16  wealthy and Chiraq, Part 2 on the run."

17  Q.  "Part 2 on the run"?

18  A.  Um-hum.

19  Q.  So why did you write these songs on this

20  line of this letter?  What does that mean?

21  A.  It basically was telling him I guess the

22  feelings that I have for him.

23  Q.  Sorry?

24  A.  The feelings that I have for him.

Donna A. Bittner Reporting

```
 1    Q.  And what were they?

 2    A.  I liked him.

 3    Q.  You liked?

 4    A.  Daiquan.

 5    Q.  And you mentioned these songs conveyed

 6    that, that you liked him?

 7    A.  Yeah, that -- yes.

 8    Q.  Okay.  Do you have to really listen to

 9    the words of the songs --

10    A.  No.

11    Q.  -- to understand why you're putting them

12    in there?  No?

13    A.  No, no.

14    Q.  But you thought he would understand what

15    you were saying because he knows these songs?

16    A.  Yeah.

17    Q.  Are these songs you and he listened to

18    together?

19    A.  No.

20    Q.  So how would he know these songs?

21    A.  He could just look it up and listen to

22    it.

23    Q.  Oh, okay.

24            What's the next line?
```

Case 2:20-cv-00299-DBT Document 34 Filed 07/01/20 Page 228 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 227 of 354

215

```
 1      A.   "You better listen to my songs...LOL."
 2      Q.   I'm sorry?
 3      A.   "You better listen to my songs...LOL."
 4      Q.   No, before that.  "Artist"?
 5      A.   Oh, "Omarian, Jhene Aiko, Migos, Meek
 6    Mill, Jay-Z and Beyonce."
 7      Q.   Why are they included here?  What does
 8    that mean?
 9      A.   That's the -- okay.  So the songs are in
10    order and the artists are in order and who,
11    who the song belongs to.
12      Q.   I see.
13      A.   Yeah.
14      Q.   So who does "Fantasy" belong to?
15      A.   Jhene Aiko.
16      Q.   And then the next line says "You better"
17    what?
18      A.   "Listen to my songs."
19      Q.   "LOL"?
20      A.   Um-hum.
21      Q.   Laughing out loud?
22      A.   Yeah.
23      Q.   And then there is a face?
24      A.   Yeah, it's like a silly face.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 229 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 219 of 351

216

1    Q.  So what was the meaning of this line,

2    "You better listen to my songs...LOL" with a

3    silly face?

4    A.  It was just like making a joke.  We

5    didn't listen to the same type of music,

6    so --

7    Q.  Would you read the next part of the

8    letter?

9    A.  "Tell Sana I love her, but anyway I had

10   court and I'm going to Child First.  I'm mad

11   as shyt.  I missed my lil sister's b-day, I'm

12   gon miss Christmas and New Years...like what

13   the fuck dawg."

14   Q.  Okay.  Would you read the next

15   paragraph?

16   A.  "But anyway...I miss you too, Quan.  We

17   used to have so much fun laughin and shyt.

18   Tell sistah I said hey cuzin CTFU (but real

19   shit)" --

20   Q.  Wait.  CTFU is what?

21   A.  Cracking the fuck up.

22   Q.  All right.

23   A.  "But real shit I miss you.  But they

24   tried to get me to testify against you in

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 230 of 395
Case 2:20-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 219 of 354

217

```
 1    court and sign all these papers, but I ain't
 2    no rat and I'm holding it down up here like u
 3    said u was out there.  Them cops grimy, that
 4    man was all touchin on me and shyt asking me
 5    if u was my boyfriend.  I was scared as shyt
 6    at the station.  We was poppin or whatever."
 7    Q.   "We was poppin or whatever"?
 8    A.   Um-hum.
 9    Q.   That's the end of that paragraph?
10    A.   Yes.
11    Q.   So you started this paragraph by telling
12    him that you missed him?
13    A.   Yes.
14    Q.   And that "We used to have so much fun
15    laughin"?
16    A.   Um-hum.
17    Q.   "Tell sistah I said hey cuzin."  Who did
18    you mean by "sistah"?
19    A.   Oh, it was a girl.  The day before I was
20    arrested, when we were at the Motel 6 and she
21    was there and we kind of got along, and
22    that's what he called her, sistah.
23    Q.   Was she a prostitute?
24    A.   Yes.
```

Donna A. Bittner Reporting

████████████

218

```
1     Q.  Why would he be able to say -- oh, he
2     wasn't in jail when you wrote this letter,
3     was he?
4     A.  No.
5     Q.  So you assumed he was in touch with her
6     or maybe working with her?
7     A.  Yes.
8     Q.  Did you think he was still engaged in
9     trafficking at this time?
10    A.  Yes.
11    Q.  Okay.  And you said, "Tell her I said
12    hey cuzin."
13    A.  Yeah.
14    Q.  That's just a friendly hi to her?
15    A.  Yeah, it was like a joke we did, like we
16    was like making our own family.
17    Q.  And "CTFU" just means you're laughing?
18    A.  Yeah.
19    Q.  Another way of saying you're laughing?
20    A.  Yes.
21    Q.  "But real shyt I miss you."  So you told
22    him a second time you really missed him?
23    A.  Um-hum.
24    Q.  Yes?
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 232 of 395
Case 2:20-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 221 of 384

219

1    A.  Yes.

2    Q.  You then told him that they tried to get

3  you to testify against him in court.  Who are

4  you talking about?

5    A.  Him.

6    Q.  Who was trying to get you to testify

7  against him?

8    A.  I had a court date at Child First in

9  Bucks County Youth Center and I refused to

10  testify.

11    Q.  Why?

12    A.  Because I was scared.

13    Q.  You said, "I ain't no rat and I'm

14  holding it down up here like u said u was out

15  there."

16    A.  Um-hum.

17    Q.  What does that mean?

18    A.  Basically like I'm not going to let them

19  break me, they can't get any information out

20  of me, basically that's it.

21    Q.  So you were telling him you're going to

22  protect him as long as, and you expect him to

23  protect you?

24    A.  No.

Donna A. Bittner Reporting

```
1              MR. BEZAR:    Objection to form.
2    BY MR. GREENBERG:
3       Q.  No?
4       A.  No.
5       Q.  What did you mean?
6       A.  Well, um, I guess what I meant by that
7    would be when he was helping me to make money
8    out there, I mean yeah, basically what you
9    said, like helping each other, you know.
10      Q.  You're not going to testify against him
11   and you expect that he won't testify against
12   you?
13      A.  No, that wasn't the case of me thinking
14   he wouldn't testify against me.  That
15   wasn't -- that wasn't me referring to him
16   testifying against me.
17      Q.  It was you saying you won't rat him out?
18      A.  Yes.
19      Q.  "I'm holding it down up here."
20      A.  Um-hum.
21      Q.  That meant what?
22      A.  Like I'm not giving no information out.
23      Q.  Okay.  "Them cops grimy, that man was
24   all touchin on me."
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 234 of 395
Case 2:17-cv-04491-TJS Document 64-2 Filed 10/11/18 Page 223 of 354

221

1    A.   Yeah.

2    Q.   When you say "Them cops grimy" what does

3    that mean?

4    A.   Like they are not -- they are not --

5    they wasn't doing their job right.

6    Q.   "Grimy" is dirty; right?

7    A.   Yeah.  It can mean plenty of things --

8    Q.   Okay.

9    A.   -- in the street, street slang.

10   Q.   But here how did you mean it, "Them cops

11   grimy"?  They were dirty?

12   A.   Like dirty cops, like they wasn't doing

13   their job.

14   Q.   And when you said "that man was all

15   touchin on me" that's what you're talking

16   about earlier when you said they felt you up?

17   A.   Yes.

18   Q.   At the time of the arrest?

19   A.   Yes.

20   Q.   One of the cops did?

21   A.   Yes.

22   Q.   Which one of the two did that?

23   A.   The one that arrested me.  When he set

24   the date and knocked on the door and came in,

1    before he pulled his badge out.

2      Q.  Officer Crozier?

3      A.  Yes.

4      Q.  Officer Schwartz was the one that

5    brought Daiquan into the room?

6      A.  Daiquan in, yes.

7      Q.  "We was poppin or whatever."  What does

8    that mean?

9      A.  We was getting money together.

10     Q.  We were what?

11     A.  We was getting money together.

12     Q.  Okay.  Read the next paragraph, please.

13     A.  "But keep ya head up cause the blessings

14   gon be coming soon.  When I get to Child

15   First I'm going back to school, gettn a job

16   and driver's license, a car, and I'm gonna be

17   in the independent living program and have my

18   own apartment.  So I'm a help you too and

19   maybe you can live with me...LOL (you living

20   with me real shit I don't care what you

21   say)."

22     Q.  You kind of trailed off.

23     A.  I was too fast?

24     Q.  You sort of went down.

Donna A. Bittner Reporting

1    A.   Went down?   Okay.

2    Q.   Start the paragraph over and keep your

3    voice up.   I want to ask you about it after

4    you read it.

5    A.   Okay.   "But keep ya head up cause the

6    blessings gon be coming soon."

7    Q.   Doesn't it say "blessings" -- oh, no,

8    I'm sorry.   "Blessings gon be coming soon."

9    I got you.   Go ahead.

10    A.   "When I get to Child First I'm going

11    back to school, gettn a job, my driver's

12    license, a car, and I'm gonna be in the

13    independent living program and have my own

14    apartment.   So I'm a help you too and maybe

15    you can live with me...LOL (you living with

16    me real shit I don't care what you say)...

17    cracking the fuck up."

18    Q.   "Real shit" what?

19              MR. BEZAR:   You've got to keep

20    your voice up.

21              THE WITNESS:   Really?

22              MR. BEZAR:   You taper off at the

23    very end.

24              THE WITNESS:   "Real shit.   I don't

Case 2:20-cv-00289-PBT Document 342 Filed 07/01/20 Page 237 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 226 of 354

224

████████████

1    care what you say...cracking the fuck up."

2    BY MR. GREENBERG:

3     Q.  So what's that paragraph all about?

4     A.  Me just being positive, telling him

5    like, you know, don't -- don't give up, um,

6    because he had goals.

7     Q.  He had what?

8     A.  He had goals that he wanted to

9    accomplish, so that's basically like me, and

10   then I was saying, you know, when I get to

11   Child First, like I said earlier, I'm going

12   to get my life together.

13    Q.  And maybe he can come live with you?

14    A.  Yeah.  That was a joke, though.  That's

15   why it's in the thing (indicating).

16    Q.  Were you telling him here that you still

17   cared about him?

18    A.  Yeah.

19    Q.  What's the next page?

20    A.  It's just a bunch of hash tags and me

21   asking him to send me pictures of me from my

22   Facebook.

23    Q.  The top says "Print pics."  Would you

24   read that?

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 238 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 227 of 354

225

1   A.   "Print pics from my Facebook page and

2   send them to me pweeze."

3   Q.   What's the next word?

4   A.   "Please," but I said "Pweeeze."  I was

5   trying to --

6   Q.   P-W-E-E-E-Z-E, pweeeze?

7   A.   Um-hum.

8   Q.   Okay.  And then "FB: SourPatch."  What's

9   that?

10  A.   Facebook -- wait, where.  Oh, "Facebook"

11  and then my name, my old Facebook name at the

12  time was SourPatch.

13  Q.   You were telling him where he could find

14  your Facebook page?

15  A.   Yes.

16  Q.   Why did you want him to print pics?

17  A.   I wanted pictures of myself.

18  Q.   You wanted him to mail them to you at

19  Vision Quest?

20  A.   Yes.

21  Q.   Why did you want pictures of yourself?

22  A.   I don't know.  I just wanted to look at

23  the old me, I guess, and you know.

24  Q.   All right.  The middle of the page has a

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 239 of 395
Case 2:17-cv-04491-TJS Document 38-2 Filed 10/11/18 Page 226 of 354

226

1  bunch of things that you called hash tags.

2  A.  Um-hum.

3  Q.  Could you explain them to me?

4  A.  Hash tags is just like basically so you

5  won't have to like write a whole nother

6  paragraph.

7  Q.  Okay.

8  A.  It's like something like a caption.

9  Q.  So what do they mean?

10  A.  So like hash tag take a shot for me.

11  I'm arrested, I can't have fun, so he's out

12  in the world, he can have a fun, take a shot

13  for me, like a drink.

14  Q.  Got it.  What about hash tag P-O-P?

15  A.  I forgot what that meant.

16  Q.  What about hash tag money baby?

17  A.  That was a song.  That was a song.

18  Q.  What does it mean?

19  A.  You just get money.  It's just all about

20  the money.

21  Q.  About getting money?

22  A.  Yeah.

23  Q.  Or having money?

24  A.  Both.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34 Filed 07/01/20 Page 240 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 229 of 384

227

1  Q.  Okay.  Why did you put that in here?

2  A.  Because that's what we did together, got

3  money.

4  Q.  Okay.

5  What's the next one?

6  A.  "Hold it down."

7  Q.  "Hash tag hold it down"?

8  A.  Um-hum.

9  Q.  What does that mean?

10  A.  Don't break.

11  Q.  Don't let the criminal justice system

12  break you down, is that what that means?

13  A.  Yes.

14  Q.  What's the next one?

15  A.  "Hash tag I miss you."

16  Q.  Why did you put that in there?

17  A.  Because I did.  I had feelings for him,

18  yes.

19  Q.  Okay.  What's the next one?

20  A.  "No flex zone.  Hash tag no flex zone."

21  Q.  What does that mean?

22  A.  You never forget where you came from.

23  MR. BEZAR:  Keep your voice up,

24  █████

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 241 of 395
Case 2:17-cv-04491-TJS Document 88-2 Filed 10/11/18 Page 230 of 384

228

1    BY MR. GREENBERG:

2    Q.   What's the next one?

3    A.   "Hash tag loud pack."  That's just

4    another word for marijuana, good, really good

5    marijuana.

6    Q.   "Loud pack"?

7    A.   Yes.

8    Q.   And what's the next one?

9    A.   "Hash tag FTL."  It means "fuck the

10   law."

11   Q.   Fuck the law?

12   A.   Yes.

13   Q.   Why did you write that?

14   A.   I didn't want to be locked up and I was

15   upset.

16   Q.   And then the last one at the bottom?

17   A.   Is "Free my black ass."

18   Q.   What does that mean?

19   A.   Like let me out.

20   Q.   Okay.

21            MR. BEZAR:   Ed, before, if you're

22   in the middle here, besides from the

23   sentencing hearing information, I notice this

24   records aren't Bates stamped.  We have pretty

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 242 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 243 of 354

229

1    much been circulating Bates stamped records.

2    Am I to assume that that's where these came

3    from and not some other production?

4              MR. GREENBERG:   This was an

5    exhibit, Government's Exhibit F.

6              MR. BEZAR:   Yes.

7              MR. GREENBERG:   To the sentencing

8    memoranda.

9              MR. BEZAR:   The sentencing.  I

10   wasn't sure if it also happened in, for

11   example, the Vision Quest records or

12   somewhere else, and the reason why I ask that

13   is because all the records we have been

14   circulating are stamped in the lower

15   right-hand corner.  This isn't, so this isn't

16   something that we formally exchanged but we

17   have access to.  I don't have a problem with

18   that.  I'm just asking if it was exchanged at

19   some point.

20             MR. GREENBERG:   We got it from

21   the sentencing memorandum.  I don't know

22   about exchanging.  I'm not sure.

23             MR. BEZAR:   Right.  Go ahead.

24             MS. MARKS:   So it's, to clarify,

Case 2:20-cv-00299-PBT  Document 342  Filed 07/01/20  Page 243 of 395
Case 2:20-cv-04491-TJS  Document 362  Filed 07/01/18  Page 232 of 354

230

1   it wasn't produced, because I think every

2   document that you have produced has been

3   Bates stamped.

4           MR. GREENBERG:   That makes sense.

5           MS. MARKS:   It was fair to say

6   this was on the docket; correct?

7           MR. GREENBERG:  Yes.

8           MS. MARKS:  Attached to an exhibit

9   from the sentencing memorandum?

10          MR. GREENBERG:   I think that's

11  right.  I think we got it from the court.

12          MR. BEZAR:   Yes.  That's what we

13  just wanted to clarify, that it's not

14  something that's been produced.

15  BY MR. GREENBERG:

16  Q.  Let's go to the next page.

17  A.  Okay.

18  Q.  This says at the upper left, "Page 4 of

19  5," do you see that?

20  A.  Yes.

21  Q.  That's in your handwriting; right?

22  A.  Yes.

23  Q.  Okay.  Are we missing any pages here?

24  A.  No.

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 244 of 395
Case 2:20-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 233 of 354

231

1    Q.  It looks like we have the whole thing;

2    right?

3    A.  Yes.

4    Q.  Okay.  So here at the top it says "Rida:

5    Fua."  That's another reference to ride or

6    die?

7    A.  Um-hum.

8    Q.  "Shoota Quan," we already talked about

9    that because that was on the first page of

10    the letter; right?

11    A.  Yes.

12    Q.  And then what's underneath that?

13    A.  "Shoota Quan."  That's what?

14    Q.  No.  Beneath that, "Feelin."

15    A.  Oh, "Chillin, gettin shit over with."

16    Q.  "Gettin shit over with"?

17    A.  Um-hum.

18    Q.  What does that mean?

19    A.  Like just getting my time that I'm doing

20    in placement over with so I can go home.

21    Q.  Okay.  Then here you have songs and

22    artists again?

23    A.  Yes.

24    Q.  Are these different ones?

Donna A. Bittner Reporting

1    A.   Yes.

2    Q.   What's the significance of these?  What

3    do they mean?

4    A.   Mi Hitta, it's like known, somebody

5    that's there for you through like the hard

6    times.  Hold you down by DJ Khaled.  Like I

7    was saying don't break, you know, I'm good,

8    The Weeknd and Lil Wayne, just basically

9    saying like I'm fine, I'm okay.

10   Q.   Would you read the next paragraph of the

11   letter?

12   A.   "I" -- "I don't really know what to say

13   except...how u been and what happened was

14   crazy.  But I'm cool even tho the cops did

15   grimy shit to me.  I hope u didn't forget

16   about me tho...I know u out there gettin

17   yours."

18   Q.   What does that mean, "I know u out there

19   gettin yours"?

20   A.   He's still getting money.

21   Q.   Because you believed he was still

22   trafficking?

23   A.   Yeah, I knew he was.

24   Q.   And is that because you heard it from

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT   Document 34   Filed 07/01/20   Page 246 of 395
Case 2:17-cv-04491-TJS   Document 34-2   Filed 07/11/18   Page 245 of 354

233

1    people?

2    A.  No, that's just all he does.  That's all

3    he did.

4    Q.  Okay.  Would you read the next

5    paragraph?

6    A.  Yes.  "But when I get out I'm going back

7    to school, gettn a job, an apartment, a car,

8    and I'm going to college.  Cuz I feel as

9    though if I got caught doing what I was doing

10   I'm not good at it.  But we can still be

11   cool, blow some trees, and have a good

12   time...I hope, if that's ok with u."

13   Q.  "Blow some trees," what does that mean?

14   A.  Smoke weed.

15   Q.  Okay.  Would you read the next

16   paragraph?

17   A.  "Anyway I'm at nut ass Vision Quest just

18   coming from the Youth."  The Youth is JJC.

19   That's the slang name for it.  "But I'm

20   trying to keep my cool cuz bitches really got

21   attitudes and shit up here like I put em

22   here.  But I guess I'm just not used to being

23   with a lot of bitches and I still can't deal

24   with them" -- "deal with them.  But I'm a do

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 247 of 395
Case 2:17-cv-04491-TJS Document 334-2 Filed 10/11/18 Page 236 of 384

234

1   my time."

2           Eh, I can't really see that.  "No"

3   -- oh, no -- I can't understand that part.

4   It's kind of faint.

5   Q.  Okay.

6   A.  But what I see right here is "not get 30

7   extra days for" -- I don't know.  I'm -- I'm

8   pretty sure that would mean like me fighting

9   somebody, that sentence.  That's what it

10  looks like.

11  Q.  It looks like --

12  A.  For --

13  Q.  -- "for F-U-C-K."

14  A.  That's what it --

15  Q.  "Extra days for" --

16  A.  Oh, "fucking somebody's child up."

17          MR. BEZAR:  Maybe it looks like

18  it says "shit up" --

19          THE WITNESS:  Yeah.

20          MR. BEZAR:  -- "skin up."

21          THE WITNESS:  Yeah, something.

22          MR. GREENBERG:  Okay.

23          THE WITNESS:  "I got court on

24  December 17th...not that I'm expecting you to

Donna A. Bittner Reporting

1    come and that wouldn't be a good idea anyway.

2    But I got your back."

3    BY MR. GREENBERG:

4    Q.  What does "I got your back" mean?

5    A.  Like I won't tell on you.

6    Q.  All right.  What's the next paragraph on

7    the last page?

8    A.  "And fuck all them niggaz that's talking

9    shit cuz when I get out I'm stuntin on

10   er'body and" --

11   Q.  What does that mean?

12   A.  Like I'm going to do good.

13   Q.  You're going to do what?

14   A.  Nobody can say like I didn't overcome

15   what I just went through.

16            "Ain't nobody gettin shit from me,

17   not even a word.  I'm only gonna be able to

18   call u when I get to Child First cuz the only

19   way" -- "they only let me call my parents.

20   My dad actin corny not pickin up and shyt."

21   Q.  What does "corny" mean?

22   A.  Like he's not -- like he being weird.

23   Q.  He's being weird?

24   A.  Yeah.  Like it was making me upset

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 249 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 236 of 354

236

1   basically, like me saying he was being corny.

2   He wasn't picking up my phone call.

3   Q.   Okay.   Next paragraph?

4   A.   "My mind" -- "My mom and you is the only

5   ones that is there for me right now."

6   Q.   Next paragraph?

7   A.   "But umm...anyway I'm chillin and I

8   can't wait to see you again.   Write me back."

9   Q.   What does it say after "Write me back"?

10  A.   Oh, "ASAP."   That means like as soon as

11  possible.

12  Q.   Then beneath that?

13  A.   It says, "Love U Quan Dog.   And thanks

14  for holding me down...Take a shot and smoke a

15  dutch of loud for me tho."

16  Q.   "A dutch of loud for me tho"?

17  A.   Yes.

18        MR. BEZAR:   Your voice tapers

19  off.   You have to just keep it up.

20        THE WITNESS:   Okay.

21  BY MR. GREENBERG:

22  Q.   "Take a shot and smoke a dutch of loud

23  for me tho," what does that mean?

24  A.   Take a shot of liquor and smoke some

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 250 of 395
Case 2:17-cv-04491-TJS Document 88-2 Filed 10/11/18 Page 209 of 354

237

1   weed for me.

2   Q.  And then you signed it?

3   A.  Yes, my signature.

4   Q.  And you have "XO XO XO"?

5   A.  Um-hum.

6   Q.  Hugs and kisses?

7   A.  Yes.

8          VIDEO SPECIALIST:   Going off

9   video record at 2:59.  This is the end of

10  tape two.

11         (Discussion held off the record.)

12         VIDEO SPECIALIST:   We're back on

13  the video record at 3:05.  This is the start

14  of tape three.

15  BY MR. GREENBERG:

16  Q.  Ms. █████ --

17  A.  Yes.

18  Q.  -- the letter that we just looked at,

19  the December 19, 2014, letter that we marked

20  ████ 2 --

21  A.  Yes.

22  Q.  -- is that the only letter you've

23  written to Daiquan Davis from the time you

24  were both arrested at the Comfort Inn to the

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 251 of 395
Case 2:17-cv-04491-TJS Document 302 Filed 10/11/18 Page 240 of 354

238

1    present time?

2    A.  Yes.

3    Q.  And is this the letter that you

4    described for us today as the one where you

5    told him that you were moving on with your

6    life, you weren't going to be trafficked

7    anymore and you wanted nothing further to do

8    with him?

9    A.  Yes.

10   Q.  And that's what you think this letter

11   said?

12            MR. BEZAR:   Objection to the

13   form.  Let me think for a second here.

14            Go ahead, you can answer.

15            THE WITNESS:  In a way.

16   BY MR. GREENBERG:

17   Q.  What do you mean "In a way"?

18   A.  The type of person he was.

19   Q.  I'm sorry?

20   A.  The type of person he was.  I had to

21   like kind of like work my way around him a

22   little bit because he was like very

23   controlling and manipulating.  He was like

24   that.  I did care about him.  I did have

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 252 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 10/11/18 Page 241 of 354

239

1     feelings for him.  I mean, he was making sure

2     that I, you know, had funds provided to take

3     care of myself, so yes, I did.

4     Q.  And it's also true that he gave you

5     marijuana while you were together?

6     A.  Yes.

7     Q.  Right?  I think you told the police how

8     many times?

9     A.  Six.

10    Q.  Six times, and that was an estimate;

11    right?

12    A.  Yes.

13    Q.  You also had sex with him several times;

14    correct?

15    A.  Yes.

16    Q.  How many times?

17    A.  I don't know.

18    Q.  Did he force you to have sex with him?

19    A.  No.

20    Q.  You were underage, though?

21          MR. BEZAR:  Hold on.  She didn't

22    finish her answer.

23          THE WITNESS:  He didn't physically

24    force me, but verbally, yes.

Donna A. Bittner Reporting

```
 1    BY MR. GREENBERG:

 2     Q.  How?

 3     A.  Um, he was saying that he need to know

 4    if it's good or not and things like that, and

 5    I was very uncomfortable.  I told him no and

 6    he kept like, you know, pressuring, so I just

 7    did it.

 8     Q.  Were you more uncomfortable having sex

 9    with him than you were with dates, paid

10    dates?

11              MR. BEZAR:   Hold on a second.

12    Let me think about it.

13              I'm not sure I'm going to let her

14    answer that.

15              MR. GREENBERG:   It goes to

16    damages.

17              MR. BEZAR:   Were you more

18    uncomfortable having sex with him, meaning

19    Daiquan, than you were with dates?  You can

20    answer the question.

21              THE WITNESS:  In the beginning,

22    yes.

23    BY MR. GREENBERG:

24     Q.  You mean the first time?
```

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 254 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 243 of 384

241

1  A.  Yes, the first couple times I did.

2  Q.  Why?

3  A.  Because, um, he knew my sister and they

4  had some type of thing going on and I don't

5  involve myself in those type of situations,

6  so it was very -- that was like one of the

7  things that made it very uncomfortable and I

8  guess just the simple fact that I was just

9  giving my body to somebody.

10  Q.  So the first couple of times you were

11  uncomfortable and then not?

12  A.  Yes.

13  Q.  Your DHS case worker made an appointment

14  with you to go to Mr. Davis' sentencing

15  hearing in the federal courtroom.

16  A.  Yes.

17  Q.  She picked you up and took you there;

18  correct?

19  A.  Yes.

20  Q.  She sat with you there?

21  A.  Yes.

22  Q.  Before that date you had been asked to

23  provide a victim impact statement for the

24  sentencing; correct?

242

1    A.  Yes.

2    Q.  Did you understand that the victim

3  impact statement would be something that you

4  would sign that would tell the judge how --

5  how much you were harmed by Mr. Davis?

6    A.  Yes.

7    Q.  And you refused to do that, didn't you?

8    A.  I don't remember.

9    Q.  You don't remember the federal

10 prosecutors asking you if you would provide a

11 victim impact statement?

12            MR. BEZAR:   I think she already

13 said that she was asked to provide a victim

14 impact statement.

15 BY MR. GREENBERG:

16   Q.  I thought so, too.  So what don't you

17 remember?

18   A.  Wait, I'm confused.

19   Q.  All right.

20   A.  Can you ask what --

21   Q.  Let me start over.  You do remember that

22 you were asked to provide a victim impact

23 statement; correct?  You just said so.

24            MR. BEZAR:   Hold on a second.  Is

Donna A. Bittner Reporting

1    it correct or is it just said so?  If you

2    want her to answer that part of the question,

3    she will.

4                MR. GREENBERG:   I'll rephrase.

5                MR. BEZAR:    Thank you.

6    BY MR. GREENBERG:

7     Q.  Didn't you just testify that you were

8    asked to provide a victim impact statement

9    for the government to use against Daiquan

10   Davis at his sentencing?

11               MR. BEZAR:   Don't answer that.

12   Ask it a different way.  You just say did

13   you -- did you just testify so asked and

14   answered.  Ask it a different way.  Just

15   open-ended ask it.

16               MR. GREENBERG:   She already

17   testified to it.  I'm trying to go back to

18   it.

19               MR. BEZAR:   Then why do you have

20   to ask it again?

21               MR. GREENBERG:   Because I'm

22   trying to get to the next question and you

23   keep cutting in.

24               MR. BEZAR:   I'm not keep cutting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 257 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 246 of 384

244

1   in.
2                MR. GREENBERG:    Yes, you are.
3                MR. BEZAR:    Just ask another
4   question.  Isn't asked and answered --
5                MR. GREENBERG:  It --
6                MR. BEZAR:  Hold on.  Isn't asked
7   and answered and instructing the witness not
8   to answer the question again, isn't that --
9   can't I do that?
10               MR. GREENBERG:    Asked and
11  answered is not a good objection either.
12               MR. BEZAR:  Okay.  You've
13  already --
14               MR. GREENBERG:  Let me ask a new
15  question.  Okay.  If you need to object you
16  will.  New question.
17  BY MR. GREENBERG:
18   Q.  Did the government prosecuting Daiquan
19  Davis ask you to provide a victim impact
20  statement?
21               MR. BEZAR:    Don't answer that.
22  You've already answered it.  I'm instructing
23  you not to answer.
24  BY MR. GREENBERG:

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 258 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 247 of 384

245

1    Q.  Did you provide a victim impact

2  statement?

3          MR. BEZAR:  She's already

4  answered that as well.  Don't answer that.

5  BY MR. GREENBERG:

6    Q.  Why didn't you provide a victim impact

7  statement?

8    A.  Well, I had my daughter at the time with

9  me there, and to be honest I didn't really

10  want to be seen, like --

11    Q.  Well -- go ahead.

12    A.  As in the victim impact statement at his

13  prosecution is when the women or the victim

14  just goes up and says what they have to say

15  to that person.

16    Q.  It's written down and it's provided in

17  advance of the hearing.  It goes to the

18  judge --

19    A.  And they --

20    Q.  -- before the hearing.

21    A.  And they read it, right, out loud, with

22  the person, how the person felt?  Yeah, I

23  didn't do that, no.

24    Q.  You didn't want to?

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 259 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 246 of 384

246

```
1      A.  I didn't --
2              MR. BEZAR:   Go ahead.
3              THE WITNESS:  No, I didn't want
4   to.
5   BY MR. GREENBERG:
6      Q.  And reason for that is because you had a
7   child?
8      A.  Yes.  I didn't want to like be seen.
9   Um, I just, I don't know, I just didn't want
10  to do it.
11     Q.  In this letter to Mr. Davis that we just
12  read, the December 19, 2014 letter, you
13  expressed your continued feelings for him;
14  correct?
15     A.  Um-hum, yes.
16     Q.  Is that one of the reasons why you
17  didn't provide a victim impact statement --
18     A.  No.
19     Q.  -- against him?
20     A.  No.
21     Q.  It had nothing to do with it?
22     A.  No.
23     Q.  At the sentencing hearing were you
24  sitting next to your case worker?
```

Case 2:20-cv-00299-PBT Document 34 Filed 07/01/20 Page 260 of 395
Case 2:20-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 249 of 354

247

1    A.   Yes.

2    Q.   Her name was?

3    A.   Dawn Thomas.

4    Q.   When is the last time you talked to her?

5    A.   Last year.

6    Q.   Because you're not part of the DHS

7  supervision anymore?

8    A.   No.

9    Q.   Your case is over?

10   A.   Yes.

11   Q.   Do you know if she's still at DHS?

12   A.   No.

13   Q.   She was still there when your case

14 ended?

15   A.   I don't know.

16   Q.   Okay.  Were you listening to the hearing

17 while you were there?

18   A.   Yes.

19   Q.   Did you hear the judge pro tem announce

20 sentence?

21   A.   Yes.

22   Q.   What sentence did you hear?

23   A.   22 years and 15 years of supervised

24 probation.

```
1    Q.  After the 22 years?

2    A.  Yes.

3    Q.  That was your understanding?

4    A.  Yes.

5    Q.  And did you hear anything about

6    restitution, money to be paid?

7    A.  Yes.

8    Q.  What did you hear on that?

9    A.  I think, um, I don't remember the

10   amount.  I didn't really expect any money.  I

11   didn't know that -- I didn't know they were

12   going to --

13   Q.  Does $8,000 ring a bell?

14   A.  Yeah.

15   Q.  You heard that he was going to be

16   ordered to pay you $8,000?

17   A.  Yes.

18   Q.  And you told Dawn Thomas that when that

19   money comes you'll put it aside for your

20   children?

21   A.  Yes.

22   Q.  Has Mr. Davis attempted to contact you

23   since the time he was sentenced?

24   A.  Yes.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 262 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 10/11/18 Page 231 of 384

249

1    Q.  How?

2    A.  Um, at this time I was living with Reena

3    Neeley, my foster mother, and I had just

4    delivered my son not too long ago and came

5    home one day and there was a letter from him

6    sitting on my bed.

7    Q.  Do you have it?

8    A.  No.

9    Q.  Where is it?

10   A.  Agent Rose has it.

11   Q.  What did it say?

12   A.  Um, basically he was upset, blaming me

13   for everything.  He threatened me.  Yeah,

14   that was about it.

15   Q.  Was it handwritten?

16   A.  Yes.

17   Q.  How long was it?

18   A.  Like two pages.

19   Q.  So your son Zion was born November 23rd,

20   2017?

21   A.  Yes.

22   Q.  Mr. Davis was sentenced several months

23   before that?

24   A.  Yes.

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 263 of 395
Case 2:17-cv-04491-TJS Document 86-2 Filed 10/11/18 Page 252 of 354

250

1   Q.  And the letter came after November 23rd,

2  2017?

3   A.  Yes.

4   Q.  So did it come this year in 2018?

5   A.  I don't know.

6   Q.  Have you had any other communication

7  from him or to him?

8   A.  No.

9   Q.  Has he sent you any messages through

10  people that you know?

11   A.  No.

12   Q.  How has the experience of having been

13  trafficked harmed you emotionally?

14   A.  I've become very insecure about a lot of

15  things, my body, relationships, how people

16  look at me, how people think about me, yeah,

17  the way I dress.  I like to stay covered now.

18  I don't like to really show my body.  It was

19  a drastic change.

20   Q.  Sorry?

21   A.  It was a drastic change.

22   Q.  What does that mean?

23   A.  Um, just I noticed a lot of things about

24  myself afterwards.  I became like more

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 264 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 253 of 384

251

1    aggressive, moreover protective, paranoid.   I

2    don't go outside much, depression.

3                I'm afraid that, you know, if I go

4    outside and go back certain places or

5    somewhere someone will find me or things like

6    that.  You know, he knows a lot of people

7    that I know and I'm just afraid all the time

8    when I walk down the street with my kids and

9    incidents happen after he was arrested as

10   well.

11   Q.  Such as?

12   A.  One day my child's father was spending,

13   having the day with his daughter, our

14   daughter, and he said that someone was just

15   standing there taking pictures of them and

16   then when he noticed they started to run.

17                And I was working at Wendy's last

18   year in May and these random people just like

19   came to the house looking for me and nobody

20   knew them.

21   Q.  Any other incidents?

22   A.  No.

23   Q.  How long did you work at Wendy's?

24   A.  May 2018 to June 2018.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 265 of 395
Case 2:12-cv-04491-TJS Document 342 Filed 07/01/18 Page 254 of 354

252

1    Q.  How many days did you work there?

2    A.  I don't remember.

3    Q.  Can you give me an estimate?

4    A.  38.

5    Q.  38 days?

6    A.  Yeah.

7    Q.  This is at one Wendy's location?

8    A.  Yes.

9    Q.  Where is it?

10   A.  Broomall, Pa.

11   Q.  How were you coming up with the estimate

12  38 days?

13         MR. BEZAR:  You asked her for the

14  estimate, so she gave you the estimate.

15  BY MR. GREENBERG:

16   Q.  What's it based on?

17   A.  I had called in to quit.  I had a family

18  emergency, so I wasn't there.

19   Q.  What was the family emergency?

20   A.  My child's father was having epileptic

21  episodes.

22   Q.  Malik?

23   A.  Yes.

24   Q.  And that caused you to call in to quit

███████████████

253

```
 1    your job?
 2     A.   Yes.  He -- there is nobody there, so I
 3    was the only one that was there so, you know.
 4     Q.   He was living with you then?
 5     A.   Yes.
 6     Q.   In May and June of 2018 he was living
 7    with you?
 8     A.   Yes.  Not 2018.  I didn't mean to say
 9    that.  I'm sorry.  I meant to say 2017 about
10    everything.
11     Q.   Wendy's was 2017?
12     A.   Yes, yes.  I'm sorry.
13     Q.   So that's before you made him leave in
14    August of 2017?
15     A.   Yes.
16     Q.   When you worked at Wendy's, were you
17    paid on the books or off the books?
18     A.   What do you mean by that?
19     Q.   Were they paying you cash or did they
20    pay you a weekly check based on your exact
21    number of hours?
22     A.   Yes.
23     Q.   Weekly check?
24     A.   Every two weeks.
```

Donna A. Bittner Reporting

1    Q.  How many checks did you get while you

2    worked there?

3    A.  One or two.  I don't remember.  I don't

4    know.

5    Q.  Well, you said you worked there for 38

6    days.

7    A.  I don't know.  I never -- the checks

8    were transferred to a card that the job --

9    that the place gave us and I never got a

10   chance to activate it or anything, and by the

11   time I did it was over, so --

12   Q.  So you never got any of your pay?

13   A.  No.

14   Q.  No what?

15   A.  I didn't get any of my pay.

16   Q.  For 38 days of work?

17   A.  No.

18   Q.  No what?

19   A.  No pay.

20   Q.  So you said someone came looking for you

21   at Wendy's.  How do you know that?

22   A.  Not at Wendy's, when I was home, when I

23   came from work.  A couple hours later, um, I

24   was in the kitchen cooking and my child's

1    father went to the door and they were asking

2    for me, and like he knows everybody that I

3    know, so he knew for sure that I didn't know

4    them, so he said like no, she doesn't live

5    here, and they just drove off, and he gave me

6    a description of them.

7    Q.  But you didn't see them?

8    A.  No.

9    Q.  And this incident that happened

10   where Malik was with your daughter and his

11   daughter --

12   A.  Um-hum.

13   Q.  -- you said they were at a playground?

14   A.  No.

15   Q.  Where were they?

16   A.  They were at the 15 bus stop waiting, on

17   their way back to the house.

18   Q.  And he told you that he saw someone

19   taking pictures of him?

20   A.  Yes.

21   Q.  And he noticed it --

22   A.  Yes.

23   Q.  -- was happening?

24   A.  Yes.

```
1    Q.  And when he looked at them they ran off?

2    A.  Yes.

3    Q.  That's everything you know about it?

4    A.  He said it was a girl.

5    Q.  You didn't see any of it?

6    A.  No.

7    Q.  Where does Malik live now?

8    A.  I don't know.

9    Q.  Does he have a family he can live with

10   if he needs a place to stay, a mother or a

11   father?

12   A.  I don't know.  I know he has a mother,

13   but I don't know.  She doesn't have her own

14   home, so --

15   Q.  Where does she live?

16   A.  All I know is Southwest Philadelphia.

17   Q.  Who does she live with?

18   A.  I don't know.

19   Q.  Who lives at 5725 Osage Avenue?

20   A.  That was their old address.  Old

21   address.  They don't -- no one no longer

22   resides there.

23   Q.  That was his mother's address?

24   A.  Yes.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 270 of 395
Case 2:17-cv-04491-TJS Document 84-2 Filed 10/11/18 Page 259 of 384

257

1    Q.  Now, about ten or fifteen minutes ago I

2    asked you, tell me how the experience of

3    being trafficked has affected you

4    emotionally.

5    A.  Um-hum.

6    Q.  You gave me an answer and you mentioned

7    several things.  Is there anything more?

8    A.  I overelaborate in my mind, over think

9    things, like, like I'm always scared

10    something will go wrong.  Now my eating

11    habits changed.

12    Q.  How?

13    A.  I stopped eating a lot.

14    Q.  You started eating a lot?

15    A.  I stopped eating a lot.

16    Q.  Is that a good thing or a bad thing?

17    A.  A bad thing for me.

18    Q.  Why?

19    A.  Because I don't want to be like -- it's

20    not me.  I always been a healthy weight, like

21    I always been like 200 pounds, 190, 180 and

22    like I just lost a bunch of weight.

23    Q.  How much do you weigh now?

24    A.  160.

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 271 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 220 of 354

258

1     Q.   How tall are you?

2     A.   Five four.

3     Q.   You'd rather be 200 pounds?

4              MR. BEZAR:   Objection.

5              MR. GREENBERG:   I think that's

6     what she's saying.  I'm trying to understand

7     it.

8     BY MR. GREENBERG:

9     Q.   Is that what you're saying, you'd rather

10    be 200 pounds?

11    A.   I'm not saying that.  I'm just saying

12    that's -- that's my normal -- my normal

13    weight when I'm health -- my normal healthy

14    weight for me.

15    Q.   Is 190 to 200 pounds?

16    A.   Yes, usually, yes.

17    Q.   So you feel the weight you have now is

18    an unhealthy weight for you?

19    A.   Yes.

20    Q.   And it's caused by having been

21    trafficked?

22    A.   Yes.  My eating habit has changed.  I

23    don't want to eat barely.  Sometimes I would,

24    usually like a couple months ago I would like

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 272 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 01/11/18 Page 261 of 384

259

```
1    have to smoke to get a appetite.  It would be
2    bad.
3      Q.  Have to smoke marijuana to have an
4    appetite?
5      A.  Yeah, sometimes.
6      Q.  And what about now?
7      A.  No.
8      Q.  You're not smoking marijuana anymore?
9      A.  No.
10     Q.  You've given it up?
11     A.  Yes.
12     Q.  So what are your eating habits now?
13     A.  I mean, maybe I'll eat once a day, twice
14   a day.
15     Q.  What do you eat?
16     A.  Whatever I can, when I get the chance,
17   or if I'm up to it, because I have two
18   children as well, so --
19     Q.  Where do you buy food?
20     A.  Where do I buy food?
21     Q.  Or where do you get food so that you can
22   eat?
23     A.  Like market wise or like income?
24     Q.  No, no.  You told me while you were
```

Case 2:20-cv-00299-TJS Document 342 Filed 07/01/20 Page 273 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 262 of 384

260

████████████

1　being trafficked that you ordered in and you

2　went out to McDonald's and you went here and

3　you went there.　You told me all that.

4　A.　Yeah.

5　Q.　So are you still doing that same thing

6　or are you doing something else to eat now?

7　A.　No, I just -- I'll just, if I get

8　hungry, I'll just go in the fridge or the

9　freezer, and if I see something, I'll just

10　put it in the microwave or cook it and eat

11　it.

12　Q.　Who buys the food for the house?

13　A.　Me.

14　Q.　Not your mother?

15　A.　Both.

16　Q.　Okay.　So you go to a grocery store and

17　you bring food home?

18　A.　Yes.

19　Q.　And that's what you eat?

20　A.　Yes.

21　Q.　Mostly?

22　A.　Yes.

23　Q.　Are you experiencing any other mental or

24　emotional symptoms that you relate to the

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 274 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 263 of 384

261

1    experience of being trafficked?

2    A.  Dating, dating.

3    Q.  Explain that.

4    A.  I'm afraid to do it again.

5    Q.  When is the last time you dated?

6    A.  My child's father.

7    Q.  When was that?

8    A.  Last year, August.

9    Q.  You say you dated him.  What do you mean

10   by that?

11   A.  That we went out, we were together.

12   Q.  You had a relationship together?

13   A.  Yeah.

14   Q.  And you said that was an abusive

15   relationship?

16   A.  Yes.

17   Q.  At some point you had a psychological

18   evaluation at the Joseph J. Peters Institute;

19   is that correct?

20   A.  Yes.

21   Q.  You were sent there by the people that

22   were prosecuting Daiquan Davis?

23   A.  Yes.

24   Q.  The lawyers that were handling the

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 275 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 264 of 384

262

1   criminal case; is that correct?

2   A. Yes.

3   Q. There was a Lisa McKie from the

4   Philadelphia District Attorney's Office that

5   was involved in getting you to the Joseph J.

6   Peters Institute?

7   A. Yes.

8   Q. Were there any federal prosecutors or

9   FBI agents involved in that also that you can

10   recall?

11   A. I believe Agent Rose.

12   Q. Agent Rose was?

13   A. Yes.

14   Q. Okay. When you were evaluated there

15   were you questioned about your history and

16   how you were doing, your family life?

17   A. A little, yeah.

18   Q. They questioned you about your

19   relationships?

20   A. Yes.

21         MR. GREENBERG: This is 3.

22         (Exhibit EB-3 was marked for

23   identification.)

24   BY MR. GREENBERG:

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT   Document 34-2   Filed 07/01/20   Page 276 of 395
Case 2:17-cv-04491-TJS   Document 34-2   Filed 07/11/18   Page 265 of 354

263

1    Q.  I want also to direct your attention to

2    the first page of ███ Exhibit 3.  Let's put

3    it up.  You can see in the middle of the page

4    it says "Psychological Evaluation of ████

5    ██████████, Date of Birth, ███████████" with

6    date of evaluation or dates of evaluation

7    5/11/2016.

8              Do you see that?

9    A.  Yes.

10   Q.  Yes?

11   A.  Yes.

12   Q.  The first section of this is a paragraph

13   entitled "Reason for referral and history of

14   presenting problem."  Do you see that?

15   A.  Yes.

16   Q.  And it indicates that you were referred

17   there for a comprehensive biosocial --

18   biopsychosocial evaluation by Ms. Lisa McKie

19   from the District Attorney's Office.

20             Do you see that?

21   A.  Yes.

22   Q.  And then they mention that you're a

23   witness in a sex trafficking case being

24   prosecuted by the federal government.

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 277 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 266 of 354

264

1    Do you see that?

2    A.  Yes.

3    Q.  All right.  Let's go to the next page.

4    And I'd like to go down to -- well, at the

5    top it says "Individual's account of abuse."

6    Do you see that?  And it says, "During

7    today's evaluation Ms. ████████████

8    reported that she was referred from the

9    District Attorney's Office, quote, because I

10   was involved in human trafficking, close

11   quote."

12   Do you see that?

13   A.  Yes.

14   Q.  I want to go down to the paragraph, the

15   third paragraph on the page.  It starts,

16   "Ms. ████████ further noted."  I'm going

17   to read that to you.  Please follow along

18   with me.

19   A.  Yes.

20   Q.  "Ms. ████████████ further noted that she

21   experienced intimate partner violence from

22   her ex-pimp that primarily included physical

23   abuse as well as emotional abuse.  She added

24   that she currently has a restraining order

1   against her ex-pimp, however, due to his

2   identification as the father of her unborn

3   child, the judge who granted the restraining

4   order is reportedly allowing him to attend

5   prenatal visits and to communicate with

6   Ms. ███████████ to discuss the unborn child.

7   Ms. ███████████ reported that this is

8   difficult for her and triggering when he is

9   allowed to be in the room during her prenatal

10   visits."

11           Did you follow me through that?

12   A.   Yes.

13   Q.   Is it true that Malik showed up at your

14   prenatal visits before your daughter was

15   born?

16   A.   Yes.

17   Q.   And that was stressful for you?

18   A.   A little.

19   Q.   When the judge gave you the protection

20   from abuse order, was it a male or a female

21   judge, do you know?

22   A.   Female.

23   Q.   Was it Judge Dumas?

24   A.   Yes.

Case 2:20-cv-00299-DBT Document 34-2 Filed 07/01/20 Page 279 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 07/11/18 Page 268 of 384

266

```
1    Q.  And did she order that he could attend
2    these prenatal visits?
3    A.  No.  The PFA judge ordered it.
4    Q.  Oh, that was a different judge?
5    A.  Yes.
6    Q.  Were you there for a hearing in front of
7    that judge?
8    A.  Yes.
9    Q.  Do you know who that was?
10   A.  No.
11   Q.  Okay.  And you told these people at
12   Joseph J. Peters Institute that Malik was
13   your ex-pimp?
14   A.  No.
15   Q.  You didn't tell them that?
16   A.  No.
17   Q.  So this is wrong, this report?
18   A.  Yes.
19   Q.  Let's go back to the first page.  The
20   reason for referral and history.  In the
21   middle of the paragraph it says, "The
22   referral note further indicates that
23   Ms. ███████████ is currently pregnant by her
24   ex-pimp who was reportedly physically
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-TJT Document 342 Filed 07/01/20 Page 280 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 269 of 354

267

```
 1    violence," so I want to ask you about this.
 2              At the time of this evaluation you
 3    were pregnant; correct?
 4    A.   Yes.
 5    Q.   And you were pregnant with your
 6    daughter?
 7    A.   Yes.
 8    Q.   Who was born about six or seven months
 9    later, six and a half months later?
10    A.   Um-hum.
11    Q.   Right?
12    A.   Yes.
13    Q.   And Malik is her father?
14    A.   Yes.
15    Q.   And he was abusive?
16    A.   Yes.
17    Q.   Physically violent?
18    A.   Yes.
19    Q.   So the only part of this sentence that
20    you're saying is wrong is that Malik was your
21    ex-pimp?
22    A.   Yes.
23    Q.   You never said that?
24    A.   No, I never said that.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 281 of 395
Case 2:17-cv-04491-TJS Document 842 Filed 10/11/18 Page 270 of 354

268

1    Q.   Has Malik ever engaged in pimping or

2    prostitution to your knowledge?

3    A.   No.

4    Q.   And you and Malik never worked together

5    as pimp and prostitute?

6    A.   No.

7    Q.   Has Malik ever been incarcerated?

8    A.   Yes.

9    Q.   For what?

10   A.   I don't remember.

11   Q.   Did you ever know?

12   A.   Know what?

13   Q.   Did you know at one time?  You're saying

14   you don't remember.  Did you -- did you know

15   at some time --

16   A.   At one point in time I did, but I don't

17   remember now.  I don't.  It's been a while.

18   Q.   When did you forget?

19   A.   I don't know.  I haven't talked to him

20   in like over a year.

21   Q.   How long has he been incarcerated?

22          MR. BEZAR:   How long is he or was

23   he?

24   BY MR. GREENBERG:

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 282 of 395
Case 2:17-cv-04491-TJS Document 86-2 Filed 10/11/18 Page 271 of 384

269

| | |
|---|---|
| 1 | Q. How long was he incarcerated? |
| 2 | A. I don't know. |
| 3 | Q. How many times was he incarcerated? |
| 4 | A. I don't know. |
| 5 | Q. Where was he incarcerated? |
| 6 | A. I don't know. |
| 7 | Q. Were you ever with him when he was |
| 8 | arrested? |
| 9 | A. Once. |
| 10 | Q. Where did that happen? |
| 11 | A. I was in Northern Child Services and he |
| 12 | got into a fight with his family. |
| 13 | Q. With who? |
| 14 | A. His family. |
| 15 | Q. So were you there or you were in a |
| 16 | relationship with him when that happened? |
| 17 | A. Yes. |
| 18 | Q. That's what you mean you were with him? |
| 19 | A. Yes, but I wasn't physically there when |
| 20 | it happened, but we were in a relationship at |
| 21 | the time. |
| 22 | Q. So you know without being there, you |
| 23 | know he was arrested and put in jail for |
| 24 | that -- |

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 283 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 272 of 354

270

████████

1    A.  Um-hum.  Yes.

2    Q.  -- event?

3    A.  Yes.

4    Q.  Do you know how long he stayed in jail

5    for that?

6    A.  30 days.

7    Q.  Where was he in jail?

8    A.  I don't remember.

9    Q.  Okay.  Was he incarcerated at any time

10   before you started your relationship with

11   him?

12   A.  Yes.

13   Q.  When?

14   A.  I don't remember.

15   Q.  Do you know how long before it was

16   before you got involved with him?

17   A.  No.

18   Q.  You said you met him when you were 15, I

19   think?

20   A.  Yes.

21   Q.  Was it after that?

22   A.  I don't know.

23   Q.  Do you know if he's been in any legal

24   trouble, criminal legal trouble since you

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 284 of 395
Case 2:17-cv-04491-TJS Document 302 Filed 07/11/18 Page 273 of 354

271

1   kicked him out of your home in August of

2   2017?

3   A. No.

4   Q. You don't know?

5   A. No.

6   Q. When did you find an attorney for this

7   case that you have here?

8   A. The human trafficking?

9   Q. Yes.

10  A. I didn't find one. I was assigned one.

11  Q. Who assigned you?

12  A. Family court. You automatically have a

13  public defender.

14  Q. But you have Kline & Specter

15  representing you in this case.

16  A. Oh, um, ask the question again.

17  Q. When did you get your attorney for this

18  case?

19  A. Last year, I believe March, I think it

20  was March or April.

21  Q. Of 2017?

22  A. '18. Oh, sorry, 2017, yes. It was like

23  April, May.

24  Q. Did somebody refer you to your attorney?

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 285 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 274 of 354

272

1    A.  I don't remember.

2    Q.  Well, who is the first attorney you

3    talked to about a civil case?

4              MS. MARKS:   Objection.

5              THE WITNESS:  What's the question

6    again?

7    BY MR. GREENBERG:

8    Q.  Who was the first attorney you talked to

9    to handle your civil case?

10   A.  I don't remember.

11   Q.  Have your attorneys sent you anywhere

12   for treatment?

13             MS. MARKS:   Objection.

14             THE WITNESS:  I can answer?

15             MS. MARKS:   You can answer.

16             THE WITNESS:  Oh, have they what?

17   BY MR. GREENBERG:

18   Q.  Have they sent you anywhere for

19   treatment?

20   A.  No.

21   Q.  Are you getting any treatment?

22   A.  Not right now, no.

23   Q.  When have you had treatment for, for the

24   suffering that is the result of the

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 286 of 395
Case 2:20-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 275 of 384

273

1    trafficking?

2    A.   The JJPI and I was -- I was referred to

3    someone but I had my son.

4    Q.   You were what?

5    A.   I was supposed to go to I think it's

6    called The Bridge, but I end up having my son

7    before that so --

8    Q.   Who made arrangements for you to go to

9    The Bridge?  Was that DHS?

10   A.   Yes.

11   Q.   Have you had any psychological or

12   psychiatric counseling or care?

13   A.   A few times this year, yes.

14   Q.   Where?

15   A.   The Net.

16   Q.   Where is that?

17   A.   On 5th and Spring Garden.  You can just

18   walk in.  It's -- it's like a therapy place.

19   They have different resources.  You can go

20   there and talk to somebody.  They'll, you

21   know, schedule you for a therapist that will

22   be your ongoing therapist for however long

23   you are going to the building.

24   Q.   Do you know who you saw there?

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT   Document 342   Filed 07/01/20   Page 287 of 395
Case 2:20-cv-04491-TJS   Document 342   Filed 07/01/20   Page 276 of 384

274

1    A.   I believe her name was Barbara.

2    Q.   Barbara what?

3    A.   I don't remember her last name.

4    Q.   Is she a medical doctor or something

5    else?

6    A.   I don't know.   I believe she's a

7    therapist.

8    Q.   Other than what you've already told me,

9    have you received any other care for the

10   emotional injuries you suffered in the human

11   trafficking?

12   A.   No.

13   Q.   Do you have any plans to get any

14   treatment?

15   A.   Yes.

16   Q.   What are your plans?

17   A.   Um, well, once I get my kids into day

18   care I'll have more time and then I'll be

19   able to receive therapy.

20           MR. BEZAR:   Try to keep your

21   voice up.

22   BY MR. GREENBERG:

23   Q.   Right now you don't have time?

24   A.   Yeah.   No, I don't.

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 288 of 395
Case 2:20-cv-04491-TJS Document 30-2 Filed 01/01/18 Page 277 of 384

275

1    Q.   When do you expect to have your kids in

2    day care?

3    A.   Less than 30 days.

4    Q.   And what problems are you hoping to get

5    help with?

6    A.   Being happy, feeling like myself, being

7    comfortable in my own skin, just feeling like

8    a woman, not a piece of trash.

9    Q.   Anything else?

10   A.   No.

11   Q.   What have you done to prepare for your

12   deposition in this case?  Have you had

13   meetings?

14   A.   Yes, one.

15   Q.   One meeting?

16   A.   Yes.

17   Q.   When was it?

18        MR. BEZAR:   Meetings with

19   counsel?

20        MR. GREENBERG:   Yes.

21        MR. BEZAR:   Yeah, we're not going

22   to talk about the number of meetings she had

23   with counsel.

24        MR. GREENBERG:   Why not?

1          MR. BEZAR:    Because we're not

2    going to talk about that.

3          MR. GREENBERG:    What's the basis

4    of the objection?

5          MR. BEZAR:    That's between my

6    client and myself.

7          MR. GREENBERG:    The substance of

8    the meetings.

9          MR. BEZAR:    And the number of the

10   meeting we're not going to --

11         MR. GREENBERG:  The number is?

12         MR. BEZAR:  Yes.

13         MR. GREENBERG:    That's

14   privileged?

15         MR. BEZAR:  If you want to file

16   your motion, file your motion.  You have been

17   schooling me on what's allowed to happen in a

18   deposition all day, so I will be impressed.

19         MR. GREENBERG:    You're

20   instructing her not to answer?  Okay.

21         MR. BEZAR:   The number of meetings

22   or how many meetings.

23   BY MR. GREENBERG:

24    Q.  When was the meeting?

1          MR. BEZAR:  You're got going to

2  answer that.  You're not going to answer

3  that.

4  BY MR. GREENBERG:

5   Q.  Who was present at the meeting?

6          MR. BEZAR:  You're not going to

7  answer that.

8  BY MR. GREENBERG:

9   Q.  Was anyone other than your lawyer

10  present at the meeting?

11          MR. BEZAR:  The answer is no and

12  you're not going to answer it.

13          MR. GREENBERG:  I'm not asking

14  you, Mr. Bezar.

15          MR. BEZAR:  Well, she's not going

16  to answer it.

17          MR. GREENBERG:  The question is

18  fine.  You're trying to claim a privilege and

19  I'm not allowed to ask her if anybody else

20  was present at the meeting?  You're answering

21  that?

22  BY MR. GREENBERG:

23   Q.  Who is Paul Brana?

24   A.  I don't know.

Case 2:20-cv-00299-DBT Document 34-2 Filed 07/01/20 Page 291 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 230 of 334

278

1    Q.   Have you ever heard of him?

2    A.   I heard of the name before, but I don't

3    know who exactly that is.

4    Q.   You never met him?

5    A.   No.

6    Q.   You've never been to his home?

7    A.   No.

8    Q.   Did you tell the police at the time of

9    your arrest or shortly after your arrest that

10   Mr. Davis had a gun with him when you and he

11   were at the Comfort Inn?

12   A.   Yes.

13   Q.   Do you know why they didn't find that

14   gun?

15   A.   No.

16   Q.   Did Mr. Davis ever tell you what he did

17   with the gun?

18   A.   He just said it was for protection.

19   Q.   But did he ever tell you how he

20   prevented the police from finding the gun at

21   the time of his arrest?

22   A.   No.

23            (Exhibit EB-4 was marked for

24   identification.)

Donna A. Bittner Reporting

1                    MR. BEZAR:    EB-4, is that what

2    we're on?

3                    MR. GREENBERG:    Yes.

4    BY MR. GREENBERG:

5       Q.   Ms. ████ do you have EB-4 in front of

6    you?

7       A.   Yes.

8       Q.   This document which is 30 pages came

9    from the Y-HEP Health Center which says,

10   which also has below the name the words a

11   "Philadelphia FIGHT Community Health Center."

12                Do you see that?

13      A.   Yes.

14      Q.   And a few pages in there is an address

15   on Locust Street.  Are you familiar with

16   this --

17      A.   Yes.

18      Q.   -- place?  Is it a clinic where you can

19   go to get free care?

20      A.   Yes.

21      Q.   I'd like to you go to the page --

22                   MR. BEZAR:    Can we -- can we go

23   off?  We can stay on the video record or go

24   off the video.  It doesn't matter.  It's a

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 293 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 282 of 384

280

1    quick question.

2                    Ed, if you look, it looks like it

3    says page, for example, on Y-HEP 4 it's Bates

4    stamped, it says Page 1 of 53.  Then you turn

5    the page and it's 3 of 53.  And I'm not

6    suggesting there is pages missing, but it

7    just seems like there are an odd number of

8    pages, and if there is only 30 pages of

9    Y-HEP, there is 53 pages here, so do you want

10   to just take a moment and see that we have

11   the whole document or am I just misreading

12   it?

13                   MR. GREENBERG:  This is exactly

14   how it came from your office.

15                   MR. BEZAR:  Okay.

16                   MS. MARKS:  And that's how we

17   received it.

18                   MR. GREENBERG:  That's what I

19   assume.

20                   MR. BEZAR:  Fair enough.

21                   MR. GREENBERG:  I can only use

22   what I have.

23                   MR. BEZAR:  No, I didn't mean to

24   suggest anything.  I wasn't sure if they were

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 294 of 395
Case 2:20-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 203 of 334

281

```
 1    copied in the interim.

 2              MR. GREENBERG:   I fully

 3    understand that there are missing pages.

 4    This is not the only document that we've

 5    received in this manner.

 6    BY MR. GREENBERG:

 7    Q.  Would you turn to page Y-HEP 9?  Do you

 8    see there is a section here on the progress

 9    note called "History of present illness"?

10    A.  Uh-huh.

11    Q.  Yes?

12    A.  Yes.

13    Q.  At the top it says "Visit date October

14    27, 2014."  Do you see that?

15    A.  Where at?

16    Q.  Upper right, visit date, October 27,

17    2014.

18    A.  Oh, I see it, yeah.

19    Q.  Okay.  Location address 1417 Locust

20    Street, Third Floor.

21    A.  Um-hum.

22    Q.  The address seems to be close to Broad

23    Street.  It would be just west of Broad

24    Street.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 295 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 254 of 354

282

1    A.   Um-hum.

2    Q.   Have you been there?

3    A.   Yes.

4    Q.   Okay.  It appears your chief complaint

5    was you wanted STI testing and birth control.

6    Do you see that?

7    A.   Yes.

8    Q.   And then under history of present

9    illness it says you were below the age of 18,

10    you were exclusively receiving treatment for

11    sexual and reproductive health services

12    except abortion.  Do you see that?

13    A.   Yes.

14    Q.   It says you were otherwise doing well

15    and you have no other complaints.  Do you see

16    that?

17    A.   Yes.

18    Q.   "The patient's LMP was July 2014."   I

19    think that means last menstrual period.

20    A.   Yes.

21    Q.   "She is currently on no contraception.

22    Her menses are regular since stopping Depo in

23    July 2014."  Depo is some kind of birth

24    control?

Case 2:20-cv-00299-DBT   Document 342   Filed 07/01/20   Page 296 of 395
Case 2:17-cv-04491-TJS   Document 342   Filed 07/01/18   Page 295 of 354

283

1    A.   Yes.

2    Q.   Is that what you were taking?

3    A.   Yes.

4    Q.   It says you have a certain condition.

5    I'm not even going to get into it right now.

6    You reported your last HIV test was September

7    9, 2014.  "In terms of sexual orientation,

8    she prefers men while engaged in sexual

9    intercourse.  She prefers oral sex and

10   vaginal sex.  The patient is dating and feels

11   safe in relationships.  She denies being

12   forced to have sex against her will.  The

13   patient states she does not intend pregnancy

14   in the future.  She states she desires to

15   start a contraceptive."

16          Do you see all that?

17   A.   Yes.

18   Q.   Now, this -- this visit happened during

19   the time when you claim you were being

20   trafficked?

21   A.   Um-hum.

22   Q.   Correct?

23   A.   Yes.

24   Q.   And you went into this clinic and you

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 297 of 395
Case 2:17-cv-04491-TJS Document 362 Filed 10/11/18 Page 286 of 354

284

1    denied having been forced to have sex against

2    your will?

3    A.   Yes.

4    Q.   Correct?

5    A.   Yes.

6    Q.   Was that a true statement?

7    A.   What do you mean by that?  Like did I

8    mean it when I said it?

9    Q.   Was it true when you told them that?

10   A.   No.

11   Q.   How was it untrue?

12   A.   Because I was being forced.

13   Q.   By?

14   A.   Daiquan.

15         MR. GREENBERG:  You can take that

16   down.

17         MS. O'CONNELL:  I'm sorry.  Did

18   somebody say something?  I missed it.

19         MR. BEZAR:  I think Ed just said

20   you can take that down.

21         MR. GREENBERG:  I was talking to

22   Brian Sack.

23         MS. O'CONNELL:  Oh, okay.

24   BY MR. GREENBERG:

Donna A. Bittner Reporting

1   Q.  Did any of the prosecutors handling

2   Daiquan Davis' criminal case ever offer you

3   any kind of a deal in exchange for your

4   cooperation in his prosecution?

5   A.  No.

6          MR. BEZAR:   That's a great

7   question.  I thought of a bunch of questions.

8   That's not one I thought of.

9          MR. GREENBERG:   I think so as not

10  to waste time, while I'm reviewing my notes

11  I'm going to pass the witness over to you,

12  Ms. O'Connell.

13         MS. O'CONNELL:   You're finished?

14         MR. GREENBERG:   Well, I'm close

15  to finished.  I'm looking at my notes, but I

16  don't want to waste time, so why don't you go

17  ahead.

18         MR. BEZAR:   Is now a good time to

19  take a break then?

20         MS. O'CONNELL:   Yeah, that would

21  be good.

22         VIDEO SPECIALIST:   Going off the

23  record at 3:57.

24         (Discussion held off the record.)

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 299 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 286 of 354

286

1          (Exhibit EB-5 was marked for

2    identification.)

3          VIDEO SPECIALIST:   We're back on

4    the video record at 4:06.

5    BY MR. GREENBERG:

6    Q.  Miss ███ do you have EB-5 on the table

7    in front of you?

8    A.  Yes.

9    Q.  That's the defendant's sentencing

10   memorandum in the United States of America

11   versus Daiquan Davis?

12   A.  Yes.

13   Q.  Yes?

14   A.  Yes.

15   Q.  I'd like to show you some of the photos

16   in here and ask you some questions about

17   them.  The first one I want to ask you about

18   is this one.  Rather than flip through, we'll

19   put it up on the screen.  Can you tell me who

20   is shown in this photograph?

21   A.  Daiquan.

22   Q.  Who is he with?

23   A.  I don't know.

24   Q.  You don't recognize the female?

```
1    A.  No.
2    Q.  Could you keep your voice up, please?
3    A.  Yes.
4    Q.  Is that pretty much how he looked when
5    he was trafficking you?
6    A.  Yes.
7    Q.  He's about 21 years old in that picture
8    you would say?
9    A.  Yes.
10            MR. BEZAR:   What page number was
11   that in the package we just --
12            MR. GREENBERG:   It's not
13   numbered.  It's right here (indicating).
14            MR. BEZAR:  All right.  I'm
15   sorry.
16            MR. GREENBERG:  Do you have it?
17            MR. BEZAR:  I have it, yep.
18   Thank you.
19            MR. GREENBERG:  Okay.  Could you
20   mark this?
21            (Exhibit EB-6 was marked for
22   identification.)
23   BY MR. GREENBERG:
24   Q.  Miss ▇▇▇ do you have this photograph in
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 301 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 290 of 384

288

```
 1   front of you?
 2   A.  Yes.
 3   Q.  Could you tell us who is shown in this
 4   photograph?
 5   A.  My daughter and child's father.
 6   Q.  That's Malik?
 7   A.  Yes.
 8   Q.  Was this taken when your daughter was
 9   about nine months old would you say?
10   A.  Yes.
11   Q.  She was standing up at that point?
12   A.  Walking.
13   Q.  She was walking at nine months?
14   A.  Yes.
15   Q.  Where was this picture taken?
16   A.  In the Liberty Place.
17   Q.  Liberty Place?
18   A.  Yeah, downtown.
19   Q.  The shopping center?
20   A.  Yes.
21   Q.  Okay.  Were you there with both of them?
22   A.  I took the picture, yes.
23   Q.  When was the picture taken?  Oh, it was
24   when she was nine months old, so we can
```

Case 2:20-cv-00289-PBT   Document 34   Filed 07/01/20   Page 302 of 395
Case 2:20-cv-04491-TJS   Document 34-2   Filed 07/01/20   Page 291 of 384

289

1   figure that out.   She was born in --

2   A.   September.

3            MR. BEZAR:   Let him ask a

4   question.

5   BY MR. GREENBERG:

6   Q.   It was taken around September 20 --

7   A.   2017.

8   Q.   2017?

9   A.   Yes.

10   Q.   That's after you had kicked him out of

11   your home?

12   A.   Oh, yes.

13   Q.   So you met him at the mall after you

14   made him leave the home?

15   A.   Yes.

16   Q.   Is this so he could see your daughter?

17   A.   Yes.

18   Q.   When you were being trafficked and

19   Mr. Davis was leaving you alone for long

20   periods of time working at the restaurant

21   five days a week, why didn't you leave and

22   try to seek help?

23   A.   Because I wasn't getting any help where

24   I was at.   Whenever I needed help they would

```
 1   lie to me.

 2     Q.  Sorry?  Who lied to you?

 3     A.  I would never receive help.

 4     Q.  From who?

 5     A.  If I was to return myself to DHS, they

 6   would just put me back in placement.  They

 7   would never try to help me.

 8     Q.  And you didn't want to be put back in

 9   placement?

10     A.  No.

11     Q.  You didn't want to go back to the Villa?

12     A.  No, because they lied to me.

13     Q.  Lied to you how?

14     A.  About going home.

15     Q.  They kept you at the Villa when they

16   told you you would get to go home?

17     A.  Yes.

18     Q.  Okay.  Any other reason?

19     A.  And my aunt, I had a family emergency as

20   well.  Okay.  Are you referring to --

21     Q.  Any reason why you didn't try to get out

22   of trafficking besides the fact that you

23   didn't want to go back to a DHS placement?

24   Is there any other reason?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 304 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 293 of 384

291

██████████

    A.  Yeah.  I mean, I needed somewhere to

stay.  I needed to eat.  I needed to put

clothes on my back, be able to get around.

    Q.  You felt you had no choices?

    A.  Yes.

    Q.  When you were checking into the Motel 6

and you were sitting in the lobby, how did

you behave?

    A.  Just sat there.

    Q.  Nonchalant, kept to yourself?

    A.  Yes.

    Q.  You tried not to be noticed?

    A.  No.

    Q.  Just regular, just sat there?

    A.  Yes.

    Q.  Doing nothing?

    A.  Yes.

    Q.  Waiting?

    A.  Yes.

            MR. GREENBERG:  That's all I

have.

            VIDEO SPECIALIST:  We're going

off the video record at 4:12.

            (Discussion held off the record.)

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 305 of 395
Case 2:17-cv-04491-TJS Document 86-2 Filed 10/11/18 Page 254 of 384

292

1     VIDEO SPECIALIST:   We're back on

2    the video record at 4:14.

3    BY MS. O'CONNELL:

4    Q.   Ms. ███   good afternoon.

5    A.   Good afternoon.

6    Q.   My name is Penny O'Connell.  I have

7    fewer questions than Mr. Greenberg did, but

8    hopefully you'll hang in with us a little bit

9    longer and we'll get you out of here today.

10        I'm here for Neshaminy Inn.

11   A.   Okay.

12   Q.   How are you feeling today?  As you sit

13   here with us today how do you feel?

14   A.   Mixed emotions.

15   Q.   Like what?  Tell me about them.

16   A.   Um, kind of hard to talk about this, but

17   at the same time I want some closure and some

18   happiness, some peace.

19   Q.   How do you hope to achieve those things?

20   A.   Therapy, seeking help, yeah.  That's

21   about it.

22   Q.   Do you have -- what's your support

23   structure like now in terms of family and

24   friends?  Who is around to give you a hand

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 306 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/11/18 Page 295 of 354

293

1   emotionally, with the kids?

2      A.   I would say that my mom.

3      Q.   You rely on your mom a lot?

4      A.   Yes.

5      Q.   Do your kids live with you at your

6   mom's?

7      A.   Yes.

8      Q.   I know you were already asked are you on

9   any medications today and your answer was no.

10  Are you on any prescribed medications that

11  you take on a regular basis?

12     A.   No, just an Albuterol pump for asthma.

13     Q.   When is the last time you recall taking

14  a prescribed medication for something other

15  than asthma?

16     A.   When I was pregnant, taking prenatal

17  pills.

18     Q.   Have you ever taken, to your knowledge,

19  anything for depression or anxiety?

20     A.   Yes.

21     Q.   When was that?

22     A.   That was as a child.

23     Q.   When is the last time you think you were

24  prescribed something for depression or

Donna A. Bittner Reporting

1    anxiety?

2    A.  I was 13.

3    Q.  Do you recall, was there an incident in

4    particular that prompted a prescription for

5    depression or anxiety?

6    A.  I wouldn't say depression, but more

7    anxiety and things like that.  Ask the

8    question one more time.

9    Q.  Was there something in particular that

10   happened in your life that prompted, that

11   made a doctor write a prescription for you

12   for anxiety medication?

13   A.  I was being molested.

14   Q.  By who?

15   A.  My mom's ex-boyfriend.

16   Q.  Is that Mr. Threats?

17   A.  Yes.

18   Q.  I think I saw in the records, and

19   correct me if I'm wrong, there are a lot of

20   records, and I'm not going to use them all as

21   exhibits, but I think I saw a reference to

22   Mr. Threats being your mom's pimp at one

23   point.  Is that right or am I wrong?

24   A.  Are you asking me if that's correct?

1    Q.  Yes.  Is that correct?

2    A.  Well, I don't know.

3    Q.  Okay.  So you're not aware that your mom

4    was ever a prostitute to your knowledge?

5    A.  Oh, no.

6    Q.  Okay.  It might have been a mistaken

7    record or I might be mistaken.

8            MR. BEZAR:  Can you ask that

9    question so she's answering the question?

10           MS. O'CONNELL:  Sure, absolutely.

11   BY MS. O'CONNELL:

12   Q.  Do you have any knowledge of your mom

13   ever having had sex for money?

14   A.  No.

15   Q.  Just a little bit more about your

16   younger years.  I know you're still very

17   young, but going back a little bit, so I ask

18   you to reach back in your memory banks here,

19   you mentioned your work at Wendy's.  It

20   didn't last very long.  How did you get that

21   job?

22   A.  Snagajob.com.

23   Q.  Have you had any other employment other

24   than Wendy's?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 309 of 395
Case 2:20-cv-04491-TJS Document 88-2 Filed 10/11/18 Page 298 of 354

296

1    A.  No.

2    Q.  That was your only job where you --

3    A.  Oh, no.

4    Q.  Oh, go ahead.

5    A.  It's a gas and electric company called

6    Major Energy.  I worked for them as well.

7    Q.  How long did you work there?

8    A.  A few days.

9    Q.  Did you -- did you just not like holding

10   down a job?

11   A.  No.  I quit that job, Major Energy,

12   because they had bedbugs in the company van,

13   so yeah, and then with Wendy's there was no

14   issue.  I was -- I was a good worker, just

15   the circumstances with my baby father's

16   family, no one was there, because he couldn't

17   speak for his self when he was in the

18   hospital, so I was the only one that was like

19   really supporting him during that time, so I

20   didn't have no choice but to be there for

21   him, so I had quit.

22   Q.  What is your source of income now?

23   A.  I receive cash benefits from the state.

24   Q.  Is that like EBT?

1    A.  Yes.

2    Q.  And you get those for your kids as well

3    as for yourself?

4    A.  Yes.

5    Q.  You're probably on like WIC, is that --

6    A.  Yeah, WIC as well, yes.

7    Q.  How much, can you estimate how much a

8    month you get from these social programs?

9    A.  Food stamps, 511.  Cash, I would say

10   400.

11   Q.  Any other sources of income, Social

12   Security, disability, anything like that?

13   A.  No.

14   Q.  Have you ever been diagnosed with PTSD?

15   Do you know what that is?

16   A.  Posttraumatic stress disorder.  Yes, I

17   have.

18   Q.  How old were you when you were diagnosed

19   with PTSD?

20   A.  After I was 17.

21   Q.  Have you ever tried to seek any sort of

22   disability benefits or anything?

23   A.  No.

24   Q.  So other than food stamps and cash, any

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 31 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 10/11/18 Page 300 of 384

298

1   other sources of income that we haven't

2   talked about?

3   A.  No.

4   Q.  Do you help your mom with rent?

5   A.  No.

6   Q.  She covers that?

7   A.  Yes.

8   Q.  How about utilities?

9   A.  No.

10   Q.  She covers that?

11   A.  Yes.

12   Q.  Did you end up graduating high school at

13   any point?

14   A.  Yes.

15   Q.  What year was that?

16   A.  2016.

17   Q.  Was that a GED program?

18   A.  No, high school diploma.

19   Q.  What high school did you graduate from?

20   A.  It's a -- it's a -- it's complicated.

21   It was in Vision Quest and it's an online

22   course called PLATO Courseware.

23   Q.  All right.  So it's as if you were in a

24   classroom in a high school, you just did it

Donna A. Bittner Reporting

1  online?

2  A.  Yes.

3  Q.  How were your grades when you graduated

4  high school?

5  A.  They was pretty decent depending on what

6  subject it was, you know.

7  Q.  Do you -- are you currently enrolled in

8  any college programs?

9  A.  No.  I'm enrolling myself now.

10  Q.  You're in the process of enrolling?

11  A.  Yes.

12  Q.  Where are you enrolling?

13  A.  CCP or Strayer University.

14  Q.  What do you want to study?

15  A.  Psychology, social work, business, and

16  to be a doctor or a nurse.

17  Q.  Why are you choosing those areas?

18  A.  I want to do social work because of the

19  things that I've experienced and I want women

20  to know that they could be heard and that

21  they matter and that they can receive

22  justice, and I want to do psychology because

23  I want to, you know, be able to talk to them

24  on a level.  I want to do business because I

██████████

1   want to have shelters for human trafficking

2   women or homeless women.  I want to do, you

3   know, I want to help women, you know.

4   Q.  You mentioned, we've actually used the

5   word "trafficking" a lot today.  Where did

6   you learn that word?

7   A.  Human trafficking?

8   Q.  Yes.

9   A.  After I was detained.

10   Q.  After you were detained November 7th,

11   2014?

12   A.  Yes.

13   Q.  Who was the first person to use that

14   word, if you can recall?

15   A.  My judge.

16   Q.  Do you remember the context?  Do you

17   remember how it was said, that word

18   "trafficking"?

19   A.  No.

20   Q.  Up until the point when the judge said

21   "trafficking," what did you call it?

22   A.  Prostitution, whore, slut.

23        MR. GREENBERG:  I didn't hear the

24   whole answer.  Your voice trailed off.

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 314 of 395
Case 2:17-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 303 of 384

301

```
1            THE WITNESS:  Prostitution, whore,
2     slut.
3     BY MS. O'CONNELL:
4      Q.  You, I think you told us you were
5     involved in sex for money for it was
6     basically the fall of 2014; is that right?
7      A.  Yes.
8      Q.  October, November?  That's pretty much
9     it, October, November?
10     A.  Yes.
11     Q.  So two months?
12     A.  Yes.
13     Q.  In that two-month period were you ever
14    in a room with a trick, with a john, with
15    another woman?
16     A.  Yes.
17     Q.  Okay.  So was that sort of like the
18    twofer or a guy would request two women?
19     A.  Yes.
20     Q.  To your knowledge were these women also
21    underage or of age?  Do you know?
22     A.  I only met one woman and she was of age.
23    She was over 18.
24     Q.  What was her name?
```

```
 1     A.  Shiquanda.
 2     Q.  And she is the only one you recall
 3   meeting?
 4     A.  Yes, that's the only one, yes.
 5     Q.  What hotel or motel were you at when I
 6   met Shiquanda?
 7     A.  Motel 6.
 8     Q.  Did you meet Shiquanda only once or more
 9   than once?
10     A.  Once.
11     Q.  Did any of the johns ask you how old you
12   were?
13     A.  No.
14     Q.  How did -- did Daiquan Davis ever ask
15   you how old you were?
16     A.  He didn't care.  I don't even think he
17   ever asked.
18     Q.  Did he know?
19     A.  Yes, I believe he did know I was 17.
20     Q.  How did he know?
21     A.  My sister.  She had to tell him.
22     Q.  Do you know whether she told him or not?
23     A.  I'm -- no, I don't.
24     Q.  You don't.  You're assuming she told him
```

```
 1   that you were 17?

 2   A.  Yeah.

 3   Q.  You yourself never told him?

 4   A.  Yes, I did.

 5   Q.  You did tell him?

 6   A.  Yes.

 7   Q.  When did you tell him?

 8   A.  When we were -- we were at Sana's house

 9   the first night that I started.

10   Q.  All right.  That was the time when you

11   had the car conversation --

12   A.  Yes.

13   Q.  -- for a hundred dollars?

14   A.  Yes.

15   Q.  And he asked you -- did he ask you how

16   old are you or did you volunteer and tell him

17   how old you were?

18   A.  I told him.

19   Q.  Why did you tell him?

20   A.  I don't know.  I guess to, for him to

21   know that I'm not an adult and that I'm a

22   minor.

23   Q.  What -- what did that mean to you?  What

24   could happen if you were not of age sitting
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 317 of 395
Case 2:20-cv-04491-TJS Document 34-2 Filed 10/11/18 Page 306 of 384

304

1    in a car with a man?  To you what did it mean

2    to be 17 versus 18?

3      A.  More freedom, I guess.  You have more

4    advantages.  You can do more things, more

5    privileges.

6      Q.  Did you think that you could get in

7    trouble for being 17 getting paid to talk

8    with a man in a car?

9      A.  No.

10     Q.  Did you think that you could get in

11   trouble at 17 for getting money for having

12   sex with a man?

13     A.  Yes.

14     Q.  Did you think you could get in trouble

15   at age 18 for having sex with a man for

16   money?

17     A.  No.

18     Q.  You didn't think it was a crime to have

19   sex for money as --

20     A.  I did, but at that age, no.  At that

21   time, no, I didn't think that if I'm 18 I

22   won't get in trouble.

23     Q.  Just to clarify for the record, when you

24   were having sex for money, did you think that

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT  Document 34-2  Filed 07/01/20  Page 318 of 395
Case 2:17-cv-04491-TJS  Document 34-2  Filed 10/11/18  Page 307 of 384

305

1    if you got caught you would not get in

2    trouble if you were 18 years old?

3    A.  Yes.

4    Q.  And you thought you could get in trouble

5    if you were 17 years old?

6    A.  Yes.

7    Q.  So to your understanding, having sex for

8    money was not illegal if you were 18 and

9    over?

10   A.  Yes.

11   Q.  Okay.  Did you think that having sex for

12   money was illegal if you were under 18?

13   A.  Yes.

14   Q.  What made you think that it was illegal

15   for underage people to have sex for money?

16   A.  Common sense and, yeah.

17   Q.  Had you ever been arrested before

18   November 7, 2014?

19   A.  No.

20   Q.  Had you ever been in trouble with the

21   law for any reason before November 7, 2014?

22   A.  No.

23   Q.  I think there was a record from 2013 if

24   I'm remembering correctly --

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 319 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 306 of 354

306

```
 1    A.   Um-hum.
 2    Q.   -- that you went AWOL from one of your
 3    locations where you were assigned.
 4    A.   Yeah.
 5    Q.   You know what AWOL means; right?
 6    A.   Yeah.
 7    Q.   What does it mean to you?
 8    A.   When you leave without permission.
 9    Q.   Okay.  Did you get in trouble with any
10    law enforcement for leaving one of your
11    appointed locations through DHS without
12    permission?
13    A.   No.
14    Q.   Nobody punished you for that?
15    A.   No.
16    Q.   So as of today, August 23rd, 2018, you
17    had -- you've been arrested for prostitution
18    and getting into a fight outside of a movie
19    theater and I think you said there was, was
20    there one other time or was that it?
21    A.   That's it.
22    Q.   Okay.  Were you ever arrested for
23    robbery?
24    A.   No.
```

Case 2:20-cv-00299-PBT  Document 34-2  Filed 07/01/20  Page 320 of 395
Case 2:17-cv-04491-TJS  Document 58-2  Filed 10/11/18  Page 309 of 354

307

```
1     Q.   Burglary?

2     A.   No.

3     Q.   If there was something in your records

4   about being arrested for robbery, that would

5   be an error?

6     A.   Yes.

7     Q.   Did you ever keep a diary or a journal?

8     A.   No.

9     Q.   Did you use social media like Facebook,

10  Twitter, Instagram, Snapchat?

11    A.   Just Facebook.

12    Q.   Did you ever talk about Daiquan or

13  anything that was going on in your life when

14  you were having sex for money, did you ever

15  talk about it on Facebook?

16    A.   No.

17    Q.   Were you and Daiquan Facebook friends?

18    A.   No, not at first.

19    Q.   Eventually you became Facebook friends?

20    A.   Yes.

21    Q.   Is it safe to say you're not Facebook

22  friends anymore?

23    A.   No.

24    Q.   You're not?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 321 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 310 of 384

308

1    A.  No, we're not.

2    Q.  Are you and Malik Facebook friends?

3    A.  No.

4    Q.  Do you use Facebook very much at all?

5    A.  No.

6    Q.  I understand you, when you were young

7  you used to live in Virginia; is that right?

8    A.  Yes.

9    Q.  How old were you when you lived in

10  Virginia?

11    A.  Eight until twelve.

12    Q.  What were those years like?  Tell me

13  about those years.

14    A.  It was bad.

15    Q.  How so?

16    A.  I was being molested the whole time.

17    Q.  By Mr. Threats?

18    A.  Yes.

19    Q.  He started molesting you at age eight?

20    A.  Yes.

21    Q.  And that lasted through age twelve?

22    A.  Yes.

23    Q.  Did you tell your mom about it?

24    A.  Yes.

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 322 of 395
Case 2:17-cv-04491-TJS Document 332 Filed 10/11/18 Page 321 of 354

309

```
1     Q.  What did she do?
2     A.  Nothing at first.
3     Q.  At first?  Did she eventually do
4     something?
5     A.  (Witness nodding head.)
6     Q.  What did she do?
7     A.  She just left.
8     Q.  Okay.  So that's when you left Virginia?
9     A.  No.  When we moved back to Philly he was
10    still coming around.
11    Q.  So when you moved back to Philly at
12    age -- you were twelve?
13    A.  Yes.
14    Q.  Was he still molesting you at that
15    point?
16    A.  Yes.
17    Q.  When did he finally stop and why?  I
18    mean, what stopped him?
19    A.  Just him and my mom breaking up.
20    Q.  Did your mom ever call the police on
21    him?
22    A.  No.
23    Q.  Did you ever tell anyone other than your
24    mom that he was molesting you?
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 323 of 395
Case 2:17-cv-04491-TJS Document 84-2 Filed 07/01/18 Page 312 of 384

310

1    A.   Yes.

2    Q.   Who did you tell?

3    A.   My godmother at the time and that was

4    it.

5    Q.   Who is your godmother?

6    A.   Her name is Adrienne Wright, with a W,

7    Carter.

8    Q.   Are you -- is she still in your life?

9    A.   Not really, no.

10   Q.   Does she live in Philly?

11   A.   I don't know.

12   Q.   So if you needed something, if you

13   needed help, could you call on her?

14   A.   Most likely, yes.

15   Q.   Do you have a phone number for her?

16   A.   Yes.

17   Q.   Okay.  But you're just not sure where

18   she lives?

19   A.   No.  I haven't spoke to her in a while.

20        MR. BEZAR:   Try to keep your

21   voice up, ▮▮▮▮.

22        THE WITNESS:  Okay.

23   BY MS. O'CONNELL:

24   Q.   Does she know anything about your

Donna A. Bittner Reporting

Case 2:20-cv-00289-DBT Document 342 Filed 07/01/20 Page 324 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 313 of 354

311

1    trafficking case?

2    A.   Yes.

3    Q.   Did you tell her about it?

4    A.   No.

5    Q.   How does she know about it?

6    A.   My mom.

7    Q.   Does your mom keep in touch with

8    Adrienne?

9    A.   I don't know.

10   Q.   Do you know in which correctional

11   institution Daiquan Davis sits today?

12   A.   No.

13   Q.   I saw something in your records about,

14   and I'm only laughing because I'm visualizing

15   this stack of records, about an incident when

16   you were young where you set fire to

17   something.  Do you remember that?

18   A.   Yes.

19   Q.   What -- tell me about that.  How old

20   were you and what was the situation?

21   A.   I was nine and I was just standing in my

22   mom kitchen and just like burning paper cups.

23   That was it.

24   Q.   Why?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 325 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 354 of 384

312

1    A.  I don't know.  I was curious.

2    Q.  The records mention that you heard --

3  heard voices.  Does that sound familiar to

4  you?

5    A.  Um-hum.

6    Q.  You remember hearing voices?

7    A.  No.

8    Q.  You remember telling somebody you heard

9  voices?

10    A.  Yes.

11    Q.  Who did you tell that you heard voices?

12    A.  My therapist at the time.

13    Q.  But you didn't really hear voices?

14    A.  No.

15    Q.  Why did you tell your therapist you hear

16  voices?

17    A.  My mom.

18    Q.  Your mom?  What about your mom?

19    A.  She would like tell me tell the doctor

20  and then I would be on medi -- I was on

21  medication, you know, so --

22    Q.  So your mother told you to lie to the

23  doctor?

24    A.  (Witness nodding head.)

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 326 of 395
Case 2:17-cv-04491-TJS Document 362 Filed 07/11/18 Page 315 of 384

313

```
 1    Q.   Why?
 2    A.   I don't know.
 3    Q.   And then the doctor put you on
 4    medication?
 5    A.   Yes.
 6    Q.   Do you remember what kind it was?
 7    A.   Concerta and Seroquel and lithium.
 8    Q.   Did those medications help you?
 9    A.   No.
10    Q.   What did -- what was the effect they had
11    on you?
12    A.   Concerta, I couldn't eat.  I couldn't
13    keep anything down.  I was losing a lot of
14    weight.  Seroquel, I would sleep too hard,
15    wouldn't be able to get up for school.
16    Lithium didn't do anything.  I don't even
17    know.  It didn't do anything for me at all.
18    It was just like eating a piece of candy.
19    Nothing happened.
20    Q.   How long were you on these drugs?
21    A.   A few years.  I would say about five,
22    six.
23    Q.   All right.  So from nine until about 14
24    or 15?
```

Case 2:20-cv-00299-DBT  Document 342  Filed 07/01/20  Page 327 of 395
Case 2:17-cv-04491-TJS  Document 304-2  Filed 10/11/18  Page 316 of 354

314

```
 1      A.  13.
 2      Q.  13, okay.  And you started when you were
 3   nine?
 4      A.  Yes.  Eight, eight.
 5      Q.  Eight to 13.  So that's about the time
 6   span when Mr. Threats was abusing you; is
 7   that right?
 8      A.  Yes.
 9      Q.  There was mention of you putting a
10   pillow over your sister's face at one point.
11   Do you recall doing that?
12      A.  No.
13      Q.  No?  Do you recall attacking your sister
14   in any way?
15      A.  No.
16      Q.  Have we talked about your sister here
17   today?
18      A.  No.
19      Q.  No?  What sister was living with you in
20   Virginia?
21      A.  Both Adwoa and Akua.
22      Q.  And you don't recall trying to hurt
23   either one of them?
24      A.  No.
```

Donna A. Bittner Reporting

1     Q.  Did you and your mom get along when you

2     were little?

3     A.  Not really.

4     Q.  No?   Were you diagnosed with

5     schizophrenia?

6     A.  No.

7     Q.  You don't recall being told that?

8     A.  No.

9     Q.  Who diagnosed you with PTSD?

10    A.  Um, Vision Quest, a therapist I had in

11    Vision Quest after I was arrested for the

12    prostitution.

13    Q.  You don't recall ever having been

14    diagnosed with PTSD as a child?

15    A.  No.

16    Q.  When you were living in Virginia, do you

17    recall your mom taking knives out of the

18    house, taking anything sharp out of the

19    house?

20    A.  No.

21    Q.  You're kind of smiling.  Why are you

22    kind of smiling?

23    A.  Because it's not true.  It's just, it's

24    a little upsetting, not against you, but just

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 329 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 318 of 384

316

1   the fact that that's even there.  It's lies.

2   Q.  So medical records that date back to

3   2010 are, you're upset that they're saying

4   things that you don't recall as being true?

5   A.  It's not that I don't recall, I didn't

6   do it.

7   Q.  Do you recall refusing to go into a

8   bathtub because voices told you your powers

9   would be taken away?

10  A.  No.

11  Q.  These notes say that your mom when she

12  was pregnant with you, the reason she was

13  pregnant was because of rape.  Do you -- had

14  you heard that before?

15  A.  No.

16  Q.  Had she ever talked to you about that?

17  A.  No.  I know who my father is.  No.

18  Q.  Today do you have a good relationship

19  with your mom?

20  A.  No.

21  Q.  No?  You live with her, but you don't

22  get along very well?

23  A.  No.

24  Q.  Does your mom work?

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 330 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 319 of 384

317

```
1    A.   No.

2    Q.   Is she on disability?

3    A.   Yes.

4    Q.   I think I saw a reference to her having

5    rheumatoid arthritis; is that right?

6    A.   Yes.

7    Q.   Do you help her out a lot around the

8    house?

9    A.   Yes.

10   Q.   Did you at one point when you were

11   younger play violin?

12   A.   Yes.

13   Q.   How long did you play violin?

14   A.   Eight years.

15   Q.   Were you pretty good at it?

16   A.   Yeah.

17   Q.   When is the last time you played violin?

18   A.   Um, I was going to Penn Alexander

19   Elementary.

20   Q.   So you haven't played in a while?

21   A.   No.

22   Q.   I'm seeing diagnoses of, and this is

23   2010, mood disorder, psychotic disorder,

24   ADHD.  Does any of that sound familiar to
```

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 331 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 320 of 354

318

1   you?

2   A.  Yes.

3   Q.  Which?  All of them?

4   A.  ADHD.

5   Q.  ADHD, you recall being diagnosed with

6   that?

7   A.  Yes.

8   Q.  Do you recall being on any medication

9   for ADHD?

10  A.  Concerta.

11  Q.  When you were younger how were your

12  grades?

13  A.  Good.

14  Q.  Yeah?  Did you ever fail any classes?

15  A.  No.

16  Q.  I apologize if this has been asked

17  already.  You had, and I'm not going to go

18  into details, but you had had sex before you

19  were trafficked by Mr. Davis; correct?

20  A.  Yes.

21  Q.  Okay.  Did you ever have any like sex

22  education in school, anything like that?

23  A.  Yes.

24  Q.  Do you recall what school?

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 332 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 321 of 354

319

1    A.   I was in the fifth, George Washington
2    Carver Elementary.
3    Q.   Did they teach you good touch, bad
4    touch, what consent is, what consent -- what
5    nonconsent is, things like that?
6    A.   No.
7    Q.   No?  What did they teach you?
8    A.   They just taught us about our menstrual
9    and saying, oh, you can get pregnant if you
10   don't use a condom.
11   Q.   Did your mom ever talk to you about sex?
12   A.   Yes.
13   Q.   What did she tell you?
14   A.   If I have sex I'm going to bleed out and
15   die.
16   Q.   You're going to bleed out and die?
17   A.   Yes.
18   Q.   How old were you when she told you that?
19   A.   14.
20   Q.   What did she mean?
21   A.   Well, um --
22              MR. BEZAR:   Do you know what she
23   meant?
24              THE WITNESS:  No.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 333 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 322 of 354

320

1          MR. BEZAR:  She's going to be here
2    tomorrow so you can ask her.
3          MS. O'CONNELL:    I can ask her.  I
4    can ask her tomorrow.
5    BY MS. O'CONNELL:
6     Q.  When you first met Daiquan at Sana's
7    house, what did he seem like to you?  What
8    was his personality like?
9     A.  He seemed very money hungry, impatient
10   but easygoing at the same time, like he had
11   like a -- like a, I guess like a, kind of
12   like a charm to him.
13    Q.  Like a player?
14    A.  Yes.
15    Q.  Did he dress the part?  Did he have nice
16   kicks and good clothes?
17    A.  Yes.
18    Q.  Did he look well kept?
19    A.  Yes.
20    Q.  Was he there with other friends?
21    A.  No.
22    Q.  Just him and Sana and your sister?
23    A.  Yes.
24    Q.  And you?

Case 2:20-cv-00299-TJS   Document 342   Filed 07/01/20   Page 334 of 395
Case 2:20-cv-04491-TJS   Document 342   Filed 07/01/20   Page 323 of 384

321

1    A.   Yes.

2    Q.   Okay.   What was your conversation on

3    that first day at Sana's house with Daiquan?

4    A.   Um, he asked me if I wanted to make some

5    extra cash, and I said, Sure, and then he was

6    basically saying, You don't have to do what

7    your sister did the other day, you could just

8    talk to weird old guys with fetishes for a

9    hour or two and I'll give you a couple

10   dollars, and I said, Okay.

11   Q.   What did he mean you didn't have to do

12   what your sister did?

13   A.   Have sex with men for money.

14   Q.   How long had your sister been having sex

15   with men for money, do you know?

16   A.   I don't know.

17   Q.   Did you know that she was?

18   A.   No, until -- until that day I was at the

19   hotel.

20   Q.   So when he -- when you were at Sana's

21   house and he said, You don't have to do what

22   your sister did for money, what did you think

23   he meant?

24   A.   I don't know until he said it, no.

Donna A. Bittner Reporting

1    Q.  So when he said, You don't -- you can

2    just talk to old men, you don't have to do

3    what your sister does, what did you think

4    your sister was doing?

5    A.  Having sex with men for money.

6    Q.  Okay.  And to your -- and how old was

7    your sister at the time?

8    A.  20, 21.

9    Q.  Okay.  So she was of age.  Did you think

10    that what your sister was doing was illegal?

11          MS. MARKS:   Objection.

12          THE WITNESS:  I mean, no.

13    BY MS. O'CONNELL:

14    Q.  You didn't think she could get in

15    trouble for it?

16    A.  No.

17    Q.  Do you ever watch television shows about

18    cops and --

19    A.  Yeah.

20    Q.  -- prostitutes and pimps and stuff like

21    that?

22    A.  Yeah, um-hum.

23    Q.  What did you -- did you ever see cop

24    shows where they're arresting hookers and

1    johns?

2    A.   Um-hum.

3    Q.   Did you think that that could happen to

4    your sister?

5    A.   Yeah.

6    Q.   Yeah?  Did you think that could happen

7    to you?

8    A.   Yeah.

9    Q.   So if cops on TV were arresting women

10   for having sex for money, they could probably

11   do it to your sister, too?

12   A.   Yeah.

13   Q.   Did you think what Daiquan was doing was

14   illegal?

15            MS. MARKS:   Objection.  Can you

16   clarify for me what he was doing?

17            MS. O'CONNELL:   Sure.

18   BY MS. O'CONNELL:

19   Q.   Did you think that Daiquan having girls

20   have sex for money was illegal or legal?

21   A.   Depending on the age.

22            MS. MARKS:   Let me object to the

23   form.  You can answer.

24            THE WITNESS:  Depending on the

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 337 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 326 of 354

324

1    age.

2    BY MS. O'CONNELL:

3        Q.   Okay.   Which is what we talked about

4    earlier?

5        A.   Yes.

6        Q.   And Daiquan was 21; right?

7        A.   Yes.

8        Q.   Did you ever meet any of Daiquan's

9    friends?

10       A.   No.   Well, the last time we were at the

11   Neshaminy Inn, there was a guy and a girl on

12   the bus, and he knew the guy, and that was

13   about it.   I didn't get the guy's name or

14   anything.

15       Q.   So you were on the bus to the way -- on

16   the way to Neshaminy Inn?

17       A.   Um-hum.

18       Q.   So you were not at the Neshaminy with

19   him, with this guy?

20       A.   No.

21       Q.   And you don't know what his name was?

22       A.   No.

23       Q.   There was -- correct -- is this a true

24   statement, you were never at the Neshaminy

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 338 of 395
Case 2:20-cv-04491-TJS Document 34-2 Filed 07/01/18 Page 327 of 354

325

```
1    Inn in a room with another woman; is that
2    correct?
3    A.  Yes, that's correct.
4    Q.  Okay.  You told us about -- well, let me
5    ask you this way.  How many times do you
6    recall going to the Neshaminy Inn to have sex
7    with men for money?
8    A.  Three times.
9    Q.  Three times.  Okay.  Let's go through
10   these one by one.
11              All right.  The first time that
12   you recall being at the Neshaminy Inn I think
13   you said was mid to late October; is that
14   right?
15   A.  Yes.
16   Q.  And that was one night?
17   A.  Yes.
18   Q.  You got -- how did you get there?
19   A.  SEPTA.
20   Q.  And tell me again the route you took.
21   A.  14.
22   Q.  So you got on the BSL?
23   A.  The BSL is the Broad Street Line.
24   Q.  I thought you said something about --
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 339 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/11/18 Page 326 of 354

326

```
 1     A.  No.  The first time I was at the
 2  Neshaminy Inn, I was already at the
 3  Roosevelt, so I was already close by so I --
 4  so I just, you know.
 5     Q.  Got you.  I'm thinking of another time
 6  then.  So you took the bus from the Roosevelt
 7  to the Neshaminy Inn?
 8     A.  Yes.
 9     Q.  Is the Roosevelt Inn the same town?
10     A.  Yes.
11     Q.  How far away?
12     A.  Hmm, I would say about fifteen minutes.
13     Q.  A fifteen-minute bus ride?
14     A.  Yeah.
15     Q.  What time of day was it?
16     A.  Daytime.
17     Q.  Do you recall an approximate time?
18     A.  3:00.
19     Q.  Where does the bus drop off, the 14 drop
20  off for you to get to the Neshaminy?
21     A.  Right in front of the Neshaminy.
22     Q.  On Old Lincoln Highway?
23     A.  Yes.
24     Q.  So when it drops you off, you're
```

Donna A. Bittner Reporting

1  probably on the corner of Lincoln Highway and

2  Old Lincoln Highway?

3  A.  Yes.

4  Q.  Which is the front of Neshaminy Inn;

5  correct?

6  A.  Yes.

7  MS. O'CONNELL:  I have some

8  copies here.  I'll have you mark this.  I'll

9  have you look at it.  I'm going to sit -- is

10  it all right if I come near to you --

11  THE WITNESS:  Yes.

12  MS. O'CONNELL:  -- to ask you a

13  question?

14  THE WITNESS:  Yes.

15  MS. O'CONNELL:  There is no

16  question pending right now, so I'm going to

17  have the videographer change the tape.

18  VIDEO SPECIALIST:  Going off the

19  video record at 4:53.  This is the end of

20  tape three.

21  (Discussion held off the record.)

22  (Exhibits EB-7 and EB-8 were

23  marked for identification.)

24  VIDEO SPECIALIST:  We're back on

Donna A. Bittner Reporting

1  the video record at 5:02.  This is the start

2  of tape four.

3  BY MS. O'CONNELL:

4  Q.  Okay.  Ms. ███  I have here a Google

5  Maps image of the Neshaminy Inn.

6  A.  Yes.

7  Q.  Okay.  I believe it's 2345 Old Lincoln

8  Highway is the address.

9         Do you recognize this layout at

10  all or Old Lincoln and Old Trevose Road?

11  A.  Yes.

12  Q.  Okay.  What I'd like you to do for me --

13  we'll deal with that second.  Yeah, just

14  let's look at this one for the time being.

15         What I'd like you to do for me is

16  with a number one, a number two and a number

17  three, show me, for example, number one, the

18  first time you went to Neshaminy Inn what

19  room you stayed in.  Can you do that?  Can

20  you show --

21  A.  You want me to show you from here?

22  Q.  From here.  Is there a way for you to

23  show what part of the --

24  A.  Oh.

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 342 of 395
Case 2:17-cv-04491-TJS Document 342-2 Filed 07/11/18 Page 331 of 384

329

1    Q.  Do you see what I mean?

2    A.  The last -- the last one all the way on

3    the end right here on the top, on the top

4    floor right here (indicating).

5    Q.  All right.  Was that where you stayed

6    each time?

7    A.  Yes.

8    Q.  All right.  So all three times you

9    stayed in that --

10   A.  Yes.

11   Q.  -- far corner on the left?

12   A.  Yes.

13   Q.  On the top or the bottom?

14   A.  The top.

15   Q.  The top, okay, great.  Thank you.  And

16   that was EB-7.

17           If we look at EB-8, can you mark

18   for me on here what -- where that room is?

19   A.  (Witness complies.)

20   Q.  Okay.  Let's mark it a little bit

21   clearer.

22   A.  Do you want me to --

23   Q.  Maybe do a line.

24   A.  -- do like a bigger line, too?

Donna A. Bittner Reporting

██████████

330

1    Q.  Yeah, perfect.

2    A.  (Witness complies.)

3    Q.  Thank you.  I appreciate it.  Thanks.

4    Okay.

5                And that again was all three

6    times?

7    A.  Yes.

8    Q.  Can you show me on this, on EB-8, where

9    the office is?

10   A.  Right there (indicating).

11   Q.  Where that white, where that awning is?

12   A.  Yes.

13   Q.  Is that also where the beer store is or

14   the bar?

15   A.  No, the beer -- yes, the bar is to

16   the -- to the Neshaminy Inn?

17   Q.  Yes.

18   A.  Yes, yes.

19   Q.  So the office and the bar are basically

20   the same part of the building?

21   A.  Yes.

22   Q.  Now, when you went the first time and

23   Mr. Davis said stay away --

24   A.  Um-hum.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 344 of 395
Case 2:20-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 333 of 354

331

███████████

```
 1              MR. BEZAR:    Objection to the

 2    form.

 3    BY MS. O'CONNELL:

 4    Q.   -- where did he tell you to wait?

 5    A.   Right here (indicating).

 6    Q.   Outside or inside?

 7    A.   Outside.

 8    Q.   In the parking lot?

 9    A.   Yes, over here (indicating).

10    Q.   Okay.  So did anybody from the office

11    see you standing out there in the parking

12    lot?

13    A.   Yes.

14    Q.   Who saw you?

15    A.   It was a woman, a white woman.

16    Q.   Can you describe her?

17    A.   Sorry.  Caucasian woman.

18    Q.   White is not an insult.  It's okay.

19    Excuse me.  I'm going to just move back to my

20    seat.

21              Okay.  So now is that where you

22    waited each of the three times that you went

23    to the Neshaminy?

24    A.   No.  The first two times I was standing
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 345 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 345 of 351

332

1   right there.  The last time I was standing in

2   the middle of the parking lot.

3       Q.  Okay.  Each time you waited you were

4   basically in plain sight; correct?

5       A.  Yes.

6       Q.  And each of the three times was it

7   daylight?

8       A.  Yes.

9       Q.  Describe for me, you had started to

10  mention for me on your first visit to

11  Neshaminy there was a woman in the office?

12      A.  Yes.

13      Q.  Was there just one woman?

14      A.  Yeah, that's all I seen, and I seen a --

15  yeah, that's all I seen.

16      Q.  Okay.  Can you describe her for me?

17      A.  She was just Caucasian and I think she

18  had long hair that was brown, black.  I don't

19  know.

20      Q.  Tall, short?

21      A.  Average height.

22      Q.  Heavy, thin?

23      A.  I think she was thin.

24      Q.  Do you remember what color her hair was?

Case 2:20-cv-00299-PBT Document 34-2 Filed 07/01/20 Page 346 of 395
Case 2:17-cv-04491-TJS Document 86-2 Filed 10/11/18 Page 355 of 384

333

1    A.  I think it was brown or black.  It was

2    dark.

3    Q.  Do you recall, could you tell from I

4    guess there was a window there, could you

5    tell how old she was?

6    A.  She was young, like late 20's.

7    Q.  How -- can you approximate for me how

8    far away you were from her?  You were

9    outside, she was inside, but approximately

10   how many feet separated you?

11   A.  I was directly outside of the window.

12   Q.  So a matter of feet?

13   A.  Yeah.

14   Q.  Did you make eye contact with her?

15   A.  I'm pretty sure I did, yes.

16   Q.  Did you see a name tag?

17   A.  Yes.

18   Q.  Do you recall what it said?

19   A.  No.

20   Q.  You couldn't read it that far away?

21   A.  No.

22   Q.  What did her clothes look like?

23   A.  I don't remember.

24   Q.  Was it a uniform or street clothes, do

Case 2:20-cv-00299-DBT  Document 342  Filed 07/01/20  Page 347 of 395
Case 2:20-cv-04491-TJS  Document 342  Filed 07/01/18  Page 336 of 384

334

1    you remember?

2     A.   Uniform.

3     Q.   Do you remember what color it was?

4     A.   No.

5     Q.   Did you hear -- were you able to hear

6    anything from where you were standing?

7     A.   No.

8     Q.   I don't mean this as a joke, but do you

9    know how to read lips?

10    A.   Sometimes.

11    Q.   Okay.  Were you able to see, to read any

12   conversation between Mr. Davis and this

13   clerk?

14    A.   No.

15    Q.   Approximately how long was he in the

16   office?

17    A.   Ten minutes.

18    Q.   Did you see what they were doing in

19   there or were you paying attention to

20   something else?

21    A.   It was like, kind of like both.  Like I

22   was looking around and then looking back and

23   I could see them talking, but I don't know

24   what.

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 348 of 395
Case 2:17-cv-04491-TJS Document 362-2 Filed 10/11/18 Page 337 of 354

335

1   Q.  Did you see him hand over his ID?

2   A.  Yes.

3   Q.  Did you see her -- strike that.

4           When he came out of the office

5   what did you guys do?

6   A.  Go straight to the room.

7   Q.  Did you have any bags with you?

8   A.  Just one.

9   Q.  What kind of bag was it?

10  A.  Like a overnight bag, like a really,

11  like a Victoria Secret overnight bag.

12  Q.  Where were you coming from when you went

13  to Neshaminy?

14  A.  Roosevelt Inn.

15  Q.  The Roosevelt Inn from what I recall was

16  the first place you ever went to have sex

17  with men with Mr. Davis; is that right?

18  A.  Yeah.

19  Q.  And you spent one night there?

20  A.  Yes.

21  Q.  So when you went to Neshaminy, this was

22  essentially your second time --

23  A.  Yes.

24  Q.  -- having sex for money?

Donna A. Bittner Reporting

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 349 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 336 of 381

336

```
 1     A.   Yes.
 2     Q.   When you went to the Roosevelt that
 3  first time you had a bag with you?
 4     A.   Yes.
 5     Q.   What was in that bag?
 6     A.   Some clothes, change of clothes,
 7  hygiene, toothbrush, stuff like that, some
 8  cash, some marijuana, condoms.   That's about
 9  it.
10     Q.   When you went to the Roosevelt Inn, were
11  you expecting to have sex for money?
12     A.   No.
13     Q.   Why did your bag have condoms in it?
14     A.   Oh, you mean like at the Roosevelt Inn?
15     Q.   Um-hum.
16     A.   Oh, no, I didn't have condoms in my bag.
17  I apologize.
18     Q.   Okay.   No, that's why we're clarifying.
19     A.   No.
20     Q.   So when you went to the Roosevelt Inn
21  that first time --
22     A.   Yes.
23     Q.   -- there were no condoms in your bag?
24     A.   No.
```

337

1    Q.   When did you get the condoms?

2    A.   He went to go get them at the Wawas up

3    the street.

4    Q.   While you were at the Roosevelt?

5    A.   Yes.

6    Q.   You had a change of clothes?

7    A.   Yes.

8    Q.   When you went to the Roosevelt that

9    first day, did you plan on staying overnight?

10   A.   No.

11   Q.   Why did you have a change of clothes in

12   your bag?

13   A.   I always did.  I was homeless basically,

14   so if I crash somewhere, I had what I had.

15   Q.   Did you only have one change of clothes?

16   A.   Yes, at that time, yes.

17   Q.   Did you at any point, say, wash your

18   clothes, wash out your underwear, anything

19   like that?

20   A.   Yes.

21   Q.   Did you do that at Neshaminy or

22   afterwards?

23   A.   I did it at Neshaminy, I believe.   I

24   washed my underwear out, something like that.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 351 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/20 Page 351 of 385

338

```
1    Q.  It sounds to me like there might have

2    been days that would go by when you were

3    wearing the same outfit; is that right?

4    A.  Yes.

5    Q.  Until that first time you went to, into

6    the city to get clothes?

7    A.  Yes.

8    Q.  All right.  Neshaminy, now I know I'm

9    going back and forth between the Roosevelt,

10   but back to Neshaminy, can you describe, you

11   stayed in the same room all three times?

12   A.  Yeah.

13   Q.  What did the room look like inside?

14   A.  It had two beds.  When you come in it's

15   two beds to the right.  It's a TV and ahead

16   is a microwave and then it's the bathroom.

17   Q.  So it wasn't very big?

18   A.  Um-um.

19   Q.  So it was two, what, two queens, two

20   twins?

21   A.  It looked like two queens.

22   Q.  So they were big?

23   A.  Yes.

24   Q.  What about the color scheme?  Do you
```

████████████████

339

1    recall what the carpet color was?

2    A.   Tan, red, those colors, nude.

3    Q.   How about the bedspreads?

4    A.   Tan, red, white.

5    Q.   Any artwork on the walls that you

6    remember?

7    A.   No.

8    Q.   There wasn't any or you just don't

9    remember?

10   A.   I don't remember.

11   Q.   Do you recall whether, did you take a

12   shower while you were there?

13   A.   Yes.

14   Q.   Do you recall whether the shower had a

15   curtain or a glass door?

16   A.   It had a curtain, a white curtain.

17   Q.   Now, each of the three times you went,

18   nothing changed?  It was all the same color

19   scheme?

20   A.   Yes.

21   Q.   At any time, any of the three times you

22   were at Neshaminy, did you ever talk to any

23   Neshaminy staff member?

24   A.   No.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 353 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 342 of 384

340

1    Q.   Did you ever run into one?

2    A.   Yes.

3    Q.   Who did you run into?

4    A.   Housekeeper, a woman.

5    Q.   In your room?

6    A.   Yes.

7    Q.   So do you recall, was this the first

8    time, second time, third time?

9    A.   No, I don't remember, but --

10   Q.   You don't remember --

11   A.   I ran into her.  She didn't say anything

12   to me or anything like that.

13   Q.   Did she knock on the door?

14   A.   Um-hum.

15   Q.   And you let her in?

16   A.   Yes.

17   Q.   Did you stay there?

18   A.   Yes.

19   Q.   While she cleaned?

20   A.   Um-hum.

21   Q.   Did you talk about anything?

22   A.   No.

23   Q.   Did she ask you your name?

24   A.   No.

Donna A. Bittner Reporting

Case 2:20-cv-00299-RBT Document 342 Filed 07/01/20 Page 354 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 543 of 354

341

1    Q.  Do you recall her name?

2    A.  No.

3    Q.  Do you recall what she looked like?

4    A.  She was Spanish.

5    Q.  Heavyset, thin?  Anything else you can

6  tell me about her?

7    A.  In between.

8    Q.  Did she have a uniform?

9    A.  Yes.

10    Q.  Do you recall what it looked like?

11    A.  I think she had on a white shirt.

12  That's all I remember.

13    Q.  Okay.  You don't recall pants or skirt

14  or anything like that?

15    A.  No.

16    Q.  Did you -- you didn't say anything to

17  her?

18    A.  No.

19    Q.  When she came in was there anything

20  lying around the room, any clothes or condoms

21  or --

22    A.  Yes.

23    Q.  -- weed?

24    A.  Condoms and clothes, no weed.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 355 of 395
Case 2:17-cv-04491-TJS Document 362 Filed 10/11/18 Page 354 of 354

342

1    Q.   Did you pick up the condoms or did she?

2    A.   She picked them up.

3    Q.   While you were sitting there?

4    A.   Yes.

5    Q.   Whose clothes were there on the floor?

6    A.   Me and Daiquan's.

7    Q.   So were you -- were you naked or were

8    you wearing a change of clothes?

9    A.   I was wearing a change of clothes.

10   Q.   And Daiquan had a change of clothes as

11   well?

12   A.   Yes.

13   Q.   Was he in the room or was he at work?

14   A.   He was at work.

15   Q.   What did Daiquan carry his clothes in?

16   A.   I think -- I don't know.

17   Q.   But he had a change of clothes as well?

18   A.   Yes.

19   Q.   Did you, at any time you were at

20   Neshaminy did you ever look scared or

21   frightened, to your knowledge?

22             MR. BEZAR:   Objection to the

23   form.

24             THE WITNESS:   No.

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 356 of 395
Case 2:17-cv-04491-TJS Document 60-2 Filed 10/11/18 Page 345 of 354

343

BY MS. O'CONNELL:

Q.  No?  Let me put it this way.  Did anybody from Neshaminy Inn ever see you when you think you might have looked scared?

        MR. BEZAR:  Objection to the form.

        THE WITNESS:  I don't know.

BY MS. O'CONNELL:

Q.  But you don't think you ever looked scared at Neshaminy?

A.  I don't know what scared really look like.

Q.  Did Mr. Davis ever threaten you with a weapon at Neshaminy?

A.  No.

Q.  Did any john ever physically abuse you, hurt you?  I don't mean just having sex with you, I mean like assault you at the Neshaminy.

A.  No.

Q.  Did anybody at Neshaminy, to your knowledge, hear you have conversations with Mr. Davis?

A.  No.

Donna A. Bittner Reporting

```
 1      Q.  Did you ever ask anybody at Neshaminy

 2   for help?

 3      A.  No.  A -- someone called from the front

 4   desk one time and was saying something about

 5   noise and that was about it.

 6      Q.  What visit was it?

 7      A.  I think it was the second time I was

 8   there and like the phone rang.  I picked it

 9   up and it was like you're making too much

10   noise, can you be quiet, and I said yes and

11   hung up.

12      Q.  What were you doing at the time that was

13   making so much noise?

14      A.  I was having sex.

15      Q.  So it wasn't a party?

16      A.  No.

17      Q.  So it sounds like maybe there was a

18   guest in the next room next to you?

19      A.  Yes.

20              MR. BEZAR:   Objection to form.

21   BY MS. O'CONNELL:

22      Q.  Do you know who complained about the

23   noise?

24      A.  No.
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 358 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 347 of 384

345

1    Q.  Other than the cleaning lady, did
2    anybody else ever, from Neshaminy Inn, a
3    staff member, ever come to your room and
4    knock on the door?
5    A.  No.
6    Q.  When you would smoke weed at Neshaminy
7    Inn, would you stand out there on that
8    balcony?
9    A.  No.
10   Q.  Would you smoke in the room?
11   A.  Yes.
12   Q.  Do you happen to remember if it was a
13   smoking room or no smoking?
14   A.  I think it was a smoking room.
15   Q.  Do you know whether anybody from
16   Neshaminy Inn saw you actually enter -- well,
17   first of all, do you know the room number to
18   that room?
19   A.  No, I don't remember.
20   Q.  Okay.  Do you know whether anybody from
21   Neshaminy Inn ever saw you actually walking
22   to that room with Mr. Davis?
23   A.  Yes.
24   Q.  Who was that?

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 359 of 395
Case 2:17-cv-04491-TJS Document 88-2 Filed 10/11/18 Page 348 of 384

346

```
1    A.  Housekeeping.

2    Q.  The same woman we talked about?

3    A.  No.

4    Q.  On what occasion was this that

5    housekeeping saw you walking with Mr. Davis?

6    A.  I don't remember which time it was.  I

7    don't.

8    Q.  Was it just one time?

9    A.  What, at that particular time that she

10   seen me?

11   Q.  My question was -- and it's perfectly

12   right to be confused because it wasn't a very

13   good question.  My question was, did any

14   staff member of Neshaminy Inn ever see you

15   actually enter the room with Mr. Davis like

16   together?

17   A.  Yes.

18   Q.  And you said a housekeeper did?

19   A.  Yes.

20   Q.  Do you recall was that the first time,

21   second time or third time you went to

22   Neshaminy?

23   A.  No.

24   Q.  You don't recall?
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 360 of 395
Case 2:17-cv-04491-TJS Document 334 Filed 10/11/18 Page 349 of 384

347

1     A.  No.

2     Q.  Do you recall what the circumstances

3   were?  Was she trying to get in your room?

4   Did she see you from the parking lot?  Do you

5   remember?

6     A.  She was -- I guess she was just leaving

7   a room, I guess, from cleaning it and she

8   seen us coming up the steps.  She just kept

9   going.

10    Q.  Was that the only time you recall seeing

11  this housekeeper?

12    A.  Yes.

13    Q.  Do you recall what she looked like?

14    A.  No.

15    Q.  The woman who first checked you in the

16  first time when she first checked in

17  Mr. Davis --

18    A.  Yes.

19    Q.  -- did you ever see that same woman

20  again?

21    A.  No.

22    Q.  The housekeeper who came into your room

23  to clean --

24    A.  Yes.

Donna A. Bittner Reporting

████████████

348

```
 1    Q.  -- when you were still in there, did you
 2  ever see her again?
 3    A.  I don't know.
 4    Q.  And the housekeeper who saw you from
 5  another room when she was leaving the room,
 6  you never saw her again; correct?
 7    A.  No.
 8    Q.  That is correct?
 9    A.  Yes.
10    Q.  When you left Neshaminy after each time,
11  would you just leave your key card, do you
12  remember, or do you recall how you left?
13    A.  We'd just leave.
14    Q.  Just leave everything and walk out?
15    A.  Yes.
16    Q.  Because you had already paid?
17    A.  Um-hum.
18    Q.  Just leave the keys in the room?
19    A.  Yes.
20    Q.  Would you -- was your transportation the
21  same each time to leave?
22    A.  Sometimes it would be a cab or sometimes
23  it would be the bus.
24    Q.  Well, let me ask you then.  The first
```

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 362 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 353 of 354

349

1   time you left Neshaminy the day after your

2   first day, the morning after, how did you --

3   where did you go after that?

4       A.   Motel 6.

5       Q.   And what was your mode of

6   transportation?

7       A.   SEPTA.

8       Q.   And the stop was right around the inn;

9   correct?

10      A.   Yes.

11      Q.   The second time you left Neshaminy, what

12  was your mode of transportation?

13      A.   Cab.

14      Q.   And where were you going?

15      A.   Motel 6.

16      Q.   And the third time you left Neshaminy,

17  what was your mode of transportation?

18      A.   Bus.

19      Q.   Same bus stop?

20      A.   Um-hum.

21      Q.   So you just shut the door of the room.

22  It looks like was there a staircase right

23  there?

24      A.   Um-hum.

```
 1      Q.  On the end?

 2      A.  Yes.

 3      Q.  And you would just walk down that

 4   staircase?

 5      A.  Yes, and go across the street and get on

 6   the bus.

 7      Q.  So you never even had to talk to

 8   anybody?

 9      A.  No.

10              MS. O'CONNELL:   I think that

11   might be all the questions I have.  I'm going

12   to look over my notes.  I think Mr. Greenberg

13   might have a couple follow-ups, but I

14   appreciate your time very much.  Thank you.

15              THE WITNESS:  You're welcome.

16              VIDEO SPECIALIST:   Going off the

17   video record at 5:24.

18              (Discussion held off the record.)

19              VIDEO SPECIALIST:   We are back on

20   the video record at 5:24.

21   BY MR. GREENBERG:

22      Q.  Ms. ███ you were just asked some

23   questions about your medical history and

24   psychological history as a child and you
```

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 364 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 10/11/18 Page 353 of 354

351

1    disagreed with some of the things that were

2    reported to treaters about your history.

3              I gather that you didn't agree

4    with some of the things your mother said

5    about you; am I right?

6    A.   Yes.

7    Q.   Is your mother generally an honest

8    person?

9    A.   No.

10   Q.   Switching gears, what do you remember

11   about the color scheme in the Motel 6 rooms?

12   A.   It's like orange, orange, tan, cream

13   colors, nude colors.

14   Q.   And what do you remember about the

15   layout of the furniture?

16   A.   Two beds to the left, TV to the right,

17   sink, mirror straight ahead.  To the left

18   there was --

19   Q.   What?

20   A.   To the left there was the bathroom right

21   next to the sink and the mirror.

22   Q.   Were all the rooms just like that or

23   were some of them different?

24   A.   They were just -- they were the same.

Donna A. Bittner Reporting

Case 2:20-cv-00299-DBT  Document 342  Filed 07/01/20  Page 365 of 395
Case 2:20-cv-04491-TJS  Document 342  Filed 07/01/18  Page 354 of 354

352

1    Q.  Did you ever have any conversation with
2    any Motel 6 employees?
3    A.  No.
4    Q.  Do you think you ever displayed in the
5    presence of Motel 6 employees any fear that
6    they could see on you?
7    A.  No.
8    Q.  Now, you said you exchanged money with
9    Mr. Davis in the presence of Motel 6
10   employees.
11   A.  Yes.
12   Q.  Did you ever have any conversations with
13   him that they could hear, to the best of your
14   recollection?
15   A.  Yeah, they were standing right there.
16   Q.  What kinds of things did you and he talk
17   about?
18   A.  Nothing.  It would just be like give me
19   the money and I would give it to him and he
20   would take it.
21   Q.  In order to pay for the room?
22   A.  Yes.
23   Q.  You told us about problems you had with
24   foster parent Brown.

```
 1    A.   Yes.
 2    Q.   Did you have any problems with Reena
 3   Neeley?
 4    A.   Yes.
 5    Q.   Why problems did you have with her?
 6    A.   Trust.  She was violating HIPAA rights,
 7   my HIPAA rights.
 8    Q.   She was what?
 9    A.   She was violating HIPAA.
10    Q.   How so?
11    A.   She was telling my information about the
12   human trafficking case to people that
13   shouldn't know.  She was exposing my
14   relationship issues with my baby father to
15   other people that shouldn't know.  She just
16   was a bunch of drama.
17    Q.   Did you and she argue?
18    A.   Yes.
19    Q.   And how did you part?
20    A.   Say that again.
21    Q.   How did you part ways?  Was it a
22   friendly parting or an unfriendly parting?
23    A.   What do you mean by that?
24    Q.   When you finished living in her place --
```

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 367 of 395
Case 2:20-cv-04491-TJS Document 342 Filed 07/01/18 Page 356 of 354

354

1    A.   Um-hum.

2    Q.   -- was it an unfriendly departure or a

3    friendly parting of the ways?

4    A.   It was a friendly departure.

5    Q.   It was?

6    A.   Yes.

7    Q.   Did you ever ask any Motel 6 employees

8    for help?

9    A.   No.

10   Q.   Did you have problems with the way you

11   were treated at Vision Quest?

12   A.   Yes.

13   Q.   What problems?

14   A.   Just not proper care.

15   Q.   How?

16   A.   You said Vision Quest; right?

17   Q.   Yes.

18   A.   Yeah, not proper care.  They would, if

19   you complained about something to medical or

20   just anything, it would take however long

21   until they felt like addressing the

22   situation.

23   Q.   Anything else?

24   A.   It was very unsanitary, very unsanitary

Donna A. Bittner Reporting

355

1   building.

2    Q.  It was dirty?

3    A.  Yes.

4    Q.  Where?

5    A.  Everywhere.

6    Q.  Where you slept, where you used the

7   bathroom?

8    A.  Yes, everywhere.

9    Q.  Where you ate?

10    A.  Yes.

11    Q.  It was dirty everywhere?

12    A.  Yes.

13    Q.  And you said that you didn't like or you

14   were unhappy with the Villa because they kept

15   telling you you would be going home and they

16   lied to you?

17    A.  Yes.

18    Q.  Do you have any other problems with the

19   Villa?

20    A.  Um, I had some altercations.

21    Q.  With other?

22    A.  Girls and staff.

23    Q.  And staff?

24    A.  Yeah.

Donna A. Bittner Reporting

```
1     Q.   What were the altercations about?

2     A.   Just the staff were very, took advantage

3     of the power they were given, so they would

4     taunt you, tit for tat, make friends with a

5     girl they know that don't like you and

6     manipulate them to start with you, things

7     like that.

8     Q.   Did you have any problems with the

9     Northern Home?

10    A.   Yes.

11    Q.   What problems did you have there?

12    A.   I was attacked by a girl when I was

13    pregnant with my daughter.

14    Q.   Another resident?

15    A.   Yes.

16    Q.   Did you have any other problems there?

17    A.   No.

18    Q.   Did you have any problems at the Lee

19    Preparatory Academy?

20    A.   No.

21    Q.   What about the New Direction Shelter,

22    5201 Old York Road?  Is that Vision Quest?

23    A.   Yeah, that's Vision Quest.

24    Q.   Did you have any problems with the Doris
```

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 370 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 07/01/18 Page 359 of 384

357

1    Clark House in Lake Ariel?

2    A.   No.  I mean, I had gotten into an

3    altercation with a housemate, but yeah.

4    Q.   Were you treated well there?

5    A.   Yeah.

6    Q.   What's JJ Center, 48th and Haverford

7    Avenue in Philadelphia?  Do you recognize

8    that?

9    A.   Yes.

10   Q.   What do you call that place?

11   A.   The Youth, Youth Study Center.

12   Q.   Were you treated well there?

13   A.   Yes.

14   Q.   You spent a couple of months with a

15   Regina Ndeto, N-D-E-T-O, 424 Wynnefield

16   Avenue in Upper Darby.

17   A.   Yes.

18   Q.   Do you recall that in 2013?

19   A.   Yes.

20   Q.   Was that a foster home?

21   A.   Yes.

22   Q.   Did you have any problems with her?

23   A.   Yes.

24   Q.   What problems?

Donna A. Bittner Reporting

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 371 of 395
Case 2:17-cv-04491-TJS Document 30-2 Filed 10/11/18 Page 360 of 384

358

1    A.   Her daughter, she tried to fight me

2    once.

3    Q.   Any other problems?

4    A.   Bedbugs.   Bedbugs.

5    Q.   How old was the daughter that tried to

6    fight you?

7    A.   24.

8    Q.   What contact did you have, if any at

9    all, with the housekeepers at the Motel 6?

10   A.   What do you mean by that?

11   Q.   Did you have any dealings with the

12   housekeepers at the Motel 6?

13   A.   No.

14   Q.   You saw them?

15   A.   Yeah.

16   Q.   You did or you didn't?

17   A.   I did.

18           MR. BEZAR:   Keep your voice up,

19   ▬▬▬▬▬

20           THE WITNESS:  Yes, I did.

21   BY MR. GREENBERG:

22   Q.   You didn't talk to them at all?

23   A.   No.

24   Q.   They didn't talk to you?

Donna A. Bittner Reporting

1    A.   No.

2              MR. GREENBERG:    Those are all my

3    questions.

4              MR. BEZAR:    Thank you.

5              MS. O'CONNELL:    Do you have any

6    follow-up, Nadeem?

7              MR. BEZAR:    No.  I'm so sorry.

8    Everyone was looking at me.

9              VIDEO SPECIALIST:    This ends the

10   videotape deposition of ██████████ on

11   August 23rd, 2018, at 5:33 p.m.

12             (Witness excused.)

13                       - - -

14             (Deposition concluded at 5:33

15   p.m.)

16

17

18

19

20

21

22

23

24

Case 2:20-cv-00299-PBT Document 342 Filed 07/01/20 Page 373 of 395
Case 2:17-cv-04491-TJS Document 342 Filed 10/11/18 Page 362 of 384

360

```
1                        CERTIFICATE
2
3              I HEREBY CERTIFY that the
4     proceedings, evidence and objections are
5     contained fully and accurately in the
6     stenographic notes taken by me upon the
7     foregoing matter on Thursday, August 24, 2018
8     and that this is a true and correct copy of
9     same.
10
11
12
13              Donna A. Bittner, RMR-CRR, CSR(NJ)
14
15
16              (The foregoing certification of
17     this transcript does not apply to any
18     reproduction of the same by any means, unless
19     under the direct control and/or supervision
20     of the certifying reporter.)
21
22
23
24
```

Donna A. Bittner Reporting

E.B. v.
MOTEL 6 OPERATING, L.P., et al.

August 23, 2018

## $

**$100** (1) 159:4
**$180** (4) 158:24;
159:4,18;163:9
**$60** (1) 159:4
**$8,000** (2) 248:13,16

## A

**able** (16) 6:19;28:24;
112:10;141:20;
143:19,20;148:8;
183:11;218:1;
235:17;274:19;
291:3;299:23;
313:15;334:5,11
**abortion** (1) 282:12
**absolutely** (5) 161:11,
12;166:24;187:7;
295:10
**abuse** (10) 25:9;26:6;
40:20;41:15;189:16;
264:5,23,23;265:20;
343:16
**abusing** (1) 314:6
**abusive** (2) 261:14;
267:15
**Academy** (1) 356:19
**accept** (1) 196:11
**accepting** (1) 196:16
**access** (1) 229:17
**accommodate** (1)
12:1
**accomplish** (1) 224:9
**according** (1) 159:11
**account** (2) 129:16;
264:5
**accurate** (3) 8:6;
26:22;148:19
**achieve** (1) 292:19
**across** (3) 9:18;92:2;
350:5
**actin** (1) 235:20
**acting** (1) 156:19
**activate** (1) 254:10
**activity** (1) 74:7
**actually** (9) 73:17;
136:4;140:22;
163:22;210:14;
300:4;345:16,21;
346:15
**ad** (13) 66:12;67:4,
19;71:24;78:3;89:20;
111:13;129:8,9,13,
17,18,23
**add** (1) 111:20
**added** (1) 264:23
**address** (21) 6:4;9:4,
20;20:3;130:22;
131:4;182:7;185:18;
186:2,6;201:23;

211:4,12,14;256:20,
21,23;279:14;281:19,
22;328:8
**addressed** (1) 211:7
**addresses** (1) 186:3
**addressing** (1)
354:21
**Aderinto** (2) 4:22,22
**ADHD** (4) 317:24;
318:4,5,9
**Adia** (1) 15:1
**A-D-I-A** (3) 14:16,17;
15:2
**admitted** (5) 136:22;
158:16;159:12;
162:10;163:7
**Adrienne** (2) 310:6;
311:8
**adult** (2) 135:20;
303:21
**adults** (2) 34:13,14
**advance** (1) 245:17
**advantage** (1) 356:2
**advantages** (1) 304:4
**Adwoa** (3) 21:12;
23:12;314:21
**A-D-W-O-A** (1) 21:12
**affected** (2) 39:5;
257:3
**Afia** (8) 13:14,19;
14:23;44:4,6;203:19,
20;204:8
**A-F-I-A** (2) 14:19,23
**Afia's** (1) 15:14
**afraid** (8) 57:3;135:7,
8,19;155:14;251:3,7;
261:4
**African** (1) 81:11
**afternoon** (4) 86:12;
127:15;292:4,5
**afterwards** (2)
250:24;337:22
**Afua** (1) 13:22
**A-F-U-A** (1) 13:22
**again** (33) 17:15;
45:16;56:2;88:4;
89:1;98:7;104:24;
105:18,24;129:23;
132:12;140:9;
144:22;162:2;
168:19;192:3;196:7;
199:10;205:7;
210:16;231:22;
236:8;243:20;244:8;
261:4;271:16;272:6;
325:20;330:5;
347:20;348:2,6;
353:20
**against** (19) 8:10;
41:16,18;166:12;
178:3;189:15;
216:24;219:3,7;
220:10,11,14,16;

243:9;246:19;265:1;
283:12;284:1;315:24
**age** (40) 17:2,10,15;
19:6,12,23;21:17,17;
22:4;34:9,15;58:18;
66:13,16;67:5,7;
73:16;134:6,19,21,
23;135:2,3,6,13,18,
23;146:1;282:9;
301:21,22;303:24;
304:15,20;308:19,21;
309:12;322:9;
323:21;324:1
**agency** (1) 29:11
**Agent** (4) 206:10;
249:10;262:11,12
**agents** (5) 206:8,18;
207:3,12;262:9
**aggressive** (1) 251:1
**ago** (4) 41:10;249:4;
257:1;258:24
**agree** (3) 130:21;
167:16;351:3
**agreement** (1) 151:1
▆▆▆▆▆▆ (17) 4:5;
5:15;6:5;8:13,14,15;
136:21;141:14;
158:16;263:5;264:7,
16,20;265:6,7;
266:23;359:10
**ahead** (21) 38:10;
56:10;61:8;62:19;
64:1;119:14;143:22;
147:19;148:13;
154:14;187:1;
198:17;223:9;
229:23;238:14;
245:11;246:2;
285:17;296:4;
338:15;351:17
**aide** (1) 20:2
**Aiko** (2) 215:5,15
**ain't** (3) 217:1;
219:13;235:16
**airport** (6) 78:17;
79:23;87:20;98:11;
100:1;116:12
**Akua** (4) 21:12,19;
23:18;314:21
**A-K-U-A** (1) 21:19
**al** (1) 4:6
**Albuterol** (1) 293:12
**Alexander** (1) 317:18
**Allegheny** (4) 57:12;
61:22,24;65:16
**alleging** (1) 54:21
**Allowance** (4) 47:20,
21;49:15;50:13
**allowed** (6) 46:1;
161:19;200:16;
265:9;276:17;277:19
**allowing** (1) 265:4
**alone** (5) 110:2,5;

172:3,13;289:19
**along** (9) 88:15;
138:5;140:23;148:8;
158:6;217:21;
264:17;315:1;316:22
**altercation** (2) 33:21;
357:3
**altercations** (2)
355:20;356:1
**always** (14) 12:7;
98:20;103:7;115:16,
17;121:6;124:3;
125:11;126:1;147:9;
257:9,20,21;337:13
**America** (1) 286:10
**American** (1) 81:11
**amount** (1) 248:10
**anal** (1) 131:19
**ankle** (1) 103:10
**announce** (1) 247:19
**answered** (11) 50:8,
18;133:18;147:22;
181:15;243:14;
244:4,7,11,22;245:4
**anxiety** (5) 293:19;
294:1,5,7,12
**anymore** (5) 171:12;
238:7;247:7;259:8;
307:22
**anywayl** (1) 216:16
**apartment** (11) 25:23,
24;40:5,6;43:7;
201:21;202:9,24;
222:18;223:14;233:7
**apartments** (1)
202:15
**apologize** (5) 46:16;
160:19;161:1;
318:16;336:17
**Apparently** (1) 62:14
**appear** (6) 35:22;
36:5;38:12;175:15;
178:16,19
**appearance** (1) 177:3
**appeared** (6) 30:8;
140:14;141:8;
143:10;144:24;
176:15
**appears** (1) 282:4
**appetite** (2) 259:1,4
**appointed** (1) 306:11
**appointment** (1)
241:13
**appreciate** (2) 330:3;
350:14
**approximate** (4)
21:17;197:18;
326:17;333:7
**approximately** (8)
20:5;43:15;150:17;
156:5;177:20;
202:12;339:9;334:15
**April** (6) 181:8;

182:13;199:23;
203:7;271:20,23
**area** (3) 83:21;87:20;
99:15
**areas** (1) 299:17
**argue** (6) 137:24;
138:12,22;160:9;
187:2;353:17
**arguing** (1) 138:1;
187:3
**argument** (5) 31:2,3,
6;32:18;64:22
**Ariel** (3) 29:4,6;357:1
**A-R-I-E-L** (1) 29:6
**arising** (1) 35:19
**Army** (3) 48:9,11,20
**around** (26) 49:23;
52:18;63:12;69:15;
86:13;89:1,4;95:20;
99:6;101:8,12;102:8;
104:11,20;105:13;
107:10;157:6;
238:21;289:6;291:3;
292:24;309:10;
317:7;334:22;
341:20;349:8
**arranged** (1) 25:24
**arrangements** (1)
273:8
**arrest** (22) 27:23;
120:8,17;132:16;
141:24;145:24;
149:16;154:5;
155:24;159:13,21;
167:15;173:11,16;
174:1;175:19;
181:19;205:18;
221:18;278:9,9,21
**arrested** (40) 117:15;
120:5,13;130:5;
155:20;156:6,9,12,
20;162:15;165:14;
174:14;183:16;
184:18;187:24;
188:21;189:9;190:2,
6;199:1;205:10,15,
15;207:24;208:2,20;
209:6,7;217:20;
221:23;226:11;
237:24;251:9;269:8,
23;305:17;306:17,
22;307:4;315:11
**arresting** (2) 322:24;
323:9
**arrive** (1) 158:16
**arrived** (1) 64:3
**arthritis** (1) 317:5
**articles** (3) 122:16,17,
17
**articulate** (1) 154:15
**Artist** (1) 215:4
**artists** (4) 213:11,13;
215:10;231:22

Case 2:20-cv-00299-DBT   Document 342   Filed 07/01/20   Page 375 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.
August 23, 2018

**artwork (1)** 339:5
**ASAP (1)** 236:10
**aside (2)** 142:10;
248:19
**asleep (1)** 64:18
**ass (2)** 228:17;
233:17
**Assault (2)** 36:12;
343:18
**assigned (3)** 271:10,
11;306:3
**assume (3)** 197:5;
229:2;280:19
**assumed (1)** 218:5
**assumes (1)** 148:4
**assuming (1)** 302:24
**asthma (2)** 293:12,15
**ate (1)** 355:9
**Attached (1)** 230:8
**attacked (1)** 356:12
**attacking (1)** 314:13
**attempted (1)** 248:22
**attend (2)** 265:4;
266:1
**attendance (2)** 51:14,
17
**attention (4)** 101:9;
106:6;263:1;334:19
**attitudes (1)** 233:21
**attorney (6)** 139:18;
271:6,17,24;272:2,8
**attorneys (4)** 4:16;
171:5;272:11
**Attorney's (3)** 262:4;
263:19;264:9
**August (10)** 25:2;
40:19;43:18;204:5,6;
253:14;261:8;271:1;
306:16;359:11
**aunt (3)** 23:19;56:9;
290:19
**automatically (1)**
271:12
**available (1)** 200:18
**Avenue (6)** 63:15,22,
24;256:19;357:7,16
**average (2)** 81:16;
332:21
**aware (1)** 295:3
**away (15)** 55:17,19,
22;70:2;97:13;125:7;
127:9;174:8;196:3;
202:18;316:9;
326:11;330:23;
333:8,20
**awning (1)** 330:11
**AWOL (2)** 306:2,5

**B**

**baby (6)** 43:23;203:3,
10;226:16;296:15;
353:14

**back (107)** 8:23;
16:23;35:8;45:9,21;
46:5,11;61:1;62:20;
64:17,18;66:11,23;
69:2;71:23;74:2,4;
76:9;83:4;84:1,18;
87:23;88:19;89:9,13;
90:18,19;93:10;97:9;
98:10;101:2,3,11;
105:14;107:13;
115:15,17;116:14;
117:7;118:7;123:23;
124:12;125:17;
139:13;143:15,20;
144:5,6,14,16,20;
151:7;153:3;154:23;
160:20;166:6;
167:10;172:23;
173:2,22;174:8;
177:3;179:4;181:10,
14,18;184:21;190:8,
14;191:17;193:22;
194:11;198:22;
200:5;204:13,13;
208:21;222:15;
223:11;233:6;235:2,
4;236:8,9;237:12;
243:17;251:4;
255:17;266:19;
286:3;290:6,8,11,23;
291:3;292:1;295:17,
18;309:9,11;316:2;
327:24;331:19;
334:22;338:9,10;
350:19
**Backing (1)** 134:14
**Backpage (8)** 71:24;
78:4;85:16;89:20;
129:8,9,11,23
**bad (8)** 37:8,10;
184:5;257:16,17;
259:2;308:14;319:3
**badge (6)** 132:15;
133:17,23,23;134:15;
222:1
**badger (1)** 121:19
**bag (10)** 51:8;335:9,
10,11;336:3,5,13,16,
23;337:12
**bags (1)** 335:7
**balcony (1)** 345:8
**banks (1)** 295:18
**bar (3)** 330:14,15,19
**Barbara (2)** 274:1,2
**barely (1)** 258:23
**based (3)** 100:12;
252:16;253:20
**basically (18)** 182:1;
184:4,7;212:22;
213:21;219:18,20;
220:8;224:9;226:4;
232:8;236:1;249:12;
301:6;321:6;330:19;

**332:4;337:13**
**basis (3)** 31:6;276:3;
293:11
**Bates (4)** 228:24;
229:1;230:3;280:3
**bathroom (4)** 64:20,
21,23;338:16;
351:20;355:7
**bathtub (1)** 316:8
**b-day (1)** 216:11
**became (4)** 17:17;
18:19;250:24;307:19
**become (3)** 137:12;
138:5;250:14
**bed (3)** 64:16;
169:20;249:6
**bedbugs (3)** 296:12;
358:4,4
**beds (3)** 338:14,15;
351:16
**bedspreads (1)** 339:3
**beer (3)** 94:7;330:13,
15
**began (5)** 55:4;
59:17;66:5;74:8;
75:19
**begin (1)** 26:7
**beginning (4)** 55:3;
112:17,18;240:21
**begins (2)** 139:22;
158:9
**behave (1)** 291:8
**bell (1)** 248:13
**belong (1)** 215:14
**belongs (1)** 215:11
**below (2)** 279:10;
282:9
**Ben (1)** 4:20
**Beneath (2)** 231:14;
236:12
**benefits (2)** 296:23;
297:22
**Bensalem (4)** 139:21;
146:7;148:17;174:16
**besides (6)** 16:2;
46:18;110:22;
198:24;228:22;
290:22
**best (8)** 112:20;
150:21,23;151:4,5,
12;177:14;352:13
**better (11)** 17:4;32:1,
12;38:19;40:16;42:4;
181:1;215:1,3,16;
216:2
**(37)** 5:15;6:2,5,
6,7,8;8:13,14,15;9:2;
23:15;61:4;73:16;
118:11;136:21;
139:16;148:15;
158:4,16;162:7;
167:13;168:1;
237:16;263:2,5;

264:7,16,20;265:6,7;
266:23;279:5;286:6;
287:24;292:4;328:4;
350:22
**2 (1)** 237:20
**Beyonce (1)** 215:6
**BEZAR (205)** 5:8,8,
22;11:4;12:11,17;
17:18;18:1;26:23;
27:20;28:2,17;29:22;
30:3,13;31:18,22;
32:2,6,12;37:4,10,14;
38:3,9;50:4,7,17,21;
55:6,10,13,16;56:11,
15;60:1,19;63:1,5;
64:11;68:7;73:5,10;
75:11,24;76:4,8;
82:23;84:20;95:13;
103:24;107:23;
112:11,16;119:13;
122:6;124:19,23;
126:19;132:24;
136:10,14,17;137:4,
9,13,16,20;138:1,4,
16,19,23;139:3;
140:17;141:5;
142:13,19,24;143:5,
8,14,24;144:4,11,18;
145:7,12,17,20;
147:3,8,13,18;148:1;
150:18,23;151:9,21;
152:24;153:4;154:7,
13;159:15,19;160:2,
5,11,15;161:4,6,12,
17;163:22;164:8;
166:13,19,24;167:6,
19;170:23;175:9;
180:13;185:19;
186:1,9,14,21;187:3,
7,10,14;196:20;
198:14,17;208:3,12;
220:1;223:19,22;
227:23;228:21;
229:6,9,23;230:12;
234:17,20;236:18;
238:12;239:21;
240:11,17;242:12,24;
243:5,11,19,24;
244:3,6,12,21;245:3;
246:2;252:13;258:4;
268:22;274:20;
275:18,21;276:1,5,9,
12,15,21;277:1,6,11,
14,15;279:1,22;
280:15,20,23;284:19;
285:6,18;287:10,14,
17;289:3;295:8;
310:20;319:22;
320:1;331:1;342:22;
343:5;344:20;
358:18;359:4,7
**big (5)** 34:17;101:17;
169:20;338:17,22

**bigger (1)** 329:24
**biological (3)** 19:18,
21;20:13
**biopsychosocial (1)**
263:18
**biosocial (1)** 263:17
**birth (15)** 9:2;14:3,9,
12,13;15:1,4,8;42:7;
43:5;44:24;203:22;
263:5;282:5,23
**Birthday (6)** 22:16;
70:23;71:9,12,12,14
**bit (7)** 134:14;186:17;
238:22;292:8;
295:15,17;329:20
**bitches (2)** 230:20,23
**Bittner (2)** 4:15,15
**black (8)** 81:12,18;
103:8;106:19;
169:23;228:17;
332:18;333:1
**blade (6)** 166:4;
167:18,20;168:2,3,4
**blame (3)** 151:16;
152:6;188:3
**blaming (1)** 249:12
**bleed (2)** 319:14,16
**blessings (4)** 222:13;
223:6,7,8
**blonde (1)** 133:8
**blow (2)** 233:11,13
**blue (1)** 133:7
**body (9)** 35:15;58:17;
66:11;103:19;
132:18;156:18;
241:9;250:15,18
**book (2)** 51:7;54:2
**books (2)** 253:17,17
**born (16)** 42:9,12;
43:3,13,20,21;44:4,
10,19,21;203:18;
204:8;249:19;
265:15;267:8;289:1
**both (19)** 33:11;34:3;
102:18;124:1,1,2;
125:21,22;126:3;
138:14;154:17;
207:24;208:20;
226:24;237:24;
260:15;288:21;
314:21;334:21
**bother (1)** 52:10
**bottles (5)** 136:4,20;
141:12;142:3,6
**bottom (3)** 140:13;
228:16;329:13
**bought (2)** 122:15,20
**box (1)** 165:23
**boxes (1)** 168:8
**boy (1)** 13:17
**boyfriend (4)** 16:3;
193:9;199:19;217:5
**boyfriends (1)** 17:23

Case 2:20-cv-00899-JBT Document 842 Filed 07/01/20 Page 376 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.                                    August 23, 2018

**boys (1)** 23:3
**bra (1)** 133:20
**Brana (1)** 277:23
**break (18)** 40:22,23; 117:20;118:11; 138:24;139:4,5; 166:16,19;167:2,13; 174:12;194:14; 219:19;227:10,12; 232:7;285:19
**breaking (1)** 309:19
**breasts (2)** 66:8; 132:19
**Brian (2)** 4:12;284:22
**Bridge (2)** 273:6,9
**bring (4)** 76:9;160:17, 20;260:17
**broad (9)** 55:10;92:4, 7;105:5;107:12; 127:24;281:22,23; 325:23
**broke (5)** 31:2,3; 40:24;44:13,14
**Brooking (2)** 199:12; 200:11
**Brookins (3)** 15:19, 21;199:11
**Broomall (1)** 252:10
**brothers (4)** 21:7,7, 10;22:6
**brought (2)** 45:3; 222:5
**Brown (5)** 46:21; 49:8;332:18;333:1; 352:24
**BSL (2)** 325:22,23
**BTPD1 (1)** 139:24
**BTPD61 (1)** 140:4
**BTPD7 (1)** 140:12
**BTPD9 (2)** 157:24; 158:4
**Bucks (12)** 174:4,15, 22,22;175:4,5; 176:12;177:8,21; 179:22;188:12;219:9
**building (5)** 178:21; 207:20;273:23; 330:20;355:1
**bully (1)** 52:16
**bunch (8)** 85:11; 213:10,12;224:20; 226:1;257:22;285:7; 353:16
**Burglary (1)** 307:1
**burning (1)** 311:22
**bus (25)** 49:12;91:24; 92:1,3,10,12;98:14; 105:10;113:5;124:4, 7;126:13;127:18,21; 128:1;255:16; 324:12,15;326:6,13, 19;348:23;349:18, 19;350:6

**business (5)** 103:4; 156:17,17;299:15,24
**busted (4)** 158:24; 163:10,11,23
**Butler (2)** 19:22,22
**button (5)** 82:15; 133:10;166:2
**buy (4)** 95:17;99:19; 259:19,20
**buying (4)** 95:1; 104:14,21;107:11
**buys (1)** 260:12

**C**

**Cab (6)** 78:23;126:8, 9;127:24;348:22; 349:13
**call (33)** 11:24;14:23; 52:24;65:17;131:23; 174:7;177:8;184:8; 186:14,15,22;187:13; 191:13,18,20,23; 192:17;194:21,22; 195:1;196:7,15; 197:10,14,19;235:18, 19;236:2;252:24; 300:21;309:20; 310:13;357:10
**called (29)** 56:16,17; 57:13;59:19;62:6,12; 63:13;65:21;73:18, 23;131:15;190:24; 191:1;192:23;193:1, 14;194:15;203:4; 204:19;208:23,24; 217:22;226:1; 252:17;273:6;281:9; 296:5;298:22;344:3
**calling (5)** 186:16,23; 187:11;199:17,18
**calls (3)** 130:19; 145:5;200:16
**came (38)** 26:8; 41:12;43:9;59:22; 63:5;64:3,17,18; 71:23;72:1;85:2; 97:9;129:3;133:12; 156:8,12;157:2; 173:2;184:16;185:4; 189:8;190:1;193:8; 202:1;207:12; 221:24;227:22; 229:2;249:4;250:1; 251:19;254:20,23; 279:8;280:14;335:4; 341:19;347:22
**campus (3)** 28:21,22, 24
**can (123)** 7:2,8,14, 18;9:7;11:24;13:22; 17:19;18:2;21:11; 26:22,24;27:21;

**carry (1)** 342:15
**carrying (2)** 166:10; 168:1
**cars (1)** 101:16
**Carter (1)** 310:7
**Carver (1)** 319:2
**case (23)** 8:8;35:19; 72:7;178:11;183:11; 199:3,6;220:13; 241:13;246:24; 247:9,13;262:1; 263:23;271:7,15,18; 272:3,9;275:12; 285:2;311:1;353:12
**Cash (12)** 121:5,12; 122:2,18,21;132:14; 253:19;296:23; 297:9,24;321:5; 336:8
**catch (2)** 92:1;126:13
**catching (1)** 126:11
**Caucasian (4)** 81:11; 133:7;331:17;332:17
**caught (5)** 69:23; 127:24;233:9;305:1
**cause (3)** 35:13; 222:13;223:5
**caused (6)** 14:10; 31:12;56:4;61:13; 252:24;258:20
**CCP (1)** 299:13
**ceased (1)** 73:9
**celebrate (2)** 71:12, 14
**cell (6)** 86:23;184:22; 185:1,3;191:2; 200:21
**center (15)** 84:18; 96:21;174:22,23; 175:4;177:9,21,24; 179:23;219:9;279:9, 11;288:19;357:6,11
**certain (4)** 49:1; 83:21;251:4;283:4
**certificate (5)** 14:3,9, 12,13;15:1
**chance (2)** 254:10; 259:16
**change (15)** 13:23; 39:2;185:14;202:15; 250:19,21;327:17; 336:6;337:6,11,15; 342:8,9,10,17
**changed (7)** 12:7,9; 70:15;153:24; 257:11;258:22; 339:18
**charge (1)** 27:24
**charged (1)** 176:7
**charges (2)** 176:12; 178:3
**charm (1)** 320:12
**cheap (1)** 48:8

**check (10)** 83:9;86:9, 10;87:17;88:24;89:6; 106:14;115:4; 253:20,23
**checked (23)** 80:24; 81:9;85:24;86:1,18; 87:24;89:7;97:24; 105:12,22;107:9; 111:4;115:1;116:13, 13;120:22;124:14,18, 19;128:21,24;347:15, 16
**check-in (15)** 98:18, 20,21;105:19,24; 106:10,11,13;113:8, 10;121:2;122:24; 123:18;128:12;129:1
**checking (5)** 106:3,4; 117:9;127:11;291:6
**Checks (4)** 122:11, 13;254:1,7
**chief (1)** 282:4
**child (45)** 15:10,22; 28:11;29:2;30:20; 39:13,19,21,22,24; 40:4;42:8;46:3; 174:6;180:10,19,22; 181:6;182:16; 190:21;191:11; 192:10;193:17; 195:5,20;196:3; 198:21;199:13,14,22; 203:13;216:10; 219:8;222:14; 223:10;224:11; 234:16;235:18; 246:7;265:3,6; 269:11;293:22; 315:14;350:24
**children (12)** 11:24; 13:2,9;41:12;42:8; 45:14;46:7,11;56:9; 203:4;248:20;259:18
**child's (5)** 251:12; 252:20;254:24; 261:6;288:5
**Chillin (4)** 213:5,7; 231:15;236:7
**Chinese (1)** 91:10
**Chiraq (1)** 213:16
**choice (2)** 46:12; 296:20
**choices (1)** 291:4
**choose (3)** 149:1; 152:22;153:8
**choosing (1)** 299:17
**Chris (5)** 96:19; 97:13;171:23;182:4; 211:13
**Christmas (1)** 216:12
**cigar (1)** 95:1
**circulating (2)** 229:1, 14

**circumstances (5)**
22:14;32:3;41:11;
296:15;347:2
**cite (1)** 161:17
**City (15)** 63:14,22,23;
66:19;92:8,8;96:21;
101:21;102:1;
104:11,20;105:13;
107:10;128:1;338:6
**civil (2)** 272:3,9
**claim (2)** 277:18;
283:19
**clarify (5)** 124:24;
229:24;230:13;
304:23;323:16
**clarifying (1)** 336:18
**Clark (1)** 357:1
**classes (1)** 318:14
**classroom (1)** 298:24
**clean (6)** 71:4;127:6,
7,9,10;347:23
**cleaned (1)** 340:19
**cleaning (2)** 345:1;
347:7
**clear (3)** 73:11;
121:22;149:24
**clearer (1)** 329:21
**clearly (1)** 161:22
**clerk (1)** 334:13
**client (8)** 5:5;160:16,
20;161:8,20;162:1,3;
276:6
**clients (1)** 54:22
**client's (1)** 5:6
**clinic (2)** 279:18;
283:24
**close (5)** 159:1;
264:10;281:22;
285:14;326:3
**closed (2)** 132:11;
168:23
**closer (1)** 169:4
**closure (1)** 292:17
**Clothes (24)** 47:17,
21;48:20,21;99:20;
291:3;320:16;
333:22,24;336:6,6;
337:6,11,15,18;
338:6;341:20,24;
342:5,8,9,10,15,17
**clothing (5)** 48:2,13,
18;99:17;122:16
**coaching (2)** 161:10,
13
**cold (1)** 104:16
**college (2)** 233:8;
299:8
**colloquy (1)** 37:21
**color (7)** 82:12;
332:24;334:3;
338:24;339:1,18;
351:11
**colors (3)** 339:2;

351:13,13
**Comfort (22)** 114:17,
18;117:14;119:1;
120:6,12;127:12,14;
128:2,9,13;129:20;
132:1;155:19;156:3;
162:16,17,21;163:5;
207:24;237:24;
278:11
**comfortable (1)** 275:7
**coming (10)** 101:9;
199:15;222:14;
223:6,8;233:18;
252:11;309:10;
335:12;347:8
**Common (4)** 4:7;
29:15;73:17;305:16
**communicate (1)**
265:5
**communicated (2)**
41:6;181:21
**communication (4)**
190:8,17;192:19;
250:6
**communications (4)**
204:14;207:22;
209:2;210:18
**Community (1)**
279:11
**company (2)** 296:5,12
**complained (2)**
344:22;354:19
**complaint (1)** 282:4
**complaints (1)** 282:15
**complete (1)** 8:6
**completely (1)** 146:24
**complicated (1)**
298:20
**complies (3)** 169:7;
329:19;330:2
**comprehensive (1)**
263:17
**concern (1)** 131:2
**concerns (1)** 185:17
**Concerta (3)** 313:7,
12;318:10
**concluded (1)** 359:14
**condition (1)** 283:4
**condom (1)** 319:10
**condoms (10)**
158:12;168:22;
336:8,13,16,23;
337:1;341:20,24;
342:1
**confronted (3)**
141:14;142:2,6
**confused (5)** 174:11;
242:18;346:12
**confusion (1)** 14:10
**connection (1)** 30:12
**consecutive (2)**
119:6;124:10
**consent (2)** 319:4,4

**consideration (1)**
38:14
**considered (2)**
135:20;199:19
**consistently (1)** 190:5
**construction (1)**
133:11
**contact (6)** 182:1;
185:22;189:15;
248:22;333:14;358:8
**context (1)** 300:16
**continually (1)** 73:19
**continue (5)** 61:4;
69:5;74:1;145:18;
162:3
**continued (4)** 20:23;
90:18,19;246:13
**continuously (1)**
43:19
**contraception (1)**
282:21
**contraceptive (1)**
283:15
**control (3)** 183:14;
282:5,24
**controlling (2)** 183:8;
238:23
**conversation (8)**
195:3,6,18;206:6;
303:11;321:2;
334:12;352:1
**conversations (4)**
171:1,5;343:22;
352:12
**conveyed (1)** 214:5
**conviction (1)** 27:23
**convince (1)** 196:2
**cook (1)** 260:10
**cooking (1)** 254:24
**cool (3)** 232:14;
233:11,20
**cooperation (1)** 285:4
**cop (5)** 131:7;134:1,
16;156:15;322:23
**copied (1)** 281:1
**copies (1)** 327:8
**cops (11)** 101:7,12;
217:3;220:23;221:2,
10,12,20;232:14;
322:18;323:9
**copy (4)** 54:2;139:17,
19;158:7
**Cornell (1)** 19:22
**C-O-R-N-E-L-L (1)**
19:22
**corner (5)** 139:24;
140:2;229:15;327:1;
329:11
**corny (3)** 235:20,21;
236:1
**corrected (1)** 14:21
**Correction (1)** 115:2
**correctional (1)**

311:10
**correctly (4)** 141:20;
147:22;159:9;305:24
**counsel (5)** 5:6,20;
142:16;275:19,23
**counseling (1)** 273:12
**count (1)** 112:10
**County (18)** 4:8;28:6,
10;29:9,16;174:5,5,
15,22,22;175:4,5;
176:13;177:8,21;
179:22;188:13;219:9
**couple (19)** 43:6;
45:1;71:23;95:10;
102:7;117:8,12;
125:5;138:7;175:20,
22;193:16;241:1,10;
254:23;258:24;
321:9;350:13;357:14
**course (1)** 298:22
**Courseware (1)**
298:22
**Court (41)** 4:7,14;
7:18;26:21;29:11,15,
20,24;30:2,4;35:19;
45:15,20;46:1,5;
51:1;57:1;76:8;
139:2;154:23;
175:24;176:21;
177:2,14;189:8,10,
11;194:6;196:17,23;
197:5;198:6,20,24;
216:10;217:1;219:3,
8;230:11;234:23;
271:12
**courthouse (2)**
205:21,24
**courtroom (4)** 176:16;
205:16,19;241:15
**covered (1)** 103:19;
250:17
**covers (2)** 298:6,10
**Cracking (2)** 216:21;
223:17
**crash (1)** 337:14
**crazy (1)** 232:14
**cream (1)** 351:12
**credit (4)** 121:10,14,
24;125:13
**crime (2)** 212:10;
304:18
**criminal (4)** 227:11;
262:1;270:24;285:2
**Crozier (3)** 141:10,
11;222:2
**crying (1)** 167:2
**CTFU (3)** 216:18,20;
218:17
**cups (1)** 311:22
**curious (1)** 312:1
**current (1)** 9:4
**currently (6)** 22:22;
24:19;264:24;

266:23;282:21;299:7
**curtain (3)** 339:15,16,
16
**custody (1)** 26:20
**custom (1)** 142:23
**customer (1)** 130:18
**cut (2)** 111:21;168:8
**cutter (1)** 165:23
**cutting (2)** 243:23,24
**Cuz (4)** 233:8,20;
235:9,18
**cuzin (3)** 216:18;
217:17;218:12

**D**

**dad (1)** 235:20
**Daiquan (49)** 57:13;
59:9,23;61:22;63:19;
64:6;65:17;69:3,14;
72:13;74:7;83:9;
93:14;96:14;98:16;
130:2;132:5,12;
134:7;150:8;151:15;
155:4;181:17;
194:16;204:14;
207:23;214:4;222:5,
6;237:23;240:19;
243:9;244:18;
261:22;284:14;
285:2;286:11,21;
302:14;307:12,17;
311:11;320:6;321:3;
323:13,19;324:6;
342:10,15
**Daiquan's (2)** 324:8;
342:6
**damages (2)** 76:3;
240:16
**Darby (1)** 357:16
**dark (3)** 133:8,9;
333:2
**date (60)** 9:2;15:4,8;
70:21;71:3;72:19;
73:21;86:19;98:18;
108:19,23;120:8;
129:10;130:14,16;
132:10;157:10;
158:17;159:4,4,4,12,
19,21;160:6,7,23,24;
162:10;163:8,20;
164:14;168:20;
169:10,16;176:21;
185:12;188:23;
189:5,8,10;196:17,
23;197:6,19;198:6,
20,24;201:3,14;
208:13;210:11;
219:8;221:24;
241:22;263:5,6;
281:13,16;316:2
**dated (4)** 210:21;
211:18;261:5,9

Case 2:20-cv-00899-TJB Document 84-2 Filed 07/01/20 Page 378 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.                                    August 23, 2018

**dates (64)** 72:9,11,15,
22;73:13;74:9;78:6;
85:16,18;86:7;87:9,
11;89:22,24;90:13;
92:20;93:23;100:8;
104:8;108:6,18,20;
110:24;111:6,9,12,
18,23;112:3,7;
113:18;119:16,21,22;
130:4,6;139:23;
155:18;156:2,5,11;
157:12,19;158:16;
159:3,5,7;162:16,19,
19;163:2;164:23;
166:17;170:14;
171:24;172:7,13,24;
173:3,10;240:9,10,
19;263:6
**Dating (3)** 261:2,2;
283:10
**daughter (20)** 13:22;
42:8,16;43:2,11,13,
20;245:8;251:13,14;
255:10,11;265:14;
267:6;288:5,8;
289:16;356:13;
358:1,5
**Davis (54)** 59:10;
61:22;83:9;93:14;
98:16;110:4;113:6;
115:1;120:22;122:3;
123:17;150:8;
151:15;155:4;
158:15;171:14;
173:22;177:19;
181:17;187:17;
190:18;194:16,22;
197:12;198:5;199:1;
204:15;207:23;
211:7;237:23;242:5;
243:10;244:19;
246:11;248:22;
249:22;261:22;
278:10,16;286:11;
289:19;302:14;
311:11;318:19;
330:23;334:12;
335:17;343:13,23;
345:22;346:5,15;
347:17;352:9
**Davis' (3)** 195:9;
241:14;285:2
**dawg (1)** 216:13
**Dawn (2)** 247:3;
248:18
**day (61)** 6:24;25:9;
57:12;63:13;69:8,14;
73:1;74:13;81:1;
85:20,22;86:5,13;
88:3,4;89:1,3,5;
108:10,12;123:22;
129:14;155:24;
159:6,12,21;160:23;

162:15,20;163:3;
164:23;170:21;
172:15,22;178:17;
180:1,9;190:21;
192:7,8,12,23;193:1,
9;198:2;217:19;
249:5;251:12,13;
259:13,14;274:17;
275:2;276:18;321:3,
7,18;326:15;337:9;
349:1,2
**daylight (3)** 109:1,2;
332:7
**days (34)** 62:10;65:8,
14,15;66:19;95:10,
10;100:21;105:17,
17;108:10,11;115:3,
3,3,18,23;124:6;
172:18;175:2,22;
193:16;234:7,15;
252:1,5,12;254:6,16;
270:6;275:3;289:21;
296:8;338:2
**daytime (3)** 86:11;
120:18;326:16
**deal (9)** 138:13,14,
17,19,20;233:23,24;
285:3;328:13
**dealings (1)** 358:11
**Debbie (1)** 4:22
**December (16)** 15:6,
7;42:9;43:1,1;180:6;
182:20,22;204:8;
210:12,15,22;211:18;
234:24;237:19;
246:12
**decent (1)** 299:5
**decided (2)** 70:5;
71:17
**decision (1)** 56:20
**defendant (1)** 8:9
**defendants (8)** 4:19,
21,23;5:1,3,5;6:14;
54:22
**defendant's (1)** 286:9
**defender (2)** 176:24;
271:13
**defense (1)** 4:5
**defined (1)** 73:21
**delivered (5)** 87:6;
91:11;96:13;208:22;
249:4
**denied (1)** 284:1
**denies (1)** 283:11
**Department (2)**
146:7;148:17
**Department's (1)**
174:16
**departure (2)** 354:2,4
**dependency (2)**
29:24;30:4
**depending (4)** 126:6;
299:5;323:21,24

**depends (2)** 126:11;
161:6
**Depo (2)** 282:22,23
**deposed (1)** 5:18
**deposition (12)** 4:4,9;
40:16;73:15;118:3,6;
143:4;187:6;275:12;
276:18;359:10,14
**depression (5)** 251:2;
293:19,24;294:5,6
**describe (5)** 165:19;
331:16;332:9,16;
338:10
**described (9)** 79:16;
85:23;118:12;119:4;
163:21;164:14;
165:21;167:16;238:4
**describing (4)** 132:22,
23;133:2,3
**description (2)** 81:3;
255:6
**desire (2)** 52:19;
141:10
**Desiree (2)** 135:4;
141:10
**desires (1)** 283:14
**desk (12)** 77:15;80:5;
81:8;83:12;85:3;
106:14;115:9;
123:23;125:6,17,20;
344:4
**detail (2)** 62:20;
118:20
**details (1)** 318:18
**detained (2)** 300:9,10
**DHS (22)** 10:17,18;
16:24;17:1;26:1;
30:12;40:13;45:10,
15;141:18;178:7,11,
12;201:21;202:20;
241:13;247:6,11;
273:9;290:5,23;
306:11
**diagnosed (6)**
297:14,18;315:4,9,
14;318:5
**diagnoses (1)** 317:22
**diary (1)** 307:7
**dictionary (1)** 54:1
**die (6)** 211:23;212:2,
11;231:6;319:15,16
**difference (2)** 34:9;
165:4
**different (22)** 94:16,
17,20;111:24,24,24;
112:1;120:23;
124:20;152:10,17;
155:12;165:7,10;
202:20;206:18;
231:24;243:12,14;
266:4;273:19;351:23
**difficult (1)** 265:8
**dinner (3)** 193:2,12;

194:16
**diploma (1)** 298:18
**direct (1)** 263:1
**Direction (1)** 356:21
**directly (2)** 9:18;
333:11
**dirty (5)** 221:6,11,12;
355:2,11
**disability (3)** 297:12,
22;317:2
**disagreed (1)** 351:1
**disclose (1)** 8:5
**discovered (1)** 194:15
**discovery (2)** 185:20;
186:10
**discuss (1)** 265:6
**discussed (1)** 195:23
**Discussion (11)** 8:22;
60:24;83:3;93:9;
167:9;194:10;
237:11;285:24;
291:24;327:21;
350:18
**dishonest (1)** 150:16
**disorder (3)** 297:16;
317:23,23
**displayed (1)** 352:4
**disregarded (1)**
183:24
**disregarding (1)**
192:4
**disrespectful (1)**
187:11
**district (7)** 146:2,5;
175:15;176:15;
262:4;263:19;264:9
**disturb (2)** 126:16,23;
127:8
**divided (2)** 79:2;97:9
**DJ (1)** 232:6
**docket (1)** 230:6
**doctor (7)** 170:12;
274:4;294:11;
299:16;312:19,23;
313:3
**document (11)** 14:3;
139:16;144:3,13;
209:18,24;210:4;
230:2;279:8;280:11;
281:4
**documents (1)** 72:7
**Dog (1)** 236:13
**dollar (1)** 50:2
**dollars (10)** 49:18,21;
50:3,14;68:13,16;
129:15;157:20;
303:13;321:10
**domestic (3)** 25:4,5;
202:18
**done (13)** 67:9;
111:10;125:2;
126:22;143:7;
145:19;160:18;

161:5;162:2;182:2;
183:4,14;275:11
**Donna (4)** 4:14,15;
50:23;161:3
**door (19)** 65:1;69:11;
126:16,24;128:15;
131:11,12;132:9,11,
13;133:19;169:13,
19;221:24;255:1;
339:15;340:13;
345:4;349:21
**doors (1)** 27:9
**Doris (1)** 356:24
**down (38)** 37:3,18;
57:1,12;62:16,18;
65:15,20,24;82:15;
85:7;87:18,18;103:9;
104:11;115:22;
133:10;142:12;
145:22;174:12;
217:2;219:14;
220:19;222:24;
223:1;227:6,7,12;
232:6;245:16;251:8;
264:4,14;284:16,20;
296:10;313:13;350:3
**downstairs (1)** 179:4
**downTake (1)** 236:14
**downtown (1)** 288:18
**drama (1)** 353:16
**drastic (2)** 250:19,21
**draw (1)** 101:8
**dress (2)** 250:17;
320:15
**dressed (2)** 82:10;
103:6
**drink (1)** 226:13
**drive (1)** 191:7
**driven (2)** 190:21;
192:15
**driver's (3)** 80:17;
222:16;223:11
**driving (1)** 102:5
**drop (3)** 126:13;
326:19,19
**dropped (1)** 63:3
**drops (1)** 326:24
**drove (4)** 102:24;
109:3;192:12;255:5
**drug (1)** 176:10
**drugs (1)** 313:20
**due (1)** 265:1
**duly (1)** 5:17
**Dumas (11)** 29:14,18,
23;30:6;38:2,12,20;
199:7;200:5;201:19;
265:23
**during (34)** 85:19;
86:3,6;93:23;96:7;
97:4;102:16;107:22;
108:3,20,23;109:15;
110:10,21;112:6;
115:12,14;129:1;

145:24;146:24;
147:23;148:15;
172:22;175:14;
177:20;191:20;
196:7,15;197:10;
200:12;264:6;265:9;
283:18;296:19
**dutch (3)** 236:15,16,
22

## E

**earlier (4)** 210:18;
221:16;224:11;324:4
**early (5)** 34:16;
127:15;146:12;
188:15,17
**earnings (1)** 76:22
**East (3)** 30:23;
181:12;200:4
**easygoing (2)** 157:3;
320:10
**eat (13)** 90:5,12;
116:19;171:19;
258:23;259:13,15,22;
260:6,10,19;291:2;
313:12
**eating (9)** 104:14;
193:2;257:10,13,14,
15;258:22;259:12;
313:18
**EB (1)** 4:6
**EB-1 (2)** 139:11,17
**EB-2 (3)** 209:18,19;
210:1
**EB-3 (1)** 262:22
**EB-4 (3)** 278:23;
279:1,5
**EB-5 (2)** 286:1,6
**EB-6 (1)** 287:21
**EB-7 (2)** 327:22;
329:16
**EB-8 (3)** 327:22;
329:17;330:8
**EBT (1)** 296:24
**Ed (15)** 37:18;
137:21;143:17;
153:1;160:12,22;
161:7,23;186:16,23;
187:11;194:6;
228:21;280:2;284:19
**Edison (1)** 174:24
**education (1)** 318:22
**Edward (2)** 4:18;6:9
**effect (2)** 38:2;313:10
**effects (1)** 37:3
█████ **19)** 4:4;5:15;
8:13,14;60:2,9;
64:12;73:16;107:24;
136:21;141:13;
148:13;203:17;
227:24;263:4;264:7;
310:21;358:19;

359:10
███████ **1)** 193:9
**Eh (1)** 234:2
**Eight (18)** 18:21;
72:24;74:12;97:1;
108:9,10,10,13;
120:21;308:11,19;
314:4,4,5;317:14
**either (10)** 81:14;
82:3,3;121:15;
125:16;158:7;
165:12;188:14;
244:11;314:23
**Ejaculated (2)**
163:12,24
**electric (1)** 296:5
**Elementary (2)**
317:19;319:2
**else (32)** 10:7;14:10;
18:17;21:2;27:5;
33:10;47:19,24;59:1;
70:7,12;93:20;96:13;
111:13;118:16;
121:22;139:18;
146:20;157:16,22;
182:8;189:17;
195:23;229:12;
260:6;274:5;275:9;
277:19;334:20;
341:5;345:2;354:23
**else's (1)** 58:17
**em (1)** 233:21
**e-mail (8)** 184:2,24;
185:9,18,23;186:2,3,
6
**e-mailing (1)** 186:1
**emergency (8)** 55:18,
22;56:4,8;61:12;
252:18,19;290:19
**Emily (1)** 5:10
**emotional (3)** 260:24;
264:23;274:10
**emotionally (3)**
250:13;257:4;293:1
**emotions (1)** 292:14
**employees (4)** 352:2,
5,10;354:7
**employment (1)**
295:23
**enabled (1)** 185:8
**end (20)** 9:14;18:13;
25:3;41:20,22,24;
57:2;69:22;117:22;
144:13;173:13;
199:22;217:9;
223:23;237:9;273:6;
298:12;327:19;
329:3;350:1
**ended (7)** 24:23;31:5,
15,16;40:19;69:15;
247:14
**ends (1)** 359:9
**Energy (2)** 296:6,11

**enforcement (1)**
306:10
**engage (1)** 71:18
**engaged (3)** 218:8;
268:1;283:8
**enough (7)** 48:12,17;
49:16,23;112:9;
187:14;280:20
**enrolled (1)** 299:7
**enrolling (3)** 299:9,
10,12
**enter (3)** 28:16;
345:16;346:15
**entire (3)** 7:22;16:11,
11
**entitled (1)** 263:13
**epileptic (1)** 252:20
**episodes (1)** 252:21
**er'body (1)** 235:10
**error (1)** 307:5
**escape (2)** 128:15,16
**escorts (1)** 196:1
**essentially (1)** 335:22
**established (1)**
161:14
**estimate (12)** 68:12,
23;71:3;78:11;
100:10,11;239:10;
252:3,11,14,14;297:7
**estimates (1)** 112:21
**estimating (1)** 112:13
**et (1)** 4:6
**ethnicity (1)** 58:18
**etiquette (1)** 187:4
**Eugene (1)** 23:15
**evaluated (1)** 262:14
**evaluation (7)**
261:18;263:4,6,6,18;
264:7;267:2
**Even (10)** 9:17;
185:15;191:20;
232:14;235:17;
283:5;302:16;
313:16;316:1;350:7
**evening (1)** 98:3
**event (1)** 270:2
**eventually (3)** 206:4;
307:19;309:3
**everybody (3)** 9:7;
189:23;255:2
**Everyone (2)** 139:18;
359:8
**Everywhere (3)**
355:5,8,11
**exact (5)** 21:17;
112:18,19;115:16;
253:20
**exactly (7)** 150:15;
152:2,4,4;198:1;
278:3;280:13
**examined (1)** 5:17
**example (3)** 229:11;
280:3;328:17

**ex-boyfriend (1)**
294:15
**except (2)** 147:11;
282:12
**excepthow (1)** 232:13
**exchange (1)** 285:3
**exchanged (3)**
229:16,18;352:8
**exchanging (1)**
229:22
**excited (2)** 191:24;
192:2
**exclusively (1)** 282:10
**Excuse (1)** 331:19
**excused (1)** 359:12
**Exhibit (10)** 139:11;
209:19;229:5,5;
230:8;262:22;263:2;
278:23;286:1;287:21
**exhibits (1)** 294:21;
327:22
**expect (4)** 219:22;
220:11;248:10;275:1
**expecting (2)** 234:24;
336:11
**experience (4)**
168:13;250:12;
257:2;261:1
**experienced (2)**
264:21;299:19
**experiencing (1)**
260:23
**ex-pimp (5)** 264:22;
265:1;266:13,24;
267:21
**explain (8)** 13:23;
25:7;28:20;123:5;
149:8;151:7;226:3;
261:3
**explained (4)** 61:11;
118:20;128:20;
149:10
**explaining (2)** 61:5;
83:8
**exposing (1)** 353:13
**expressed (1)** 246:13
**extend (1)** 123:24
**extent (1)** 12:14
**extra (3)** 234:7,15;
321:5
**eye (1)** 333:14
**eyes (1)** 133:7

## F

**Face (5)** 35:16;
215:23,24;216:3;
314:10
**Facebook (16)** 20:20;
24:11;41:8;224:22;
225:1,10,10,11,14;
307:9,11,15,17,19,
21;308:2,4

**facility (6)** 26:18;
28:13;39:11,14;
175:12;179:17
**fact (5)** 142:7;154:14;
241:8;290:22;316:1
**factor (1)** 54:17
**facts (1)** 154:15
**fail (2)** 8:5;318:14
**faint (1)** 234:4
**fair (4)** 161:4;187:14;
230:5;280:20
**fake (9)** 58:17,18,18;
66:12,14;67:5;
134:22,23;136:7
**fall (1)** 301:6
**false (2)** 134:24;
151:8
**familiar (3)** 279:15;
312:3;317:24
**family (23)** 29:20;
30:2;48:24;55:18,22;
56:4,7;61:12;189:11;
195:7,9,10;218:16;
252:17,19;256:9;
262:16;269:12,14;
271:12;290:19;
292:23;296:16
**Fantasy (2)** 213:15;
215:14
**far (12)** 69:10;84:1;
101:11;102:10;
119:11;122:21;
188:19;195:5;
326:11;329:11;
333:8,20
**fast (1)** 222:23
**fat (1)** 81:15
**father (21)** 15:14,20;
19:21;20:13,22:19,
20,23;23:4,7,10,13;
251:12;252:20;
255:1;256:11;261:6;
265:2;267:13;288:5;
316:17;353:14
**father's (1)** 296:15
**FB (1)** 225:8
**FBI (8)** 184:14;206:5,
8,18;207:2,12,18;
262:9
**fear (1)** 352:5
**February (16)** 26:11,
12;180:7;188:21,23;
196:21,22;197:3,16,
17,24;198:20;
205:11;208:2,5,12
**federal (5)** 207:20;
241:15;242:9;262:8;
263:24
**feel (4)** 196:16;233:8;
258:17;292:13
**Feelin (1)** 231:14
**feeling (4)** 132:19;
275:6,7;292:12

Case 2:20-cv-04491-PBT Document 342 Filed 07/01/20 Page 380 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.                                    August 23, 2018

**feelings (5)** 213:22,
24;227:17;239:1;
246:13
**feels (1)** 283:10
**feet (2)** 333:10,12
**felt (14)** 48:12,15,17;
132:14,17,18;133:14;
183:9;191:14,15;
221:16;245:22;
291:4;354:21
**female (17)** 21:16,19,
19,20;33:18,19,21;
34:1,7;35:5;109:13;
140:14;141:7;
144:24;265:20,22;
286:24
**fencing (1)** 27:3
**fetishes (3)** 58:12;
66:3;321:8
**few (22)** 6:22;13:4;
41:10;65:8,14,14;
66:19;95:10;101:15;
102:9;120:14;125:4;
130:4,6,7;138:6;
171:8;204:10;
273:13;279:14;
296:8;313:21
**fewer (1)** 292:7
**Fifteen (8)** 88:23;
157:9,15,17,20;
197:13;257:1;326:12
**fifteen-minute (2)**
164:14;326:13
**fifth (3)** 130:14,15;
319:1
**fight (22)** 28:4;30:16,
24;31:5,10,12,14,17,
23;32:3,5,10,15;33:2,
7;181:12;200:3;
269:12;279:11;
306:18;358:1,6
**fighting (1)** 234:8
**figure (2)** 60:15;289:1
**file (2)** 276:15,16
**filed (1)** 54:21
**finally (1)** 309:17
**find (8)** 95:21;136:4;
184:7;225:13;251:5;
271:6,10;278:13
**finding (1)** 278:20
**fine (7)** 5:22;36:17;
144:15;187:1,12;
232:9;277:18
**finish (6)** 7:22,24;
118:15;154:8;187:6;
239:22
**finished (5)** 164:11;
174:20;285:13,15;
353:24
**fire (3)** 128:14,16;
311:16
**first (132)** 7:1;11:17;
12:19;14:14,15;17:6,

17;24:8;28:11;29:2;
30:20;33:12;39:13,
19,21,22,24;40:4,12;
42:8,15,17,19,21;
43:20,23;57:11,19;
62:4,5,10,21;64:6;
67:23;69:20;70:22;
73:1;74:13;75:4,9;
79:16;83:20,20;
85:22,23;92:11;96:7;
102:16;111:9,17;
112:6;120:15;
122:24;130:24;
132:10;134:22;
135:3;140:1;141:19;
149:19;170:21;
174:6;180:10,19,22;
181:6,20,23;182:16;
185:3;190:22;
191:11;192:10;
193:17;195:5,20;
196:3;198:21;
199:13,14,22;203:13;
204:3,4;206:13,14,
15;211:3,17,21;
216:10;219:8;
222:15;223:10;
224:11;231:9;
235:18;240:24;
241:1,10;263:2,12;
266:19;272:2,8;
286:17;300:13;
303:9;307:18;309:2,
3;320:6;321:3;
325:11;326:1;
328:18;330:22;
331:24;332:10;
335:16;336:3,21;
337:9;338:5;340:7;
345:17;346:20;
347:15,16,16;348:24;
349:2
**five (9)** 11:18;13:1;
16:20;34:22;172:20;
176:22;258:2;
289:21;313:21
**five-minute (1)** 90:11
**five-month (2)** 11:21,
22
**five-page (1)** 209:24
**fix (1)** 17:15
**flex (2)** 227:20,20
**flip (1)** 286:18
**floor (5)** 128:16;
129:7;281:20;329:4;
342:5
**focus (1)** 158:1
**folder (1)** 51:8
**follow (8)** 52:24;
140:23;141:20;
158:6;167:1;186:4;
264:17;265:11
**followed (2)** 107:6,17

**following (2)** 69:15;
70:3
**follows (1)** 5:18
**follow-up (2)** 166:22;
359:6
**follow-ups (1)** 350:13
**food (12)** 86:21,22;
91:10;169:11,12;
259:19,20,21;260:12,
17;297:9,24
**force (3)** 66:7;239:18,
24
**forced (8)** 153:9;
154:2,10;155:4,9;
283:12;284:1,12
**forget (3)** 227:22;
232:15;268:18
**forgot (1)** 226:15
**form (38)** 17:19;18:2;
26:24;27:21;28:3,17;
29:22;30:13;31:19,
21;32:7;37:5;38:4,
10;50:5;73:20;95:13;
104:1;112:12;
119:14;122:6,9;
132:24;136:11;
147:11,15;148:4;
154:14;159:16;
170:24,24;220:1;
238:13;323:23;
331:2;342:23;343:6;
344:20
**formal (2)** 186:17,19
**formally (1)** 229:16
**forth (1)** 338:9
**forward (2)** 7:21;
182:3
**Foster (22)** 10:15,24;
11:23;12:13;13:2;
16:24;17:7,9;42:15,
17,21;46:17;54:9;
55:24;56:5,6;57:9;
61:18;204:1;249:3;
352:24;357:20
**found (7)** 20:18,21,
21,22;180:24;195:7;
202:20
**four (18)** 10:13;21:10,
10;23:3;39:20;47:4;
109:23;119:4;130:8,
8,9;156:2,5;179:20;
180:5;206:20;258:2;
328:2
**fourth (2)** 114:21;
130:15
**Frankford (6)** 51:13,
15;62:18;67:3;92:9;
128:1
**free (3)** 148:13;
228:17;279:19
**freedom (2)** 190:3;
304:3
**freely (2)** 26:19;28:15

**freezer (1)** 260:9
**freshened (1)** 88:11
**fridge (1)** 260:8
**friend (3)** 63:16;
157:4;212:4
**friendly (4)** 218:14;
353:22;354:3,4
**friends (14)** 32:16,17;
117:1;171:8,8,10;
292:24;307:17,19,22;
308:2;320:20;324:9;
356:4
**friend's (1)** 62:12
**frightened (1)** 342:21
**frisk (1)** 132:22
**front (31)** 29:18;
30:11;38:12;76:16;
77:15;80:5;81:8;
83:11;84:18;85:3;
106:14;115:8;
123:23;125:5,17,20;
175:15;176:15;
178:17,19,23,24;
199:7;210:1;266:6;
279:5;286:7;288:1;
326:21;327:4;344:3
**FTL (1)** 228:9
**Fu (1)** 64:8
**Fua (1)** 231:5
**fuck (7)** 216:13,21;
223:17;224:1;228:9,
11;235:8
**F-U-C-K (1)** 234:13
**fucking (1)** 234:16
**Fu-Fu (1)** 211:24
**full (1)** 8:13
**fully (2)** 103:19;281:2
**fun (4)** 216:17;
217:14;226:11,12
**funds (1)** 239:2
**funeral (1)** 22:16
**furniture (1)** 351:15
**further (5)** 75:8;
238:7;264:16,20;
266:22
**future (1)** 283:14

---

## G

**Garden (1)** 273:17
**gas (4)** 114:12;132:6;
168:22;296:5
**gather (1)** 351:3
**gave (29)** 50:14;
67:23;68:1;69:3;
77:13;83:24;99:10,
10;131:15;132:4,14;
134:4,22;135:1;
146:1;150:13;151:8;
174:7;184:8,21;
190:14;191:18;
203:22;239:4;
252:14;254:9;255:5;

257:6;265:19
**gears (1)** 351:10
**GED (1)** 298:17
**generally (1)** 351:7
**George (1)** 319:1
**Germantown (3)**
10:23;202:14,24
**gettin (5)** 231:15,16;
232:16,19;235:16
**gettn (3)** 222:15;
223:11;233:7
**girl (10)** 13:19,20;
52:10;55:23;160:3;
217:19;256:4;
324:11;356:5,12
**girlfriend (1)** 193:10
**girlfriends (2)** 171:11,
12
**girls (5)** 174:8;
195:24;196:2;
323:19;355:22
**given (7)** 14:2;36:19,
20;139:18;190:13;
259:10;356:3
**giving (4)** 165:11;
190:1;220:22;241:9
**glass (2)** 113:14;
339:15
**Gmail (2)** 184:1,13
**goals (2)** 224:6,8
**godmother (2)** 310:3,
5
**goes (5)** 76:2;92:13;
240:15;245:14,17
**gon (4)** 216:12;
222:14;223:6,8
**gonna (3)** 222:16;
223:12;235:17
**Good (29)** 6:2,3;
55:16;117:18;147:9;
175:9,10;193:13;
228:4,4;232:7;
233:10,11;235:1,12;
240:4;244:11;
257:16;285:18,21;
292:4,5;296:14;
316:18;317:15;
318:13;319:3;
320:16;346:13
**Google (1)** 328:4
**government (3)**
243:9;244:18;
263:24
**Government's (1)**
229:5
**GPS (1)** 27:4
**grabbed (1)** 96:3
**grades (2)** 299:3;
318:12
**graduate (1)** 298:19
**graduated (1)** 299:3
**graduating (1)** 298:12
**granted (1)** 265:3

great (2) 285:6;
329:15
Greenberg (251)
4:10,18,18;5:4,20;
6:1,9;8:18;9:1,10,12;
11:6,8;12:14,18,21;
17:21;18:4;27:2,22;
28:5,19;30:1,5,15;
31:20,24;32:4,9,14;
37:7,12,19,23;38:6,
11;50:6,9,11,19,23;
51:2;55:8,12,20;
56:22;60:10;61:3;
63:3,8;65:10;68:10;
74:6;75:12;76:2,6,10,
11;78:10;83:6;85:1;
93:12;95:18;104:3;
108:2;112:15,23;
113:23;117:18;
118:10;119:15;
122:7;124:22;125:1;
126:21;133:1;
136:12,19;137:7,11,
14,18,23;138:2,10,
18,21;139:1,5,15;
140:21;141:6;
142:11,16,22;143:2,
6,13,19;144:2,7,16,
19,22;145:2,5,10,14,
19,21,23;147:7,10,
15,20;148:14;
150:21;151:5,11;
152:7;153:2,5;154:9,
21;155:1;157:24;
158:2;159:17,23;
160:4,8,13;161:2,5,9,
14;162:5,6;164:2,10;
166:14,15,21;167:5,
12,22,24;169:5,14;
171:3;175:11;
180:16;185:24;
186:7,12,19,22,24;
187:5,8,12,16;
194:13;196:24;
197:2,4;198:18;
208:4,15,17,18;
209:17,21;220:2;
224:2;228:1;229:4,7,
20;230:4,7,10,15;
234:22;235:3;
236:21;237:15;
238:16;240:1,15,23;
242:15;243:4,6,16,
21;244:2,5,10,14,17,
24;245:5;246:5;
252:15;258:5,8;
262:21,24;268:24;
272:7,17;274:22;
275:20,24;276:3,7,
11,13,19,23;277:4,8,
13,17,22;279:3,4;
280:13,18,21;281:2,
6;284:15,21,24;

285:9,14;286:5;
287:12,16,19,23;
289:5;291:20;292:7;
300:23;350:12,21;
358:21;359:2
grimy (6) 217:3;
220:23;221:2,6,11;
232:15
grocery (1) 260:16
group (14) 10:6;31:3,
3,4;32:16,17;34:5,7,
17,23;46:6;183:10;
203:3,10
groups (2) 32:21;34:3
guess (24) 56:20;
58:16;60:16;65:18;
100:10;101:8;
150:19;151:4;157:4;
164:4;176:3;184:18;
193:12;213:21;
220:6;225:23;
233:22;241:8;
303:20;304:3;
320:11;333:4;347:6,
7
guesses (1) 68:8
guessing (1) 198:10
guesstimate (1) 68:8
guesstimates (1)
112:21
guesstimating (1)
151:3
guest (1) 344:18
guilty (7) 36:8,9,15;
38:1;176:3,5,20
gun (4) 278:10,14,17,
20
guy (18) 56:19;65:2,
2;67:21;71:24;96:1;
111:14;132:13;
156:15;168:21;
169:13,15,21,23;
301:18;324:11,12,19
guys (8) 57:18,24;
58:12;66:3;72:24;
157:2;321:8;335:5
guy's (1) 324:13

H

habit (1) 258:22
habits (2) 257:11;
259:12
hair (4) 70:19;133:8;
332:18,24
half (15) 21:5,7;68:1,
1;69:3;74:18,18;
146:23;147:23;
148:15;157:18;
175:13,14;195:2;
267:9
Hall (3) 92:8,8;128:1
hand (6) 57:11;

79:12;84:21;134:4;
292:24;335:1
handcuffed (1) 146:3
handcuffs (2) 134:5,7
handed (3) 79:14;
100:6;133:15
handing (1) 139:16
handle (1) 272:9
handling (2) 261:24;
285:1
handsome (1) 213:15
handwriting (2)
210:4;230:21
handwritten (1)
249:15
hang (1) 292:8
happen (25) 30:22;
31:14;45:18;58:20;
62:23;66:18;111:22;
112:2;120:17,17;
155:15;164:21;
168:15;172:2,11;
175:18;193:15;
205:18;251:9;
269:10;276:17;
303:24;323:3,6;
345:12
happened (94) 14:5;
31:9,10,11;33:12;
36:7,15;38:13,21;
39:9;55:1,5;58:14;
61:6;62:24;64:1;
66:18,22;67:19;68:6;
69:1,7;70:14;71:4,
21;72:4;75:3;76:12,
15;77:11,23;78:2,13;
79:9;84:9;85:15;
87:8,12,22;89:18;
91:13;92:16;97:23,
98:15;100:5;104:9,
23;105:2,8;111:23;
112:3,24;117:12;
119:23;120:5;129:1,
6;130:3,16;132:3;
134:3;136:9,13,15,
24;137:2;141:23;
145:24;146:10;
173:5;175:14,24;
176:19;177:2;179:1;
180:17;190:23;
194:17,21;197:15;
198:24;200:3;
201:14;202:8;
205:22;207:17;
229:10;232:13;
255:9;269:16,20;
283:18;294:10;
313:19
happening (1) 255:23
happiness (1) 292:18
happy (1) 275:6
hard (5) 9:11;56:24;
232:5;292:16;313:14
H-E-W-L-E-T-T (1)

hardware (1) 168:8
harm (1) 54:23
harmed (2) 242:5;
250:13
HARTWELL (2) 4:20,
20
hash (11) 224:20;
226:1,4,10,14,16;
227:7,15,20;228:3,9
Haverford (1) 357:6
head (7) 103:15;
150:3;197:20;
222:13;223:5;309:5;
312:24
health (4) 258:13;
279:9,11;282:11
healthy (2) 257:20;
258:13
hear (23) 6:12,19;
9:7;56:2;80:4,10,12;
118:18;131:13;
140:10;153:22;
192:1;247:19,22;
248:5,8;300:23;
312:13,15;334:5,5;
343:22;352:13
heard (15) 64:24;
95:7;140:24;177:19;
181:20;232:24;
248:15;278:1,2;
299:20;312:2,3,8,11;
316:14
hearing (18) 9:15;
56:24;175:24;
177:14;178:16;
179:6;205:11;208:2;
209:7;13;228:23;
241:15;245:17,20;
246:23;247:16;
266:6;312:6
heavy (4) 82:4,5,6;
332:22
Heavyset (1) 341:5
height (2) 81:24;
332:21
heisen (1) 37:16
held (12) 4:9;8:22;
60:24;83:3;93:9;
167:9;194:10;
237:11;285:24;
291:24;327:21;
350:18
help (17) 201:21;
222:18;223:14;
275:5;289:22,23,24;
290:3,7;292:20;
298:4;300:3;310:13;
313:8;317:7;344:2;
354:8
helping (2) 220:7,9
Hewlett (7) 16:5,7,19;
17:12,16;19:5;21:3

16:9
hey (3) 216:18;
217:17;218:12
hi (1) 218:14
High (7) 51:13,15;
298:12,18,19,24;
299:4
higher (1) 169:5
Highway (4) 326:22;
327:1,2;328:8
HIPAA (3) 353:6,7,9
history (8) 262:15;
263:13;266:20;
281:9;282:8;350:23,
24;351:2
hit (2) 33:9,9
Hitta (1) 232:4
hitting (1) 169:3
HIV (1) 283:6
Hmm (4) 82:9;89:23;
207:8;326:12
Hold (15) 37:14;
112:19;126:9;
136:17,17;150:18;
154:7;187:15;227:6,
7;232:6;239:21;
240:11;242:24;244:6
holding (7) 26:18;
165:9;217:2;219:14;
220:19;236:14;296:9
hollowing (1) 95:2
home (46) 10:6;
20:10;26:8;41:4;
42:16,22,24;43:8,10;
44:17,23;45:3,5;46:6,
12;52:18;54:4;57:20,
20,22,22;58:5,5,21;
61:19;70:1;183:10;
184:6;185:4;203:3,
11;204:1;231:20;
249:5;254:22;
256:14;260:17;
271:1;278:6;289:11,
14;290:14,16;
355:15;356:9;357:20
homeless (2) 300:2;
337:13
honest (3) 142:9;
245:9;351:7
hookers (1) 322:24
hookup (1) 178:22
hope (3) 232:15;
233:12;292:19
hopefully (1) 292:8
hoping (1) 275:4
hospital (3) 45:4;
170:11;296:18
hotel (26) 59:20;62:6,
21;63:15,20,22;64:2;
65:8,11;66:20;69:19,
20;70:6,9;86:24;
87:24;88:24;89:9;
92:2,16;116:3;131:4;

132:6;172:14;302:5;
321:19
**hotels (4)** 122:4;
123:6;126:15;173:20
**hour (15)** 68:24;
128:4,7;146:23;
147:23;148:15;
157:17,18,21;158:24;
163:9,17;164:6;
195:2;321:9
**hours (19)** 97:1;
102:9;120:14;
129:19;138:7;
157:18,21;158:17;
160:7,24;161:1;
162:11;163:8;
178:15;179:7;
188:17;191:9;
253:21;254:23
**house (39)** 11:23;
13:5;16:2,12;17:23;
22:19,21;25:16;
57:15,16;58:21;59:7;
62:18;66:1,24;67:1,
2;69:3,10,13;70:1;
193:2,8;194:17;
197:11,15;204:24;
205:2;251:19;
255:17;260:12;
303:8;315:18,19;
317:8;320:7;321:3,
21;357:1
**household (4)** 17:13,
17;18:20,23
**Housekeeper (5)**
340:4;346:18;
347:11,22;348:4
**housekeepers (2)**
358:9,12
**housekeeping (4)**
126:17;127:4;346:1,
5
**housemate (1)** 357:3
**houses (1)** 62:12
**Hugs (1)** 237:6
**human (8)** 54:24;
55:2;264:10;271:8;
274:10;300:1,7;
353:12
**hundred (3)** 68:13,16;
303:13
**hung (1)** 344:11
**hungry (2)** 260:8;
320:9
**hurt (2)** 314:22;
343:17
**husbands (1)** 17:22
**hygiene (6)** 47:17,21;
48:22;104:15;
122:17;336:7

**I**

**ID (4)** 80:11,13,15;
335:1
**idea (3)** 68:4;89:16;
235:1
**identification (15)**
80:8,19;83:14;
105:18,21;115:6;
117:10;139:12;
209:20;262:23;
265:2;278:24;286:2;
287:22;327:23
**identify (1)** 12:12
**illegal (6)** 305:8,12,
14;322:10;323:14,20
**illness (2)** 281:9;
282:9
**image (1)** 328:5
**immediately (2)**
107:6,17
**impact (12)** 52:19;
241:23;242:3,11,14,
22;243:8;244:19;
245:1,6,12;246:17
**impatient (1)** 320:9
**impressed (1)** 276:18
**improper (3)** 132:23;
138:11;147:17
**inadequate (1)** 50:16
**incarcerated (7)**
188:20;268:7,21;
269:1,3,5;270:9
**incident (7)** 28:6;
38:1;139:21;171:7;
255:9;294:3;311:15
**incidents (2)** 251:9,21
**included (3)** 93:18;
215:7;242:22
**includes (1)** 139:23
**income (4)** 259:23;
296:22;297:11;298:1
**inconsiderate (1)**
47:10
**incorrect (2)** 14:2;
142:5
**independent (6)** 10:5;
40:12;201:16,18;
222:17;223:13
**independently (5)**
45:16,23;46:2,7,10
**indicates (1)** 263:16;
266:22
**indicating (8)** 27:7;
103:11;224:15;
287:13;329:4;
330:10;331:5,9
**individual (2)** 26:3;
73:22
**Individual's (1)** 264:5
**indoors (1)** 77:9
**influence (1)** 6:16
**information (15)**
135:1;164:18;165:2,
5,6,9,10,11;185:22;

199:2,5;219:19;
220:22;228:23;
353:11
**in-house (1)** 5:6
**injured (1)** 35:1
**injuries (3)** 35:13;
170:9;274:10
**Inn (85)** 5:1,3;69:18;
72:2,23;74:15;75:7;
76:12,13;78:19,21;
79:3;85:10;87:18,22;
88:1,13,16,20;90:10,
19,24;91:5;92:14;
96:15,24;97:24;
97:24;113:3,16,24;
114:4,16,16;115:20,
21;117:14;118:22,22,
23;119:1;120:6,12;
127:12,14;128:2,9,
13;129:20;132:1;
153:23;155:19;
156:3;162:16,17,21;
163:5;208:1;237:24;
278:11;292:10;
324:11,16;325:1,6,
12;326:2,7,9;327:4;
328:5,18;330:16;
335:14,15;336:10,14,
20;343:3;345:2,7,16,
21;346:14;349:8
**insecure (1)** 250:14
**inside (4)** 178:20;
331:6;333:9;338:13
**Instagram (1)** 307:10
**Instead (2)** 14:19;
48:4
**Institute (3)** 261:18;
262:6;266:12
**institution (1)** 311:11
**instructed (1)** 160:21
**instructing (5)** 50:20,
21;244:7,22;276:20
**instruction (1)** 186:13
**instructions (1)** 6:23
**insult (1)** 331:18
**intend (1)** 283:13
**intention (1)** 186:1
**intercourse (1)** 283:9
**interest (1)** 58:9
**interested (4)** 56:21;
57:19,23;58:2
**interfered (1)** 138:7
**interim (1)** 281:1
**internet (1)** 185:9
**interrupt (4)** 37:15,17;
74:1;148:2
**interviewed (3)**
153:15;154:4;155:3
**intimate (1)** 264:21
**into (44)** 16:23;17:1,
7,9;28:4;37:21;
38:14;43:7;45:21;
46:5;59:16;64:21;

70:16;79:10;85:24;
86:18;88:24;89:19;
105:22;120:22;
154:3,11;155:4,10;
174:17;179:17;
180:7;181:12;
201:15;222:5;
269:12;274:17;
283:5,24;291:6;
306:18;316:7;
318:18;338:5;340:1,
3,11;347:22;357:2
**introduce (1)** 4:16
**introduced (2)**
133:13,13
**introductions (1)** 6:12
**investigation (1)**
206:5
**involve (1)** 241:5
**involved (14)** 27:17;
30:16,24;32:15;
33:20;35:20;56:12;
61:5,7;262:5,9;
264:10;270:16;301:5
**issue (1)** 296:14
**issues (6)** 52:9;53:2,
7,9;54:12;353:14
**items (2)** 104:21;
107:11

**J**

**Jackson (1)** 23:15
**jail (13)** 53:24;135:9,
11;177:5,11;181:2;
187:21;188:1;209:8;
218:2;269:23;270:4,
7
**Jamar (6)** 16:5,7,19;
17:12,16;19:5
**J-A-M-A-R (1)** 16:8
**Janitor (1)** 19:9
**January (24)** 27:14;
43:15;180:6,9,13,14,
17;181:6;182:13;
185:5,6;187:19;
192:5;193:18;
194:18;196:19;
197:15,23;198:1,3,3;
201:11,12;205:4
**Jay-Z (1)** 215:6
**jeans (2)** 103:12;
133:9
**Jeep (1)** 101:18
**Jhene (2)** 215:5,15
**JJ (1)** 357:6
**JJC (15)** 177:24;
178:13,20;179:4,5;
180:1;181:10;200:1,
2,7,9;201:1;207:10,
12;233:18
**JJPI (1)** 273:2
**job (12)** 181:24;

221:5,13;222:15;
223:11;233:7;253:1;
254:8;295:21;296:2,
10,11
**John (5)** 4:24;72:17;
156:22;301:14;
343:16
**johns (3)** 151:2;
302:11;323:1
**Johnson (2)** 23:21;
24:2;135:4;141:11
**joke (4)** 216:4;
218:15;224:14;334:8
**Joseph (3)** 261:18;
262:5;266:12
**journal (1)** 307:7
**Judge (30)** 29:14,18,
23;30:6,11;38:2,12,
17,18,20;160:18;
178:17,23,24;189:23;
199:7;200:5;201:19;
242:4;245:18;
247:19;265:3,19,21,
23;266:3,4,7;300:15,
20
**July (4)** 201:4,11;
282:18,23
**jump (1)** 52:11
**jumped (1)** 52:12
**June (2)** 251:24;
253:6
**jurisdiction (1)** 161:15
**justice (5)** 175:16;
176:16;177:24;
227:11;299:22
**Juvenile (3)** 177:21,
24;179:22

**K**

**keep (33)** 9:13;37:21;
60:1;63:1;64:11;
96:10;97:7;107:23;
118:17;126:16;
127:4;135:10;
140:10;153:21;
168:18;172:17;
200:14;222:13;
223:2,5,19;227:23;
233:20;236:19;
243:23,24;274:20;
287:2;307:7;310:20;
311:7;313:13;358:18
**keeping (1)** 79:5
**Kensington (4)** 57:12;
61:21,24;65:16
**kept (12)** 66:6,8;68:1;
74:18,19;117:6;
240:6;290:15;
291:10;320:18;
347:8;355:14
**Key (8)** 27:6,6,7;84:3;
125:19;126:10;

E.B. v.
MOTEL 6 OPERATING, L.P., et al.

August 23, 2018

129:4;348:11
**keys (7)** 124:15,16,
  17,20;125:3;126:13;
  348:18
**Khaled (1)** 232:6
**kicked (2)** 271:1;
  289:10
**kicks (1)** 320:16
**kids (6)** 251:8;
  274:17;275:1;293:1,
  5;297:2
**kind (26)** 10:6;20:12;
  26:16;27:3;55:7;
  60:16;66:7;80:15;
  81:17;156:24;
  165:16;168:7;
  171:17;217:21;
  222:22;234:4;
  238:21;282:23;
  285:3;292:16;313:6;
  315:21,22;320:11;
  334:21;335:9
**kinds (1)** 352:16
**kisses (1)** 237:6
**kitchen (3)** 96:23;
  254:24;311:22
**Kline (1)** 271:14
**knew (22)** 38:17;
  60:6,7,13;64:10,14;
  96:1;134:8;146:20;
  165:3;189:21,23,24;
  195:24;198:5;
  202:19;205:15;
  232:23;241:3;
  251:20;255:3;324:12
**knife (12)** 165:13,16,
  17,18,22,23;167:14,
  17,18;168:1,7;170:1
**knives (1)** 315:17
**knock (3)** 131:11;
  340:13;345:4
**knocked (4)** 132:9,10,
  12;221:24
**knowledge (8)** 38:22;
  268:2;293:18;295:4,
  12;301:20;342:21;
  343:22
**known (2)** 174:24;
  232:4
**knows (4)** 195:7;
  214:15;251:6;255:2

**L**

**label (1)** 141:14
**lady (4)** 80:11,24;
  83:24;345:1
**Lake (4)** 29:4,5,6;
  357:1
**land (1)** 200:21
**language (2)** 73:12;
  156:18
**last (36)** 6:4;12:22;

15:18;16:20,23;25:2;
  33:4;40:19;41:6;
  130:4;140:4;186:15;
  192:17;195:1;199:9;
  204:10;206:16;
  228:16;235:7;247:4,
  5;251:17;261:5,8;
  271:19;274:3;
  282:19;283:6;
  293:13,23;295:20;
  317:17;324:10;
  329:2,2;332:1
**lasted (1)** 308:21
**late (10)** 34:16;88:6,
  10;146:12,14;
  174:17;179:21;
  180:3;325:13;333:6
**later (9)** 40:16;65:9,
  14,15;138:14;
  188:20;254:23;
  267:9,9
**laughin (2)** 216:17;
  217:15
**Laughing (4)** 215:21;
  218:17,19;311:14
**law (6)** 161:15,22;
  228:10,11;305:21;
  306:10
**lawsuit (1)** 54:21
**lawyer (4)** 8:8,9;
  176:23;277:9
**lawyers (2)** 187:9;
  261:24
**lay (1)** 142:10
**layout (2)** 328:9;
  351:15
**lazy (1)** 54:19
**leading (10)** 145:3,
  11,15;147:9,13,15,
  16;148:3,6,10
**learn (1)** 300:6
**learned (1)** 147:18
**least (2)** 49:23;128:4
**leave (34)** 26:22;
  28:16,23;40:17;41:4;
  42:24;44:23;56:4;
  61:13;94:2;95:11,15;
  96:14,14,17,18;97:1;
  110:20;111:1;
  113:24;115:11;
  124:8,15;125:9;
  173:7;253:13;
  289:14,21;306:8;
  348:11,13,14,18,21
**leaves (1)** 158:15
**leaving (5)** 125:4;
  289:19;306:10;
  347:6;348:5
**Lee (1)** 356:18
**left (61)** 18:22;28:22;
  42:15,21;43:20;
  44:12;45:4;65:8,11,
  14;69:6;71:22;72:5,

6,23;78:14;83:7;
  84:18,19;91:5,15,17;
  95:16;96:3,4;97:12;
  98:9,24;99:3;104:10;
  105:12;113:1;
  125:16;132:5,8;
  157:7;159:1;163:10,
  11;164:5,11;169:11,
  24;172:2,13;203:22;
  205:21,24;211:22;
  230:18;309:7,8;
  329:11;348:10,12;
  349:1,11,16;351:16,
  17,20
**Legal (5)** 4:13;27:17;
  270:23,24;323:20
**lengths (1)** 157:13
**less (4)** 27:15;
  178:15;181:2;275:3
**Lester (2)** 18:6,8
**L-E-S-T-E-R (1)** 18:9
**letter (35)** 174:6;
  181:23;182:4,12;
  183:4,7;184:1,16,18,
  20;190:11;204:16,
  16;208:21;210:7,11,
  13,19,21,24;211:18;
  213:20;216:8;218:2;
  231:10;232:11;
  237:18,19,22;238:3,
  10;246:11,12;249:5;
  250:1
**level (1)** 299:24
**Levy (1)** 133:9
**liable (1)** 54:23
**Liberty (2)** 288:16,17
**license (3)** 80:17;
  222:16;223:12
**lie (4)** 135:6,18;
  290:1;312:22
**lied (4)** 290:2,12,13;
  355:16
**lies (1)** 316:1
**life (9)** 161:5;182:3;
  183:16;224:12;
  238:6;262:16;
  294:10;307:13;310:8
**light (2)** 82:4;169:22
**liked (3)** 214:2,3,6
**likely (1)** 310:14
**lil (2)** 216:11;232:8
**Lincoln (5)** 326:22;
  327:1,2;328:7,10
**Line (16)** 63:15,22,
  23;66:19;92:7;128:1;
  200:22;211:21;
  212:13;213:20;
  214:24;215:16;
  216:1;325:23;
  329:23,24
**lines (1)** 213:9
**lips (1)** 334:9
**liquor (1)** 236:24

**Lisa (3)** 5:6;262:3;
  263:18
**listen (7)** 214:8,21;
  215:1,3,18;216:2,5
**listened (1)** 214:17
**listening (1)** 247:16
**lithium (2)** 313:7,16
**little (23)** 9:8,10,14,
  17;38:19;40:16;
  64:21;65:5;66:3;
  104:14;134:14;
  166:2,3;186:17;
  238:22;262:17;
  265:18;292:8;
  295:15,17;315:2,24;
  329:20
**live (34)** 10:8;12:24;
  21:2;22:22;23:3,10,
  12,18;24:4;43:9;
  44:1;45:15;46:1,22,
  24;61:19;69:10;
  178:23,23,24;198:19;
  202:1;222:19;
  223:15;224:13;
  255:4;256:7,9,15,17;
  293:5;308:7;310:10;
  316:21
**lived (20)** 11:11;12:3;
  13:3;16:10,13,19;
  17:13;23:16;25:16,
  19;42:6;43:19,23;
  45:13,23;46:10;57:8;
  61:18;202:19;308:9
**lives (5)** 16:1;20:6;
  23:7;256:19;310:18
**living (37)** 10:5,11;
  12:12;17:23;25:10;
  26:3;28:10;39:6;
  40:3,12;41:1;42:11;
  44:3,17,18;45:21;
  46:6;54:9;57:7,10,20,
  22;58:4;195:19;
  201:17,18;203:17;
  222:17,19;223:13,15;
  249:2;253:4,6;
  314:19;315:16;
  353:24
**LMP (1)** 282:18
**lobby (10)** 64:4;
  76:17;79:10;80:1;
  85:5;99:9;100:3;
  106:1;124:12;291:7
**local (1)** 102:1
**located (2)** 39:15;
  40:8
**location (4)** 129:10;
  202:20;252:7;281:19
**locations (3)** 10:18;
  306:3,11
**locked (4)** 27:10;
  179:17;213:8;228:14
**Locust (2)** 279:15;
  281:19

**LOL (1)** 215:19
**long (57)** 7:4,9;10:11;
  11:16;12:24;16:10;
  33:4;39:19;43:17;
  47:3;68:21;88:22;
  103:9,11,15;105:16;
  109:24;117:6;
  120:12;128:3;
  129:18;130:20;
  146:22;164:3;
  175:12,18;177:7,13;
  178:14;179:5,19;
  191:10;192:17;
  195:1;200:9;201:10;
  202:23;203:15;
  219:22;249:4,17;
  251:23;268:21,22;
  269:1;270:4,15;
  273:22;289:19;
  295:20;296:7;
  313:20;317:13;
  321:14;332:18;
  334:15;354:20
**longer (6)** 148:9;
  157:13;171:12;
  183:19;256:21;292:9
**longest (1)** 157:13
**look (29)** 64:15;
  101:16;103:23;
  104:5;113:14;133:6;
  141:4;142:14,14;
  143:11;145:1,7;
  160:2,5,19;165:24;
  214:21;225:22;
  250:16;280:2;
  320:18;327:9;
  328:14;329:17;
  333:22;338:13;
  342:20;343:11;
  350:12
**looked (12)** 133:10;
  141:13;197:2;
  237:18;256:1;287:4;
  338:21;341:3,10;
  343:4,9;347:13
**looking (14)** 57:13;
  59:10;62:13;68:11;
  151:4;158:8;210:21;
  211:3;251:19;
  254:20;285:15;
  334:22,22;359:8
**looks (7)** 125:13;
  231:1;234:10,11,17;
  280:2;349:22
**losing (1)** 313:13
**lost (2)** 82:24;257:22
**lot (20)** 52:9,10;
  108:24;113:12;
  233:23;250:14,23;
  251:6;257:13,14,15;
  293:3;294:19;300:5;
  313:13;317:7;331:8,
  12;332:2;347:4

lots (1) 88:17
loud (7) 215:21;
228:3,6;236:15,16,
22;245:21
love (2) 216:9;236:13
low (1) 169:2
lower (3) 139:24;
140:1;229:14
LP (1) 4:6
lunch (2) 86:15;
118:12
luncheon (1) 117:24
lying (7) 137:3;
151:24;155:16;
164:24;165:7,12;
341:20

## M

machine (2) 110:16,
23
Macy's (1) 48:20
mad (1) 216:10
mail (1) 225:18
Major (2) 296:6,11
majority (1) 34:13
makes (1) 230:4
making (12) 57:23;
97:19;142:8;160:12;
161:9;169:1;216:4;
218:16;235:24;
239:1;344:9,13
male (8) 21:16;33:18;
34:1,7;109:13;
158:23;163:9;265:20
Malik (28) 15:15,16,
21;24:8,12,20;26:7;
40:19;42:11;43:9;
44:12;199:9,12;
200:11;202:1,16;
252:22;255:10;
256:7;265:13;
266:12;267:13,20;
268:1,4,7;288:6;
308:2
Malikee (2) 15:10,12
Mall (7) 30:23;32:22,
24;33:1;181:13;
200:4;289:13
man (13) 15:23;
68:17;75:9;190:2;
212:23;213:1;217:4;
220:23;221:14;
304:1,8,12,15
manipulate (1) 356:6
manipulating (1)
238:23
manner (1) 281:5
many (54) 11:23;
12:3;13:11;21:9;
34:19;35:11;36:5;
43:24;44:1;46:24;
72:22;75:22;78:6;

84:5;85:18;86:7;
89:22;92:20;100:8,
19,21,21;101:9;
102:4;108:8;109:22;
110:8,18;111:6;
113:15,18;114:6,19;
115:23;116:6,16,22;
117:4;144:12;165:3;
172:18;206:18,21,21;
207:2,15;239:8,16;
252:1;254:1;269:3;
276:22;325:5;333:10
Maps (1) 328:5
March (6) 180:7;
202:5,6;203:7;
271:19,20
marijuana (16) 53:8;
54:17;94:6,12;95:4,
11,17;96:2;103:15;
176:8;228:4,5;239:5;
259:3,8;336:8
mark (6) 137:18;
209:17;287:20;
327:8;329:17,20
marked (11) 139:11,
17,23;209:19;210:1;
237:19;262:22;
278:23;286:1;
287:21;327:23
Market (3) 4:10;
207:10;259:23
Marks (12) 5:10,10;
229:24;230:5,8;
272:4,13,15;280:16;
322:11;323:15,22
marshal (1) 154:18
Master (6) 5:15;9:5,
22,23;25:13,15
materials (1) 168:9
matter (4) 4:5;279:24;
299:21;333:12
May (9) 4:8;6:23;8:9;
27:13;183:11;
251:18,24;253:6;
271:23
maybe (12) 98:4;
128:5;135:19;151:2;
218:6;222:19;
223:14;224:13;
234:17;259:13;
329:23;344:17
McDaniel (12) 55:24;
56:3,3;57:8,13;59:6,
23;61:17;62:11;
63:19;65:9,15
McDaniel's (2) 58:21;
59:7
McDonald's (4) 90:8,
12,17;260:2
McKie (2) 262:3;
263:18
meal (3) 86:17;
109:20,21

meals (17) 90:2;91:4;
92:23;93:2,17;96:13;
100:14,17;109:15,18;
110:6,10,13,15;
114:3,8;122:16
mean (92) 11:3,4;
22:15;33:8;38:8;
39:4;45:24;48:21;
57:7;75:17;77:5;
77:6;82:14;84:16;
85:19;91:23;94:13;
104:13;107:8;
111:21;121:20,21;
123:3;130:7;132:17;
163:11;173:17;
184:2;189:20;
193:21;195:9,11;
202:17;208:12;
212:2,5,10,16,20;
213:6,20;215:8;
217:18;219:17;
220:5,8;221:3,7,10;
222:8;226:9,18;
227:9,21;228:18;
231:18;232:3,18;
233:13;234:8;235:4,
11,21;236:23;
238:17;239:1;
240:24;250:22;
253:8,18;259:13;
261:9;269:18;
280:23;284:7,8;
291:1;303:23;304:1;
306:7;309:18;
319:20;321:11;
322:12;329:1;334:8;
336:14;343:17,18;
353:23;357:2;358:10
Meaning (3) 153:9;
216:1;240:18
means (9) 148:11;
160:9;163:23;
218:17;227:12;
228:9;236:10;
282:19;306:5
meant (7) 114:17;
220:6,21;226:15;
253:9;319:23;321:23
medi (1) 312:20
media (1) 307:9
medical (4) 274:4;
316:2;350:23;354:19
medication (5)
293:14;294:12;
312:21;313:4;318:8
medications (4) 6:17;
293:9,10;313:8
Meek (1) 215:5
meet (9) 24:8,10;
62:4;100:1;104:23;
124:11;146:19;
302:8;324:8
meeting (8) 62:21;

275:15;276:10,24;
277:5,10,20;302:3
meetings (8) 207:2,
17;275:13,18,22;
276:8,21,22
meLOL (2) 222:19;
223:15
member (3) 339:23;
345:3;346:14
members (1) 48:24
memoranda (1) 229:8
memorandum (3)
229:21;230:9;
286:10
memory (7) 7:13;
295:18
men (23) 33:23;
70:20;71:6;73:23;
74:8,12;78:5;85:17;
89:21;90:20;91:14;
97:6;101:9;154:1;
206:21,22;283:8;
321:13,15;322:2,5;
325:7;335:17
menses (1) 282:22
menstrual (2) 282:19;
319:8
mental (1) 260:23
mention (4) 263:22;
312:2;314:9;332:10
mentioned (7) 49:7;
58:22;151:20;214:5;
257:6;295:19;300:4
mentioning (1)
170:21
message (2) 41:8;
191:16
messages (2) 184:24;
250:9
met (22) 6:10;22:10;
60:6,12;62:1,3,5,10,
17;67:21;70:22;96:2;
105:9;107:11;152:1,
13;270:18;278:4;
289:13;301:22;
302:6;320:6
Mi (1) 232:4
MIA (1) 213:15
mic (3) 63:4,5;187:15
microphone (2)
82:24;169:2
microwave (2)
260:10;338:16
Mid (2) 34:16;325:13
midday (2) 98:3,4
middle (9) 86:13;
88:4;89:1,5;225:24;
228:22;263:3;
266:21;332:2
mid-long (1) 103:8
midnight (1) 146:15
might (9) 95:14;
135:10;171:1;295:6,

7;338:1;343:4;
350:11,13
Migos (1) 215:5
Mill (1) 215:6
mind (3) 143:23;
236:4;257:8
minding (1) 103:4
mine (2) 56:1;63:16
minor (1) 303:22
minors (1) 12:12
minutes (26) 71:23;
88:23,23;110:1;
157:9,15,17,17,20,
21;159:1;163:10,11,
13,18,23,24;164:1,4;
176:22;192:18;
195:16;197:13;
257:1;326:12;334:17
Miranda (1) 133:24
mirror (2) 351:17,21
misleading (1) 161:20
misreading (1)
280:11
Miss (11) 139:16;
148:15;162:7;192:2;
216:12,16,23;218:21;
227:15;286:6;287:24
missed (6) 33:16;
184:4;216:11;
217:12;218:22;
284:18
missing (4) 141:17;
230:23;280:6;281:3
misspelled (1) 14:14
mistake (3) 180:8,15;
196:24
mistaken (2) 295:6,7
Mixed (1) 292:14
moaning (1) 64:24
mode (3) 349:5,12,17
molested (2) 294:13;
308:16
molesting (3) 308:19;
309:14,24
mom (28) 45:8;193:4,
8;195:4,5;198:7;
236:4;293:2,3;295:3,
12;298:4;308:23;
309:19,20,24;311:6,
7,22;312:17,18,18;
315:1,17;316:11,19,
24;319:11
moment (3) 8:17;
149:23;280:10
mom's (4) 52:18;
293:6;294:15,22
money (75) 48:13,18;
49:11;52:1;57:23,24;
58:2;62:14;65:18;
66:3;67:23;69:4;
74:17,23,24;75:1,17;
76:17,20;77:13;78:5;
79:2,5,13,14;80:22;

Case 2:20-cv-04091-PBT Document 42 Filed 07/01/20 Page 385 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.                                    August 23, 2018

**89**:21;90:20,21,24;
91:15;97:6,7,19;
99:10,21;100:7;
124:13;133:15;
154:1;220:7;222:9,
11;226:16,19,20,21,
23;227:3;232:20;
248:6,10,19;295:13;
301:5;304:11,16,19,
24;305:8,12,15;
307:14;320:9;
321:13,15,22;322:5;
323:10,20;325:7;
335:24;336:11;
352:8,19
**Monroe (3)** 28:6,10;
29:9
**month (6)** 26:8;43:2,
14;104:18;196:18;
297:8
**months (26)** 10:13;
11:17,18;13:1;16:20;
39:20;41:10;43:24;
44:2;47:4;179:20;
180:5,15;200:10,24;
203:16;204:10;
249:22;258:24;
267:8,9;288:9,13,24;
301:11;357:14
**Mood (3)** 213:3,4;
317:23
**more (36)** 13:4;30:8;
39:10;49:21;62:20;
69:6;83:22,23;86:4;
87:9;119:5;123:6;
127:2;128:5,7;132:7;
157:4;168:21,23;
181:24;183:5;207:5,
7;240:8,17;250:24;
257:7;274:18;294:6,
8;295:15;302:8;
304:3,3,4,4
**moreover (1)** 251:1
**MORGENSTERN (3)**
4:24,24;118:5
**morning (15)** 6:2,3;
65:12;69:9;78:14;
87:13,14,17;88:6,9;
91:17;98:3;114:1;
146:13;349:2
**most (5)** 11:19;12:10;
103:18;159:5;310:14
**mostly (4)** 68:9;
172:21;195:4;260:21
**Motel (88)** 4:6,19,21,
23;5:5;6:13;56:17;
78:15,16,22;79:7,22;
82:18,21;83:9;85:24;
86:18;87:19;88:12,
16;90:23;95:8;96:7,
16;98:10,15;99:7,24;
100:24;101:10;
102:11;104:7;

**105**:11,12,14,22;
106:11,13;107:4,10,
13;108:4,21,24;
109:16;110:11,20;
111:3,7;112:3,7,24;
113:1;114:18,21;
115:22;116:5,10,11,
12,21;117:3,7,13;
118:13,21;119:3;
123:16;127:20;
128:19;159:2;163:3;
168:19;172:3,5;
217:20;291:6;302:5,
7;349:4,15;351:11;
352:2,5,9;354:7;
358:9,12
**motels (5)** 120:23;
121:8;124:14;
126:14;173:20
**mother (34)** 10:8,12,
22,24;11:20;16:2,13;
17:13,22;19:19;21:3;
43:24;44:1,3;45:10,
14;53:8,10;192:23;
193:1,10;194:15;
197:5;198:10;203:3,
10;208:24;249:3;
256:10,12;260:14;
312:22;351:4,7
**mother's (24)** 10:9;
16:1,12;17:17;25:16;
42:15,17,21;43:8,10;
44:7,9,12;46:12;
54:4;69:10,13,24;
193:2;197:11,14;
204:24;205:2;256:23
**motion (2)** 276:16,16
**Motor (1)** 92:14
**move (9)** 42:14;44:9;
45:7;62:19;118:16;
138:13;148:8;169:4;
331:19
**moved (12)** 10:21;
11:19;43:7;44:6,13,
16;45:9;46:11;
202:18,19;309:9,11
**movie (11)** 31:7,9,10,
11,13,14,15,16;
32:19,21;306:18
**moving (2)** 182:3;
238:5
**much (33)** 37:17;
49:17,19,24;51:21,
23;52:1;68:2,12;
77:1;142:14;157:8;
161:24;164:17;
165:2,6;169:9;175:6;
197:11;216:17;
217:14;229:1;242:5;
251:2;257:23;287:4;
297:7,7;301:8;308:4;
344:9,13;350:14
**multiple (1)** 148:5

**municipality (1)**
101:21
**murder (1)** 56:9
**music (1)** 216:5
**myself (14)** 98:24;
99:5,20;104:15;
133:13;149:12;
225:17;239:3;241:5;
250:24;275:6;276:6;
290:5;299:9

# N

**Nadeem (3)** 5:8;
186:16;359:6
**naked (1)** 342:7
**name (82)** 4:12;6:5,9;
8:13;10:9;11:5;
12:19,22;13:23;14:2,
11,14,15;15:18;16:4;
18:6,8;21:14;22:1;
23:6,14,20;42:18;
46:17;52:24;56:2;
58:18;59:5;60:7,13;
63:21;66:12,14;67:5,
13;82:16,17,17,18,
19;134:5,10,18,21,
22;135:1,4,22;136:5,
7,21,22;141:10,13,
16;142:8;146:1;
186:15;189:24;
190:1;199:10;
206:13,15,15,16;
211:4;225:11,11;
233:19;247:2;274:1,
3;278:2;279:10;
292:6;301:24;310:6;
324:13,21;333:16;
340:23;341:1
**named (4)** 15:10,12;
23:9;55:24
**names (9)** 12:12;
13:13;21:11,21,24;
22:8;23:2;206:23,24
**Ndeto (1)** 357:15
**N-D-E-T-O (1)** 357:15
**near (5)** 61:21;78:17;
128:14;140:12;
327:10
**need (15)** 7:17;8:17;
48:5;70:18,18;93:7;
144:7,8;148:9;
154:17;166:16;
169:18;185:23;
240:3;244:15
**needed (12)** 49:1;
74:24;97:17;135:23;
171:18;173:7;
289:24;291:1,2,2;
310:12,13
**needs (1)** 256:10
**Neeley (1)** 11:7,9;
42:23;46:18;204:1;

**249**:3;353:3
**Neeley's (4)** 11:23;
13:5;44:23;45:5
**negotiable (2)**
157:22,23
**Neither (1)** 122:13
**Neshaminy (70)** 5:1,
3;72:6;75:6;76:13;
77:8;78:19,21;79:3,
19;91:16,21;92:6,14,
16;93:14,24;94:8;
96:12;97:24;113:2,
16,24;114:4,15,16;
118:22;128:2;
292:10;324:11,16,18,
24;325:6,12;326:2,7,
20,21;327:4;328:5,
18;330:16;331:23;
332:11;335:13,21;
337:21,23;338:8,10;
339:22,23;342:20;
343:3,10,14,19,21;
344:1;345:2,6,16,21;
346:14,22;348:10;
349:1,11,16
**Net (1)** 273:15
**new (8)** 111:13;
129:9,10,10;216:12;
244:14,16;356:21
**newborn (1)** 43:10
**next (49)** 8:1;62:9;
65:12;69:9,14;71:21;
78:2,14;84:9;85:10;
86:17;87:13,17;
91:17;104:23;105:2;
114:1;116:8;123:22;
129:6;132:6;196:17;
212:13;213:9;
214:24;215:16;
216:7,14;222:12;
224:19;225:3;227:5,
14,19;228:2,8;
230:16;232:10;
233:4,15;235:6;
236:3,6;243:22;
246:24;264:3;
344:18,18;351:21
**nice (1)** 320:15
**nickname (3)** 60:14,
18;212:1
**niggaz (1)** 235:8
**night (38)** 59:18;
63:13;65:6;70:12;
72:5;73:3;75:4,9;
76:23;78:5,6,18;
79:3;85:18,19,20;
91:14;97:17;100:8;
104:8;111:15,23;
112:2;114:16;119:5;
123:1,7;124:13;
127:3;146:12,14;
163:1;170:14;
172:24;174:17;

**303**:9;325:16;335:19
**nights (22)** 92:21;
96:12;100:22;
107:17;110:21;
113:15;114:19;
116:6,16,22;117:4;
119:6;123:1,3,12,13,
16,18;124:10;127:3,
4;172:21
**nighttime (3)** 109:1;
120:18,19
**nine (6)** 288:9,13,24;
311:21;313:23;314:3
**nobody (6)** 172:9;
235:14,16;251:19;
253:2;306:14
**nodding (3)** 150:3;
309:5;312:24
**noise (4)** 344:5,10,13,
23
**nomenclature (1)**
73:17
**Nonchalant (1)**
291:10
**nonconsent (1)** 319:5
**noon (1)** 117:20
**normal (3)** 258:12,12,
13
**normally (1)** 96:15
**North (4)** 10:4,5;20:8;
39:16
**Northern (3)** 203:4;
269:11;356:9
**notation (1)** 144:21
**note (10)** 50:24;76:7;
137:17;145:13;
159:24;160:13;
161:2;186:13;
266:22;281:9
**noted (2)** 264:16,20
**notes (5)** 144:23;
285:10,15;316:11;
350:12
**nother (1)** 226:5
**notice (1)** 228:23
**noticed (9)** 140:14;
141:7,11;143:10;
144:23;250:23;
251:16;255:21;
291:12
**November (38)** 15:9;
104:22;119:24;
120:1,9;127:13;
139:22;173:11,16,17,
20,23,24;174:14;
179:21;180:3;
181:18;182:19,20,21,
22,23,24;187:24;
188:15,16,17;208:1,
19;210:14,19;
249:19;250:1;
300:10;301:8,9;
305:18,21

Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 386 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.
August 23, 2018

**nowhere (1)** 70:11
**nude (2)** 339:2;
351:13
**number (28)** 34:18;
112:19;123:1,3;
130:23;131:4,8,10,
24;132:5;151:1;
184:8,11;185:11,12;
253:21;275:22;
276:9,11,21;280:7;
287:10;310:15;
328:16,16,16,17;
345:17
**numbered (1)** 287:13
**Nurse (2)** 20:2;
299:16
**nut (1)** 233:17

**O**

**oath (1)** 8:4
**object (8)** 73:20;
147:16;148:2,3,6,10;
244:15;323:22
**objected (2)** 37:19;
38:9
**Objection (51)** 17:18;
18:1;26:23;27:20;
28:2,17;29:22;30:13;
31:18;32:6;37:4;
38:3;50:4;74:1;
75:24;95:13;103:24;
112:11;119:13;
122:6;126:19;
132:24;136:10;
137:4;138:3,11;
143:13;145:2,10,14;
154:13;159:15;
160:1,2,14;167:19;
170:23,24;220:1;
238:12;244:11;
258:4;272:4,13;
276:4;322:11;
323:15;331:1;
342:22;343:5;344:20
**objections (5)** 7:20;
147:5,10;159:24;
161:10
**obstructionist (2)**
137:12;138:6
**occasion (1)** 346:4
**occasions (1)** 46:24
**occupation (3)** 19:8,
14;20:1
**o'clock (5)** 86:12;
98:5;120:21;127:16;
128:11
**O'CONNELL (33)** 5:2,
2,23;9:8;78:8;
113:21;284:17,23;
285:12,13,20;292:3,
6;295:10,11;301:3;
310:23;320:3,5;

322:13;323:17,18;
324:2;327:7,12,15;
328:3;331:3;343:1,8;
344:21;350:10;359:5
**October (15)** 9:3;
24:15,17;63:6,9;71:1,
8,17;73:11;119:23;
281:13,16;301:8,9;
325:13
**odd (1)** 280:7
**off (59)** 8:17,18,20,
22;42:4;60:20,22,24;
63:5;73:5,7;83:1,3,8;
88:12;92:8,9;93:7,8,
9;99:6;104:12;
111:21;117:21;
123:21;124:3,7;
135:20;139:6;167:7,
9;172:15;194:7,8,10;
222:22;223:22;
236:19;237:8,11;
253:17;255:5;256:1;
279:23,24;285:22,24;
291:23,24;300:24;
326:19,20,24;327:18,
21;350:16,18
**offended (1)** 57:4
**offer (1)** 285:2
**offering (1)** 157:12
**office (11)** 124:17;
262:4;263:19;264:9;
280:14;330:9,19;
331:10;332:11;
334:16;335:4
**officer (14)** 109:13;
130:5,11,13,14;
132:8;133:6;134:15;
141:9,11;144:23;
145:12;222:2,4
**offices (2)** 4:10;
207:18
**often (3)** 172:2,11;
173:5
**ok (1)** 233:12
**old (11)** 17:6,16;
18:19,22;24:12;
39:18;44:6,8;45:2;
47:5;55:24;58:12;
135:16;141:8,17;
171:8,11,12;179:15;
225:11,23;256:20,20;
287:7;288:9,24;
297:18;302:11,15;
303:16,17;305:2,5;
308:9;311:19;
319:18;321:8;322:2,
6;326:22;327:2;
328:7,10,10;333:5;
356:22;358:5
**older (5)** 57:24,24;
67:21;68:17;73:23
**Omarian (1)** 215:5

**once (19)** 28:23;30:9;
47:2;66:1;70:15;
100:20,23;131:9,13;
183:15,15;207:16;
259:13;269:9;
274:17;302:8,9,10;
358:2
**one (140)** 7:1,17;
8:17;10:21;11:2,19;
12:4,5,10;21:13;
29:2;41:18;44:8;
49:7;54:11;57:11;
62:11;63:12;72:5;
78:18;81:12,12,17;
84:4,6;85:10;86:5,
12;102:17;104:8;
106:7,17;108:18,20;
111:22;112:2;
113:17;114:10,16,20;
115:24;116:7,12,17,
23;117:5,23;119:5;
123:7,11;127:3,16,
21;130:4,17;138:12;
148:7;149:3,19,22;
156:14,23;158:7,17;
159:5,12,19,21;
160:6,7,23,24;
162:10;163:7;
166:17;191:2;
192:23;193:1,9;
198:14,15;206:9;
208:20;210:9;
211:18;221:20,22,23;
222:4;227:5,14,19;
228:2,8,16;238:4;
241:6;246:16;249:5;
251:12;252:7;253:3;
254:3;256:21;
268:13,16;271:10,10;
275:14,15;285:8;
286:17,18;294:8,22;
296:16,18;301:22;
302:2,4;306:2,10,20;
314:10,23;317:10;
325:10,10,16;328:14,
16,17;329:2;332:13;
335:8,19;337:15;
340:1;344:4;346:8
**one-day (2)** 86:3,6
**one-night (2)** 107:6,
18
**ones (3)** 23:1;231:24;
236:5
**ongoing (1)** 273:22
**online (2)** 298:21;
299:1
**Only (31)** 11:13,14;
12:5;36:23;78:18;
96:4;112:3;121:12;
122:2;127:10;
156:23;198:9;
235:17,18,19;236:4;
237:22;253:3;

267:19;280:8,21;
281:4;296:2,18;
301:22;302:2,4,8;
311:14;337:15;
347:10
**opened (3)** 65:1;
132:13;169:19
**open-ended (1)**
243:15
**Operating (1)** 4:6
**oral (2)** 131:19;283:9
**orange (2)** 351:12,12
**order (14)** 41:16;
45:20;46:5;76:9;
91:9;189:15,16;
215:10,10;264:24;
265:4,20;266:1;
352:21
**ordered (11)** 86:22;
87:4;91:8;93:4;
114:13;168:24;
169:11;201:19;
248:16;260:1;266:3
**ordering (4)** 93:18,21;
110:14,14
**orders (1)** 26:22
**orientation (1)** 283:7
**original (1)** 56:12
**Osage (1)** 256:19
**others (1)** 72:14
**otherwise (1)** 282:14
**out (96)** 27:8;31:2,3;
44:6,9,13;48:23;
52:24;53:24;54:2;
57:11;60:15;62:2;
66:22;67:22,24;69:2;
76:22;85:2,5;86:10;
87:17;90:5;91:8;
93:5,21;95:2;97:24;
99:5;101:9;104:17;
105:13;107:9;
110:14;111:4;114:9,
10;116:13;117:19;
124:14,18,19;126:17;
127:5,11;132:15;
133:17,23;135:10;
141:18;166:5,6;
167:18,20;168:4,4;
187:24;188:5,6,7,10;
190:1;195:7;215:21;
217:3;219:14,19;
220:8,17,22;222:1;
226:11;228:19;
232:16,18;233:6;
235:9;245:21;260:2;
261:11;271:1;289:1,
10;290:21;292:9;
315:17,18;317:7;
319:14,16;331:11;
335:4;337:18,24;
345:7;348:14
**outdoor (1)** 33:2
**outdoors (2)** 77:9,10

**outfit (3)** 103:20;
104:4;338:3
**outside (22)** 31:10,
12;32:24;33:1;52:15;
76:16;77:8,18,24;
92:18;102:23;
113:12;126:24;
205:19,21;251:2,4;
306:18;331:6,7;
333:9,11
**outstanding (1)** 178:6
**over (20)** 11:12;
32:21;61:10;108:10;
223:2;231:15,16,20;
242:21;247:9;
254:11;257:8;
268:20;285:11;
301:23;305:9;
314:10;331:9;335:1;
350:12
**overcome (1)** 235:14
**overelaborate (1)**
257:8
**overnight (3)** 335:10,
11;337:9
**own (12)** 40:5,6;43:7;
46:12;103:4;121:24;
149:2;218:16;
222:18;223:13;
256:13;275:7

**P**

**Pa (3)** 46:23;211:8;
252:10
**pack (2)** 228:3,6
**package (1)** 287:11
**Pads (1)** 49:3
**page (29)** 66:12;
129:13;140:1,4,12;
143:9;158:3;193:22;
211:3,17;224:19;
225:1,14,24;230:16,
18;231:9;235:7;
263:2,3;264:3,15;
266:19;279:21;
280:3,4,5;281:7;
287:10
**pages (9)** 230:23;
249:18;279:8,14;
280:6,8,8,9;281:3
**paid (24)** 48:3;74:12;
77:13,24;78:24;
79:14;80:22;83:16;
84:2;92:18;100:7;
122:18,20,23;128:15;
158:23;163:9,17;
168:24;240:9;248:6;
253:17;304:7;348:16
**Panties (1)** 133:20
**pants (1)** 341:13
**paper (4)** 51:8;94:24;
158:7;311:22

papers (4) 94:13,20,
23;217:1
paragraph (21)
140:13;158:1,8;
159:8;216:15;217:9,
11;222:12;223:2;
224:3;226:6;232:10;
233:5,16;235:6;
236:3,6;263:12;
264:14,15;266:21
paranoid (1) 251:1
paraphernalia (1)
176:10
parent (2) 46:18;
352:24
parents (1) 235:19
parking (7) 88:17;
108:24;113:12;
331:8,11;332:2;
347:4
Parrish (1) 211:8
part (28) 17:12,17;
18:19;25:17,19;30:2;
35:15;59:17;60:16;
83:19;85:5;140:17;
144:19,22;149:10,12;
213:16,17;216:7;
234:3;243:2;247:6;
267:19;320:15;
328:23;330:20;
353:19,21
partial (1) 7:14
particular (6) 10:16;
83:18;98:23;294:4,9;
346:9
parting (3) 353:22,22;
354:3
partner (1) 264:21
partners (1) 212:10
parts (3) 58:17;66:11;
133:4
party (13) 22:16;
56:18,18;58:22,23;
59:15,16,20,22;
63:14,18;64:5;
344:15
pass (3) 27:6;80:11;
285:11
passes (1) 27:6
patient (2) 283:10,13
patient's (1) 282:18
Paul (1) 277:23
pause (2) 82:23;
198:16
pay (24) 36:17;76:18,
20;77:7;79:13;97:19;
121:2,4,12;122:3,8;
123:22;129:13,15;
131:13;157:8;170:3,
8;248:16;253:20;
254:12,15,19;352:21
paying (3) 106:6;
253:19;334:19

payment (2) 122:9;
123:24
peace (1) 292:18
pencil (1) 51:8
pending (1) 327:16
Penelope (1) 5:2
Penn (1) 317:18
Pennsylvania (4)
4:11,14;5:16;28:8
Penny (1) 292:6
people (25) 9:13;
32:22;33:20;34:20,
21,22;57:2;67:15;
94:11;106:4,8;127:5;
184:17;190:14;
233:1;250:10,15,16;
251:6,18;261:21;
266:11;305:15;
353:12,15
per (1) 108:10
perfect (1) 330:1
perfectly (1) 346:11
period (8) 11:21,21,
22;13:3;159:1;
177:20;282:19;
301:13
periods (4) 11:12;
16:14;97:5;289:20
permission (4) 45:10,
15;306:8,12
person (15) 12:8;
41:8;42:20;70:16;
81:18;95:21;106:5,
17;238:18,20;245:15,
22,22;300:13;351:8
personality (1) 320:8
Peters (3) 261:18;
262:6;266:12
PFA (1) 266:3
Philadelphia (29) 4:7,
11,13;5:16;10:1,3,4;
20:8;29:15,21;30:6;
37:3;39:16;40:10;
102:1;105:6;141:18;
174:5,9;178:1,4,10;
179:13;205:13;
211:8;256:16;262:4;
279:11;357:7
Philly (3) 309:9,11;
310:10
phone (35) 41:7;
54:2;65:17;86:23,24,
24;87:2;95:23;184:8,
10,15,22;185:1,3,8,
11,12;191:2,3,5,8;
194:21,22;195:16;
197:12,14,19;200:15,
16,18,21;209:1;
236:2;310:15;344:8
photograph (3)
286:20;287:24;
288:4
photos (1) 286:15

physical (3) 26:6;
40:20;264:22
physically (7) 25:9;
205:14;239:23;
266:24;267:17;
269:19;343:16
pick (4) 52:21;83:7;
104:4;342:1
picked (3) 241:17;
342:2;344:8
pickin (1) 235:20
picking (1) 236:2
pics (3) 224:23;
225:1,16
picture (4) 287:7;
288:15,22,23
pictures (12) 58:15,
16;66:6,8,10;67:15;
189:24;224:21;
225:17,21;251:15;
255:19
piece (2) 275:8;
313:18
pill (5) 136:4,20;
141:12;142:2,6
pillow (1) 314:10
pills (1) 293:17
pimp (2) 268:5;
294:22
pimping (1) 268:1
pimps (1) 322:20
Pine (4) 25:13,19,22;
201:24
pizza (8) 86:22;87:4;
93:3,3,18,22;96:13;
110:14
place (22) 25:22;
26:19;28:15;44:7,9,
12;77:5;97:17;116:8;
130:23;173:8;181:1;
207:9;254:9;256:10;
273:18;279:18;
288:16,17;335:16;
353:24;357:10
placed (2) 67:4,20
placement (8) 56:6,7;
61:13;180:24;
231:20;290:6,9,23
placements (1) 30:12
places (1) 251:4
plain (1) 332:4
plainclothes (1) 156:9
plaintiff (2) 5:9,11
plan (1) 337:9
plans (2) 274:13,16
plastic (1) 125:13
platform (1) 103:13
PLATO (1) 298:22
play (3) 59:16;
317:11,13
played (2) 317:17,20
player (1) 320:13
playground (1)

255:13
playing (1) 31:15
plea (1) 36:15
plead (5) 36:8,9;
176:3,5,20
Pleas (2) 4:7;29:15
please (20) 5:13;
12:18;37:15;50:24;
55:1;61:8;69:5;
118:17;124:24;
137:19;153:21;
158:1;161:2;168:18;
172:17;186:13;
222:12;225:4;
264:17;287:2
pled (1) 38:1
plenty (1) 221:7
pm (7) 118:4;120:21;
139:8,10;158:18;
359:11,15
pocket (3) 165:17,18;
168:3
pocketbook (2) 79:6;
136:5
Poconos (6) 29:8;
36:2;38:14,21;181:4;
192:13
point (22) 20:24;
45:20;97:12;98:1;
104:24;117:19;
175:16;190:5,6;
199:24;203:11;
229:19;261:17;
268:16;288:11;
294:23;298:13;
300:20;309:15;
314:10;317:10;
337:17
pointed (1) 84:21
police (53) 101:16;
102:1,1,2,4,15,19,23;
108:15;109:3,13;
130:5,11,13,14;
132:8;133:6;134:14;
139:21;144:23;
145:12;146:2,5,7;
148:17;149:16;
151:14;152:11,18,21;
153:15;154:4;155:2,
3,13,16;158:3;
159:12;162:9,21;
163:1,20;164:13,22;
165:21;170:17;
174:16;188:7,10;
239:7;278:8,20;
309:20
policeman (10) 55:18,
19,23;109:6,7;134:6;
156:8,12,21,22
poor (1) 17:5
P-O-P (1) 226:14
poppin (3) 217:6,7;
222:7

positive (1) 224:4
possession (5)
165:13;167:15;
168:12;176:7,10
possible (1) 236:11
posted (1) 129:9
Posttraumatic (1)
297:16
pounds (5) 169:22;
257:21;258:3,10,15
power (1) 356:3
powers (1) 316:8
practice (1) 126:23
prefers (2) 283:8,9
pregnancy (2)
204:11;283:13
pregnant (12) 39:21,
24;40:4;203:11;
266:23;267:3,5;
293:16;316:12,13;
319:9;356:13
preliminary (1) 6:22
prenatal (5) 265:5,9,
14;266:2;293:16
prepaid (1) 129:16
Preparatory (1)
356:19
prepare (1) 275:11
prepay (3) 121:1;
123:17,17
prescribed (3)
293:10,14,24
prescription (2) 294:4,
11
presence (2) 352:5,9
present (9) 113:8;
118:5;128:22;238:1;
277:5,10,20;281:9;
282:8
presenting (1) 263:14
preserved (3) 147:5,
14;148:12
pressuring (1) 240:6
pretty (8) 176:24;
228:24;234:8;287:4;
299:5;301:8;317:15;
333:15
prevented (1) 278:20
previously (1) 181:15
price (1) 130:20
prices (1) 157:19
primarily (1) 264:22
Print (3) 224:23;
225:1,16
prison (1) 190:4
private (3) 83:22,24;
133:4
privilege (1) 277:18
privileged (1) 276:14
privileges (1) 304:5
pro (1) 247:19
probably (3) 297:5;
323:10;327:1

Case 2:20-cv-00299-TBT Document 342 Filed 07/01/20 Page 388 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.                                    August 23, 2018

**probation (5)** 36:19, 20,24;37:24;247:24

**problem (11)** 48:2,22; 49:5,14,15;50:13; 51:3,14,18;229:17; 263:14

**problems (18)** 47:7,9; 49:8;275:4;352:23; 353:2,5;354:10,13; 355:18;356:8,11,16, 18,24;357:22,24; 358:3

**proceeding (2)** 27:17; 186:20

**process (1)** 299:10

**produced (3)** 230:1,2, 14

**production (1)** 229:3

**profile (1)** 58:18

**program (4)** 26:3; 222:17;223:13; 298:17

**programs (2)** 297:8; 299:8

**progress (1)** 281:8

**progresses (1)** 6:24

**promise (1)** 161:21

**prompted (2)** 294:4, 10

**proper (8)** 51:5; 137:7,14;161:11,15; 164:8;354:14,18

**properly (2)** 47:12,15

**properties (1)** 125:3

**property (11)** 83:19; 84:15,17;88:13,13; 89:22;90:3;101:1; 102:5;123:16;124:5

**property's (1)** 88:17

**prosecuted (1)** 263:24

**prosecuting (2)** 244:18;261:22

**prosecution (2)** 245:13;285:4

**prosecutors (3)** 242:10;262:8;285:1

**prostitute (5)** 103:23; 104:5;217:23;268:5; 295:4

**prostitutes (1)** 322:20

**prostitution (17)** 71:18;72:14;73:1; 153:11;154:3,11; 155:4,10;173:14,23; 176:6;193:23;268:2; 300:22;301:1; 306:17;315:12

**protect (4)** 153:18; 172:9;219:22,23

**protection (6)** 41:15; 166:11,12;189:16; 265:19;278:18

**protective (1)** 251:1

**provide (12)** 8:6; 185:20,21;241:23; 242:10,13,22;243:8; 244:19;245:1,6; 246:17

**provided (3)** 52:1; 239:2;245:16

**psychiatric (1)** 273:12

**psychological (4)** 261:17;263:4; 273:11;350:24

**Psychology (2)** 299:15,22

**psychotic (1)** 317:23

**PTSD (4)** 297:14,19; 315:9,14

**public (2)** 176:24; 271:13

**pulled (4)** 132:15; 133:17,23;222:1

**pump (1)** 293:12

**punished (1)** 306:14

**punishment (2)** 53:16, 22

**punishments (2)** 53:12,13

**purposes (1)** 73:14

**purse (1)** 141:12

**pushed (1)** 169:20

**put (32)** 16:24;17:1; 66:11;70:21;73:24; 126:15,23;134:4; 143:15;144:4,6,13, 16;157:24;166:6; 168:3;169:5;183:9, 10;227:1,16;233:21; 248:19;260:10; 263:2;269:23; 286:19;290:6,8; 291:2;313:3;343:2

**putting (3)** 95:4; 214:11;314:9

**Pweeeze (2)** 225:4,6

**P-W-E-E-E-Z-E (1)** 225:6

**pweeze (1)** 225:2

## Q

**Quality (13)** 87:18,22; 88:1,13,16,20;90:10, 19,24;91:5;115:20, 21;118:22

**Quan (6)** 211:7; 212:14;216:16; 231:8,13;236:13

**queens (2)** 338:19,21

**Quest (42)** 26:9,14, 17;27:19;28:1;30:17; 39:13,14;40:1;179:9, 10,11;180:6,18; 181:22;184:17;

**185:4;187:18;** 190:12,15;191:11,17; 192:9,10;194:2; 199:13;201:2,8; 204:17;208:22; 210:8;211:4;225:19; 229:11;233:17; 298:21;315:10,11; 354:11,16;356:22,23

**quick (1)** 280:1

**quiet (2)** 31:7;344:10

**quit (4)** 252:17,24; 296:11,21

**quote (4)** 158:24; 159:1;264:9,11

## R

**ramifications (1)** 37:2

**ramp (1)** 85:6

**ran (5)** 55:17,19,22; 256:1;340:11

**random (1)** 251:18

**rang (1)** 344:8

**range (1)** 34:15

**rap (3)** 212:5,8,18

**rape (3)** 73:18,23; 316:13

**raped (2)** 166:18; 168:13

**rat (3)** 217:2;219:13; 220:17

**rather (3)** 258:3,9; 286:18

**reach (2)** 48:23; 295:18

**read (26)** 140:17,18, 22;141:20;144:19, 23;154:23;159:8; 161:18;184:20; 190:13;213:14; 216:7,14;222:12; 223:4;224:24; 232:10;233:4,15; 245:21;246:12; 264:17;333:20; 334:9,11

**reads (2)** 154:16,16

**ready (2)** 88:11; 209:22

**real (10)** 135:1,2; 141:16;216:18,23; 218:21;222:20; 223:16,18,24

**realize (1)** 142:20

**realized (2)** 183:15, 16

**really (39)** 44:22; 48:7,8;56:24;58:5; 61:19;81:23;85:19; 103:9,14;133:9; 134:11;156:15,16; 157:3;169:20,22;

**176:18,21;179:2;** 181:15;191:24; 199:4;214:8;218:22; 223:21;228:4; 232:12;233:20; 234:2;245:9;248:10; 250:18;296:19; 310:9;312:13;315:3; 335:10;343:11

**re-ask (1)** 37:8

**reason (15)** 51:20; 94:2,5;101:3;111:2; 115:11;229:12; 246:6;263:13; 266:20;290:18,21,24; 305:21;316:12

**reasons (2)** 54:11; 246:16

**recall (42)** 46:17; 98:6;130:8;151:21; 262:10;293:13; 294:3;300:14;302:2; 314:11,13,22;315:7, 13,17;316:4,5,7; 318:5,8,24;325:6,12; 326:17;333:3,18; 335:15;339:1,11,14; 340:7;341:1,3,10,13; 346:20,24;347:2,10, 13;348:12;357:18

**receive (4)** 274:19; 290:3;296:23;299:21

**received (5)** 65:16; 184:18;274:9; 280:17;281:5

**receiving (1)** 282:10

**recent (2)** 11:19; 12:10

**recess (2)** 117:24; 139:8

**recognize (3)** 286:24; 328:9;357:7

**recollection (9)** 118:21;119:11; 150:22,24;151:5,12; 167:23;177:15; 352:14

**reconstruct (1)** 40:15

**record (61)** 4:3,17; 7:19;8:17,19,20,22, 24;50:24;60:21,23, 24;61:2;73:8;74:5; 83:2,3,5;93:7,8,9,11; 117:22;118:8; 121:20;139:7,14; 145:13;154:16,16,19, 19,22;160:10;161:3; 167:8,9,11;194:7,9, 10,12;237:9,11,13; 279:23;285:23,24; 286:4;291:23,24; 292:2;295:7;300:23; 305:23;327:19,21;

**328:1;350:17,18,20**

**records (13)** 10:17; 13:21;228:24;229:1, 11,13;294:18,20; 307:3;311:13,15; 312:2;316:2

**recruit (1)** 174:8

**Red (3)** 85:10;339:2, 4

**Reena (5)** 11:7; 42:23;204:1;249:2; 353:2

**refer (1)** 271:24

**reference (4)** 13:21; 231:5;294:21;317:4

**referral (3)** 263:13; 266:20,22

**referred (5)** 19:1; 42:20;263:16;264:8; 273:2

**referring (3)** 208:14; 220:15;290:20

**refused (2)** 219:9; 242:7

**refusing (1)** 316:7

**regained (1)** 190:3

**regard (2)** 55:2,5

**regarding (1)** 185:22

**Regina (1)** 357:15

**Regular (4)** 101:17; 282:22;291:14; 293:11

**relate (1)** 260:24

**relation (2)** 42:7;90:9

**relationship (15)** 20:12,23;24:19,21, 22;40:18;53:7,9; 261:12,15;269:16,20; 270:10;316:18; 353:14

**relationships (3)** 250:15;262:19; 283:11

**released (3)** 190:7; 195:20;201:15

**rely (1)** 293:3

**remanded (1)** 26:20

**remember (96)** 7:7; 13:8;14:8;21:23; 22:2;36:1;40:9; 41:21;45:19;56:11; 63:21;68:3,22;71:11; 78:7;9:81:13,14,23, 24;82:3,10,12,22; 84:17;93:21;98:8; 106:7,14,19,22,24; 109:14;112:9;115:8, 10;125:4;133:11; 147:2;149:6,8,11; 150:7,11,15;152:4; 155:18;156:11,24; 176:1,18;179:2; 185:15;202:11,12;

Case 2:20-cv-00299-TJT Document 342 Filed 07/01/20 Page 389 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.                                            August 23, 2018

203:6;207:4,11;
242:8,9,17,21;248:9;
252:2;254:3;268:10,
14,17;270:8,14;
272:1,10;274:3;
300:16,17;311:17;
312:6,8;313:6;
332:24;333:23;
334:1,3;339:6,9,10;
340:9,10;341:12;
345:12,19;346:6;
347:5;348:12;
351:10,14
**remembering (1)**
305:24
**remind (1)** 6:23;
118:17;147:8
**removed (1)** 41:23
**rent (1)** 298:4
**rented (1)** 80:2
**rephrase (2)** 38:18;
243:4
**rephrased (1)** 37:20
**Report (7)** 139:21;
158:4;159:11;162:9;
165:21;170:17;
266:17
**reported (5)** 141:17;
264:8;265:7;283:6;
351:2
**reportedly (2)** 265:4;
266:24
**reporter (7)** 4:14;
5:12;7:18;51:1;57:1;
154:23;194:6
**Reporting (1)** 4:15
**represent (6)** 6:13;
160:16,17;161:20;
162:1,3
**representing (3)**
160:23;161:7;
271:15
**reproductive (1)**
282:11
**request (3)** 185:21;
186:11;301:18
**requested (1)** 154:24
**reserved (1)** 147:11
**residence (2)** 10:16;
61:21
**resident (1)** 356:14
**residential (3)** 26:16;
28:12;30:12
**resides (1)** 256:22
**resources (1)** 273:19
**respond (1)** 183:21
**responded (1)** 190:11
**response (1)** 35:7
**rest (4)** 21:23;91:14;
92:5;123:21
**restaurant (4)** 171:23;
172:6,19;289:20
**restitution (1)** 248:6

**restraining (2)**
264:24;265:3
**result (2)** 40:19;
272:24
**resulted (2)** 27:18,24
**resumed (3)** 74:3;
118:3;139:10
**retractable (1)** 168:2
**return (4)** 124:16;
126:10;211:4;290:5
**returned (1)** 125:20
**returning (1)** 125:5
**Reunite (1)** 22:17
**review (1)** 199:2
**reviewing (1)** 285:10
**rheumatoid (1)** 317:5
**Rida (1)** 231:4
**ride (7)** 63:16;
191:10;211:23;
212:2,10;231:5;
326:13
**riding (3)** 101:7,12;
102:8
**right (108)** 40:17;
55:4;59:2;63:6;
84:18,21,22,24,24;
85:8,9,11;86:6;
96:10;97:22;102:11;
103:11;104:19;
106:11;107:15,20;
112:13;119:17,19;
121:21;123:9;
124:21;132:6;136:9;
138:9;143:21;
144:12;145:13;
146:17;149:3,24;
153:8;154:4;156:9;
164:6;166:5;176:13;
180:4,20;197:8,18;
209:4,5;211:5,17;
216:22;221:5,6;
225:24;229:23;
230:11,21;231:2,10;
234:6;235:6;236:5;
239:7,11;242:19;
245:21;264:3;
267:11;272:22;
274:23;281:16;
283:5;287:13,14;
294:23;298:23;
301:6;303:10;306:5;
308:7;313:23;314:7;
317:5;324:6;325:11,
14;326:21;327:10,
16;329:3,4,5,8;
330:10;331:5;332:1;
335:17;338:3,8,15;
346:12;349:8,22;
351:5,16,20;352:15;
354:16
**right-hand (4)** 139:24;
140:2;213:1;229:15
**rights (4)** 41:13;

133:24;353:6,7
**ring (1)** 248:13
**Road (7)** 39:18;
87:19;88:15;115:22;
179:15;328:10;
356:22
**roads (2)** 28:23,23
**roam (1)** 183:11
**robbery (2)** 306:23;
307:4
**role (1)** 33:6
**roll (1)** 94:11
**rolling (4)** 37:22;
94:13,20,23
**Roof (1)** 85:10
**room (102)** 6:20;
53:23;64:4;71:22;
76:18,21;77:3,14;
78:1,1,3;79:13,14;
80:2,22;83:16,18,24;
84:3,10,11;85:2,4,13;
87:2;89:18,19;91:11;
92:19;94:3;95:11,12,
15,16;96:5;97:7;
99:10;100:7,24;
102:20;110:6,20;
111:1;115:12,14,16;
118:6;122:23;
124:15;125:9,16;
126:16,17,24;127:2,
5;128:15,17;129:3,8,
21;130:23;131:4,7,
10,24;132:5;133:16,
22;158:15;168:20;
171:24;172:14;
222:5;265:9;301:14;
325:1;328:19;
329:18;335:6;
338:11,13;340:5;
341:20;342:13;
344:18;345:3,10,13,
14,17,18,22;346:15;
347:3,7,22;348:5,5,
18;349:21;352:21
**rooms (5)** 85:8,11;
122:3;351:11,22
**Roosevelt (28)** 69:16,
18,18;70:5,9;72:2,23;
74:15;75:11,13,20;
76:12,23;79:15;
118:21;153:23;
326:3,6,9;335:14,15;
336:2,10,14,20;
337:4,8;338:9
**Rose (7)** 206:10,11,
15,24;249:10;262:11,
12
**roughly (1)** 92:22
**route (1)** 325:20
**routinely (1)** 126:22
**row (1)** 124:6
**rule (3)** 142:20,21;
143:1

**rules (4)** 130:22;
131:16,18,21
**run (8)** 126:10;174:8;
196:2;213:16,17;
251:16;340:1,3
**Ruth (5)** 96:19;97:13;
171:23;182:4;211:13

## S

**Sack (2)** 4:12;284:22
**safe (2)** 283:11;
307:21
**safely (1)** 168:3
**safety (3)** 131:2;
185:17;202:21
**Salvation (3)** 48:9,11,
19
**same (34)** 12:8;
34:18,23;43:2;69:8;
78:4;89:4,4,20;
92:17;103:7,16,18;
115:16;116:12;
122:20;169:15;
177:3;185:11;186:5;
216:5;260:5;292:17;
320:10;326:9;
330:20;338:3,11;
339:18;346:2;
347:19;348:21;
349:19;351:24
**Sana (18)** 55:24;
56:3;57:7,13;58:21;
59:5,6,7,23;62:11,11;
63:18;64:3;65:9,15;
69:6;216:9;320:22
**S-A-N-A (1)** 56:3
**Sana's (10)** 57:14,16;
62:18;65:24;67:1,2;
303:8;320:6;321:3,
20
**sandwich (1)** 94:18
**sat (5)** 64:16;80:1;
241:20;291:9,14
**satisfactory (3)** 5:21;
7:3,9
**saw (25)** 80:13,20;
83:8,11;101:12;
102:19,21;105:24;
109:7,9;115:4;
205:10;255:18;
273:24;294:18,21;
311:13;317:4;
331:14;345:16,21;
346:5;348:4,6;
358:14
**saycracking (1)** 224:1
**saying (35)** 32:23;
49:12;57:2,6;65:22;
70:17;74:11;93:13;
95:5;142:5;149:7;
152:1;154:2;182:21;
183:4;184:4,5;

214:15;218:19;
220:17;224:10;
232:7,9;236:1;240:3;
258:6,9,11,11;
267:20;268:13;
316:3;319:9;321:6;
344:4
**scare (1)** 193:4
**scared (9)** 135:21;
164:20;217:5;
219:12;257:9;
342:20;343:4,10,11
**scarf (1)** 103:15
**schedule (1)** 273:21
**scheme (3)** 338:24;
339:19;351:11
**schizophrenia (1)**
315:5
**school (37)** 47:20,20,
21,22;49:5,6,8,10;
51:3,5,6,12,13,15;
52:14,15,20,23;53:4,
11,14,18,20;54:13,
18;161:24;222:15;
223:11;233:7;
298:12,18,19,24;
299:4;313:15;
318:22,24
**schooling (1)** 276:17
**Schwartz (1)** 222:4
**screen (6)** 141:3;
143:16;144:5,6;
158:8;286:19
**searching (1)** 133:2
**seat (4)** 79:11,11,12;
331:20
**second (30)** 11:17;
37:14;46:2;71:7,16;
86:19;93:7,13;
102:10,16;106:10,13;
124:13;128:16;
129:7;153:6;187:15;
198:15,15;201:7;
218:22;238:13;
240:11;242:24;
328:13;335:22;
340:8;344:7;346:21;
349:11
**Secret (1)** 335:11
**section (2)** 263:12;
281:8
**secure (3)** 26:18;
28:12;39:10
**secured (1)** 27:3
**Security (1)** 297:12
**seeing (6)** 10:17;
102:15;199:9,12;
317:22;347:10
**seek (2)** 289:22;
297:21
**seeking (1)** 292:20
**seem (1)** 320:7
**seemed (7)** 60:4;

E.B. v.
MOTEL 6 OPERATING, L.P., et al.
Case 2:20-cv-00299-DBT Document 342 Filed 07/01/20 Page 390 of 395
August 23, 2018

64:7;81:20;134:7;
176:1;192:2;320:9
**seems (2)** 280:7;
281:22
**self (2)** 133:14;
296:17
**send (8)** 29:11;182:6,
8;183:7;185:20;
186:10;224:21;225:2
**sending (1)** 190:12
**sense (3)** 112:22;
230:4;305:16
**sent (15)** 182:4,12,14,
18;183:4;194:1;
200:5;204:16;209:7;
210:14,14;250:9;
261:21;272:11,18
**sentence (6)** 36:21,
23;234:9;247:20,22;
267:19
**sentenced (4)** 36:13;
37:24;248:23;249:22
**sentencing (11)**
209:12;228:23;
229:7,9,21;230:9;
241:14,24;243:10;
246:23;286:9
**separated (1)** 333:10
**SEPTA (6)** 69:23;
91:22,23;126:12;
325:19;349:7
**September (3)** 283:6;
289:2,6
**serious (4)** 157:5;
191:19,19;193:11
**seriously (1)** 191:23
**Seroquel (2)** 313:7,14
**Services (6)** 28:11;
180:19,23;203:4;
269:11;282:11
**set (10)** 71:24;78:3;
85:16;89:19;95:23;
129:8,23;148:12;
221:23;311:16
**setup (1)** 60:16
**seven (1)** 267:8
**seventh (1)** 140:12
**several (6)** 118:12;
123:12;185:15;
239:13;249:22;257:7
**sex (59)** 56:19;57:19;
58:1,10;65:1;70:20;
71:5;72:1,17;73:22;
74:11,13;75:9,17,20,
22;78:5;85:17;89:21;
90:20;91:14;97:6;
99:22;131:19;154:1;
239:13,18;240:8,18;
263:23;283:9,10,12;
284:1;295:13;301:5;
304:12,15,19,24;
305:7,11,15;307:14;
318:18,21;319:11,14;

321:13,14;322:5;
323:10,20;325:6;
335:16,24;336:11;
343:17;344:14
**sexual (4)** 132:20;
282:11;283:7,8
**shakes (1)** 197:20
**shall (1)** 148:12
**Shareeka (6)** 21:20;
24:4;57:14;59:21;
62:13;65:18
**S-H-A-R-E-E-K-A (1)**
21:20
**sharp (1)** 315:18
**shave (2)** 70:18;71:5
**sheetrock (1)** 165:22
**Shellyn (2)** 10:10;
19:18
**S-H-E-L-L-Y-N (1)**
10:10
**Shelter (1)** 356:21
**shelters (1)** 300:1
**Shiquanda (3)** 302:1,
6,8
**Shirley (1)** 46:21
**shirt (4)** 82:15;103:8;
169:6;341:11
**shit (13)** 216:19,23;
222:20;223:16,18,24;
231:15,16;232:15;
233:21;234:18;
235:9,16
**shocked (1)** 65:5
**shoes (1)** 99:20
**Shoota (4)** 212:13,16;
231:8,13
**S-H-O-O-T-A (1)**
212:16
**shop (1)** 99:4
**shopping (3)** 116:2,
19;288:19
**short (7)** 50:2,3;
81:15;157:10;
176:21;179:2;332:20
**shorter (1)** 157:13
**shortly (4)** 45:4;
164:11;193:18;278:9
**shot (5)** 226:10,12;
236:14,22,24
**shotgun (1)** 212:23
**shout (1)** 57:3
**show (11)** 42:3;
80:13;83:14;105:18;
250:18;286:15;
328:17,20,21,23;
330:8
**showed (8)** 14:13;
80:19;105:21;115:6;
134:15;136:20;
196:17;265:13
**shower (2)** 339:12,14
**showing (1)** 117:9
**shown (2)** 286:20;

288:3
**shows (2)** 322:17,24
**shut (1)** 349:21
**shyt (6)** 216:11,17;
217:4,5;218:21;
235:20
**siblings (1)** 22:22
**sic (1)** 37:16
**side (5)** 8:8;82:4;
94:7;133:16,21
**sight (1)** 332:4
**sign (5)** 126:16,24;
127:9;217:1;242:4
**signature (1)** 237:3
**signed (1)** 237:2
**significance (1)** 232:2
**significant (1)** 13:3
**signs (1)** 169:2
**SIL (2)** 201:15,16
**silly (2)** 215:24;216:3
**simple (2)** 47:17;
241:8
**Sincere (2)** 66:15;
67:5
**Singleton-El (2)**
10:10;19:18
**sink (2)** 351:17,21
**sistah (4)** 216:18;
217:17,18,22
**sister (37)** 22:1;23:6;
56:1,19;57:14;59:9,
11,18;60:9;62:6;
63:13,18;64:8,15,19;
65:1,3;152:12,13;
183:14;184:5;241:3;
302:21;314:13,16,19;
320:22;321:7,12,14,
22;322:3,4,7,10;
323:4,11
**sisters (4)** 21:5,5,10;
23:9
**sister's (2)** 216:11;
314:10
**sit (4)** 53:23;161:19;
292:12;327:9
**sits (1)** 311:11
**sitting (6)** 99:8;
246:24;249:6;291:7;
303:24;342:3
**situation (7)** 10:6;
12:15;26:17;39:2;
40:13;311:20;354:22
**situations (1)** 241:5
**Six (16)** 34:20,21,22;
78:12;111:8,15;
112:7;159:6;169:21,
21;203:16;239:9,10;
267:8,9;313:22
**size (1)** 34:23
**skin (2)** 234:20;275:7
**skinned (1)** 169:22
**skinny (1)** 81:15
**skirt (1)** 341:13

**slang (3)** 212:3;
221:9;233:19
**sleep (6)** 64:20;
87:14;88:10;97:17;
171:19;313:14
**sleeping (1)** 64:6
**slept (2)** 88:6;355:6
**slide (4)** 166:2,3;
168:2,4
**slides (2)** 167:18,20
**slits (1)** 103:11
**slow (2)** 37:18;
140:24
**slut (2)** 300:22;301:2
**small (1)** 176:16
**smart (1)** 185:8
**smiling (2)** 315:21,22
**smoke (11)** 64:24;
95:11,12;233:14;
236:14,22,24;259:1,
3;345:6,10
**smoked (2)** 94:6;
95:14
**smoking (6)** 53:8;
132:8;259:8;345:13,
13,14
**snacks (1)** 110:17
**Snagajobcom (1)**
295:22
**Snapchat (1)** 307:10
**sneakers (2)** 103:13;
133:11
**Snyder (4)** 92:4;
105:5;107:12;127:24
**soap (1)** 49:3
**social (5)** 297:8,11;
299:15,18;307:9
**softly (1)** 9:6
**sold (1)** 96:1
**Somebody (18)** 31:7;
33:14;35:9;57:8;
95:20;132:11;133:2,
3;178:17;191:3;
206:3;232:4;234:9;
241:9;271:24;
273:20;284:18;312:8
**somebody's (2)**
66:24;234:16
**someone (9)** 33:9;
35:3;58:17;251:5,14;
254:20;255:18;
273:3;344:3
**Sometimes (12)**
110:3,5,5;123:19;
126:3;172:23;173:2;
258:23;259:5;
334:10;348:22,22
**somewhat (1)** 9:6
**somewhere (17)**
35:22;36:3;40:10;
63:14;65:23;66:23;
83:22,23;86:13;
99:11;124:8;171:19;

183:10;229:12;
251:5;291:1;337:14
**son (9)** 15:12;42:5;
44:19,24;45:1;249:4,
19;273:3,6
**Song (5)** 213:10,15;
215:11;226:17,17
**songs (12)** 212:8;
213:10,13,19;214:5,
9,15,17,20;215:9,18;
231:21
**songsLOL (3)** 215:1,
3;216:2
**soon (6)** 43:5,13;
222:14;223:6,8;
236:10
**sorry (43)** 8:16;16:6;
18:7;21:21,22;25:14;
47:13;52:6;54:15;
55:21;60:19;61:9;
75:6;78:8;84:23,24;
93:6;113:21;114:17;
115:2;142:19;148:1;
150:5;151:10,22;
155:22;180:15;
184:3;188:6;198:14;
213:23;215:2;223:8;
238:19;250:20;
253:9,12;271:22;
284:17;287:15;
290:2;331:17;359:7
**sort (5)** 80:20;150:19;
222:24;297:21;
301:17
**sound (2)** 312:3;
317:24
**sounds (4)** 30:1;
165:22;338:1;344:17
**source (1)** 296:22
**sources (2)** 297:11;
298:1
**SourPatch (2)** 225:8,
12
**South (2)** 10:3;105:6
**Southwest (1)** 256:16
**space (1)** 161:3
**span (1)** 314:6
**Spanish (1)** 341:4
**speak (6)** 7:17;56:23;
171:12;195:15;
205:7;296:17
**speaking (4)** 9:6;
119:3;159:24;161:10
**SPECIALIST (35)** 4:2;
5:12;8:16,20,23;
60:22;61:1;73:7;
74:4;83:1,4;93:6,10;
117:21;118:7;139:6,
13;143:17;167:7,10;
169:3,8;194:8,11;
237:8,12;285:22;
286:3;291:22;292:1;
327:18,24;350:16,19;

E.B. v.
MOTEL 6 OPERATING, L.P., et al.

August 23, 2018

359:9
**Specter (1)** 271:14
**speech (1)** 160:12
**spell (2)** 14:15;23:24
**spend (2)** 78:18;
197:12
**spending (3)** 48:12,
17;251:12
**spent (5)** 179:22;
180:5;204:10;
335:19;357:14
**split (4)** 68:14;74:20;
90:21,24
**spoke (3)** 204:23;
208:24;310:19
**spot (1)** 50:24
**Spring (1)** 273:17
**stack (1)** 311:15
**staff (7)** 191:2;
339:23;345:3;
346:14;355:22,23;
356:2
**staircase (2)** 349:22;
350:4
**stamped (5)** 228:24;
229:1,14;230:3;
280:4
**stamps (2)** 297:9,24
**stand (5)** 76:16;
87:23;92:17;128:14;
345:7
**standing (9)** 113:12;
251:15;288:11;
311:21;331:11,24;
332:1;334:6;352:15
**stands (1)** 201:16
**start (16)** 7:23;20:15,
17;32:10;55:3,3;
61:10;111:12;118:8;
203:5;223:2;237:13;
242:21;283:15;
328:1;356:6
**started (20)** 31:17,22;
32:5,18;42:3;57:17;
58:13;59:3,4,13,18;
66:2;217:11;251:16;
257:14;270:10;
303:9;308:19;314:2;
332:9
**starting (3)** 137:11,
13;138:5
**starts (1)** 264:15
**State (3)** 80:16;
101:24;296:23
**statement (13)**
241:23;242:3,11,14,
23;243:8;244:20;
245:2,7,12;246:17;
284:6;324:24
**states (3)** 283:13,14;
286:10
**stating (1)** 181:24
**station (14)** 114:12;

132:6;134:12;146:8;
148:17;149:16;
151:14;155:3;163:1;
168:22;174:16;
188:7,11;217:6
**stay (59)** 26:21;
70:12;85:20;86:3,4,
6;89:12,13;93:15,24;
96:7;100:21;102:11,
16,16;105:16;107:4,
7,18;108:3,21;
109:16;110:11;
113:15;114:19;
115:12,14,23;116:3,
20;117:2;120:15;
123:2,15,24;124:9;
129:13,17,18;158:24;
163:9;164:3,6;173:8,
19;177:7,13;178:14;
199:22;200:9;
201:10;202:23;
203:15;250:17;
256:10;279:23;
291:2;330:23;340:17
**stayed (21)** 43:17;
72:5;77:18;89:9;
92:21;99:7;104:7;
115:2,18;116:8;
119:6;127:2;159:2;
163:17;164:1;202:4;
270:4;328:19;329:5,
9;338:11
**staying (5)** 55:23;
124:5;125:2;126:14;
337:9
**stays (7)** 112:1,6;
118:12,21;119:4,16;
123:6
**Steakhouse (1)**
211:13
**stenographic (1)** 7:19
**stepfather (1)** 19:2
**steps (4)** 41:24;85:6,
6;347:8
**STI (1)** 282:5
**stick (1)** 149:22
**stiff (1)** 156:16
**still (19)** 31:15;
161:24;165:10,12;
200:11;218:8;
224:16;232:20,21;
233:10,23;247:11,13;
260:5;295:16;
309:10,14;310:8;
348:1
**stipulations (2)** 5:21;
147:4
**stockings (1)** 66:4
**stole (2)** 62:14;65:18
**stood (1)** 77:24
**stop (9)** 109:4;
161:21;169:1,1,18;
255:16;309:17;

349:8,19
**stopped (4)** 65:3;
257:13,15;309:18
**stopping (2)** 117:19;
282:22
**store (7)** 86:22;93:22;
94:7;99:17;168:8;
260:16;330:13
**story (3)** 55:7,11,12
**straight (3)** 156:17;
335:6;351:17
**Strayer (1)** 299:13
**Street (30)** 4:11;5:16;
9:5,22,23;25:22;62:2,
5;66:22;88:18,19;
92:2,7;99:14,15;
127:24;201:24;
205:22;211:8;221:9,
9;251:8;279:15;
281:20,23,24;325:23;
333:24;337:3;350:5
**streets (1)** 183:11
**stress (1)** 297:16
**stressful (1)** 265:17
**Strike (4)** 26:15;35:9,
15;335:3
**Stroudsburg (3)**
30:23;181:13;200:4
**structure (1)** 292:23
**study (2)** 299:14;
357:11
**stuff (5)** 54:2,2;58:19;
322:20;336:7
**stuntin (1)** 235:9
**subject (4)** 118:15;
150:24;204:14;299:6
**substance (1)** 276:7
**subway (1)** 49:12
**suffered (2)** 54:23;
274:10
**suffering (1)** 272:24
**suggest (1)** 280:24
**suggesting (2)** 280:6
**summarize (2)**
150:19;154:18
**super (2)** 103:10;
157:4
**supervised (3)** 45:21;
201:18;247:23
**supervision (3)** 10:19;
39:6;247:7
**supplies (5)** 47:20,22;
51:4,6;158:11
**support (1)** 292:22
**supporting (1)** 296:19
**supposed (5)** 184:20;
189:9,12,19;273:5
**sure (23)** 9:7;14:6;
140:24;142:8;143:5,
8;147:21;156:20;
167:5;176:24;
234:8;239:1;240:13;

255:3;280:24;
295:10;310:17;
321:5;323:17;333:15
**suspicious (1)** 157:1
**SUV (1)** 101:19
**swear (1)** 5:13
**swing (1)** 35:8
**swipe (2)** 27:6,7
**Switching (1)** 351:10
**sworn (1)** 5:17
**swung (3)** 33:13,14;
35:3
**symptoms (1)** 260:24
**system (1)** 227:11

**T**

**table (6)** 9:14;57:3;
166:20;167:3;169:4;
286:6
**tag (11)** 82:16,17;
226:10,14,16;227:7,
15,20;228:3,9;333:16
**tags (3)** 224:20;
226:1,4
**talk (30)** 37:15;38:24;
57:23;58:12;65:23;
66:2;68:20;123:11;
157:5;171:10,11;
206:19;209:15;
273:20;275:22;
276:2;292:16;
299:23;304:7;
307:12,15;319:11;
321:8;322:2;339:22;
340:21;350:7;
352:16;358:22,24
**talked (14)** 61:23;
67:22,23;209:8;
231:8;247:4;268:19;
272:3,8;298:2;
314:16;316:16;
324:3;346:2
**talking (27)** 57:17,18;
59:13;60:8,12;64:9,
13;66:2;68:17,19;
73:10;95:1;102:15;
156:21;163:3,5;
184:5;195:4,19;
200:11;210:9,24;
219:4;221:15;235:8;
284:21;334:23
**tall (6)** 81:15,17,20;
133:7;258:1;332:20
**tan (4)** 103:13;339:2,
4;351:12
**tape (8)** 117:19,23;
118:9;237:10,14;
327:17,20;328:2
**taper (1)** 223:22
**tapers (1)** 236:18
**tat (1)** 356:4
**taught (1)** 319:8

**taunt (1)** 356:4
**Tawanda (3)** 23:21,
22;24:2
**T-A-W-A-N-D-A (1)**
24:1
**teach (2)** 319:3,7
**Tech (1)** 4:13
**teenagers (1)** 34:12
**television (1)** 322:17
**telling (14)** 71:19;
141:15;150:12;
165:10;210:17;
213:21;217:11;
219:21;224:4,16;
225:13;312:8;
353:11;355:15
**tells (1)** 143:17
**tem (1)** 247:19
**Ten (9)** 86:8;88:23;
89:23,24;97:1;110:1;
192:18;257:1;334:17
**Term (9)** 4:8;72:9,13;
73:13,21;74:8;212:3,
5,18
**Terminal (1)** 99:15
**terminology (1)** 72:22
**terms (2)** 283:7;
292:23
**test (1)** 283:6
**testified (3)** 155:9;
194:14;243:17
**testify (2)** 216:24;
219:3,6,10;220:10,
11,14;243:7,13
**testifying (1)** 220:16
**testimony (5)** 154:12,
18;155:6,8,12
**testing (1)** 282:5
**Texas (1)** 5:7
**texts (2)** 130:19;
185:9
**thanks (2)** 236:13;
330:3
**theater (7)** 31:8,9,11,
12,13;32:19;306:19
**therapist (6)** 273:21,
22;274:7;312:12,15;
315:10
**therapy (4)** 42:3;
273:18;274:19;
292:20
**thermals (1)** 104:16
**thin (4)** 82:8;332:22,
23;341:5
**thinking (2)** 220:13;
326:5
**third (10)** 106:11;
107:3;108:4;110:21;
138:11;264:15;
281:20;340:8;
346:21;349:16
**thirty (2)** 157:17,20
**tho (4)** 232:14;

E.B. v.
MOTEL 6 OPERATING, L.P., et al.
Case 2:20-cv-00299-TJS Document 342 Filed 07/01/20 Page 392 of 395
August 23, 2018

236:15,16,23
**thol (1)** 232:16
**Thomas (2)** 247:3;
  248:18
**though (8)** 101:6;
  176:2;183:9;191:14,
  15;224:14;233:9;
  239:20
**thought (22)** 49:7;
  58:22;59:16;112:22;
  132:9,12;135:10,19;
  142:24;151:1;
  156:14;169:12;
  171:18;186:17;
  210:13,18;214:14;
  242:16;285:7,8;
  305:4;325:24
**T-H-R-E-A-T (1)**
  18:11
**threaten (1)** 343:13
**threatened (1)** 249:13
**Threats (7)** 18:6,8,15;
  294:16,22;308:17;
  314:6
**Threats' (1)** 19:12
**three (33)** 11:17;
  23:9;35:12,17;36:6;
  58:6;64:5;98:5;
  110:9;112:6;115:3,3,
  18;127:4;159:3;
  176:12;191:9;195:6;
  200:10,24;206:24;
  327:20;328:17;
  329:8;330:5;331:22;
  332:6;338:11;
  339:17,21
**three-day (1)** 115:12
**three-hour (1)** 191:7
**three-month (1)** 11:20
**throw (2)** 125:7;
  154:14
**tights (1)** 103:12
**till (1)** 27:13
**timel (1)** 233:12
**times (42)** 11:14;
  16:20;35:11,17;36:5,
  6;75:22;100:19;
  101:15;102:4,6,8;
  109:22,23;110:18;
  111:24;123:20;
  125:4,5;126:5;138:7;
  207:15;232:6;239:8,
  10,13,16;241:1,10;
  269:3;273:13;325:5,
  8,9;329:8;330:6;
  331:22,24;332:6;
  338:11;339:17,21
**tit (1)** 356:4
**Tiyanna (1)** 12:20
**tobacco (2)** 94:23,24
**today (31)** 6:17,20;
  7:21;8:4;20:24;

79:17;150:12;
  154:12;155:6,9,12;
  158:17;159:20;
  160:6,7,24;162:10;
  163:8;164:14;
  170:21;209:10;
  238:4;292:9,12,13;
  293:9;300:5;306:16;
  311:11;314:17;
  316:18
**today's (1)** 264:7
**together (16)** 25:10;
  125:23;126:12;
  193:12,14;195:19;
  214:18;222:9,11;
  224:12;227:2;239:5;
  261:11,12;268:4;
  346:16
**toiletry (1)** 122:17
**told (73)** 56:17;58:11,
  16;59:19;61:20;
  63:14;64:14;67:10,
  11;71:23;77:20,22;
  79:11,12;89:12,13;
  99:6;107:9;123:5;
  124:9;133:23,24;
  134:23;135:22,23;
  136:7;141:9;142:7;
  152:10,17;153:16,24;
  154:6;155:13;159:2,
  6;160:18;171:6;
  174:9;179:12;
  181:19;183:18;
  184:8;190:13;
  193:10;198:10;
  204:15;205:4;206:6;
  218:21;219:2;238:5;
  239:7;240:5;248:18;
  255:18;259:24;
  260:3;266:11;274:8;
  284:9;290:16;301:4;
  302:22,24;303:3,18;
  312:22;315:7;316:8;
  319:18;325:4;352:23
**tomorrow (2)** 320:2,4
**took (15)** 41:24;42:4;
  58:9;118:11;125:17;
  134:12;151:16,16;
  167:13;168:22;
  241:17;288:22;
  325:20;326:6;356:2
**toothbrush (2)**
  104:15;336:7
**toothpaste (2)** 49:3;
  104:15
**top (11)** 161:22;
  166:2;224:23;231:4;
  264:5;281:13;329:3,
  3,13,14,15
**touch (5)** 200:14;
  218:5;311:7;319:3,4
**touchin (1)** 217:4;
  220:24;221:15

**touching (2)** 132:23;
  133:4
**tough (1)** 9:9
**town (2)** 101:21;
  326:9
**Township (4)** 139:21;
  146:7;148:17;174:16
**trafficked (11)** 183:19;
  196:9;238:6;250:13;
  257:3;258:21;260:1;
  261:1;283:20;
  289:18;318:19
**trafficking (24)** 54:24;
  55:2,5;56:13;61:6;
  173:13,24;181:18;
  218:9;232:22;
  263:23;264:10;
  271:8;273:1;274:11;
  287:5;290:22;300:1,
  5,7,18,21;311:1;
  353:12
**trailed (2)** 222:22;
  300:24
**train (1)** 92:7
**transcript (1)** 137:20
**transfer (2)** 129:16;
  176:3
**transferred (13)**
  39:10,12;174:4;
  177:23;178:9,13;
  180:18,22;188:12;
  192:8;194:18;200:2;
  254:8
**transport (2)** 174:21;
  194:23
**transportation (8)**
  49:9;51:21,23;52:1;
  348:20;349:6,12,17
**transported (2)**
  204:20;208:23
**trash (1)** 275:8
**traveling (1)** 126:6
**treat (3)** 99:5,11,13
**treated (3)** 354:11;
  357:4,12
**treaters (1)** 351:2
**treatment (6)** 272:12,
  19,21,23;274:14;
  282:10
**trees (2)** 233:11,13
**Trevose (2)** 120:6;
  328:10
**trial (3)** 8:10;147:6,12
**triangle (1)** 166:3
**trick (1)** 301:14
**tried (8)** 56:9;188:3;
  216:24;219:2;
  291:12;297:21;
  358:1,5
**triggering (1)** 265:8
**trouble (14)** 9:15,17;
  134:24;270:24,24;
  304:7,11,14,22;

305:2,4,20;306:9;
  322:15
**trucks (1)** 101:17
**true (19)** 7:4,10;8:6;
  121:23;146:1;
  148:19;152:8,9,15;
  153:19,20,21;239:4;
  265:13;284:6,9;
  315:23;316:4;324:23
**Trust (2)** 4:13;353:6
**truth (6)** 135:24;
  141:15;146:24;
  148:12,18;154:2
**truthfully (6)** 148:23;
  149:8,17;152:22;
  153:7,12
**try (18)** 7:22,24;8:9;
  9:13;37:15,16;40:15;
  63:1;104:4;118:17;
  140:9;149:23;
  153:21;274:20;
  289:22;290:7,21;
  310:20
**trying (24)** 50:6,12;
  60:14;66:6,8;70:2;
  121:19;138:4;
  156:19;157:5;174:7;
  176:2,19;184:7;
  196:2;219:6;225:5;
  233:20;243:17,22;
  258:6;277:18;
  314:22;347:3
**turn (8)** 85:7;140:11;
  142:17;143:21;
  144:10;162:4;280:4;
  281:7
**turned (2)** 64:21;
  157:6
**turns (2)** 85:3;142:21
**TV (3)** 323:9;338:15;
  351:16
**twelve (4)** 86:12;
  308:11,21;309:12
**twice (3)** 11:13;
  110:19;259:13
**twins (1)** 338:20
**Twitter (1)** 307:10
**Two (84)** 11:14;
  13:12;32:21;42:7;
  45:14;46:7,10;62:9;
  65:14;69:6;81:6,8,
  10;83:11;84:3;92:21;
  94:16,16;96:12;98:4;
  102:6,17;105:17,17;
  106:8;107:17;
  108:10,11;110:21;
  114:7;115:3;118:9;
  119:7;123:12,13,16,
  17;124:6,9,20;127:3;
  128:11;136:4;
  141:12;149:15;
  157:18,21;159:1;
  163:10,11,13,18,23,

24;164:1,4;175:13,
  13,14;179:22;
  180:15;203:1;
  206:22,22;209:2;
  213:9;221:22;
  237:10;249:18;
  253:24;254:3;
  259:17;301:11,18;
  321:9;328:16;
  331:24;338:14,15,19,
  19,19,21;351:16
**twofer (1)** 301:18
**two-month (1)** 301:13
**two-night (5)** 93:15;
  107:4;108:3;109:16;
  110:11
**two-week (1)** 177:20
**type (9)** 82:15;
  146:21;167:17;
  212:4;216:5;238:18,
  20;241:4,5

---

**U**

**uh (1)** 148:24
**Um (43)** 17:20;25:8;
  28:21;79:10;89:19;
  93:3;98:23;104:14;
  128:14;130:18;
  153:14,23;171:11;
  174:4,5;176:1;
  180:24;181:22;
  183:8;195:4;199:2,2;
  201:11;207:10;
  212:17;220:6;224:5;
  240:3;241:3;246:9;
  248:9;249:2,12;
  250:23;254:23;
  271:16;274:17;
  292:16;315:10;
  317:18;319:21;
  321:4;355:20
**Um-hum (67)** 95:3;
  102:12;106:12;
  107:19;113:2;
  114:22;118:14;
  119:8;123:8;131:17;
  134:17;140:3,6;
  149:18,21;150:1;
  156:1;158:20;
  159:14;162:14;
  163:14;166:7;
  174:13;177:6;
  179:14,24;189:2;
  190:10;195:12;
  211:9,20;212:1,15;
  213:18;215:20;
  217:8,16;218:23;
  219:16;220:20;
  225:7;226:2;227:8;
  231:7,17;237:5;
  246:15;255:12;
  257:5;267:10;270:1;

Case 2:20-cv-00991-TJS Document 342 Filed 07/01/20 Page 393 of 395

E.B. v.
MOTEL 6 OPERATING, L.P., et al.
August 23, 2018

281:21;282:1;
283:21;306:1;312:5;
322:22;323:2;
324:17;330:24;
336:15;340:14,20;
348:17;349:20,24;
354:1
**ummanyway (1)**
236:7
**Um-um (2)** 127:22;
338:18
**unborn (2)** 265:2,6
**uncomfortable (5)**
240:5,8,18;241:7,11
**under (8)** 6:16;10:18;
22:14;39:7;73:16;
132:15;282:8;305:12
**underage (5)** 73:16,
22;239:20;301:21;
305:15
**underneath (1)**
231:12
**understood (2)** 141:1;
147:21
**underwear (3)**
104:16;337:18,24
**undressed (2)**
133:16,22
**unfriendly (2)** 353:22;
354:2
**unhappy (1)** 355:14
**unhealthy (1)** 258:18
**uniform (5)** 51:7;
82:13;333:24;334:2;
341:8
**uniforms (1)** 82:11
**United (1)** 286:10
**University (1)** 299:13
**Unless (2)** 144:14;
172:15
**unlock (1)** 27:9
**unsanitary (2)** 354:24,
24
**untrue (1)** 284:11
**untruthful (1)** 150:13
**up (121)** 9:13;31:5;
36:2;40:22,23,24;
43:18;44:13,14;
56:23;60:1;62:1,17,
20;63:2;64:7,11,19;
69:15,22;70:18;71:4,
24;77:7;78:3;83:7;
85:16;88:7,11,11;
89:19;95:23;96:2;
97:10;102:10;
104:23;107:11,23;
118:18;124:11;
126:9;127:6,7,9,10,
12;129:8,13,17,18,
23;132:14,17,18;
133:14;134:14;
140:10;141:3,4;
143:15;144:14,16;

153:22;157:24;
165:11;167:1;
168:18;169:5;
172:17;181:4;186:4;
192:12;196:17;
209:10;213:8;
214:21;216:21;
217:2;219:14;
220:19;221:16;
222:13;223:3,5,17,
20;224:1,5;227:23;
228:14;233:21;
234:16,18,20;235:20;
236:2,19;241:17;
245:14;252:11;
259:10,17;263:3;
265:13;273:6;
274:21;286:19;
287:2;288:11;
298:12;300:20;
309:19;310:21;
313:15;337:2;342:1,
2;344:9,11;347:8;
358:18
**upper (3)** 230:18;
281:16;357:16
**upset (7)** 60:5;64:7;
134:11;228:15;
235:24;249:12;316:3
**upsetting (1)** 315:24
**use (16)** 8:9;27:4;
72:9,21;73:12,13;
94:11;168:5;191:3;
243:9;280:21;
294:20;300:13;
307:9;308:4;319:10
**used (17)** 58:16;
66:10;67:15;72:14;
74:8;84:20;99:21;
168:8;191:5;212:3,8;
216:17;217:14;
233:22;300:4;308:7;
355:6
**using (2)** 73:14;212:6
**usual (5)** 5:20;100:7;
126:23;130:18;147:4
**usually (3)** 157:2;
258:16,24
**utilities (1)** 298:8
**utility (2)** 165:23;
167:17

## V

**vaginal (1)** 283:10
**van (1)** 296:12
**various (6)** 10:18;
11:11;16:14,14;
122:4;157:13
**vehicle (2)** 194:23;
204:21
**vending (2)** 110:16,
23

**verbal (2)** 26:6;40:20
**verbally (2)** 25:8;
239:24
**versus (3)** 4:6;
286:11;304:2
**victim (13)** 54:24;
241:23;242:2,11,13,
22;243:8;244:19;
245:1,6,12,13;246:17
**Victoria (1)** 335:11
**VIDEO (64)** 4:2,3;
5:12;8:16,20,23,24;
60:22,23;61:1,2;73:6,
7,8;74:4,5;83:1,4,5;
93:6,8,10,11;117:21,
22;118:7,8;139:6,6,
13,14;143:17;167:7,
7,10,11;169:3,8;
178:22;194:8,11,12;
237:8,9,12,13;
279:23,24;285:22;
286:3,4;291:22,23;
292:1,2;327:18,19,
24;328:1;350:16,17,
19,20;359:9
**videographer (3)**
4:12;169:1;327:17
**videotape (2)** 4:4;
359:10
**Videotaping (2)** 73:9;
74:3
**Villa (5)** 61:15;
290:11,15;355:14,19
**vintage (1)** 133:9
**violating (2)** 353:6,9
**violence (5)** 25:4,5;
202:18;264:21;267:1
**violent (1)** 267:17
**violin (3)** 317:11,13,
17
**virgin (2)** 75:15,19
**Virginia (5)** 308:7,10;
309:8;314:20;315:16
**Vision (42)** 26:8,14,
17;27:18;28:1;30:17;
39:13,14;40:1;179:9,
10,11;180:5,18;
181:22;184:16;
185:4;187:18;
190:12,14;191:11,17;
192:9,10;194:1;
199:13;201:2,8;
204:17;208:22;
210:7;211:4;225:19;
229:11;233:17;
298:21;315:10,11;
354:11,16;356:22,23
**visit (8)** 41:12;
110:21;199:15;
281:13,16;283:18;
332:10;344:6
**visitation (1)** 41:13
**visits (4)** 265:5,10,14;

266:2
**visualizing (1)** 311:14
**voice (19)** 9:13;60:1;
63:2;64:11;107:23;
118:17;140:10;
153:22;168:18;
172:17;223:3,20;
227:23;236:18;
274:21;287:2;
300:24;310:21;
358:18
**voices (7)** 312:3,6,9,
11,13,16;318:8
**volunteer (1)** 303:16

## W

**wait (12)** 7:22,24;
142:17;143:6;144:9;
184:6;192:3;216:20;
225:10;236:8;
242:18;331:4
**waited (3)** 100:3;
331:22;332:3
**waiting (3)** 126:7;
255:16;291:18
**walk (13)** 88:15,22;
90:11;109:24;167:4;
188:5,6,7,10;251:8;
273:18;348:14;350:3
**walked (7)** 69:9,13;
84:12,13;88:2,12;
89:19;95:22;100:18;
105:13;107:10;
109:20;114:12;
128:2;132:13;
133:15;134:6
**walking (8)** 63:12,12;
103:3;104:20;
288:12,13;345:21;
346:5
**walls (1)** 339:5
**Ward (1)** 4:10
**warrant (1)** 178:6
**wash (3)** 70:18;
337:17,18
**washed (1)** 337:24
**Washington (1)** 319:1
**Washington-Watts (1)**
5:7
**waste (3)** 138:22;
285:10,16
**watch (1)** 322:17
**watched (2)** 188:4,6
**Wawa (4)** 96:2;
109:20,22;110:22
**Wawas (5)** 95:22;
100:18;103:3;
109:19;337:2
**way (51)** 21:14;
26:15;27:13;32:12;
39:3;41:7;47:16;
52:3;71:13;84:21;

85:12;87:23;92:6,8,9,
13;99:7;121:12;
122:2,8;124:17;
127:21;129:11;
131:5;132:20;148:9;
154:15,16;156:18,18;
160:16;165:12;
198:9;212:6;218:19;
235:19;238:15,17,21;
243:12,14;250:17;
255:17;314:14;
324:15,16;325:5;
328:22;329:2;343:2;
354:10
**Wayne (1)** 232:8
**ways (3)** 148:5;
353:21;354:3
**wealthy (1)** 213:16
**weapon (1)** 343:14
**weapons (1)** 133:3
**wear (3)** 103:12,16,
18
**wearing (6)** 66:4;
82:20;133:18;338:3;
342:8,9
**weave (1)** 103:14
**wedding (1)** 22:16
**weed (5)** 233:14;
237:1;341:23,24;
345:6
**week (11)** 49:18;
50:14;71:8,16;
172:18;175:20,20,22;
177:16,17;289:21
**weekly (2)** 253:20,23
**Weeknd (1)** 232:8
**weeks (13)** 13:4;
43:6;45:1;58:6;
117:8,13;119:7;
175:13,13,15;179:22;
203:1;253:24
**weigh (1)** 257:23
**weight (7)** 257:20,22;
258:13,14,17,18;
313:14
**weird (4)** 156:15;
235:22,23;321:8
**welcome (1)** 350:15
**Wendy's (10)** 251:17,
23;252:7;253:11,16;
254:21,22;295:19,24;
296:13
**weren't (5)** 36:19;
82:5,6;123:13;238:6
**West (8)** 5:15;9:5,21,
22,23;25:13,15;
281:23
**Westmoreland (1)**
20:7
**what's (27)** 11:4;16:4;
23:14,20;31:20;
152:8,23;210:11;
214:24;224:3,19;

E.B. v.
MOTEL 6 OPERATING, L.P., et al.
Case 2:20-cv-00299-TJBT Document 342 Filed 07/01/20 Page 394 of 395
August 23, 2018

225:3,8;227:5,14,19;
228:2,8;231:12;
232:2;235:6;252:16;
272:5;276:3,17;
292:22;357:6
**Whenever (1)** 289:24
**whereabouts (1)** 24:6
**whereas (1)** 128:18
**white (13)** 81:12,18,
19,20;106:20;
158:23;163:9;
330:11;331:15,18;
339:4,16;341:11
**whole (8)** 148:18;
152:23;193:23;
226:5;231:1;280:11;
300:24;308:16
**whore (2)** 300:22;
301:1
**whose (4)** 22:1;23:6;
25:22;342:5
**WIC (2)** 297:5,6
**window (3)** 102:21;
113:13,14;333:4,11
**wise (3)** 47:17,17;
259:23
**withholding (1)** 165:5
**Within (1)** 163:13
**without (5)** 128:21;
173:3;269:22;306:8,
11
**witness (78)** 5:13;
11:7;12:19;17:20;
18:3;27:1;28:4,18;
30:14;32:8;37:6;
38:5;55:15,17;56:14,
16;60:3;63:6;64:13;
78:9;84:23;95:16;
104:2;108:1;112:14;
113:22;126:20;
136:16;140:20;
142:15;143:12;
145:4,9,16;150:3;
151:23;161:11,13;
169:7,10;180:14;
186:5;196:22;197:1,
20;208:16;223:21,
24;234:19,21,23;
236:20;238:15;
239:23;240:21;
244:7;246:3;263:23;
272:5,14,16;285:11;
301:1;309:5;310:22;
312:24;319:24;
322:12;323:24;
327:11,14;329:19;
330:2;342:24;343:7;
350:15;358:20;
359:12
**witnesses (1)** 12:15
**woke (2)** 64:7,19
**woman (22)** 35:5;
47:10;81:6,19,20;

82:1;106:16;107:1;
115:10;275:8;
301:15,22;325:1;
331:15,15,17;332:11,
13;340:4;346:2;
347:15,19
**women (17)** 33:23;
34:6;67:17;81:7,8,
10;83:11;206:21,22;
245:13;299:19;
300:2,2,3;301:18,20;
323:9
**women's (1)** 66:11
**wondering (1)** 193:3
**word (7)** 225:3;228:4;
235:17;300:5,6,14,17
**words (4)** 55:8;121:1;
214:9;279:10
**work (24)** 19:10;
98:24;99:3;104:10;
123:21;124:10;
171:22;172:16,19,21;
174:9;196:3;238:21;
251:23;252:1;
254:16,23;295:19;
296:7;299:15,18;
316:24;342:13,14
**worked (7)** 96:16,19;
253:16;254:2,5;
268:4;296:6
**worker (3)** 241:13;
246:24;296:14
**working (4)** 172:6;
218:6;251:17;289:20
**works (2)** 129:11,14
**world (1)** 226:12
**wrap (6)** 94:9,11,15,
18,20,24
**wraps (1)** 132:7
**Wright (1)** 310:6
**write (8)** 53:24;
184:17;213:19;
226:5;228:13;236:8,
9;294:11
**writing (1)** 191:16
**written (7)** 237:23;
245:16
**wrong (10)** 31:20;
60:5;151:2;160:19;
197:3;257:10;
266:17;267:20;
294:19,23
**wrote (13)** 174:5;
181:23;184:1;
187:17,17;190:11;
191:17;204:15;
208:20,21;210:7,19;
218:2
**Wynnefield (1)**
357:15

**X**

**XO (3)** 237:4,4,4

**Y**

**ya (2)** 222:13;223:5
**Yeadon (4)** 46:23;
52:3,17;54:9
**year (13)** 25:2;26:12;
27:15;51:17;71:13;
247:5;250:4;251:18;
261:8;268:20;
271:19;273:13;
298:15
**years (14)** 11:12;
44:8;141:16;247:23,
23;248:1;287:7;
295:16;305:2,5;
308:12,13;313:21;
317:14
**Yearslike (1)** 216:12
**yelling (2)** 70:16,17
**yep (1)** 287:17
**yesterday (1)** 159:3
**Y-HEP (4)** 279:9;
280:3,9;281:7
**York (3)** 39:18;
179:15;356:22
**young (13)** 140:15;
141:8;142:13;
143:10,11;144:24;
145:1,7;160:3;
295:17;308:6;
311:16;333:6
**younger (4)** 142:14;
295:16;317:11;
318:11
**Youth (9)** 174:22,23;
175:4;177:8;219:9;
233:18,18;357:11,11

**Z**

**Zion (6)** 13:14,16,17;
43:21;44:10;249:19
**Zion's (2)** 15:8,20
**zone (2)** 227:20,20

**0**

**00487 (1)** 4:8

**1**

**1 (1)** 280:4
**1:00 (2)** 127:16;
128:11
**1:04 (2)** 139:7,8
**1:07 (2)** 139:10,14
**1:35 (1)** 167:8
**1:41 (1)** 167:11
**10 (6)** 49:18,21;50:3,
14;71:1;207:5
**10/10/1997 (1)** 263:5

**10/10/96 (1)** 141:11
**10:04 (1)** 4:3
**10:08 (1)** 8:21
**10:09 (1)** 8:24
**1024 (1)** 211:7
**10th (2)** 9:3;63:9
**11 (1)** 22:5
**11:00 (2)** 60:23;91:20
**11:05 (1)** 61:2
**11:16 (1)** 73:8
**11:17 (1)** 74:5
**11:25 (2)** 83:2,5
**11:35 (2)** 93:8,11
**11:57 (2)** 117:22,24
**12 (2)** 18:24;100:9
**12/2/16 (1)** 15:5
**12:00 (3)** 91:20;
127:15,16
**12:46 (2)** 118:3,8
**120 (1)** 157:21
**13 (9)** 17:20;21:19;
113:19,22;179:7;
294:2;314:1,2,5
**14 (11)** 17:3;92:10,
12;128:1;181:8;
183:1,2;313:23;
319:19;325:21;
326:19
**1417 (1)** 281:19
**14th (2)** 182:13;
199:23
**15 (10)** 17:8,9,10;
24:9;47:6;208:3;
247:23;255:16;
270:18;313:24
**15th (1)** 20:7
**16 (4)** 20:16;22:13,
13;108:14
**160 (1)** 257:24
**17 (12)** 63:7,9;
108:14;135:17;
141:16;297:20;
302:19;303:1;304:2,
7,11;305:5
**1700 (1)** 160:24
**17thnot (1)** 234:24
**18 (15)** 21:19;73:16;
135:15,15;141:9;
208:12;271:22;
282:9;301:23;304:2,
15,21;305:2,8,12
**180 (1)** 257:21
**1835 (1)** 4:10
**18th (6)** 188:21,24;
196:22;197:3,17;
198:20
**19 (4)** 210:12;
211:19;237:19;
246:12
**190 (2)** 257:21;
258:15
**1900 (5)** 158:17;
160:6;161:1;162:10;

163:8
**19121 (1)** 5:16
**19123 (1)** 211:8
**19141 (1)** 39:18
**1997 (1)** 9:3

**2**

**2 (2)** 213:16,17
**2:07 (1)** 194:9
**2:16 (1)** 194:12
**2:59 (1)** 237:9
**20 (8)** 24:14,14,16;
50:3;182:24;207:7;
289:6;322:8
**200 (4)** 257:21;258:3,
10,15
**2010 (2)** 316:3;
317:23
**2013 (2)** 305:23;
357:18
**2014 (25)** 73:11;
120:3,10;139:22;
173:17,20;174:1;
181:19;182:15;
187:24;208:19;
210:12,19;211:19;
237:19;246:12;
281:14,17;282:18,23;
283:7;300:11;301:6;
305:18,21
**2015 (23)** 27:13;
180:20;181:7,8;
182:13,14;187:19;
188:22;189:1;192:5;
193:18;194:19;
197:3,16,16;198:20;
199:23;201:5;205:5;
208:6,8,9,13
**2016 (17)** 15:6,7;
26:13;27:14;42:9;
43:1,1;185:5,6;
201:13;202:6;203:8;
204:6;208:2,5,7;
298:16
**2017 (14)** 4:8;15:9;
43:15,18;249:20;
250:2;253:9,11,14;
271:2,21,22;289:7,8
**2018 (7)** 250:4;
251:24,24;253:6,8;
306:16;359:11
**20's (2)** 34:16;333:6
**21 (6)** 24:17;66:17;
67:8;287:7;322:8;
324:6
**22 (2)** 247:23;248:1
**2345 (1)** 328:7
**23rd (5)** 15:9;249:19;
250:1;306:16;359:11
**24 (5)** 21:20;92:22;
129:19;178:15;358:7
**24/7 (1)** 96:17

Case 2:20-cv-00299-TBT    Document 342    Filed 07/01/20    Page 395 of 395
E.B. v.
MOTEL 6 OPERATING, L.P., et al.                                    August 23, 2018

**25 (4)** 24:13;93:23;
  129:15,15
**27 (2)** 281:14,16
**2712 (5)** 5:15;9:5,20;
  25:13,15
**28th (5)** 185:5,6;
  196:19;201:11,13
**2nd (3)** 15:6,7;42:9

---

**3**

**3 (3)** 262:21;263:2;
  280:5
**3:00 (1)** 326:18
**3:05 (1)** 237:13
**3:57 (1)** 285:23
**30 (7)** 50:3;195:16;
  234:6;270:6;275:3;
  279:8;280:8
**300 (1)** 169:21
**30-minute (1)** 197:10
**38 (5)** 252:4,5,12;
  254:5,16

---

**4**

**4 (2)** 230:18;280:3
**4:06 (1)** 286:4
**4:12 (1)** 291:23
**4:14 (1)** 292:2
**4:53 (1)** 327:19
**400 (1)** 297:10
**40's (1)** 34:16
**424 (1)** 357:15
**4720 (3)** 25:13,19;
  201:24
**48th (1)** 357:6

---

**5**

**5 (1)** 230:19
**5/11/2016 (1)** 263:7
**5:02 (1)** 328:1
**5:24 (2)** 350:17,20
**5:33 (2)** 359:11,14
**50-50 (4)** 68:14;
  74:20;79:4;91:2
**50's (1)** 34:16
**511 (1)** 297:9
**5201 (3)** 39:18;
  179:15;356:22
**53 (3)** 280:4,5,9
**5725 (1)** 256:19
**5th (1)** 273:17

---

**6**

**6 (78)** 4:6,19,21,23;
  5:5;6:13;78:15,16,
  22;79:7,22;82:21;
  83:9;85:24;86:18;
  87:19;88:13;90:23;
  95:8;96:8;98:10,16;

99:7,24;100:24;
  101:10;102:11;
  104:7;105:11,12,14,
  22;106:11,13;107:4,
  10,13;108:4,21,24;
  109:16;110:11,20;
  111:7;112:4,7,24;
  113:1;114:18,21;
  115:22;116:5,10,11,
  12,21;117:3,7,13;
  118:13,21;119:3;
  127:20;128:19;
  159:2;168:19;
  217:20;291:6;302:7;
  349:4,15;351:11;
  352:2,5,9;354:7;
  358:9,12
**60 (1)** 157:20
**65 (1)** 77:2
**69th (2)** 99:14,15

---

**7**

**7 (4)** 173:17;174:1;
  305:18,21
**7:00 (2)** 120:21;
  158:18
**7th (14)** 120:9;
  127:13;139:22;
  173:11,16,20;174:14;
  181:19;187:24;
  188:15;207:10;
  208:1,19;300:10

---

**8**

**85 (1)** 157:21
**8th (3)** 188:16,17;
  197:16

---

**9**

**9 (7)** 158:3;181:7;
  182:13;193:18;
  194:18;281:7;283:7
**9th (8)** 180:9,13,14,
  17;187:19;192:5;
  197:15;198:3