# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | NO. 20-0289 |
| : | |
| MOTEL MANAGEMENT SERVICES, : | |
| INC. d/b/a NESHAMINY INN, et al., : | |
| Defendants. | |

## ORDER

**AND NOW**, this __21st___ day of December 2020, upon consideration of Plaintiff's Motion for Leave to File a Redacted Version of Exhibit F to Nautilus's Motion for Judgment on the Pleadings (ECF 34) and Plaintiff's Motion for Leave to File a Reply to Defendants' Opposition to Nautilus's Motion for Judgment on the Pleadings (ECF 35), IT **IS HEREBY ORDERED AND DECREED** that:

1. The motion for Leave to File a Redacted Version of Exhibit F to Nautilus's Motion for Judgment on the Pleadings is **GRANTED**;

2. The Motion for Leave to File a Reply to Defendants' Opposition to Nautilus's Motion for Judgment on the Pleadings is **DENIED** as **MOOT**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**