IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 20-289 |
| | : | |
| MOTEL MANAGEMENT SERVICES, INC. d/b/a NESHAMINY INN, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

**AND NOW**, this __27th__ day of July 2021, upon consideration of the Motions for Judgment on the Pleadings from Plaintiff Nautilus Insurance Company (ECF 27) and the Insured Defendants (ECF 28), and the associated responses in opposition (ECFs 31 and 32), **IT IS HEREBY ORDERED AND DECREED** that Nautilus Insurance's Motion is **GRANTED** and the Insured Defendants' Motion is **DENIED**.[1]

Judgment is entered in favor of Nautilus Insurance Company, declaring that it owes no duty to defend or indemnify Motel Management Services, Inc. d/b/a Neshaminy Inn, The Mary Etzrodt Real Estate Trust and NI45, LLC in the underlying matter of *E.B. v. Motel 6 Operating L.P et al.* in the Philadelphia Court of Common Pleas, No. 1705-0487.

**BY THE COURT**:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated July 27, 2021.