# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MOTEL MANAGEMENT SERVICES, INC. : | CIVIL ACTION |
| d/b/a NESHAMINY INN : | |
| and : | |
| THE MARY ETZRODT REAL ESTATE TRUST : | NO. 20-CV-00289 |
| and : | |
| NI45, LLC : | |
| and : | |
| E.B. : | |
| Defendants. : | |
| : | |

## NOTICE OF APPEAL

Notice is hereby given that defendants Motel Management Services, Inc. d/b/a Neshaminy Inn, The Mary Etzrodt Real Estate Trust and NI45, LLC hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the District Court entered in this action on July 27, 2021 (which Order granted the Motion for Judgment on the Pleadings of Plaintiff, Nautilus Insurance Company, denied the Motion for Judgment on the Pleadings of defendants Motel Management Services, Inc. d/b/a Neshaminy Inn, The Mary Etzrodt Real

5589017v1

Estate Trust and NI45, LLC, and entered judgment in favor of Nautilus Insurance Company). A copy of the Order is attached hereto.

                Respectfully submitted,

Date:  August 24, 2021                  /s/ Jeffrey R. Lerman
                                        Jeffrey R. Lerman, Esquire
                                        jlerman@mmwr.com
                                        Glenn F. Rosenblum, Esquire
                                        grosenblum@mmwr.com
                                        Montgomery, McCracken, Walker & Rhoads, LLP
                                        1735 Market Street, 19th Floor
                                        Philadelphia, PA  19103
                                        (215) 772-1500 (telephone)
                                        (215) 772-7620 (facsimile)

*Attorneys for Defendants Appellants
Motel Management Services, Inc. d/b/a Neshaminy Inn,
The Mary Etzrodt Real Estate Trust and NI45, LLC*

5589017v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAUTILUS INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-289 |
| | : | |
| MOTEL MANAGEMENT SERVICES, INC. d/b/a NESHAMINY INN, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

AND NOW, this __27th__ day of July 2021, upon consideration of the Motions for Judgment on the Pleadings from Plaintiff Nautilus Insurance Company (ECF 27) and the Insured Defendants (ECF 28), and the associated responses in opposition (ECFs 31 and 32), **IT IS HEREBY ORDERED AND DECREED** that Nautilus Insurance's Motion is **GRANTED** and the Insured Defendants' Motion is **DENIED**.[1]

Judgment is entered in favor of Nautilus Insurance Company, declaring that it owes no duty to defend or indemnify Motel Management Services, Inc. d/b/a Neshaminy Inn, The Mary Etzrodt Real Estate Trust and NI45, LLC in the underlying matter of *E.B. v. Motel 6 Operating L.P et al.* in the Philadelphia Court of Common Pleas, No. 1705-0487.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated July 27, 2021.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, one true and correct copy of the foregoing **Notice of Appeal** will be served via the court's electronic filing system upon:

>Anthony L. Miscioscia, Esquire
>Justin K. Fortescue, Esquire
>Timothy A. Carroll, Esquire
>White & Williams LLP
>1650 Market Street, Suite 1800
>Philadelphia, PA 19103
>
>Nadeem A. Bezar, Esquire
>Emily B. Marks, Esquire
>Kline & Specter, P.C.
>1525 Locust Street
>Philadelphia, PA 19102

Date: August 24, 2021

/s/ Glenn F. Rosenblum
Glenn F. Rosenblum